IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA BIOTECHNOLOGY, INC., GARWOOD SEED CO., GOLDEN SEED COMPANY, L.L.C., and THORP SEED CO., <br><br>Plaintiff, <br><br>v. <br><br>DEKALB GENETICS CORPORATION and MONSANTO COMPANY <br><br>Defendants. | C.A. No. 07-_____ |

**SYNGENTA BIOTECHNOLOGY, INC., GARWOOD SEED CO., GOLDEN SEED COMPANY, L.L.C., and THORP SEED CO.'s RULE 7.1 DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Syngenta Biotechnology, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., and Thorp Seed Co. hereby certify that the parent corporations and/or publicly held corporations that own 10% or more of a plaintiff's stock are Syngenta Corporation, Syngenta U.S. Holdings, Inc., Seeds JV CV, Syngenta Seeds B.V., Syngenta Alpha B.V., Syngenta Participations AG, Syngenta AG, Syngenta Seeds, Inc., Golden Seed Co., Inc., and GH Holding, Inc.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com
*Attorneys for Plaintiffs*

Of counsel:

Michael J. Flibbert
Howard W. Levine
Sanya Sukduang
Jennifer A. Johnson
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Dated: January 19, 2007