## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

SYNGENTA BIOTECHNOLOGY, INC.,        )
GARWOOD SEED CO.,                    )
GOLDEN SEED COMPANY, L.L.C., and     )
THORP SEED CO.,                      )
                                     )
                 Plaintiffs,         )        C.A. No. 07-38 (UNA)
        v.                           )
                                     )
DEKALB GENETICS CORPORATION, and     )
MONSANTO COMPANY,                    )
                                     )
                 Defendants.         )

## DEFENDANTS DEKALB GENETICS CORPORATION AND MONSANTO COMPANY'S MOTION TO TRANSFER

Defendants DEKALB and Monsanto respectfully request that the Court transfer this action to the Eastern District of Missouri so that the parties' claims regarding the '798 patent can litigated in one court with all parties present, where the prior filed action is already pending.  Alternatively, Defendants request that the Court in its discretion decline to exercise jurisdiction over this declaratory judgment action and dismiss it.  The grounds of this motion are more fully set forth in the concurrently filed Memorandum In Support Of Defendants DEKALB Genetic Corporation And Monsanto Company's Motion To Transfer.

Certification Pursuant to Local Rule 7.1.1.  Defendants certify that their counsel has contacted counsel for Plaintiffs about the attached motion and that Plaintiffs are opposed to the relief sought in the motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Steven G. Spears
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Tel: (713) 787-1400


Dated:  January 25, 2007


774345 / 31144

By:   /s/ David E. Moore
        Richard L. Horwitz (#2246)
        David E. Moore (#3983)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE  19801
        Tel: (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

*Attorneys for Defendants*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on January 25, 2007, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on January 25, 2007, I have Electronically Mailed the

foregoing document(s) to the following non-registered participants:

Michael J. Flibbert
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413
michael.flibbert@finnegan.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

774535 / 31144

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SYNGENTA BIOTECHNOLOGY, INC., GARWOOD SEED CO., GOLDEN SEED COMPANY, L.L.C., and THORP SEED CO., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-38 (UNA) |
| v. | ) ) | |
| DEKALB GENETICS CORPORATION, and MONSANTO COMPANY, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of DEKALB and Monsanto's Motion to Transfer this action

to the Eastern District of Missouri;

IT IS SO ORDERED that DEKALB and Monsanto's Motion to Transfer is

GRANTED THIS _____ DAY OF _____, 2007.


_____
UNITED STATES DISTRICT COURT JUDGE