IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNGENTA BIOTECHNOLOGY, INC., GARWOOD SEED CO., GOLDEN SEED COMPANY, L.L.C., and THORP SEED CO., | ) ) ) ) ) | |
| Plaintiffs, | ) | C.A. No. 07-38-SLR |
| v. | ) ) | |
| DEKALB GENETICS CORPORATION, and MONSANTO COMPANY, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendants, subject to the approval of the Court, that the time for plaintiffs to file their answering brief in response to defendants' Motion to Transfer Case to the Eastern District of Missouri (D.I. 7) is hereby extended through and including February 22, 2007.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between plaintiffs and defendants, subject to the approval of the Court, and if an answer is required, that the deadline for defendants to answer plaintiffs' declaratory judgment complaint shall be extended until two weeks after the Court's decision on defendants' motion to transfer (D.I. 7).

- 2 -

| YOUNG CONAWAY STARGATT & TAYLOR, L.L.P. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By : */s/ Karen E. Keller*<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>Tel : (302) 571-6600<br>jshaw@ycst.com<br>kkeller@ycst.com | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

775496 / 31144