IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA BIOTECHNOLOGY, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 07-038-SLR |
| DEKALB GENETICS CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for plaintiffs to file their answering brief in response to defendants' Motion to Transfer (D.I. 7) is extended through and included March 6, 2007.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *John W. Shaw* | /s/ *David E. Moore* |
| John W. Shaw (#3362) | Richard L. Horwitz (#2246) |
| The Brandywine Building | David E. Moore (#3983) |
| 1000 West Street, 17th Floor | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| (302) 571-6600 | Wilmington, DE 19801 |
| jshaw@ycst.com | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| *Attorneys for Plaintiffs* | dmoore@potteranderson.com |
| | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007,

_____
United States District Judge