## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SYNGENTA BIOTECHNOLOGY, INC.,          )
GARWOOD SEED CO.,                      )
GOLDEN SEED COMPANY, L.L.C., and       )
THORP SEED CO.,                        )
                                       )
         Plaintiffs,                )    C.A. No. 07-38-SLR
   v.                                )
                                       )
DEKALB GENETICS CORPORATION, and       )
MONSANTO COMPANY,                      )
                                       )
         Defendants.                )

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendants, subject to the approval of the Court, that the time for defendants to file their reply brief on their Motion to Transfer Case to the Eastern District of Missouri (D.I. 7) is hereby extended through and including March 23, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, L.L.P.

By : _/s/ Karen E. Keller_
    John W. Shaw (#3362)
    Karen E. Keller (#4489)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801
    Tel : (302) 571-6600
    jshaw@ycst.com
    kkeller@ycst.com

_Attorneys for Plaintiffs_

POTTER ANDERSON & CORROON LLP

By: _/s/ David E. Moore_
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

_Attorneys for Defendants_

IT IS SO ORDERED this _____ day of _____, 2007.


_____
United States District Court Judge

783024 / 31144