IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYNGENTA BIOTECHNOLOGY, INC., GARWOOD SEED CO., GOLDEN SEED COMPANY, L.L.C., and THORP SEED CO., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 07-00038-SLR |
| v. | ) ) | **Redacted Version - Publicly Filed** |
| DEKALB GENETICS CORPORATION and MONSANTO COMPANY, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**APPENDIX TO PLAINTIFFS' ANSWERING BRIEF
OPPOSING DEFENDANTS' MOTION TO TRANSFER**

Of counsel:
Michael J. Flibbert
Howard W. Levine
Sanya Sukduang
Jennifer A. Johnson
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
 Washington, D.C. 20001
(202) 408-4000

Attorneys for Plaintiffs

Dated:  March 6, 2007

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
    TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com

# INDEX OF EXHIBITS

| Exhibit No. | Appendix Pages | Description |
|---|---|---|
| 1 | B1 - B4 | Complaint from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-CV-305) |
| 2 | B5 - B9 | Complaint from DeKalb Genetics Corp. v. Syngenta Seeds, Inc. et al. (N.D. Ill. 04C50323) |
| 3 | B10 - B11 | Order transferring action to District of Delaware from N.D. Illinois in DeKalb Genetics Corp. v. Syngenta Seeds, Inc. et al. (N.D. Ill. 04C50323) |
| 4 | B12 - B30 | Memorandum Opinion from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 5 | B31 - B57 | U.S. Patent No. 5,554,798 |
| 6 | B58 - B92 | U.S. Patent No. 6,013,863 |
| 7 | B93 - B117 | U.S. Patent No. 5,538,880 |
| 8 | B118 - B129 | Joint Claim Construction Submission from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 9 | B130 - B136 | Excerpts from Brief of Plaintiffs-Appellants from Monsanto et al. v. Syngenta Seeds, Inc. et al. (Fed. Cir. 06-1472) |
| 10 | B137 - B138 | Excerpts from docket sheet for Rhone-Poulenc v. Monsanto Co. et al. (M.D.N.C. 1:97-CV-1138) |
| 11 | B139 - B143 | Excerpts from Syngenta's Opening Claim Construction Brief Regarding the Lundquist and Shah Patents from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 12 | B144 - B155 | Excerpts from Pretrial Order from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 13 | B156 - B160 | Notice of Subpoena and Subpoena to Dr. Theodore Klein by Syngenta from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |

| 14 | B161 - B163 | Subpoena to Dr. Theodore Klein by Monsanto from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 15 | B164 - B165 | May 10, 2006 Order granting defendants' motions for summary judgment from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 16 | B166 - B171 | Answer to First Amended Complaint from DeKalb Genetics Corp. v. Syngenta Seeds, Inc. et al. (E.D. Mo. 4:06-CV-1191) |
| 17 | B172 - B177 | Second Amended Complaint from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 18 | B178 - B181 | Excerpts from Plaintiffs' Answering Brief in Opposition to Syngenta's Motion for Summary Judgment of Non-Infringement of the Lundquist Patents from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 19 | B182 - B183 | Excerpts from the deposition transcript of David A. Walters from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 20 | B184 - B186 | Excerpts from the deposition transcript of T. Michael Spencer from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 21 | B187 - B194 | Plaintiffs' List of Live Witnesses and Expert Statement from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 22 | B195 - B200 | Excerpts from docket sheet from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 23 | B201 - B203 | Excerpts from deposition transcript of John Finer from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |
| 24 | B204 - B206 | Declaration of Joan E. Purk from DeKalb Genetics Corp. v. Syngenta Seeds, Inc. et al. (E.D. Mo. 4:06-CV-1191) |
| 25 | B207 - B229 | Answer and Counterclaims of Monsanto Company and Monsanto Technology LLC to Syngenta Seeds, Inc.'s Second Amended Antitrust Complaint from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |

| 26 | B230 - B231 | Excerpts from the deposition transcript of Ronald Lundquist from Monsanto Co. et al. v. Syngenta Seeds, Inc. et al. (D. Del. 04-305-SLR) (Lead Case) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and )
MONSANTO TECHNOLOGY LLC, )
)
        Plaintiffs, )  C.A. No.  0 · - 3 0 5
)
    v. )
)
SYNGENTA SEEDS, INC.; and )  **JURY TRIAL DEMANDED**
SYNGENTA BIOTECHNOLOGY, INC. )
)
        Defendants. )

## COMPLAINT

Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), bring this action against Defendants Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc. (collectively "Defendants") and alleges as follows:

## THE PARTIES

1.    Plaintiffs Monsanto Company and Monsanto Technology LLC are both corporations organized and existing under the laws of the State of Delaware, with their principal places of business at 800 North Lindbergh Boulevard, St. Louis, Missouri 63167.

2.    On information and belief, Defendant, Syngenta Seeds, Inc. ("Syngenta Seeds"), is a corporation organized and existing under the laws of the State of Delaware, with its offices at 7500 Olson Memorial Highway, Golden Valley, Minnesota 55427

3.    On information and belief, Defendant, Syngenta Biotechnology, Inc. ("Syngenta Biotechnology"), is a corporation organized and existing under the laws of the State of Delaware, with offices located at 3054 Cornwallis Road, Research Triangle Park, North Carolina 27709-2257.

**B1**

**Exhibit 1**

## JURISDICTION AND VENUE

4.    This is an action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code § 1 et seq.  Subject matter jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338.

5.    Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b).

## BACKGROUND

6.    Plaintiff Monsanto is a leader in the development of crops that have been genetically engineered to express new traits of value to farmers, such as herbicide resistance.  Products developed by Monsanto include corn, soybeans and other crops containing genes that confer resistance to the herbicide glyphosate.   Glyphosate is a commercial herbicide that kills plants by binding to a critical enzyme in the plant called "EPSPS."  Monsanto's glyphosate herbicide is sold under the trademark Roundup® and the genetically engineered products made by Monsanto that have the glyphosate resistance trait are sold under the trademark Roundup Ready®.  Roundup Ready® products have been a recognized commercial success.  Since the introduction of Roundup Ready® crops in 1996, farmers have consistently increased the number of acres they plant in the United States with Roundup Ready® products.

7.    Recognizing the value of Monsanto's glyphosate resistance technology, Defendants have attempted to make and use glyphosate resistant genes and crops and have conspired with others to make glyphosate resistant crops in violation of Monsanto's patent rights.

**B2**

2

### THE INFRINGEMENT

8.     Monsanto realleges and incorporates by reference each of paragraphs 1-7 above as set forth herein.

9.     Monsanto has been the owner of all right, title and interest to and under United States Patent No. 4,940,835 entitled "Glyphosate-Resistant Plants." U.S. Patent 4,940,835 ("the '835 Patent") was duly and legally issued to Monsanto on July 10, 1990. A copy of the patent is attached as Exhibit 1 to this Complaint.

10.    Defendants do not have any license or other right to practice the claims of U.S. Patent No. 4,940,835.

11.    Upon information and belief, Defendants have infringed and continue to infringe one or more claims of the '835 Patent by at least making and using chimeric genes and vectors and plants containing said genes and vectors, and will continue to do so unless enjoined by this Court.

12.    Upon information and belief, Defendants have infringed one or more of the claims of the '835 Patent by at least inducing others and contributing to the infringement by others.

13.    Defendants' acts of infringement of the '835 Patent, upon information and belief, have been carried out in deliberate and willful disregard of Monsanto's patent rights.

### JURY DEMAND

14.    Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiffs request a trial by jury.

### PRAYER FOR RELIEF

WHEREBY PLAINTIFFS PRAY FOR THE FOLLOWING RELIEF:

A.     A judgment that Defendants have infringed the '835 Patent;

3

B3

B.　　A judgment that Defendants have willfully and deliberately infringed the '835 Patent;

C.　　A declaration by the Court that any making, using, selling or offering for sale by Defendants of any products that are within the scope of the '835 Patent would constitute an act of infringement of the '835 Patent;

D.　　A preliminary and final injunction enjoining Defendants and all those in privy with it from infringing, from inducing infringement, and from contributing to the infringement of the '835 Patent;

E.　　An award of compensatory and exemplary damages, but not less than a reasonable royalty, resulting from Defendants' infringement, including allowance of multiplied damages based on Defendants' willful and deliberate infringement;

F.　　An award of interest, costs, and attorneys' fees; and

G.　　Such other and further relief as this Court shall deem just and proper.

Respectfully submitted,

OF COUNSEL:

John F. Lynch
Susan K. Knoll
Steven G. Spears
HOWREY, SIMON, ARNOLD &
WHITE, LLP
750 Bering Drive, #400
Houston, Texas 77057
Telephone (713) 787-1400

Dated: May 12, 2004

POTTER ANDERSON & CORROON LLP

By: _____

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000

Attorneys for Plaintiffs

634554

4

B4

FILED-WD

2004 JUL 27  PM 3: 47

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION    U.S. DISTRICT COURT

04C50323

| | |
|---|---|
| DEKALB GENETICS CORPORATION, | C.A. NO. _____ |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| SYNGENTA SEEDS, INC. and SYNGENTA BIOTECHNOLOGY, INC., | Judge Philip G. Reinhard |
| Defendants. | Magistrate Judge P. Michael Mahoney |

## COMPLAINT

Plaintiff, DEKALB Genetics Corporation ("DEKALB") brings this action against Defendants Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc. (collectively "Syngenta" or "Defendants") and alleges as follows:

### THE PARTIES

1.    Plaintiff DEKALB Genetics Corporation is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at 3100 Sycamore Road, DeKalb, Illinois 60115. DEKALB is a wholly owned subsidiary of Monsanto Company.

2.    On information and belief, Defendant Syngenta Seeds, Inc. ("Syngenta Seeds") is a corporation organized and existing under the laws of the State of Delaware, with offices located at 7500 Olson Memorial Highway, Golden Valley, Minnesota 55427.

3.    On information and belief, Defendant Syngenta Biotechnology, Inc. ("Syngenta Biotechnology") is a corporation organized and existing under the laws of the State of Delaware, with offices located at 3054 Cornwallis Road, Research Triangle Park, North Carolina 27709-2257.

**DOCKETED**
JUL 2 8 2004

Complaint

**B5**

## Exhibit 2

## JURISDICTION AND VENUE

4.    This is an action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code § 1 et seq.  Subject matter jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338.

5.    Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b).

## BACKGROUND

6.    Plaintiff DEKALB, a leader in the development of crops that have been genetically engineered to express new traits of value to farmers, such as herbicide resistance, has developed corn containing genes that confer resistance to the herbicide glyphosate.  Glyphosate is a commercial herbicide that kills plants by binding to a critical enzyme in the plant called "EPSPS."  Monsanto Company sells a glyphosate herbicide under the trademark Roundup®. Genetically engineered products made by Monsanto Company that have the glyphosate resistance trait, including DEKALB branded corn, are sold under the trademark Roundup Ready®.  Roundup Ready® products have been a recognized commercial success.  Since the introduction of Roundup Ready® crops in 1996, farmers have consistently increased the number of acres they plant in the United States with Roundup Ready® products.

7.    Recognizing the value of DEKALB's glyphosate resistance technology, Defendants have attempted to make and use glyphosate resistant genes and corn and have conspired with others to make glyphosate resistant corn in violation of DEKALB's patent rights.

## THE INFRINGEMENT

8.    Plaintiff realleges and incorporates by reference each of paragraphs 1-7 above as if set forth herein.

2

**B6**

9.    DEKALB has been the owner of all right, title and interest to and under United States Patent No. 5,538,880 entitled "Method for Preparing Fertile Transgenic Corn Plants" and naming Ronald C. Lundquist and David A. Walters as inventors.  U.S. Patent No. 5,538,880 ("the '880 Patent") was duly and legally issued to DEKALB on July 23, 1996.  A copy of the patent is attached as Exhibit 1 to this Complaint.

10.    DEKALB previously brought actions in 1996 in this Court against two Syngenta predecessor companies, Northrup King Co. (Civil Action No. 96 C 50169) and Ciba-Geigy Corporation (Civil Action No. 96 C 50241), for infringement of the '880 patent.  Both actions were resolved and dismissed in 1999, after three years of litigation, including extensive fact and expert discovery and construction of the claims by the Court.  That litigation did not involve the Syngenta products that are the subject of this action.

11.    Defendants do not have any license or other right to practice the claims of U.S. Patent No. 5,538,880 for the products that are the subject of this action.

12.    Upon information and belief, Defendants have infringed and continue to infringe one or more of claims 1-9 of the '880 Patent by at least making and using corn containing genes that confer resistance to the herbicide glyphosate, and will continue to do so unless enjoined by this Court.

13.    Upon information and belief, Defendants have infringed one or more of claims 1-9 of the '880 Patent by at least inducing others and contributing to the infringement by others.

14.    Defendants' acts of infringement of the '880 Patent, upon information and belief, have been carried out in deliberate and willful disregard of DEKALB's patent rights.

15.    DEKALB has been the owner of all right, title and interest to and under United States Patent No. 6,013,863 entitled "Fertile Transgenic Corn Plants" and naming Ronald C. Lundquist

3

B7

and David A. Walters as inventors. U.S. Patent No. 6,013,863 ("the '863 Patent") was duly and legally issued to DEKALB on January 11, 2000 from a series of continuation applications relating back to the parent application that led to the '880 patent. A copy of the patent is attached as Exhibit 2 to this Complaint.

16.    Defendants do not have any license or other right to practice the claims of U.S. Patent No. 6,013,863 for the products that are the subject of this action.

17.    Upon information and belief, Defendants have infringed and continue to infringe one or more claims of the '863 Patent by at least making and using corn containing genes that confer resistance to the herbicide glyphosate, and will continue to do so unless enjoined by this Court.

18.    Upon information and belief, Defendants have infringed one or more of the claims of the '863 Patent by at least inducing others and contributing to the infringement by others.

19.    Defendants' acts of infringement of the '863 Patent, upon information and belief, have been carried out in deliberate and willful disregard of DEKALB's patent rights.

### JURY DEMAND

20.    Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiff requests a trial by jury.

### PRAYER FOR RELIEF

WHEREBY PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF:

A.    A judgment that Defendants have infringed claims 1-9 of the '880 Patent and the claims of the '863 Patent;

B.    A judgment that Defendants have willfully and deliberately infringed claims 1-9 of the '880 Patent and the claims of the '863 Patent;

C.    A declaration by the Court that any making, using, selling or offering for sale by Defendants of glyphosate resistant corn products that are within the scope of claims 1-9



of the '880 Patent and the claims of the '863 Patent would constitute an act of infringement of the '880 and '863 Patents;

D.    A preliminary and final injunction enjoining Defendants and all those in privy with them from infringing, from inducing infringement, and from contributing to the infringement of claims 1-9 of the '880 Patent and the claims of the '863 Patent;

E.    An award of compensatory and exemplary damages, but not less than a reasonable royalty, resulting from Defendants' infringement, including allowance of multiplied damages based on Defendants' willful and deliberate infringement;

F.    An award of interest, costs, and attorneys' fees; and

G.    Such other and further relief as this Court shall deem just and proper.

Dated:  7/27/04                                        Respectfully submitted,

                                                By
                                                    John J. Holevas
                                                    Illinois Bar No. 06193197
                                                    WILLIAMS & McCARTHY
                                                    321 West State Street
                                                    Rockford, IL  61101
                                                    (815) 987-8900

                                                    John F. Lynch
                                                    Thomas A. Miller
                                                    Susan K. Knoll
                                                    HOWREY SIMON ARNOLD & WHITE, LLP
                                                    750 Bering Drive
                                                    Houston, TX  77057
                                                    (713) 787-1400

                                                    ATTORNEYS FOR PLAINTIFF
                                                    DEKALB GENETICS CORPORATION

5

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50323 | **DATE** | 5/19/2005 |
| **CASE TITLE** | DeKalb Genetics Corp. vs. Syngenta Seeds, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated below, the court grants defendants' motion to transfer this case to the United States District Court for the District of Delaware. The motion to appoint a special master is denied as moot.

*Philip G. Reinhard*

Notices mailed by judge's staff.

■[ For further details see text below.]

## STATEMENT

Defendants have filed, pursuant to 28 U.S.C. § 1404(a), motions to transfer this patent infringement action to the United States District Court for the District of Delaware where a first-filed, patent infringement case involving the parent company of plaintiff here as well as the same defendants is pending. Plaintiff has objected to the transfer.

Section 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any pending action to any other district or division where it might have been brought." The moving party must establish that: (1) venue is proper in both the transferor and transferee courts; (2) transfer is for the convenience of the parties and witnesses; and (3) transfer is in the interests of justice. Clear Lam Packaging, Inc. v. Rock-Tenn Co., No. 02 C 7491, 2003 WL 22012203, * 3 (N.D. Ill. Aug. 22, 2003), citing Coffey v. Van Dorn Iron Works, 796 F. 2d 217, 219 (7th Cir. 1986). The party seeking transfer has the burden of establishing that the transferee forum is clearly more convenient under the circumstances. Clear Lam Packaging. Inc., at * 3.

Here, it is undisputed that venue is proper both here and in Delaware. As for the convenience of the parties and the witnesses, the only point of contention and significance in this case is that plaintiff has chosen this, its home, forum. That factor weights in favor of denying the motion to transfer.

While deference must be given to the plaintiff's choice of forum, the issue of whether a transfer is in the interests of justice may still be determinative in a particular case. Clear Lam Packaging, Inc., at * 4. Generally, related litigation should be transferred to a forum where consolidation is feasible. Clear Lam Packaging. Inc., at * 4.

In this case, the court finds that the issue of the interests of justice weighs heavily in favor of transfer. While the patents at issue in the two cases are not the same, there will be similar issues. Additionally, the alleged infringing activity is the same. While plaintiff makes much of this court's prior experience with one of the patents at issue here, the product of that prior litigation is both readily attainable and understandable by the Delaware court. The court would also note that its prior experience with the '880 patent cases and other

04C50323 DeKalb Genetics Corp. vs. Syngenta Seeds, Inc., et al.

**B10**

# Exhibit 3

| STATEMENT |
|---|

related patent infringement actions that were consolidated for discovery has proved that having one judge oversee related cases can, in this context, facilitate efficient case management and promote expeditious resolution of all cases.   Also, the risk of inconsistent rulings will be minimized greatly by litigating in one forum.  Further, there will be much overlap in the discovery in both cases. Finally, when such public interest factors as the speed at which the cases gets to trial, the court's familiarity with the applicable law, the desirability of resolving controversies in their locale, and the relation of the community to the occurrence have little, if any, weight in this case.  When all these factors are considered, it is clearly more convenient to have this case transferred to the Delaware district court.

     For the foregoing reasons, the court grants defendants' motions to transfer this case to the United States District Court for the District of Delaware.   The motion to appoint a special master is denied as moot.

04C50323 DeKalb Genetics Corp. vs. Syngenta Seeds, Inc., et al.                                                                Page 2 of 2

B11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and MONSANTO )
TECHNOLOGY LLC,                )
                              )
          Plaintiffs,          )
                              )
     v.                        )
                              )
SYNGENTA SEEDS, INC.,          )
SYNGENTA BIOTECHNOLOGY, INC.,  )
et al.                         )
                              )
          Defendants.          )
                              )
_____ )    Civ. No. 04-305-SLR
DEKALB GENETICS CORPORATION,    )    (lead case)
                              )
          Plaintiff,           )
                              )
     v.                        )
                              )
SYNGENTA SEEDS, INC.,          )
SYNGENTA BIOTECHNOLOGY, INC.,  )
et al.                         )
                              )
          Defendants.          )

---

Richard L. Horwitz, Esquire and David E. Moore, Esquire of
Potter, Anderson & Corroon LLP, Wilmington, Delaware.  Counsel
for Plaintiff.  Of Counsel:  Susan K. Knoll, Esquire, Thomas A.
Miller, Esquire, Melinda Patterson, Esquire, Stephen E. Edwards,
Esquire and Steven G. Spears, Esquire of Howrey LLP, Houston,
Texas.

John W. Shaw, Esquire and Karen E. Keller, Esquire of Young,
Conaway, Stargatt & Taylor, LLP, Wilmington, Delaware.  Counsel
for Defendant.  Of Counsel:  Michael J. Flibbert, Esquire, Howard
W. Levine, Esquire and Jennifer A. Johnson, Esquire of Finnegan,
Henderson, Farabow, Garrett & Dunner, LLP, Washington, D.C..

---

B12

Exhibit 4

MEMORANDUM OPINION

Dated: May 10 , 2006
Wilmington, Delaware

ROBINSON, Chief Judge

## I.    INTRODUCTION

On May 12, 2004, Monsanto Company, together with Monsanto Technology LLC, sued Syngenta Seeds, Inc., Syngenta Biotechnology Inc., Golden Harvest Seeds, Inc. Garwood Seed Co., Golden Seed Company, LLC (collectively called defendants) in this court for infringement of U.S. Patent No. 4,940,835 (the "'835 patent") issued to Shah et al.. On July 27, 2004, DeKalb Genetics Corporation, a wholly owned subsidiary of Monsanto Company, sued Syngenta in the Northern District of Illinois, alleging that Syngenta had infringed U.S. Patent Nos. 5,538,880 (the "'880 patent") and 6,013,863 (the "'863 patent") issued to Lundquist et al. (collectively referred to as the "Lundquist patents"). Both actions charged defendants with patent infringement in the use of GA21 corn, which is a genetically modified corn tolerant to the herbicide glyphosate. The Illinois district court granted defendants' motion to transfer the action to this court. (D.I. 92) This court consolidated the two actions on August 23, 2005.[1] (D.I. 111) Before the court are defendants' two motions for summary judgment of noninfringement of the Lundquist patents and nonenablement of the '835 patent. (D.I. 208, 213)

## II.    BACKGROUND

The product at issue in this case, GA21 corn, is a

---

[1]Monsanto Company, Monsanto Technology LLC and DeKalb Genetics Corporation are collectively referred to as "plaintiffs."

transgenic corn product that is tolerant to the herbicide glyphosate. (D.I. 209) The original GA21 transformation event resulted from a collaboration between Rhone-Poulenc Argo, S.A. ("RPA") and DeKalb in which RPA provided the gene construct that was incorporated by DeKalb into the transformed corn plant. (Id. at 5) To transform the corn cells with the RPA construct, DeKalb employed the three-step "bombardment" method of claim 1 of the Lundquist patents. (Id. at 5-7) According to plaintiff DeKalb, steps (i)-(iii) of claim 1 in the Lundquist patents were performed on July 15, 1993, July 27, 1993 and February 25, 1994, respectively. (Id. at 8) Plaintiff DeKalb asserts that after the issuance of the patents, defendants performed steps using the GA21 corn product that infringe the asserted claims. Plaintiff DeKalb asserts infringement of claims 5 and 6 of the '863 patent and claims 4-9 of the '880 patent.

III.  STANDARD OF REVIEW

A court shall grant summary judgment only if "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). The moving party bears the burden of proving that no genuine issue of material fact exists. See Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 n.10 (1986).

2

B15

"Facts that could alter the outcome are 'material,' and disputes are 'genuine' if evidence exists from which a rational person could conclude that the position of the person with the burden of proof on the disputed issue is correct." Horowitz v. Fed. Kemper Life Assurance Co., 57 F.3d 300, 302 n.1 (3d Cir. 1995) (internal citations omitted). If the moving party has demonstrated an absence of material fact, the nonmoving party then "must come forward with 'specific facts showing that there is a genuine issue for trial.'" Matsushita, 475 U.S. at 587 (quoting Fed. R. Civ. P. 56(e)). The court will "view the underlying facts and all reasonable inferences therefrom in the light most favorable to the party opposing the motion." Pa. Coal Ass'n v. Babbitt, 63 F.3d 231, 236 (3d Cir. 1995). The mere existence of some evidence in support of the nonmoving party, however, will not be sufficient for denial of a motion for summary judgment; there must be enough evidence to enable a jury reasonably to find for the nonmoving party on that issue. See Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 249 (1986).

IV. DISCUSSION

    A. NonInfringement of the Lundquist Patents

    Defendants assert that they cannot infringe the asserted claims for several reasons. First, because plaintiff DeKalb performed steps (i)-(iii) of the claims 1, defendants cannot be liable for infringing those claims and, therefore, cannot be

liable for infringing any claims dependent on the claims 1.

Defendants also argue that they cannot be liable under § 271(g)

because all the steps alleged to infringe the process claims were

performed in the United States.  Defendants' motion for summary

judgement for noninfringement of the Lundquist patents raises

several legal issues properly resolved by the court.

### 1.   Infringement of dependent claims

The initial question is whether the asserted claims are

dependent claims.  Claims 4-9 of the '880 patent read:

> 4.    A process comprising obtaining progeny from a
> fertile transgenic plant obtained by the process of
> claim 1 which comprise said DNA.
> 5.    The process of claim 4 wherein said progeny are
> obtained by crossing said fertile transgenic plant with
> an inbred line.
> 6.    The process of claim 4 comprising obtaining seed
> from said progeny and obtaining further progeny plants
> comprising said DNA from said seed.
> 7.    The process of claim 5 wherein the progeny
> obtained are crossed back to the inbred line, to obtain
> further progeny which comprise said DNA.
> 8.    The process of claim 6 wherein seeds are obtained
> from said further progeny plants and plants comprising
> said DNA are recovered from said seed.
> 9.    The process of claim 7 wherein said further
> progeny are crossed back to the inbred line to obtain
> progeny which comprise said DNA.

('880 patent, col. 22, ll. 61-3)   Claims 5-6 of the '863 patent

read:

> 5.    The process of claim 1 further comprising
> obtaining transgenic glyphosate resistant progeny
> plants of subsequent generations from said fertile
> plant.
> 6.    The process of claim 5 further comprising
> obtaining seed from one of said progeny plants.

4

**B17**

('863 patent, col. 30, ll. 14-6)

The patent statute, 35 U.S.C. § 112, ¶ 4, provides that "a claim in dependent form shall contain a reference to a claim previously set forth and then specify a further limitation of the subject matter claimed." Claims 5 and 6 of the '863 patent follow this form exactly and, therefore, are dependent on claim 1 either directly (claim 5) or indirectly (claim 6). Claims 5-9 of the '880 patent, like claims 5 and 6 of the '863 patent, are clearly dependent on claim 4. If claim 4 is dependent on claim 1, claims 5-9 are all indirectly dependent on claim 1. Claim 4 of the '880 patent does not exactly follow the form specified in the statute but, nevertheless, is a dependent claim. Claim 4 refers to claim 1 ("a fertile transgenic plant obtained by the process of claim 1") and recites a further step ("obtaining progeny"). Furthermore, claim 4 includes the phrase "said DNA" which refers back to the DNA of claim 1. All the asserted claims are dependent from claim 1 of their respective patents.

The effect of writing a claim in dependent form is that it "shall be construed to incorporate by reference all the limitations of the claim to which it refers." 35 U.S.C. § 112, ¶ 4. As a result, all of the limitations set out in the independent claims must be met. Claim 1 of the '880 patent reads:

> A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact

5

**B18**

regenerable *Zea mays* cells with DNA-coated
microprojectiles, (ii) identifying or selecting a
population of transformed cells, and (iii) regenerating
a fertile transgenic plant therefrom, wherein said DNA
is transmitted through a complete sexual cycle of said
transgenic plant to its progeny, and imparts herbicide
resistance thereto.

('880 patent, col. 22, ll. 48-55)  Claim 1 of the '863 patent

reads:

A process for producing a fertile transgenic *Zea mays*
plant comprising the steps of (i) bombarding intact
regenerable *Zea mays* cells with DNA-coated
microprojectiles, wherein said DNA comprises at least a
screenable marker gene; (ii) selecting a population of
transformed cells expressing the selectable marker
gene; and (iii) regenerating a fertile transgenic plant
therefrom, wherein said DNA is expressed so as to
impart glyphosate resistance to said transgenic plant
and is transmitted through a normal sexual cycle of
said transgenic plant to progeny plants.

('863 patent, col. 29 l. 26-col. 30 l. 6)  It is not disputed

that only plaintiff DeKalb performed steps (i)-(iii) set out in

claim 1 of both patents.

There are two fundamental principles which find general

application to the facts of record.  First, "[i]t is axiomatic

that dependent claims cannot be found infringed unless the claims

from which they depend have been found . . . infringed."

<u>Wahpeton Canvas Co., Inc. v. Frontier, Inc.</u>, 870 F.2d 1546, 1553

(Fed. Cir. 1989).[2]  The second principle that must be examined is

────────────────

[2]Plaintiff asserts that this proposition has been narrowed
by the Federal Circuit in <u>Wilson Sporting Goods Co. v. David
Geoffrey & Assoc.</u>, 904 F.2d 677 (Fed. Cir. 1990).  The Court in
that case found that the independent claim of the patent in suit
was not infringed because it could not be given a range of

6

the "all elements rule". The Federal Circuit has held that

"[i]nfringement of process inventions is subject to the 'all-

elements rule' whereby each of the claimed steps of a patented

process must be performed in an infringing process, either

literally or by an equivalent of that step." Canton Bio-Medical,

216 F.3d at 1370. In addition, "[a] method claim is directly

infringed only by one practicing the patented method." Joy

Techs., 6 F.3d at 775. The Federal Circuit has explained in

General Foods Corp. v. Studiengesellschaft Kohle mbH, 972 F.2d

1272 (Fed. Cir. 1992):

> It cannot be said - though it often is, incorrectly, by
> the uninitiated - that a part of a claim is "claimed"
> subject matter. For example, a claim to a process
> comprising the step A followed by step B followed by
> step C defines, as a matter of law, only the A-B-C
> process and one cannot properly speak of any single
> step as being "claimed," for it is not; all that is
> claimed is the process consisting of the combination of
> all three steps. Such a claim, therefore, creates no
> patent right or monopoly in step A, no right to prevent
> others from using step A apart from the combination of
> steps A-B-C. Step A is not "patented."

Id. at 1274.

Clearly, plaintiff DeKalb did not engage in any infringing

activity when it performed steps (i)-(iii) of the claims 1.

Nevertheless, plaintiffs argue, based on the reasoning of a

---

equivalents broad enough to encompass the accused device without
also covering the prior art. Although the Federal Circuit went
on to determine that it had to consider whether the dependent
claims might be infringed, even though the independent claim was
not, this court declines to broaden the scope of this holding to
the facts at bar.

7

single district court case, E.I. DuPont DeNemours & Co. v.
Monsanto, 903 F.Supp. 680 (D. Del. 1995),[3] that defendants should
be held liable for infringement even though they performed only
the final steps of the claimed process and even though the first
steps of the process were performed by plaintiff DeKalb.    In
DuPont, plaintiff DuPont owned patents covering a three-step
process for manufacturing certain stain-resistant nylon carpet
fibers.  Under a toll processing agreement with CaMac, Monsanto
practiced step (a) of the patented process.  It then shipped the
product resulting from step (a) to CaMac, who performed steps (b)
and (c).  CaMac then sold the resulting fibers.  CaMac was held
liable for direct infringement of the process patent under §
217(a) because "a party cannot avoid liability for infringement
by having someone else perform one or more steps of a patented
process for them."  Id. at 735.

    The facts reviewed by the court in DuPont, of course, are
distinguishable from those at bar.  In DuPont, all of the steps
of the claimed process were performed by parties who had not been
given permission to so act.  In the case at bar, the critical
initial steps of the claimed process were performed by the patent
owner, at a time before the patents were even issued.  These
facts are more suited to a business tort than patent infringement
litigation, and the court declines to create an exception to

_____

[3]A non-binding, non-precedential opinion.

8

B21

fundamental principles of patent law to reach what, in fact, might be the fair result.  Therefore, the court concludes that, under the "all elements rule", defendants are not liable for infringement of the asserted claims of the '863 and '880 patents.

### 2.   Section 102(g)

The final issue raised in connection with the Lundquist patents is whether a patented process performed in the United States constitutes infringement under § 271(g).  This court has previously addressed the issue in British Telecommunications v. Qwest Communications Inc., Nos. 03-526-SLR, 03-527-SLR, 03-528-SLR, slip op. at 7 (D. Del. Feb. 24, 2004).  "In the case at bar, the patented methods at issue are being used, if at all, in this country; consequently, the fundamental purpose underlying passage of the statute [§ 271(g)] has absolutely no application." Id. The court finds no precedent to now mandate a different conclusion.  If the accused infringement of the process claims occurs in the United States, defendant are not liable under § 271(g).[4]

### B.   Enablement of the '835 Patent

It is undisputed that claims 5 and 6 of the '835 depend from claim 1.  All three claims are directed to a chimeric gene. Claim 1 reads:

---

[4]As is stated in British Telecommunications, remedies already exist for domestic use of a patented process.

9

B22

1. A chimeric plant gene which comprises:
(a) a promoter sequence which functions in plant cells;
(b) a coding sequence which causes the production of
RNA, encoding a choloroplast transit peptide/5-
enolpyruvylshikimate-3-phosphate synthase fusion
polypeptide, which cholorplast transit peptide permits
the fusion polypeptide to be imported into a
cholorplast of a plant cell; and
(c) a 3' non-translated region which encodes a
polyadenylation signal which functions in plant cells
to cause the addition of polyadenylate nucleotides to
the 3' end of the RNA;
the promoter being heterologous with respect to the
coding sequence and adapted to cause sufficient
expression of the fusion polypeptide to enhance the
glyphosate resistance of a plant cell transformed with
the gene.

('835 patent, col. 32, ll. 31-47)  The chimeric gene is claimed

using functional language.  "The functional language is, of

course, an additional limitation in the claim."  <u>K-2 Corp. V.</u>

<u>Salomon</u>, 191 F.3d 1356, 1363 (Fed. Cir. 1999).  The phrase,

"which chloroplast transit peptide permits the fusion polypeptide

to be imported into a chloroplast of a plant cell," modifies the

coding sequence of the gene.  This functional language requires

that the gene contain a coding sequence for RNA encoding a

chloroplast transit peptide ("CPT") that permits the fusion

polypeptide to be imported into a chloroplast of "a plant cell."

The claim also describes the promoter being adapted to cause

sufficient expression of the fusion polypeptide to enhance

glyphosate resistance of "a plant cell transformed with the

gene."  Thus, the claim uses the broad language of "a plant cell"

in its limitations.

10

**B23**

The issue raised at bar is how the enablement requirement plays out with broad functional language.

> Functional terminology may render a claim quite broad. By its own literal terms a claim employing such language covers any and all embodiments which perform the recited function.  Legitimate concern often properly exists, therefore, as to whether the scope of protection defined thereby is warranted by the scope of enablement indicated and provided by the description contained in the specification.

In re Swinehart, 439 F.2d 210, 1032 (C.C.P.A. 1971).  Section 112 requires that the patent specification enable "those skilled in the art to make and use the full scope of the claimed invention without 'undue experimentation.'"  Koito Mfg. Ltd. v Turn-Key-Tech, LLC, 381 F.3d 1142, 1155 (Fed. Cir. 2004) (citing Genentech, Inc. v. Novo Nordisk A/S, 108 F.3d 1361, 1365 (Fed. Cir. 1997); Amgen Inc v. Hoechst Maion Roussel, Inc., 314 F.3d 1313, 1334 (Fed. Cir. 2003) (holding that the enablement requirement requires that the specification teach those in the art enough that they can make and use the invention without "undue experimentation").  "The scope of the [patent] claims must be less than or equal to the scope of the enablement.  The scope of enablement, in turn, is that which is disclosed in the specification plus the scope of what would be known to one of ordinary skill in the art without undue experimentation."  Nat'l Recovery Techs. v. Magnetic Separation Sys., In.c, 166 F.3d 1190, 1196 (Fed. Cir. 1999); see also In re Goodman, 11 F.3d 1046, 1050 (Fed. Cir. 1993) ("[T]he specification must teach those of skill

11

B24

in the art 'how to make and how to use the invention as broadly
as it is claimed'.").

    In In re Vaeck, 947 F.2d 488 (Fed. Cir. 1991), the Federal
Circuit held that the PTO did not err in rejecting applicants'
generic claims to hybrid genes and transformed cells.  More
specifically, the patent application in Vaeck related to a
genetically engineered bacterium capable of expressing an
insecticidal protein.  Applicants transformed cyanobacterial host
cells with a Bacillus gene that expresses an insecticidal protein
and a DNA promoter.  The specification disclosed "two particular
species of Bacillus (B. thuringiensis, B. sphaericus) as sources
of insecticidal protein; and nine genera of cyanobacteria
(Synechocystis, Anacystis, Synechococcus, Agmenellum,
Aphanocapsa, Gloecapsa, Nostoc, Anabaena and Ffremyllia ) as
useful hosts."  It set forth two working examples, which used the
same cyanobacteria strain (Synechocystis 6803) with different
promoters.  Claim 1 was to "A chimeric gene capable of being
expressed in Cyanobacteria cells . . .."  Other claims were to
preferred Bacillus species, promoters, and selectable markers,
and to hybrid plasmid vectors and bacterial strains and
cyanobacterium with the claim 1 chimeric gene.

    The PTO examiner and Board rejected all the claims, except
the claim limited to the deposited plasmid, for want of enabling
disclosure, relying on "the relatively high degree of

                              12


                             **B25**

unpredictability in this particular art": "[T]he claims ... are not limited to any particular genus or species of cyanobacteria" and "the cyanobacteria are a diverse and relatively poorly studied group of organisms, comprising some 150 different genera, and ... heterologous gene expression in cyanobacteria is 'unpredictable.'" The applicants appealed, arguing that their invention is "pioneering," which entitles them to claims of broad scope and that narrower claims would provide no real protection, because the level of skill in this art is so high and art workers could easily avoid the claims. Applicants argued that given the disclosure in their specification, "any skilled microbiologist could construct vectors and transform many different cyanobacteria, using a variety of promoters and Bacillus DNA, and could easily determine whether or not the active Bacillus protein was successfully expressed by the cyanobacteria." Id. at 495.

The Federal Circuit affirmed the rejection:

> Taking into account the relatively incomplete understanding of the biology of cyanobacteria as of appellants' filing date, as well as the limited disclosure by appellants of particular cyanobacterial genera operative in the claimed invention, we are not persuaded that the PTO erred in rejecting [the claims, except dependent claim 47, which is limited to the Anacystis and Synechocystis cyanobacterium genera, and claim 48, which is limited to Synechocystis 6803] under § 112, first paragraph. **There is no reasonable correlation between the narrow disclosure in appellants' specification and the broad scope of protection sought in the claims encompassing gene expression in any and all cyanobacteria . . . ..**
> In so doing we do not imply that patent applicants in art areas currently denominated as

13

"unpredictable" must never be allowed generic claims
encompassing more than the particular species
disclosed in their specification.  It is well settled
that patent applicants are not required to disclose
every species encompassed by their claims, even in an
unpredictable art. ...  **However, there must be
sufficient disclosure, either through illustrative
examples or terminology, ... to teach those of
ordinary skill how to make and how to use the
invention as broadly as it is claimed.**  This means
that the disclosure must adequately guide the art
worker to determine, without undue experimentation,
which species among all those encompassed by the
claimed genus possess the disclosed utility.  Where
... a claimed genus represents a diverse and
relatively poorly understood group of microorganisms,
the required level of disclosure will be greater than,
for example, the disclosure of an invention involving
a "predictable" factor such as a mechanical or
electrical element.

Id. at 496 (emphasis added).[5]

    Similar to Vaeck, the state of the relevant art at the time

of filing the '835 patent was unpredictable.[6]  The patent is

directed to transforming plant cells, both monocots and dicots,

with specific genes.  The parent patent, from which the '835

patent originates, was filed July 7, 1986.  Defendants have cited

extensive prior litigation establishing that in 1986, a person of

skill in the art could not transform a monocot.  Indeed, the

_____

    [5]Accord Enzo Biochem, Inc. v. Calgene, Inc., 188 F.3d 1362
(Fed. Cir. 1999) (the Federal Circuit concluding that the
"breadth of enablement in the patent specifications [was] not
commensurate in scope with the claims, as the quantity of
experimentation required to practice antisense in cells other
than E. coli at the filing date would have been undue").

    [6]No genuine issue of material fact is raised as to this
issue.

Federal Circuit has consistently found that claims directed to plants or plant cells generally were not enabled in and around 1986. See In re Goodman, 11 F.3d 1046 (Fed. Cir. 1993) (relying on a 1987 article, found no effective method of transforming cells from monocot plants as of 1985); Plant Genetic Sys., N.V. v. DeKalb Genetics Corp., 315 F.3d 1335 (Fed. Cir. 2003) (affirming the district court's findings that, as of March 11, 1987, no method existed for the transformation of monocot plants or plant cells; therefore, the claims to plant cells and methods of making plant cells were not enabled).

Plaintiffs do not dispute the fact that, as of 1986, no method existed for one of skill in the art to transform monocot plant cells. Plaintiffs instead argue that, because the claims are not directed to a plant cell but, rather, are directed to a gene which functions in a plant, the disclosure need not be enabling for both monocots and dicots. The summary judgment motion, consequently, revolves around the issue of whether monocots and dicots must be enabled when the claim is directed to a gene that functions in a plant cell.

Although none of the cases cited above are precisely on point, nevertheless, the analyses highlight several propositions. First, unlike most of the cases cited, where the question was whether undue experimentation by those of skill in the art was

15

**B28**

required for enablement of the claimed invention,[7] it is undisputed by plaintiffs that those of skill in the art could not transform monocot plant cells with the chimeric gene claimed in the '835 patent as of the filing date of the '835 patent. Second, the fact that the patentee amended the claim language to distinguish "plant cell" and "gene" claims (found by the examiner to be enabled) from "plant" claims (found by the examiner to not be enabled for monocots) is less than compelling in light of the subsequent analyses of the Federal Circuit in Vaeck, 947 F.2d at 496, and PGS v. DeKalb, 315 F.3d at 1344. Therefore, the court concludes that plaintiffs cannot avoid the enabling requirement by claiming a gene that functions in plant cells rather than claiming plants transformed by a gene.

V.    CONCLUSION

For the reasons discussed above, defendants' motions for summary judgment are granted. An order consistent with this memorandum opinion shall issue.[8]

---

[7]See, e.g., Johns Hopkins University v. CellPro, Inc., 152 F.3d 1342, 1361 (Fed. Cir. 1998) (the Federal Circuit rejected an enablement challenge where it was not satisfied that the unsuccessful attempts to produce the full scope of the claimed invention were consistent with the level of ordinary skill in the art or with the patent's teachings).

[8]For purposes of appeal, and consistent with the above conclusions of law, the court adopts the claim construction proposed by defendants (D.I. 309) in connection with the asserted claims of the '880 and '863 patents. For purposes of appeal, and consistent with the above conclusions of law, court adopts the claim construction proposed by defendants (D.I. 309) in

16

connection with the asserted claims of the '835 patent, except
for the construction of "chloroplast transit peptide", which
shall be:  "A chloroplast transit peptide is a naturally
occurring series of amino acids that causes the transport of a
polypeptide into a chloroplast."

17

**B30**

US005554798A

## United States Patent [19]

### Lundquist et al.

[11] Patent Number: 5,554,798

[45] Date of Patent: Sep. 10, 1996

[54] FERTILE GLYPHOSATE-RESISTANT TRANSGENIC CORN PLANTS

[75] Inventors: Ronald C. Lundquist, Minnetonka; David A. Walters, Bloomington, both of Minn.

[73] Assignee: DeKalb Genetics Corporation, St. Paul, Minn.

[21] Appl. No.: 441,073

[22] Filed: May 15, 1995

### Related U.S. Application Data

[63] Continuation of Ser. No. 508,045, Apr. 11, 1990, Pat. No. 5,484,956, which is a continuation-in-part of Ser. No. 467,983, Jan. 22, 1990, abandoned.

[51] Int. Cl.6 ................................. A01H 4/00; C12N 15/05
[52] U.S. Cl. ........................... 800/205; 800/DIG. 56; 435/172.3; 435/172.1; 435/240.5; 435/240.45; 536/23.71
[58] Field of Search ........................... 800/205, 250, 800/DIG. 56; 435/172.3, 172.1

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis .................... 71/117 |
| 4,399,216 | 8/1983 | Axel et al. ................ 435/6 |
| 4,535,060 | 8/1985 | Comai .................... 435/172.3 |
| 4,559,301 | 12/1985 | Turner .................... 435/76 |
| 4,559,302 | 12/1985 | Ingolia .................... 435/172.3 |
| 4,581,847 | 4/1986 | Hibberd et al. ............ 47/58 |
| 4,634,665 | 1/1987 | Axel et al. ................ 435/68 |
| 4,642,411 | 2/1987 | Hibberd et al. ............ 800/1 |
| 4,665,030 | 5/1987 | Close .................... 435/240 |
| 4,666,844 | 5/1987 | Cheng .................... 435/240 |
| 4,683,202 | 7/1987 | Mullis .................... 435/91 |
| 4,727,028 | 2/1988 | Santerre et al. .......... 435/240.2 |
| 4,743,548 | 5/1988 | Crossway et al. .......... 435/172.3 |
| 4,761,373 | 8/1988 | Anderson et al. .......... 435/172.3 |
| 4,806,483 | 2/1989 | Wang .................... 435/240.49 |
| 4,940,835 | 7/1990 | Shah et al. ............... 800/205 |
| 4,971,908 | 11/1990 | Kishore et al. ............ 435/172.1 |
| 5,001,060 | 3/1991 | Peacock et al. ............ 435/172.3 |
| 5,004,863 | 4/1991 | Umbeck .................... 800/205 |
| 5,015,580 | 5/1991 | Christou et al. ............ 435/172.3 |
| 5,034,322 | 7/1991 | Rogers et al. ............ 435/172.3 |
| 5,049,500 | 9/1991 | Arntzen et al. ............ 435/172.3 |
| 5,094,945 | 3/1992 | Comai .................... 435/172.3 |
| 5,110,732 | 5/1992 | Benfey et al. ............ 435/172.3 |
| 5,134,074 | 7/1992 | Gordon et al. ............ 435/240.4 |
| 5,177,010 | 1/1993 | Goldman et al. .......... 435/172.3 |
| 5,187,073 | 2/1993 | Goldman et al. .......... 435/172.3 |
| 5,188,642 | 2/1993 | Shah et al. ............... 47/58 |
| 5,188,958 | 2/1993 | Moloney et al. .......... 435/240.4 |
| 5,250,515 | 10/1993 | Fuchs et al. ............. 514/12 |
| 5,254,799 | 10/1993 | DeGrave et al. .......... 800/205 |
| 5,258,300 | 11/1993 | Glassman et al. .......... 435/240.4 |
| 5,268,463 | 12/1993 | Jefferson ................ 536/23.1 |
| 5,290,924 | 3/1994 | Last et al. ............... 536/24.1 |
| 5,302,523 | 4/1994 | Coffee et al. ............ 435/172.1 |
| 5,350,689 | 9/1994 | Shillito et al. ........... 435/240.47 |
| 5,352,605 | 11/1994 | Fraley et al. ............ 435/240.4 |
| 5,371,003 | 12/1994 | Murray et al. ............ 435/172.3 |
| 5,405,765 | 4/1995 | Vasil et al. .............. 435/172.3 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 80893B7 | 12/1988 | Australia ................ C12N 15/00 |
| 0126537A2 | 4/1983 | European Pat. Off. ...... A61K 9/52 |
| 0131623B1 | 1/1984 | European Pat. Off. ...... C12N 15/11 |
| 0141373A3 | 5/1985 | European Pat. Off. ...... A01G 7/00 |
| 0154204A2 | 9/1985 | European Pat. Off. ...... C12N 15/00 |
| 0160390A2 | 11/1985 | European Pat. Off. ...... A01H 15/10 |
| 0193259A1 | 9/1986 | European Pat. Off. ...... C12N 15/00 |
| 0204549A2 | 10/1986 | European Pat. Off. ...... C12N 15/00 |
| 0202668A2 | 11/1986 | European Pat. Off. ...... C12N 5/02 |
| 0242236A1 | 10/1987 | European Pat. Off. ...... C12N 15/00 |
| 0242246A1 | 11/1987 | European Pat. Off. ...... C12N 15/00 |
| 0299552A1 | 1/1988 | European Pat. Off. ...... C12N 15/00 |
| 0257472A2 | 3/1988 | European Pat. Off. ...... C12N 15/00 |
| 0262971A2 | 5/1988 | European Pat. Off. ...... A01H 1/02 |
| 0271408 | 6/1988 | European Pat. Off. ...... C12N 15/00 |
| 0275256A2 | 6/1988 | European Pat. Off. ...... C12N 15/00 |
| 0275069A2 | 7/1988 | European Pat. Off. ...... C12N 15/00 |
| 0280400A2 | 8/1988 | European Pat. Off. ...... A01C 1/06 |
| 0282164A2 | 9/1988 | European Pat. Off. ...... C12N 5/00 |
| 0292435A1 | 11/1988 | European Pat. Off. ...... C12N 15/00 |
| 0289479A2 | 11/1988 | European Pat. Off. ...... C12N 15/00 |
| 0290395A1 | 11/1988 | European Pat. Off. ...... C12N 15/00 |
| 0301749A2 | 2/1989 | European Pat. Off. ...... C12N 15/00 |
| 0353908A2 | 7/1989 | European Pat. Off. ...... C12N 15/00 |
| 0334539A2 | 9/1989 | European Pat. Off. ...... C12N 15/00 |
| 0331855A2 | 9/1989 | European Pat. Off. ...... C12M 3/00 |
| 0348348A2 | 12/1989 | European Pat. Off. ...... A01N 65/00 |
| 0385962A1 | 2/1990 | European Pat. Off. ...... C12N 15/00 |
| 0360750A2 | 3/1990 | European Pat. Off. ...... C12N 15/29 |
| 0359617A2 | 3/1990 | European Pat. Off. ...... C12N 15/53 |
| 0408403A1 | 5/1990 | European Pat. Off. ...... C12N 15/82 |
| 0422174A1 | 4/1991 | European Pat. Off. ...... C12N 15/82 |
| 0424047A1 | 4/1991 | European Pat. Off. ...... C12N 15/87 |
| 0459643A2 | 5/1991 | European Pat. Off. ...... C12N 15/82 |
| 0442175A1 | 8/1991 | European Pat. Off. ...... A01H 1/02 |
| 0452269A2 | 11/1991 | European Pat. Off. ...... C12N 15/82 |
| 0469273A1 | 2/1992 | European Pat. Off. ...... C12N 15/82 |
| 0485970A3 | 5/1992 | European Pat. Off. ...... C12N 15/82 |

(List continued on next page.)

### OTHER PUBLICATIONS

"Dekalb Researchers Produce Fertile Corn Plants with Foreign Genes," *ARI Newsletter* (Oct./Nov. 1990).
"Genetic Engineering Advance Announced for Corn Plants," *Investor's Daily*, (Apr. 19, 1990).
"Genetically Engineered Corn: Breakthrough Brings Market Closer," *Genetic Technology News*, 8–11 (Oct. 1990).
"Keystone Crops," *Agricultural Genetics Report*, (Mar./Apr. 1990).

(List continued on next page.)

Primary Examiner—Gary Benzion
Attorney, Agent, or Firm—Schwegman, Lundberg, Woessner & Kluth, P.A.

[57] ABSTRACT

Fertile transgenic *Zea mays* (corn) plants which stably express heterologous DNA which is heritable are provided along with a process for producing said plants. The preferred process comprises the microprojectile bombardment of friable embryogenic callus from the plant to be transformed. The process may be applicable to other graminaceous cereal plants which have not proven stably transformable by other techniques.

6 Claims, 6 Drawing Sheets

B31

Exhibit 5

**5,554,798**
Page 2

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0589110A1 | 3/1994 | European Pat. Off. ....... | A01N 63/02 |
| 2661421 | 11/1991 | France .............................. | C12N 15/09 |
| 0018970 | 9/1882 | Germany . | |
| 3738874A1 | 11/1988 | Germany ....................... | A01H 1/06 |
| 4013099A1 | 10/1991 | Germany ....................... | C12N 15/82 |
| 61-134343 | 5/1984 | Japan . | |
| 8801444 | 1/1990 | Netherlands ................. | C12N 15/87 |
| 2159173 | 11/1985 | United Kingdom ............ | C12N 15/00 |
| WO85/01856 | 5/1985 | WIPO ............................. | A01B 76/00 |
| WO85/02973 | 7/1985 | WIPO ............................. | A01J 7/00 |
| WO85/02972 | 7/1985 | WIPO ............................. | A01C 1/06 |
| WO87/04181 | 7/1987 | WIPO ............................. | C12N 1/00 |
| WO87/05629 | 9/1987 | WIPO ............................. | C12N 15/00 |
| WO89/04571 | 5/1989 | WIPO ............................. | C12N 21/00 |
| WO89/12102 | 12/1989 | WIPO ............................. | C12N 15/00 |
| WO89/11789 | 12/1989 | WIPO ............................. | A01H 1/00 |
| WO90/01869 | 3/1990 | WIPO ............................. | A01H 1/00 |
| WO90/02801 | 3/1990 | WIPO ............................. | C12N 15/32 |
| WO90/10691 | 8/1990 | WIPO ............................. | C12N 5/00 |
| WO90/10725 | 9/1990 | WIPO ............................. | C23C 16/00 |
| WO91/02071 | 2/1991 | WIPO ............................. | C12N 15/82 |
| WO91/04323 | 4/1991 | WIPO ............................. | C12N 9/10 |
| WO91/00183 | 5/1991 | WIPO . | |
| WO91/10725 | 7/1991 | WIPO ............................. | C12N 5/00 |
| WO91/16432 | 10/1991 | WIPO ............................. | C12N 15/31 |
| WO92/06205 | 4/1992 | WIPO ............................. | C12N 15/82 |
| WO92/09696 | 6/1992 | WIPO ............................. | C12N 15/82 |
| WO92/12250 | 7/1992 | WIPO ............................. | C12N 15/82 |
| WO92/19731 | 11/1992 | WIPO ............................. | C12N 15/00 |
| WO93/07278 | 4/1993 | WIPO ............................. | C12N 15/82 |
| WO93/08682 | 5/1993 | WIPO ............................. | A01H 1/00 |
| WO93/14210 | 7/1993 | WIPO ............................. | C12N 15/82 |
| WO93/19190 | 9/1993 | WIPO ............................. | C12N 15/82 |
| WO93/21335 | 10/1993 | WIPO ............................. | C12N 15/87 |

## OTHER PUBLICATIONS

Chan, M.–T., et al., "Agrobacterium–Mediated Production of Transgenic Rice Plants Expressing a Chimeric α–Amylase Promoter/β–Glucuronidase Gene," Plant Mol. Biol., 22, 491–506 (1993).

Hiel, Y., et al., "Efficient Transformation of Rice (Oryza sativa L.) Mediated by Agrobacterium and Sequence Analysis of the Boundaries of the T–DNA," The Plant J., 6, 271–282 (1994).

Abstract, 35th Annual Maize Genetics Conference, In Vitro Cellular and Devel. Biol., 28:(3) (1992).

"Bullets Transform Plant Cells," Agricell Report, 9, 5, (Jul. 1987).

"BioTechnica Applies for Field Test of Genetically Engineered Corn," Genetic Technology News, 10(3), (Mar. 1990).

Catalog, Handbook of Fine Chemicals, Aldrich Chem. Co., p. 508 (1988).

"Chipping Away at Old Weed Enemies," Farm Science Outlook, Prairie Farmer 162, 34 (Feb. 20 1990).

"Corn Transformers Multiply," Bio/Technol., 8, 490 (Jun. 1990).

"Cornell U. Gene Gun Hits Biotech Bullseye," Agriculture Technology, p. 13.

"Dalapon," Merck Index, 11th edition, S. Budavae, (ed.), Merck and Co., pp. 405–406 (1989).

Dialog Search of Japanese Patent No. 61–134343 (1986).

EPO Notice Regarding Publication of Bibliographic Data for EPO 0485506 (1992).

"Genes Guns Succeed in Altering Corn," Biotechnology News, p. 2 (Apr. 1990).

"Herbicide–Resistant Corn" CT Academy of Science and Engineering, Case Reports, 5(4), 6 (1990).

International Search Report, PCT/US 90/04462, mailed Jan. 15, 1991.

International Search Report, PCT/US 90/09699, mailed Aug. 16, 1995.

International Society for Plant Molecular Biology, Program and Abstract, Molecular Biology of Plant Growth and Development, Tuson, Arizona, Oct. 6–11 (1991).

Patent Family Record for Australian Patent 87 80 893.

"Plant Science Research, Inc. Achieves Successful Transformation of Corn," Genetic Engineering News, 10(3), 3 (March 1990).

"Shotgunning DNA into Cells," Genetic Engineering News, (Jul./Aug. 1987).

"Sticky Ends," Genetic Engineering News, 10(5), 1 (May 1990).

"Teams from USDA/Monsanto and DeKalb Genetically Engineer Corn," Genetic Technology News, 10(5) (May 1990).

"Two Teams Succeed in Putting Foreign Genes in Corn Plants," Genetic Engineering Letter, 10(8), 3 (Apr. 24, 1990).

"USDA Approves More Field Tests," Genetic Technology News, 11(7), 12 (Jul. 1991).

"USDA Approves Field Test for BioTechnica's Genetically Engineered Corn," Genetic Technology News, 10(7), 6 (Jul. 1990).

Adang, M. J., et al., "Characterized Full–Length and Truncated Plasmid Clones of the Crystal Protein of Bacillus thuringiensis subsp. kurstaki HD–73 and Their Toxicity to Manduca sexta," Gene, 36, 289–300 (1985).

Ahokas, H. "Transfection of Germinating Barley Seed Electrophoretically with Exogenous DNA," Theor. Appl. Genet., 77, 469–472 (1989).

Ahokes, H. "Electrophoretic transfection of cereal grains with exogenous nucleic acid," Soc. Biochem. Biophys. Microbio. Fen.; Biotieteen Paivat (Bioscience Days), Abstracts, Technical University of Helsinki, Espoo, p. 2 (1989).

Akella, V., et al., "Expression in Cowpea Seedings of Chimeric Transgene after Electroporation into Seed–Derived Embryos," Plant Cell Rep., 12, 110–117 (1993).

Altenbach, S. B., et al., "Enhancement of the Methionine Content of Seed Proteins by the Expression of a Chimeric Gene Encoding a Methionine–Rich Protein in Transgenic Plants," Plant. Mol. Biol., 13, 513–522 (1989).

Altenbach, S. B., et al., "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine," Plant Mol. Biol., 8, 239–250 (1987).

Ampe, C., et al., "The Amino–Acid Sequence of the 2S Sulphur–Rich from Seed of Brazil Nut (Bertholletia excelsa H.B.K.)," Eur. J. Biochem., 159, 597–604 (1986).

Armstrong, C. L., et al., "Establishment and Maintenance of Friable, Embryogenic Maize Callus and the Involvement of L–Proline," Planta, 164, 207–214 (1985).

Armstrong, C. L., et al., "Genetic and cytogenetic variation in plants regenerated from organogenic and friable, embryonic tissue cultures of maize," Biological Abstracts, vol. 85, Abstract No. 117662 (1988).

Aves, K., et al., "Transformation of an Elite Maize Inbred Through Microprojectile Bombardment of Regenerable Embryonic Callus," In Vitro Cell. Develop. Biol., 28A, p. 124A, Abstract No. P–1134 (1992).

**5,554,798**

Page 3

Bao–Jian, L., et al., "Introduction of Foreign Genes into the Seed Embryo Cells of Rice by Electroinjection and the Regeneration of Transgenic Rice Plants," *Science in China*, 34, 925–931 (1991).

Barker, R. F., et al., "Nucleotide Sequence of the T-DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTi15955," *Plant Mol. Biol.*, 2, 335–350 (1983).

Beerman, F., et al., "Tyrosinase as a Marker for Transgenic Mice," *Nuc. Acids. Res.*, 19, 958 (1991).

Belanger, F. C., et al., "Molecular Basis for Allelic Polymorphism of the Maize Globulin–1 Gene" *Genetics*, 129, 863–872 (1991).

Benner, M. S., et al., "Genetic Analysis of Methionine–Rich Storage Protein Accumulation in Maize," *Theor. Appl. Genet.*, 78, 761–767 (1989).

Bevan, M., et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation," *Nature*, 304, 184–187 (1983).

Bevan, M., et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T–DNA," *Nuc. Acids Res.*, 11, 369–385 (1983).

Binns, A. N., "Agrobacterium–mediated gene delivery and the biology of host range limitations," *Physiologia Plantarium*, 79, 135–139 (1990).

Bishop, J. E., "Two Teams Plane Genes into Corn," *The Wall Street Journal*, B1 (Apr. 1990).

Booy, G., et al., "Attempted Pollen—Mediated Transformation of Maize," *J. Plant Physiol.*, 135, 319–324 (1989).

Boulton, M. I., et al., "Specificity of *Agrobacterium*—mediated delivery of maize streak virus DNA to members of the Gramineae," *Plant Molecular Biology*, 12, 31–40 (1989).

Brill, W. J., "Agricultural Microbiology," *Scientific American*, 245(3), 199–215 (Sep. 1981).

Brünke, K. J., et al., "Insect Control with Genetically Engineered Crops," *Trends in Biotechnol.*, 9, 197–200 (1991).

Buchanan–Wollaston, V., et al., "Detoxification of the Herbicide Dalapon by Transformed Plants," *J. of Cell. Biochem.*, 13D, p. 330, Abstract No. M503 (1989).

Callis, J., et al., "Introns Increase Gene Expression in Cultures Maize Cells," *Genes and Development*, 1, 1183–1200 (1987).

Cao, J., et al., "Transformation of Rice and Maize Using the Biolistic Process," In: *Plant Gene Transfer*, Alan R. Liss, Inc., pp. 21–33 (1990).

Carpita, N. C., "The Biochemistry of "Growing" Cell Walls," In: *Physiology of Cell Expansion During Plant Growth*, Cosgrove, D. J., et al., (eds.) Am. Soc. Plant Physiol., pp. 28–100 (1987).

Chandler, V. L., et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway are Homologous: Isolation of B Utilizing R Genomic Sequences," *The Plant Cell*, 1, 1175–1183 (1989).

Chasan, R., "Transforming Maize Transformation," *The Plant Cell*, 4, 1463–1464 (1992).

Chourey, P. S., et al., "Callus Formation from Protoplasts of a Maize Cell Culture," *Theor. Appl. Genet.*, 59, 341–344 (1981).

Christou, P., et al., "Opine Synthesis in Wild—Type Plant Tissue," *Plant Physiol.*, 82, 218–221 (1986).

Christou, P., et al., "Soybean Genetic Engneering—Commercial Production of Transgenic Plants," *Trends Biotechnol.*, 8, 145–151 (1990).

Christou, P., et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures," *Theor. Appl. Genet.*, 79, 337–341 (1990).

Christou, P., et al., "Genetic Transformation of Crop Plants Using Microprojectile Bombardment," *The Plant Journal*, 2, 275–281 (1992).

Christou, P., et al., "Stable Transformation of Soybean Callus by DNA—Coated Gold Particles," *Plant Physiol.*, 87, 671–674 (1988).

Chu, C.—C., et al., Establishment of an Efficient Medium for Anther Culture of Rice Through Comparative Experiments on the Nitrogen Sources," *Sci. Sin.* (*Peking*), 13, 659–668 (1975).

Clark, B., "Biotech Advance in Corn: Gunslinging Researchers Fire Marker Genes in to Corn," *AG Consultant*, 46(7), 12(Jul. 1990).

Cocking, F., et al., "Gene Transfer in Cereals," *Science*, 236, 1259–1262 (1987).

Coe et al., "The Genetics of Corn" In: *Corn and Corn Improvement*, 2nd edition, Sprague, G. F., (ed.), American Soc. Agronomy, Inc, Madison, WI, p. 138 (1977).

Comai, L., et al., "Expression in Plants of a Mutant aroA Gene from *Salmonella typhimurium* Confers Tolerance to Glyphosate," *Nature*, 317, 741–744 (Oct., 1985).

Creissen, G., et al., "Agrobacterium— and Microprojectile—Mediated Viral DNA Delivery into Barley Microspore Derived—Cultures," *Plant Cell Rep.*, 8, 680–683 (Apr. 1990).

Crossway, A., et al., "Integration of foreign DNA following microinjection of tobacco mesophyll protoplasts," *Mol. Gen. Genet.*, 202, 179–185 (1986).

D'Halluin, K., et al., "Transgenic Maize Plants by Tissue Electroporation," *The Plant Cell*, 4, 1495–1505 (1992).

Darvill, A., et al., "The Primary Cell Walls of Flowering Plants," In: *The Biochemistry of Plants*, vol. 1, pp. 91–162 (1980).

Dauce–LeReverand, B., et al., "Improvement of *Escherichia coli* Strains Overproducing Lysine Using Recombinant DNA Techniques," *Eur. J. Appl. Microbiol. Biotechnol.*, 15, 227–231 (1982).

De Block, M., et al., "Engineering herbicide resistance on plants by expression of a detoxifying enzyme," *EMBO J.*, 6, 2513–2518 (1987).

De Greef, W., et al., "Evaluation of herbicide resistance in transgenic crops under field conditions," *Bio/Technol.*, 7, 61–64 (1989).

Dekeyser, R. A., et al., "Evaluation of Selectable Markers for Rice Transformation," *Plant Physiol.*, 90, 217–223 (1989).

Dekeyser, R. A., et al., "Transient Gene Expression in Intact and Organized Rice Tissues," *The Plant Cell*, 2, 591–602, (1990).

DeWald et al., "Plant regeneration from inbred maize suspensions," VIIth International Congress on Plant Tissue and Cell Culture, p. 12, Abstract No. A1–36 (Jun. 24–29, 1990).

DeWet, J. M. J., et al., "Exogenous gene transfer in maize (*Zea mays*) using DNA–treated pollen;" In: *The experimental manipulation of ovule tissues*. Chapman, G. P., et al., (eds.), Longman, New York, pp. 197–209 (1985).

DeWet, J. R. et al., "Cloning of Firefly Luciferase cDNA and the Expression of Active Luciferase in *Escherichia coli*," *Proc. Nat. Acad. Sci. USA*, 82, 7870–7873 (1985).

**B33**

Donn, G., et al., "Stable Transformation of Maize with a Chimaeric, Modified Phosphinothricin–Acetyltransferase Gene from *Streptomyces viridochromogenes*," Abstracts, VIIth International Congress Plant Tissue Cell Culture, p. 53, Abstract No. A2–38 (Jun. 24–29, 1990).

Dupuis, I., et al., "Gene Transfer to Maize Male Reproductive Structure by Particle Bombardment of Tassel Primordia," *Plant Cell Rep.*, 12, 607 (1993).

Ellis, J. G., et al., "Does the OCS–Element Occur as a Functional Component of the Promotors of Plant Genes?" *EMBO J.*, 6, 3203–3208 (1987).

Evans, D. A., et al., "Somaclonal Variation—Genetic Basic and Breeding Applications," *Trends Genet.*, 5, 46–50 (1989).

Fennel, A., et al., "Electroporation and PEG Delivery of DNA into Maize Microspores," *Plant Cell Reports*, 11, 567–570 (1992).

Fitzpatrick, T., "Pleiotrophic Gene Found in Barley Plant," *Genetic Engineering News*, 13, 1 (1993).

Fransz, P., et al., "Cytodifferentiation during callus initiation and somatic embryogenesis in *Zea mays* L.," Ph.D. thesis, U. of Wageningen Press, The Netherlands (1988).

Freeling, J. C., et al., "Developmental Potentials of Maize Tissue Cultures," *Maydica*, XXI, 97–112 (Jul. 1977).

Freiberg, "More Researchers Discover Corn Transformation Technology," *AG Biotechnology News*, p. 26 (1990).

Fromm, M. E., et al., "Inheritance and Expression of Chimeric Genes in the Progeny of Transgenic Maize Plants," *Bio/Technol.*, 8, 833–839 (1990).

Fromm, M. E., et al., "Stable Transformation of Maize after Gene Transfer by Electroporation," *Nature*, 319, 791–793 (1986).

Fromm, M., et al., "Expression of Genes Transfected into Monocot and Dicot Plant Cells by Electroporation," *Proc. Nat. Acad. Sci. USA*, 82, 5824–5828 (1985).

Fry, S. C., "Introduction to the Growing Cell Wall," In: *The Growing Plant Cell Wall: Chemical and Metabolic Analysis*, Longman Scientific and Technical, New York, pp. 1–5, 102–109 (1988).

Geiser, M., et al., "The Hypervariable Region on the Genes Coding for Entomopathogenic Crystal Proteins of *Bacillus thuringiensis*: Nucleotide Sequence of the *kurhd1* gene of subsp. *kurstaki* HD1," *Gene*, 48, 109–118 (1986).

Goff, S. A., et al., "Plant Regeneration of Anthocyanin Biosynthetic Genes Following Transfer of B Regulatory Genes into Maize Tissues," *EMBO J.*, 9, 2517–2422 (1990).

Gordon-Kamm, W. J., et al., "Stable Transformation of Embryonic Maize Cultures by Microprojectile Bombardment," *J. Cellular Biochem.*, 13D, p. 259, Abstract No. M122 (1989).

Gordon-Kamm, W. J., et al., "Transformation of Maize Cells and Regeneration of Fertile Transgenic Plants," *The Plant Cell*, 2, 603–618 (1990).

Gould, J., et al., "Transformation of the Graminae by *Agrobacterium tumefaciens*," Int. Soc. Plant Mol. Biol. 3rd Int. Congress, Abstract No. 1277 (1991).

Gould, J., et al., "Shoot Tip Culture as a Potential Transformation System," Abstracts, Beltwide cotton production research conferences, New Orleans, LA, p. 91 (1988).

Gould, J., et al., "Transformation of *Zea mays* L. Using *Agrobacterium tumefaciens* and the Shoot Apex," *Plant Physiol*. 95, 426–434 (1991).

Graves, A., et al., "The Transformation of *Zea mays* seedings with *Agrobacterium tumefaciens*," *Plant Mol. Biol.*, 7, 43–50 (1986).

Green, C., et al., "Plant Regeneration from Tissue Cultures of Maize," *Crop. Sci.*, 15, 417–421 (1975).

Green, C., et al., "Plant Regeneration in Tissue Cultures of Maize," In: *Maize for Biological Research*, Sheridan, W. F., (ed.) Plant Mol. Biol. Assoc., pp. 367–372 (1982).

Green, C., et al., "Somatic Cell Genetic Systems, in Corn," In: *Advances in Gene Technology: Molecular Genetics of Plant and Animals*, Academic Press, Inc., pp. 147–157 (1983).

Grimsley, N., et al., "DNA Transfer from Agrobacterium to *Zea mays* or *Brassica* by Agroinfection is Dependent on Bacterial Virulence Functions," *Mol. Gen. Genet.*, 217, 309–316 (1989).

Gritz, L., et al., "Plasmid—Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in *Escherichia coli* and *Saccharomyces cerevisiae*," *Gene*, 25, 179–188 (1983).

Guerineau, F., et al., "Sulfonamide Resistance Gene for Plant Transformation," *Plant Molecular Biology*, 15, 127–136 (1990).

Guilley, H., et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts," *Cell*, 30, 763–773 (Oct. 1982).

Gunset, G., "Genetic Advance May Transform Corn," *Chicago Tribune* (Apr. 19, 1990).

Gunset, G., "Corn Farmers See Economic, Environmental Gold in Designer Genes," *Chicago, Tribune* (Jan. 21, 1991).

Hallauer, A. R., et al., "Corn Breeding," In: *Corn and Corn Improvement*, 3rd edition, Sprague, G. F., et al., (eds.), Agronomy Soc. Amer., pp. 463–564 (1988).

Haughn, G. W., "Transformation with a Mutant Arabidopsis Acetolactate Synthase Gene Renders Tobacco Resistant to Sulfonylurea Herbicides," *Mol. Gen. Genet.*, 211, 266–271 (1988).

Hauptman, R. M., et al., "Evaluation of Selectable Markers for Obtaining Stable Transformants on the Gramineae," *Plant Physiol.*, 86, 602–606 (1988).

Hoffman, L. M., et al., "A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants," *Plant Mol. Biol.*, 11, 717–729 (1988).

Hoffman, L. M., et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds," *EMBO J.*, 6, 3213–3221 (1987).

Hofte, H., et al., "Insecticidal Crystal Proteins of *Bacillus thuringiensis*," *Microbiol. Rev.*, 53, 242–255 (1989).

Hong, B., et al., "Developmental and Organ—Specific Expression of an ABA—and Stress-Induced Protein in Barley," *Plant Mol. Biol.*, 18, 663–674 (1992).

Hooykaas, P. J. J., "Transformation of plant cell via Agrobacterium," *Plant Mol. Biol.*, 13, 327–336 (1989).

Horn, M., et al., "Transgenic Plants of Orchard Grsss (*Dactylis glomerata* L.) from Protoplasts," *Chem. Abstracts*, 110, p. 208, Abstract no. 89869a (1989).

Horn, M., et al., "Transgenic Plants of Orchard grass (*Dactylis glomerata* L.) from Protoplasts," *Plant Cell Reports*, 7, 469 (1988).

Howe, A., et al., "Development of Glyphosphate as a Selectable Marker for the production of Fertile Transgenic Corn Plants," *In Vitro Cell Develop. Biol.*, 28A, p. 124A, Abstract No. P–1136 (Jul.–Aug. 1992).

Huang, Y., et al., "Factors Influencing Stable Transformation of Maize Protoplasts by Electroporation," *Plant Cell, Tissue and Organ Culture*, 18, 281 (1989).

Imbrie-Milligan, C., et al., "Microcallus Growth from Maize Protoplasts," *Planta*, 171, 58–64 (1987).

5,554,798
Page 5

Jahne, A., et al., "Regeneration of Fertile Plants from Protoplasts Derived from Embryogenic Cell Suspensions of Barley (Hordeum vulgare L.)," Plant Cell Rep., 10, 1–6 (1991).

Jayne, S., et al., "Analysis of Elite Transgenic Maize Plants Produced by Microprojectile Bombardment," Program and Abstracts, Int. Soc. for Plant Mol. Biol., 3rd Int. Cong., Abstract No. 338 (Oct. 6–11, 1991).

Jefferson, R., et al., "β-Glucuronidase from Escherichia coli as a Gene-Fusion Marker," Proc. Nat. Acad. Sci. USA, 83, 8447–8451 (1986).

Jefferson, R., et al., "GUS Fusions: β-Glucuronidase as a Sensitive and Versatile Gene Fusion Marker in Higher Plants," EMBO J., 6, 3901–3907 (1987).

Jefferson, R., "Assaying chimeric genes in plants: the GUS gene fusion system," Plant Mol. Biol. Rep., 5, 387–405 (1987).

Jones, H., et al., "Recent Advances in Plant Electroporation," Oxford Surveys of Plant Molecular and Cell Biol., 4, 347–357 (1987).

Jones, H., et al., "Transient Gene Expression in Electroporated Solanum Protoplasts," Plant Mol. Biol., 13, 503–511 (1989).

Kaeppler, H. F., et al., "Silicon Carbide Fiber-Mediated DNA Delivery into Plant Cells," Plant Cell Rep., 9, 415–418 (1990).

Kamo, K., et al., "Establishment and Characterization of Long-Term Embryonic Maize Callus and Cell Suspension Cultures," Plant Sci., 45, 111–117 (1986).

Kamo, K, et al., "Regeneration of Zea mays L. from Embryogenic Callus," Bot Gaz., 146, 327–334 (1985).

Kao, K. N., et al., "Nutritional Requirements for Growth of Vicia hajastana Cells and Protoplasts at a Very Low Population Density in Liquid Media," Planta, 126, 105–110 (1978).

Kartha, K., et al., "Transient Expression of Chloramphenicol Acetyl Transferase (CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment," Plant Cell Rep., 8, 429–432 (1989).

Kay, R., et al., "Duplication of CaMV 35S Promoter Sequences Creates a Strong Enhancer for Plant Genes," Science, 236, 1299–1302 (Jun. 5, 1987).

Kirihara, J., et al., "Differential Expression of a Gene for a Methionine—Rich Storage Protein in Maize," Mol. Gen. Genet., 211, 477–484 (1988).

Kirihara, J., et al., "Isolation and Sequence of a Gene Encoding a Methionine–Rich 10–kD Zein Protein from Maize," Gene, 71, 359–370 (1988).

Klein, T., et al., "Transfer of Foreign Genes into Intact Maize Cells with High-Velocity Microprojectiles," Proc. Nat. Acad. Sci. USA, 85, 4305–4309 (1988).

Klein, T. M., et al., "Factors Influencing Gene Delivery into Zea mays Cells by High Velocity Microprojectiles," Bio/Tec. 6, 559–563 (1988).

Klein, T. M., et al., "High-Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells," Nature, 327, 70–73 (1987).

Klein, T., et al., "Genetic Transformation of Maize Cell by Particle Bombardment and the Influence of Methylation on Foreign Gene Expression," In: Gene Manipulation in Plant Improvement II, Gustafson, J. P., (ed.), Plenum Press, NY, pp. 265–266 (1990).

Klein, T., et al., "Genetic Transformation of Maize Cells by Particle Bombardment," Plant Physiol., 91, 440–444 (1989).

Klein, T., et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles," Proc. Nat. Acad. Sci. USA, 86, 6682–6685 (1989).

Kozak, M., "Compilation and Analysis of Sequence from the Translational Start Site in Eukaryotic mRNAs," Nuc. Acids. Res., 12, 857–871 (1984).

Kozak, M., "Point Mutations Define a Sequence Flanking the AUG Initiator Codon that Modulates Translation by Eukaryotic Ribosomes," Cell, 44, 283–292 (1986).

Koziel, M. G., et al., "Field Performance of Elite Transgenic Maize Plants Expressing an Insecticidal Protein Derived from Bacillus thuringenesis," Bio/Technol., 11, 194–200 (1993).

Kreitlow, B., "Genetic Engineering 'Breakthrough' Disputed," Cedar Rapids Gazette (Apr. 20, 1990).

Kriz, A. L., et al., "Characterization of the Maize Globulin-2 Gene and Analysis of Two Null Alleles," Biochemical Genetics, 29, 241–254 (1991).

Kuhlemeier, C., et al., "Regulation of Gene Expression in Higher Plants," Ann. Rev. Plant Physiol., 38, 234–239 (1987).

Langridge, et al., "Transformation of Cereals via Agrobacterium and the Pollen Pathway: A Critical Assessment," The Plant J., 2, 613–638 (1992).

Laursen, C. M., et al., "Production of Fertile Transgenic Maize by Electorporation of Suspension Culture Cells," Plant Mol. Biol., 24, 51–61 (1994).

Lazzeri, P., et al., "In Vitro Genetic Manipulation of Cereals and grasses," Ad. Cell Culture, 6, 291–293 (1988).

Lee, J. S., et al., "Gene Transfer into Intact cells of Tobacco by Electroporation," Korea J. Gent., 11, 65–72 (1989).

Leemans, J., "Genetic Engineering for Fertility Control," Keystone Symposium on Crop Improvement via Biotechnology: An International Perspective, Abstract No. Y016 (Apr. 10–26, 1992).

Levitt, J. "Growth Regulators" In: Introduction to Plant Physiology, The C. V. Mosby Company, St. Louis, p. 241 (1969).

Li, X.–Q., et al., "GUS Expression in Rice Tissues Using Agrobacterium—Mediated Transformation," Program and Abstracts, Int. Soc. for Plant Mol. Biol., 3rd Int. Cong., Abstract No. 385 (Oct. 6–11, 1991).

Lindsey, K., et al., "Electroporation of Cells," Physiologia Plantarum, 79, 168–172 (1990).

Lindsey, K., et al., "The Permeability of Electroporated Cells and Protoplasts of Sugar Beet," Planta, 172, 346–355 (1987).

Lindsey, K., et al., "Transient Gene Expression in Electroporated Protoplasts and Intact Cells of Sugar Beet," Plant Mol. Biol., 10, 43–52 (1987).

Lindsey, K., et al., "Stable Transformation of Sugarbeet Protoplasts by Electroporation," Plant Cell Rep., 8, 71–74 (1989).

Looker, D., "Dekalb Claims Success in Effort to Alter Genetic Makeup of Corn," Des Moines Register (Apr. 19, 1990).

Lopes, M. A., et al., "Endosperm Origin, Development, and function," The Plant Cell, 5, 1383–1399 (1993).

Lorz, H., et al., "Advances in Tissue Culture and Progress Towards Genetic Transformation of Cereals," Plant Breeding, 100, 1–25 (1988).

Lu, C., et al., "Somatic Embryogenesis in Zea mays L.," Theor. Appl. Genet.," 62, 109–112 (1982).

B35

5,554,798
Page 6

Lu, C., et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize (Zea mays L.)," Theor. Appl. Genet., 66, 285–289 (1983).

Ludwig, S., et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation," Science, 247, 449–450 (1990).

Ludwig, S., et al., "High Frequency Callus Formation from Maize Protoplasts," Theor. Appl. Genet., 71, 344–350 (1985).

Ludwig, S., et al., "Lc, a Member of the Maize R Gene Family Responsible for Tissue–Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc—Homology Region," Proc. Nat. Acad. Sci. USA, 86, 7092–7096 (1989).

Ludwig, S., et al., "Maize R Gene Family: Tissue—Specific Helix–Loop–Helix Proteins," Cell, 62, 849–851 (1990).

Lütcke, H., et al., "Selection of AUG Initiation Codones Differs in Plants and Animals," EMBO J., 6, 43–48 (1987).

Maas, C., et al., "A Highly Optimized Monocot Expression Cassette: Application for Barley Transformation and Barley Virus Research," Program and Abstracts, Int. Soc. Plant Mol. Biol., Abstract No. 386 (Oct. 6–11, 1991).

Maddock, S. E., et al., "Expression in Maize Plants of Wheat Germ Agglutinin, a Novel Source of Insect Resistance," Program and Abstracts, Int. Soc. Plant. Mol. Biol., 3rd Int. Cong., Abstract no. 372 (Oct. 6–11, 1991).

Masumura, T., et al., "cDNA Cloning of an mRNA Encoding a Sulfur–Rich 10 kDa Prolamin Polypeptide in Rice Seeds," Plant Mol. Biol., 12, 123–130 (1989).

McCabe et al., "Stable Transformation of Soybean (Glycine max) by Particle Acceleration," Bio/Technol., 6, 923–926 (1988).

McDaniel, C., et al., "Cell—Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo," Planta, 175, 13–22 (1988).

Meadows, M., "Characterization of Cells and Protoplasts of the B73 Maize Cell Line," Plant Sci. Lett., 28 337–348 (1982/83).

Mendel, R., et al., "Delivery of Foreign Genes to Intact Barley Cell by High–Belocity Microprojectiles," Theor. Appl. Genet., 78, 31–34 (1989).

Messing, J., "Corn Storage Protein: A Molecular Genetic Model," Division of Energy BioSciences—Summaries of FY 1990 Activities, p. 70, Abstract No. 135 (1990).

Moffat, A. S., "Corn Transformed," Science, 249, 630 (Aug. 10, 1990).

Morkawa, et al., "Gene Transfer into Intact Plant Cells by Electroporation Through Cell Walls and Membranes," Gene, 41, 121 (1986).

Morocz, S. et al., "An Improved System to Obtain Fertile regenerants via Maize Protoplasts Isolated From a Highly Embryonic Suspension Culture," Theor. Appl. Genet., 80, 721–726 (1990).

Morocz, S., et al., "Two Approaches to Rendering Zea mays L. Applicable to Tissue Culture Manipulations," Abstracts, VIIth Int. Cong. on Plant Tissue and Cell Culture, Amsterdam A1–102, Abstract No. 209, p. 190 (1990).

Murakami, T., et al., "The Bialaphos Biosynthetic Genes of Streptomyces. hygroscopicus: Molecular Cloning and Characterization of the Gene Cluster," Mol. Gen. Genet., 205, 42–50 (1986).

Murashige, T., et al., A Revised Medium for Rapid Growth and Bio Assays with Tobacco Tissue Cultures," Physiol. Plant., 15, 473–497 (1962).

Murphy, H. L., "New Dekalb–Pfizer Seed Chief to Harvest R & D Breakthroughs," Crain's Business Weekly, pp. 38–39 (1990).

Murray, E. E., et al., "Codon usage in plant geners," Nuc. Acids Res., 17, 477–498 (1989).

Murry, L. E., et al., "Transgenic Corn Plants Expressing MDMV Strain B Coat Protein are Reistant to Mixed Infections of Maize Dwarf Mosaic Virus and Maize Chlorotic Mottle Virus," Bio/Technol., 11, 1559–1564 (1993).

Nelson, R. S., "Virus Tolerance, Plant Growth, and Field Performance of Transgenic Tomato Plants Expressing Coat Protein from Tobacco Mosaic Virus," et al., Bio/Technol., 6, 403–409 (1988).

Nelson, T., "New Horses for Monocot Gene Jockeys," The Plant Cell, 2, 589 (1990).

Neuffer, "Growing Maize for Genetic Purposes," Maize for Biological Research, Plant Mol. Biol. Assoc., (1988).

Odell, J., et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter," Nature, 313, 810–811 (1985).

Office Action dated May 30, 1989, Goldman et al., USSN 06/880,271, filed Jun. 30, 1986.

Office Action dated Mar. 8, 1990, Goldman, USSN 06/880, 271, filed Jun. 30, 1986.

Ohta, Y., "High—Efficiency Genetic Transformation of Maize by a Mixture of pollen and Exogenous DNA," Proc. Nat. Acad. Sci. USA, 83, 715–719 (1986).

Ohta, Y., et al., "Gene Manifestation of Exogemous DNA Applied to Self—Propagating Stigma (Gene Action Revealed in the $M_1$ and $M_2$ Generations from Self–Pollination Applying Exogenous DNA)," Jap. J. Breed., 30 184–185 (1980).

Omirullen, S., et al., "Activity of a Chimeric Promoter with the Doubled CaMV 35S Enhancer in Protoplast–Derived Cells and Transgenic Plants in Maize," Plant Mol. Biol., 21, 415–428 (1993).

Ozias–Akins, P., et al., "In vitro regeneration and genetic manipulation of grasses," Physiol. Plant., 73, 565–569 (1988).

Ozias–Akins, P., et al., "Progress and Limitations in the Culture of Cereal Protoplasts," Trends in Biotechnol., 2, 119–123 (1984).

Park, S. H., et al., "Selection of Maize Transformants from Shoot Apex cultures Cocultivated with Agrobacterium Containing the Bar Gene," In Vitro Cell. Develop. Biol., 29A, p. 85A, Abstract No. P–1102 (1993).

Parker, W. B., et al., "Selection and Characterization of Sethoxydim—Tolerant Maize Tissue Cultures," Plant Physiol., 92, 1220–1225 (1990).

Pederson, K., et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High–Sulfur Zein Protein of $M_r$ 15,000," J. Biol. Chem., 261, 6279–6284 (1986).

Perl, A., et al., "Bacterial Dihydrodipicolinate Synthase and Desensitized Aspartate Kinase: Two Novel Selectable Markers for Plant Transformation," Bio/Technol., 11, 715–718 (1993).

Perlack, F. J., et al., "Modification of the Coding Sequence Enhances Plant Expression of Insect Control Protein Genes," Proc. Nat. Acad. Sci. USA, 88, 3324–3328 (1991).

Phillips, R. L., et al., "Elevated Protein—Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine," Cerial. Chem., 62, 213–218 (1985).

Phillips, R. L., et al., "Cell/Tissue Culture and In Vitro Manipulation," In: *Corn and Corn Improvement*, 3rd edition, Sprague, G. F., et al., (eds.), Agronomy Soc. Amer., pp. 345–387 (1988).

Pioneer HiBred International, Inc., *Application Under 7 CFR 340*, Release of Genetically Engineered Corn Plants, Permit No. 92–174–02, NO CBI, p. 8 (Nov. 3, 1992).

Pioneer HiBred International, Inc., *Application Under 7 CFR 340*, Release of Genetically Engineered Corn Plants, Permit No. 92–330–01, CBI–Deleted, p. 13 (Apr. 13, 1993).

Philips, R. L., et al., "Elevated Protein—Bound Methionine in Seeds of a Maize Line Resistant to Lysine plus Threonine," *Cereal Chem.*, 62, 213–218 (1985).

Pioneer's Application for Release in the *Environment Under 7CFR 340*, Corn Plants Genetically Engineered to Express Wheat Germ Agglutinin (WGA) Genes, in Order to Confer Resistance to the European Corn Borer (*Ostrinia nubilalis*) and Tolerance to Glufosinate Herbicides, 92–022–02, No CBI Copy, p. 11 (May 4, 1992).

Pochlman, J. "Breeding Corn (Maize)," In: *Breeding Field Crops*, 3rd edition, AVI Publishing Co., Westport CN, pp. 452 (1986).

Proehlman, J. Breeding Corn (Maize), "In: *Breeding Field Crops*, 3rd edition, AVI Publishing Co., Westport CN, pp. 469–471, 477–481 (1986).

Potrykus, I., et al., "Callus Formation from Cell Culture Protoplasts of Corn (*Zea mays L.*)," *Theor. Appl. Genet.*, 54, 209–214 (1979).

Potrykus, I., "Gene Transfer to Cereals: An Assessment," *Bio/Technol.*, 8, 535–542 (Jun. 1990).

Potrykus, I., "Gene Transfer to Cereals: An Assessment," *Trends Biotechnol.*, 7, 269–273 (Oct. 1989).

Potrykus, I., "Gene Transfer to Plants: Assessment and Perspectives," *Physiol. Plant.*, 79, 125–134 (1990).

Potrykus, I., et al., "Callus formation from stem protoplasts of corn (*Zea mays L.*)," *Mol. Gen. Genet.*, 156, 347–350 (1977).

Potter, et al., "Enhancer—Dependent Expression of Human K Immunoglobulin Genes Introduced into Mouse Pre–B Lymphocytes by Electroporation," *Proc. Nat. Acad. Sci. USA*, 81, 7161 (1984).

Prioli, L. M., et al., "Plant Regeneraton and Recovery of Fertile Plants from Protoplasts of Maize (*Zea mays L.*)," *Bio/Technol.* 7, 589–594 (Jun. 1989).

Puite, K. J., et al., "Electrofusion, a Simple and Reproducible Technique in Somatic Hybridization of *Nicotiana plumbaginifolia* mutants," *Plant Cell Rep.*, 4, 274–276 (1985).

Rasmusen, J. L., et al., "Biolistic Transformation of Tobacco and Maize Suspension Cells Using Bacterial Cells as Microprojectiles," *Plant Cell Rep.* 13, 212–217 (1994).

Rhodes, C. A., et al., "Genetically Transformed Maize Plants from Protoplasts," *Science*, 240, 204–207 (Apr. 8, 1988).

Rhodes, C. A., et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures," *Bio/Technol.*, 6, 56–60 (Jan. 1988).

Rhodes, C. A., "Corn: From Protoplasts to Fertile Plants," *Bio/Technol.*, 7, 548 (Jun. 1989).

Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli dapA* Gene," *Biol. Abstracts*, 82, p. AB–391, Abstract No. 3396 (1986).

Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli dapA* Gene," *J. Bacteriol.* 166, 297–300 (1986).

Robbins–Roth et al., "They Make it Happen in Biotech," *Bioworld*, pp. 30–36 (Nov./Dec. 1990).

Robertson, D. S., "Loss of Mu Mutator Activity when Active Mu Systems are Transferred to Inbred Lines," *Maize Genetics Coop. Newsletter*, 60, 10 (1986).

Ross, M. C., et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment," *J. Cell. Biochem.*, 13D, p. 268, Abstract No. M149 (1989).

Sahi, S. V., et al., "Metabolites in Maize Which Affect Virulence Induction in *Agrabacterium tumefaciens*," *Plant Physiol. Supplement*, p. 86, Abstract No. 514, (1989).

Sanford, J. C., "Biolistic Plant Transformation," *Physiol. Plant.*, 79, 206–209 (1990).

Sanford, J. C., "The Biolistic Process," *Trends Biotechnol.*, 6, 299–302 (1988).

Sanford, J. C., et al., "Attempted Pollen—Mediated Plant Transformation Employing Genomic Donor DNA," *Theor. Appl. Genet.*, 69, 571–574 (1985).

Sanford, J. C., et al., "Delivery of Substances into Cells and Tissues Using a Particle Bombardment Process," *Particulate Sci. Technol.*, 5, 27–37 (1987).

Sass, "Morphology: Development of the Caryopsis" In: *Corn and Corn Improvement*, 2nd edition, Sprague, G. F., (ed.), American Soc. Agronomy, p. 89, 98 (1977).

Schmidt, A., et al., "Media and environmental effects of phenolics production from tobacco cell cultures," *chem. Abstracts*, 110, p. 514, Abstract No. 230156z (1989).

Shen, W.–H., et al., "Excision of a Transposible Element form a Viral Vector Introduced into Maize Plants by Agroinfection," *The Plant J.*, 2, 35–42 (1992).

Shen, W.–H., et al., "Amplification and expression of the β–glucuronidase gene in maize plants by vectors based on maize streak virus," *The Plant Journal*, 5, 227–236 (1994).

Shigekawa, K., et al., "Electroporation of Eukaryotes and Prokaryotes: A General Approach to the Introduction of Macromolecules into Cells," *Bio Techniques*, 6, 742–751 (1988).

Shillito, R. D., et al., "High Efficiency Direct Gene Transfer to Plants," *Bio/Technol.*, 3, 1099 (1985).

Shillito, R. D., et al., "Regeneration of Fertile Plants From Protoplasts of Elite Inbred Maize," *Bio/Technol.*, 7, 581–587 (Jun. 1989).

Shimamoto, K., et al., "Fertile Transgenic Rice Plants Regenerated from Transformed Protoplasts," *Nature*, 338, 274–278 (1989).

Shotwell, M. A., et al., "The Biochemistry of Plants—A Comprehensive Treatise," In: *The Biochemistry of Plants*, vol. 15, Marcus, A., (ed.), Academic Press, Inc., San Diego, pp. 297–345 (1989).

Smith, R., et al., "Shoot apex explant for transformation," *Plant Physiol.*, 86, p. 108, Abstract No. 646 (1988).

Soberon, X., et al., "Construction and Characterization of New Cloning Vehicles, IV. Deletion Derivatives of pBR322 and pBR325," *Gene*, 9, 287–305 (1980).

Songstad, D. D., et al., "Transient Expression of GUS and Anthocyanin Constructs in Intact Maize Immature Embryos Following Electroporation," *Plant Cell Tissue and Organ Culture*, 33, 195–201 (1993).

Spencer, T. M. et al., "Fertile Transgenic Maize," Abstracts, 7th Annual Meeting, Mid Atlantic Plant Mol. Biol. Soc. p. 30 (1990).

Spencer et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture," *Theor. Appl. Genet.*, 79, 625–631 (May 1990).

Spencer, T. M., et al., "Segregation of Transgenes in Maize," *Plant Mol. Biol.*, 18, 201–210 (1992).

B37

5,554,798

Page 8

Spencer, T. M., et al., "Selection of Stable Transformants from Maize Suspension Cultures using the Herbicide Bialaphos," Poster presentation, FASEB Plant Gene Expression Conference, Copper Mountain, Colorado (Aug. 8, 1989).

Sprague et al., "Corn Breeding," In: *Corn and Corn Improvement*, Sprague, G. F., (ed.), American Society of Agronomy, Inc, Madison, WI, pp. 305, 320–323 (1977).

Steimel, D., "Corn Breeders Stalk Perfect Hybrid," *Rockford Register Star* (Aug. 6, 1990).

Steimel, D., "New Gun Will Custom–Design Corn: Breeding Technique Expected by End of '90's Will Let Crop Grow Without Pesticides or Much Water," (Apr. 1990).

Sugiyama, M., et al., "Use of the Tyrosinase Gene from Streptomyces to Probe Promoter Sequences for *Escherichia coli*," *Plasmid*, 23, 237–241 (1990).

Suttie, J., et al., "Use of Different Selection Agents to Produce Maize Transformants of an Elite Genotype Using Microprojectile Bombardment," Program and Abstracts, Int. Soc. Plant Mol. Biol., 3rd Int. Cong., Abstract No. 426 (Oct. 6–11, 1991).

Tarczynski, M. C., et al., "Expression of a Bacterial mtlD Gene in Transgenic Tobacco Leads to Production and Accumulation of Mannitol," *Proc. Nat. Acad. Sci. USA*, 89, 2600–2604 (1992).

Tarczynski, m. C., et al., "Stress Protection of Transgenic Tobacco by Production of the Osmolyte Mannitol," *Science*, 259, 508–510 (1993).

Thompson, C., et al., "Characterization of the Herbicide-Resistance Gene bar from *Streptomyces hygroscopicus*," *EMBO J.*, 6, 2519–2523 (1987).

Tomes, D. "Status of Corn Transformation," 26th Annual Corn Breeders School, Meeting Proceedings, U. Illinois, pp. 7–8 (Feb. 26–27, 1990).

Tomes, D. T., et al., "Transgenic Tobacco Plants and their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves," *Plant Mol. Biol.*, 14, 261–261–268 (Feb. 1990).

Twell, D., et al., "Transient Expression of Chimeric Genes Delivered into Pollen by Microprojectile Bombardment," *Plant Physiol.*, 91, 1271–1274 (1989).

Ulian, E., et al., "Transformation of Plants via the Shoot Apex," *In Vitro Cell. Dev. Biol.*, 9, 951–954 (1988).

Usami, S., et al., "Absence in Monocotyledonous Plants of the Diffusible Plant Factors including T–DNA Circularization and vir Gene Expression in Agrobacterium," *Mol. Gen. Genet.*, 209, 221–226 (1987).

Vain, P., et al., "Osmotic Pretreatment Enhances Particle Bombardment–Mediated Transient and Stable Transformation of Maize," *Plant Cell Rep.*, 12, 84–88 (1993).

Vasil, I. K., "Transgenic Cereals Becoming a Reality," *Bio/Technol.*, 8, 797 (Sep. 1990).

Vasil, I. K., et al., "Culture of Protoplasts Isolated from Embryogenic Cell Suspension Cultures of Sugarcane and Maize," *IAPTC Abstracts*, p. 443 (1986).

Vasil, V., et al., "Isolation and Maintenance of Embryogenic Cell Suspension Cultures of Gramineae," In: *Cell Culture and Somatic Cell Genetics of Plants*, vol. I, Academic Press, pp. 152–158 (1984).

Vasil, V., et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of *Zea mays* L.," *J. Plant Physiol.*, 124, 399–408 (1986).

Walbot, V., et al., "Molecular genetics of corn," In: *Corn and Corn Improvements*, 3rd edition, Sprague, G. F., et al., (eds.), American Soc. Agronomy, Madison, WI, pp. 389–430 (1988).

Waldron, C., et al., "Resistance to Hygromycin B," *Plant Mol. Biol.*, 5, 103–108 (1985).

Walters, D. A., et al., "Transformation and Inheritance of Hygromycin Phosphotransferase Gene in Maize Plants," *Plant Molecular Biol.*, 18, 189–200 (1992).

Wan, Y., et al., "Generation of Large Numbers of Independently Transformed Fertile Barley Plants," *Plant Physiol.*, 104, 37–48 (1994).

Wan, Y., et al., "Maize Transformation and Regeneration of Transgenic Plants by Microprojectile Bombardment of Type I Callus," Abstracts, 35th Annual Maize Genetics Conference, p. 5 (Mar. 18–21, 1993).

Wang, Y., et al., "Characterization of cis–Acting Elements Regulating Transcription from the Promoter of a Constitutively Active Rice Actin Gene," *Mol. Cell. Biol.*, 12, 3399–3406 (1992).

Wang, Y., et al., "Transient Expression of Foreign Genes in Rice, Wheat and Soybean Cells Following Particle Bombardment," *Plant Mol. Biol.*, 11, 433–439 (1988).

Weising, K., et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applications," *Ann. Rev. Genet.*, 22, 421–478 (1988).

White, J., et al., "A Cassette Containing the bar Gene of Streptomyces hygroscopicus: a Selectable Marker for Plant Transformation," *Nuc. Acid. Res.*, 18, 1062 (1989).

Whiteley, H. R., et al., "The Molecular Biology of Parasporal Crystal Body Formation in Bacillus thuringiensis, Ann. Rev. Microbiol., 40, 549–576 (1986).

Wong, E. Y., et al., "*Arabidopsis thaliana* Small Subunit Leader and Transit Peptide Enhance the Expression of Bacillus thuringiensis Proteins in Transgenic Plants," *Plant Mol. Biol.*, 20, 81–93 (1992).

Yang, H., et al., "Production of Kanamycin Resistant Rice Tissues Following DNA Uptake into Protoplasts," *Plant Cell Rep.* 7, 421 (1988).

Yanisch–Perron, C., et al., "Improved M13 Phage Vectors and Host Strains: Nucleotide Sequences of the M13mp18 and puC19 Vectors," *Gene*, 33, 103–119 (1985).

Yugari, Y., et al., "Coordinated End—Product Inhibition in Lysine Synthesis in *Escherichia coli*," *Biochem. Biophys. Acta.* 62, 612–614 (1962).



FIG. 1A

FIG. 1B



FIG. 2A

FIG. 2B

# FIG. 3

PHI CALLUS

PROBES:



PHYG11:  ----- 35S Pm ====I Adh INT ==== HYG ====I NOS -----

Bam HI   Pst I    Bam HI



CONTROL  PHI

1.6 Kb →

1 Kb →

# FIG. 4

## PHI R$_o$ PLANTS



PROBES.

PHYGII

| 35S Pm | Adh INT | HYG | NOS |

Bam HI    Pst I    Bam HI



PHI.1    PHI.7    PHI.24    CONTROL

1.6Kb →

1Kb →

B42

FIG. 5

PHI R₁ GENERATION

# FIG. 6

## PH2 CALLUS



PROBES:

PHYGII:     35S Pm     Adh INT     HYG     NOS

Bam HI     Pst I     Bam HI



CONTROL     PH2

1.6 Kb →

1 Kb →

B44

5,554,798

1

# FERTILE GLYPHOSATE-RESISTANT TRANSGENIC CORN PLANTS

## CROSS-REFERENCE TO RELATED APPLICATION

This is a continuation of application Ser. No. 07/508,045, filed Apr. 11, 1990, now U.S. Pat. No. 5,484,956, which is a continuation-in-part of U.S. patent application Ser. No. 07/467,983, filed Jan. 22, 1990, now abandoned.

## FIELD OF THE INVENTION

This invention relates to fertile transgenic plants of the species Zea mays (oftentimes referred to herein as maize or corn). The invention further relates to producing transgenic plants via particle bombardment and subsequent selection techniques which have been found to produce fertile transgenic plants.

## BACKGROUND OF THE INVENTION

Genetic engineering of plants, which entails the isolation and manipulation of genetic material (usually in the form of DNA or RNA) and the subsequent introduction of that genetic material into a plant or plant cells, offers considerable promise to modern agriculture and plant breeding. Increased crop food values, higher yields, feed value, reduced production costs, pest resistance, stress tolerance, drought resistance, the production of pharmaceuticals, chemicals and biological molecules as well as other beneficial traits are all potentially achievable through genetic engineering techniques. Once a gene has been identified, cloned, and engineered, it is still necessary to introduce it into a plant of interest in such a manner that the resulting plant is both fertile and capable of passing the gene on to its progeny.

A variety of methods have been developed and are currently available for the transformation of various plants and plant cells with DNA. Generally, these plants have been dicotyledonous, and some success has been reported with certain of the monocotyledonous cereals. However, some species have heretofore proven untransformable by any method. Thus, previous to this discovery, no technology had been developed which would permit the production of stably transformed Zea mays plants in which the transforming DNA is heritable thereof. This failure in the art is well documented in the literature and has been discussed in a number of recent reviews (Potrykus, 1989; Weising et al., 1988; Cocking et al., 1987).

European Patent Publications 270,356 (McCabe et al.) and 275,069 (Arntzen et al.) describe the introduction of DNA into maize pollen followed by pollination of maize ears and formation of seeds. The plants germinated from these seeds are alleged to contain the introduced DNA, but there is no suggestion that the introduced DNA was heritable, as has been accomplished in the present invention. Only if the DNA introduced into the corn is heritable can the corn be used in breeding programs as required for successful commercialization of transgenic corn.

Graves et al. (1986) claim Agrobacterium-mediated transformation of Zea mays seedlings. The evidence was based upon assays known to be unreliable.

Despite extensive efforts to produce fertile transformed corn plants which transmit the transforming DNA to progeny, there have been no reported successes. Many previous failures have been based upon gene transfer to maize pro-

2

toplasts, oftentimes derived from callus, liquid suspension culture cells, or other maize cells using a variety of transformation techniques. Although several of the techniques have resulted in successful transformation of corn cells, the resulting cells either could not be regenerated into corn plants or the corn plants produced were sterile (Rhodes et al. 1988) or, in some cases, it even turned out that the plants were, in fact, not transformed. Thus, while maize protoplasts and some other cells have previously been transformed, the resulting transformants could not be regenerated into fertile transgenic plants.

On the other hand, it has been known that at least certain corn callus can be regenerated to form mature plants in a rather straightforward fashion and that the resulting plants are often fertile. However, no stable transformation of maize callus was ever achieved, i.e., there were no techniques developed which would permit a successful stable transformation of a regenerable callus. An example of a maize callus transformation technique which has been tried is the use of Agrobacterium-mediated transfer.

The art was thus faced with a dilemma. While it was known that corn protoplast and suspension culture cells could be transformed, no techniques were available which would regenerate the transformed protoplast into a fertile plant. While it was known that corn callus could be regenerated into a fertile plant, there were no techniques known which could transform the callus, particularly while not destroying the ability of the callus both to regenerate and to form fertile plants.

Recently, a new transformation technique has been created based upon the bombardment of intact cells and tissues with DNA-coated microprojectiles. The technique, disclosed in Sanford et al. (1987) as well as in EPO Patent Publication 331,855 of J. C. Sanford et al. based upon U.S. Ser. No. 07/161,807, filed Feb. 29, 1988, has been shown effective at producing transient gene expression in some plant cells and tissues including those from onion, maize (Klein et al. 1988a), tobacco, rice, wheat, and soybean, and stable expression has been obtained in tobacco and soybeans. In fact, stable expression has been obtained by bombardment of suspension cultures of Zea mays Black Mexican Sweet (Klein et al. 1989) which cultures are, however, non-regenerable suspension culture cells, not the callus culture cells used in the process of the present invention.

No protocols have been published describing the introduction of DNA by a bombardment technique into cultures of regenerable maize cells of any type. No stable expression of a gene has been reported by means of bombardment of corn callus followed by regeneration of fertile plants and no regenerable fertile corn has resulted from DNA-coated microprojectile bombardment of the suspension cultures. Thus, the art has failed to produce fertile transformed corn plants heretofore.

A further stumbling block to the successful production of fertile transgenic maize plants has been in selecting those few transformants in such a manner that neither the regeneration capacity nor the fertility of the regenerated transformant are destroyed. Due to the generally low level of transformants produced by a transformation technique, the need for selection of the transformants is self-evident. However, selection generally entails the use of some toxic agent, e.g., herbicide or antibiotic, which may be detrimental to either the regenerability or the resultant plant fertility.

It is thus an object of the present invention to produce fertile, stably transgenic, Zea mays plants and seeds which

5,554,798

3

transmit the introduced gene to progeny. It is a further object to produce such stably transgenic plants and seeds by a particle bombardment and a selection process which results in a high level of viability for at least a few transformed cells. It is a further object to produce fertile stably transgenic plants of other graminaceous cereals besides maize.

## REFERENCES CITED

The references listed below are incorporated by reference herein.

Armstrong, C. L., et al. (1985) Planta 164:207–214
Callis, J., et al. (1987) Genes & Develop 1:1183–1200
Chilton & Barnes (1983) Nuc. Acids Res. 11:364–385
Chu, C. C., et al. (1975) Sci Sin (Peking) 18:659–668
Cocking, F., et al. (1987) Science 236:1259–1262
DeWet, et al. (1985) Proc Natl Sci USA 82:7870–7873
Freeling, J. C., et al. (1976) Maydica XXI:97–112
Graves, A., et al. (1986) Plant Mol Biol 7:43–50
Green, C., et al. (1975) Crop Sci 15:417–421
Green, C., et al. (1982) Maize for Biological Research, Plant Mol Biol Assoc, pp 367–372
Gritz, L., et al. (1983) Gene 25:179–188
Guilley, H., et al. (1982) Cell 30:763–773
Hallauer, A. R., et al. (1988) Corn and Corn Improvement, 3rd. ed., Agronomy Society of America, pp 469–564
Jefferson, R., et al. (1987) EMBO J 6:3901–3907
Kamo, K., et al. (1985) Bot Gaz 146:327–334
Klein, T., et al. (1989) Plant Physiol 91:440–444
Klein, T., et al. (1988a) Proc Natl Acad Sci USA 85:4305–9
Klein, T., et al. (1988) Bio/Technology 6:559–563
Lu, C., et al. (1982) Theor Appl Genet 62:109–112
McCabe, D., et al. (1988) Bio/Technology 6:923–926
Murashige, T., et al. (1962) Physiol Plant 15:473–497
Neuffer, M., (1982) Maize for Biological Research, Plant Mol Biol Assoc, pp 19–30
Phillips, R., et al. (1988) Corn and Corn Improvement, 3rd ed., Agronomy Society of America, pp 345–387
Potrykus, I. (1989) Trends in Biotechnology 7:269–273
Rhodes, C. A., et al. (1988) Science 240:204–7
Sambrook, J., et al. (1989) Molecular Cloning: A Laboratory Manual, 2nd ed., Cold Spring Harbor Laboratory Press
Sanford, J., et al. (1987) J Part Sci & Techn 5:27–37
Weising, K., et al., (1988) Ann Rev of Genetics 22:421–478
Yanisch-Perron, L., et al. (1985) Gene 33:109–119

## SUMMARY OF THE INVENTION

The present invention relates to fertile transgenic Zea mays plants containing heterologous DNA, preferably chromosomally integrated heterologous DNA, which is heritable by progeny thereof.

The invention further relates to all products derived from transgenic Zea mays plants, plant cells, plant parts, and seeds.

The invention further relates to transgenic Zea mays seeds stably containing heterologous DNA and progeny which have inherited the heterologous DNA. The invention further

4

relates to the breeding of transgenic plants and the subsequent incorporation of heterologous DNA into any Zea mays plant or line.

The invention further relates to a process for producing fertile transgenic Zea mays plants containing heterologous DNA. The process is based upon microprojectile bombardment, selection, plant regeneration, and conventional backcrossing techniques.

The invention further relates to a process for producing fertile transformed plants of graminaceous plants other than Zea mays which have not been reliably transformed by traditional methods such as electroporation, Agrobacterium injection, and previous ballistic techniques.

The invention further relates to regenerated fertile mature maize plants obtained from transformed embryogenic tissue, transgenic seeds produced therefrom, and R1 and subsequent generations.

In preferred embodiments, this invention produces fertile transgenic plants by means of a DNA-coated microprojectile bombardment of clumps of friable embryogenic callus, followed by a controlled regimen for selection of the transformed callus lines.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A shows a map of plasmid vector pHYGI1 utilized in Example 1. FIG. 1B shows the relevant part of pHYGI1 encompassing the HPT coding sequence and associated regulatory elements. The base pair numbers start from the 5' nucleotide in the recognition sequence for the indicated restriction enzymes, beginning with the EcoRI site at the 5' end of the CaMV 35S promoter.

FIG. 2 shows a map of plasmid vector pBII221 utilized in Example 1.

FIG. 3 is a Southern blot of DNA isolated from the PH1 callus line and an untransformed control callus line.

FIG. 4 is a Southern blot of leaf DNA isolated from Ro plants regenerated from PH1 and untransformed callus.

FIG. 5 is a Southern blot of leaf DNA isolated from R1 progeny of PH1 Ro plants and untransformed Ro plants.

FIG. 6 is a Southern blot of DNA isolated from the PH2 callus line and an untransformed control callus line.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention is directed to the production of fertile transgenic plants and seeds of the species Zea mays and to the plants, plant tissues, and seeds derived from such transgenic plants, as well as the subsequent progeny and products derived therefrom. The transgenic plants produced herein include all plants of this species, including field corn, popcorn, sweet corn, flint corn and dent corn.

"Transgenic" is used herein to include any cell, cell line, callus, tissue, plant part or plant, the genotype of which has been altered beneficially by the presence of heterologous DNA that was introduced into the genotype by a process of genetic engineering, or which was initially introduced into the genotype of a parent plant by such a process and is subsequently transferred to later generations by sexual or asexual cell crosses or cell divisions. As used herein, "genotype" refers to the sum total of genetic material within a cell, either chromosomally or extrachromosomally borne. Therefore, the term "transgenic" as used herein does not encompass the alteration of the genotype of Zea mays by conventional plant breeding methods or by naturally occurring

**B46**

5,554,798

5

events such as random cross-fertilization or spontaneous mutation.

By "heritable" is meant that the DNA is capable of transmission through a complete sexual cycle of a plant, i.e., it is passed from one plant through its gametes to its progeny plants in the same manner as occurs in normal corn.

The transgenic plants of this invention may be produced by: (i) establishing a regenerable cell culture, preferably a friable embryogenic callus from the plant to be transformed, (ii) transforming said cell culture by a microprojectile bombardment technique, (iii) controllably identifying or selecting transformed cells, and (iv) regenerating fertile transgenic plants from the transformed cells. Some of the plants of this invention may be produced from the transgenic seed produced from the fertile transgenic plants using conventional crossbreeding techniques to develop transgenic elite seed and varieties, or commercial hybrid seed containing heterologous DNA.

I. Plant Lines and Tissue Cultures

The cells which have been found particularly useful to produce the fertile transgenic maize plants herein are those callus cells which are regenerable, both before and after undergoing a selection regimen as detailed further below. Generally, these cells will be derived from meristematic tissue which contain cells which have not yet terminally differentiated. Such tissue in graminaceous cereals in general and in maize, in particular, comprise tissues found in juvenile leaf basal regions, immature tassels, immature embryos, and coleoptilar nodes. Preferably, immature embryos are used. Methods of preparing and maintaining callus from such tissue and plant types are well known in the art and details on so doing are available in the literature, c.f. Phillips et al. (1988), the disclosure of which is hereby incorporated by reference.

The specific callus used must be able to regenerate into a fertile plant. The specific regeneration capacity of particular callus is important to the success of the bombardment/selection process used herein because during and following selection, regeneration capacity may decrease significantly. It is therefore important to start with cultures that have as high a degree of regeneration capacity as possible. Callus which is more than about 3 months and up to about 36 months of age has been found to have a sufficiently high level of regenerability and thus is preferred. The regenerative capacity of a particular culture may be readily determined by transferring samples thereof to regeneration medium and monitoring the formation of shoots, roots, and plantlets. The relative number of plantlets arising per petri dish or per gram fresh weight of tissue may be used as a rough quantitative estimate of regeneration capacity. Generally, a culture which will produce at least one plant per gram of callus tissue is preferred.

While maize callus cultures can be initiated from a number of different plant tissues, the cultures useful herein are preferably derived from immature maize embryos which are removed from the kernels of an ear when the embryos are about 1–3 mm in length. This length generally occurs about 9–14 days after pollination. Under aseptic conditions, the embryos are placed on conventional solid media with the embryo axis down (scutellum up). Callus tissue appears from the scutellum after several days to a few weeks. After the callus has grown sufficiently, the cell proliferations from the scutellum may be evaluated for friable consistency and the presence of well-defined embryos. By "friable consis-

6

tency" it is meant that the tissue is easily dispersed without causing injury to the cells. Tissue with this morphology is then transferred to fresh media and subcultured on a routine basis about every two weeks.

The callus initiation media is solid because callus cannot be readily initiated in liquid medium. In preferred embodiments, the initiation/maintenance media is typically based on the N6 salts of Chu et al. (1975) as described in Armstrong et al. (1985) or the MS salts of Murashige et al. (1962). The basal medium is supplemented with sucrose and 2,4-dichlorophenoxyacetic acid (2,4-D). Supplements such as L-proline and casein hydrolysate have been found to improve the frequency of initiation of callus cultures, morphology, and growth. The cultures are generally maintained in the dark, though low light levels may also be used. The level of synthetic hormone 2,4-D, necessary for maintenance and propagation, should be generally about 0.3 to 3.0 mg/L.

Although successful transformation and regeneration has been accomplished herein with friable embryogenic callus, this is not meant to imply that other transformable regenerable cells, tissue, or organs cannot be employed to produce the fertile transgenic plants of this invention. The only actual requirement for the cells which are transformed is that after transformation they must be capable of regeneration of a plant containing the heterologous DNA following the particular selection or screening procedure actually used.

II. DNA Used for Transformation

As used herein, the term "heterologous DNA" refers to a DNA segment that has been derived or isolated from one genotype, preferably amplified and/or chemically altered, and later introduced into a *Zea mays* genotype that may be the same *Zea mays* genotype from which the DNA was first isolated or derived. "Heterologous DNA" also includes completely synthetic DNA, and DNA derived from introduced RNA. Generally, the heterologous DNA is not originally resident in the *Zea mays* genotype which is the recipient of the DNA, but it is within the scope of the invention to isolate a gene from a given *Zea mays* genotype, and to subsequently introduce multiple copies of the gene into the same genotype, e.g., to enhance production of an amino acid.

Therefore, "heterologous DNA" is used herein to include synthetic, semi-synthetic, or biologically derived DNA which is introduced into the transformed *Zea mays* genotype, and retained by the transformed *Zea mays* genotype. The DNA includes but is not limited to, non-plant genes such as those from bacteria, yeasts, animals or viruses; modified genes, portions of genes, chimeric genes, as well as genes from the same or different *Zea mays* genotype.

The heterologous DNA used for transformation herein may be circular or linear, double-stranded or single-stranded. Generally, the DNA is in the form of a plasmid and contains coding regions of beneficial heterologous DNA with flanking regulatory sequences which promote the expression of the heterologous DNA present in the resultant corn plant. For example, the heterologous DNA may itself comprise or consist of a promoter that is active in *Zea mays*, or may utilize a promoter already present in the *Zea mays* genotype that is the transformation target.

The compositions of and method for constructing heterologous DNA which can transform certain plants is well known to those skilled in the art, and the same compositions and methods of construction may be utilized to produce the heterologous DNA useful herein. The specific composition

5,554,798

| 7 | 8 |

of the DNA is not central to the present invention and the invention is not dependent upon the composition of the specific transforming DNA used. Weising et al. (1988), the subject matter of which is incorporated herein by reference, describes suitable DNA components, which include promoters, polyadenylation sequences, selectable marker genes, reporter genes, enhancers, introns, and the like; as well as provides suitable references for compositions therefrom e.g., on Table 1.

Suitable heterologous DNA for use herein includes all DNA which provides for, or enhances, a beneficial feature of the resultant transgenic corn plant. The DNA may encode proteins or antisense RNA transcripts in order to promote increased food values, higher yields, pest resistance, disease resistance, and the like. For example, the DNA can encode a bacterial dad A for increased lysine production; Bacillus thuringiensis (BT) t-endotoxin or protease inhibitor for insect resistance; bacterial EPSP synthase for resistance to

TABLE 1

| Gene | Origin | Encoded enzyme | Useful as | | Resistance against |
|------|--------|----------------|-----------|--|--------------------|
| | | | Selectable marker | Scorable reporter | |
| Neomycin phosphotransferase gene II (nptII) | Tn5 | neomycin phosphotransferase | ++ | – | neomycin kanamycin G-418[1] |
| Neomycin phosphotransferase gene-I (nptI) | Nn601 | neomycin phosphotransferase | (+) | – | neomycin kanamycin G-418[2] |
| Chloramphenicol acetyltransferase gene (cat) | Tn9 | chloramphenicol acetyltransferase | (+) | + | chloramphenicol[3] |
| Bacterial DHFR gene | plasmid R67 | dihydrofolate reductase | + | – | methotrexate[4] |
| Mutated c-DNA of a mouse DHFR gene | mouse | dihydrofolate reductase | ++ | – | methotrexate[5] |
| Octopine synthase gene (ocs) | T-DNA | octopine synthase | – | + | toxic opine precursor analogues, i.e. aminoethylcystein[6] |
| Nopaline synthase gene (nos) | T-DNA | nopaline synthase | – | ++ | –[7] |
| Hygromycin phosphotransferase gene (hpt) | E. coli | hygromycin phosphotransferase | ++ | – | hygromycin B[8] |
| Bleomycin resistance gene | Tn5 | ? | (+) | (+) | bleomycin[9] |
| Streptomycin phosphotransferase gene | Tn5 | streptomycin phosphotransferase | – | – | streptomycin[10] |
| | | | control plants are not killed by streptomycin | | |
| aroA gene | Salmonella typhimurium | EPSP synthase | + | – | glyphosate[11] |
| bar gene | Streptomyces hygroscopicus | phosphinothricin acetyltransferase | ++ | – | phosphinothricin, bialophos[12] |
| β-galactosidase gene | E. coli | β-galactosidase | – | + | –[13] |
| Glucuronidase gene (GUS) | E. coli | glucuronidase | – | ++ | –[14] |
| Bacterial luciferase gene | Vibrio harveyi | luciferase | – | + | –[15] |
| Firefly luciferase gene | Photinus peralis | luciferase | – | ++ | –[16] |

Only some representative references were chosen in case of nptII, nos, ocs, and cat genes.

Abbreviations
Tn = transposon
DHFR - dihydrofolate reductase
EPSP-synthase - 5-enolpyruvylshikimate-3-phosphate synthase
[1]M. Bevrin et al., Nature, 304,-185 (1983); M. DeBlock et al., EMBO J., 3, 1681 (1984); L Herrera-Estrella et al., EMBO J., 2, 987 (1983).
[2]R. T. Fraley et al., PNAS USA, 80, 1803 (1983); H. Fraizak et al., Nucl. Acids Res., 14, 5857 (1986).
[3]M. DeBlock et al., EMBO J., 3, 1681 (1984); L Herrera-Estrella et al., Nature, 303, 209 (1983).
[4]N. Brisson et al., Nature, 310, 511 (1984); M. DeBlock et al., ibid., L Herrera-Estrella et al., EMBO J., 2, 987 (1983)
[5]D. A. Eichholz et al., Somat. Cell. Mol. Genet., 13, 67 (1987).
[6]G. A. Dahl et al., Theor. Appl. Genet., 66, 233 (1983); H. De Geve et al., Nature, 300, 752 (1982); A. Hockema et al., Plant Mol. Biol., 5, 85 (1985); M. G. Koetzel et al., J. Mol. Appl. Genet., 2, 549 (1983).
[7]J. D. G. Jones et al., EMBO J., 4, 2411 (1985); C. H. Shaw et al., Nuc. Acids Res., 14, 6003 (1986); P. Zambryski et al., EMBO J., 2, 2443 (1983).
[8]A. M. Lloyd et al., Science, 284, 464 (1986); P. L M. Van den Hazen et al., Plant MOL Biol., 5, 299 (1985); C. Waldron et al., Plant Mol. Biol., 5, 103 (1985).
[9]J. Hille et al., Plant Mol. Biol., 7, 171 (1986).
[10]J. D. G. Jones et al., Mel. Gen. Genet., 210, 86 (1987).
[11]L. Comai et al., Nature, 317, 741 (1985); J. J. Inflanti et al., Biotechnology, 5, 726 (1987).
[12]M. DeBlock et al., EMBO J., 6, 2513 (1987); C. J. Thompson et al., EMBO J., 6, 2519 (1987).
[13]G. Heimer et al., Biotechnology, 2, 520 (1984).
[14]D. R. Gallie et al., Nuc. Acids Res., 15, 8693 (1987); R. A. Jefferson et al., EMBO J., 6, 1901 (1987).
[15]C. Koncz et al., Mol. Gen. Genet., 204, 383 (1986).
[16]D. W. Ow et al., Science, 234, 856 (1986); D. W. Ow et al., PNAS USA, 84, 4870 (1987); C. D. Riggs et al., Nucl. Acids Res., 15, 8115 (1987).

Sambrook et al. (1989) provides suitable methods of construction.

Generally, the heterologous DNA will be relatively small, i.e., less than about 30 Kb to minimize any susceptibility to physical, chemical, or enzymatic degradation which is known to increase as the size of the DNA increases.

glyphosate herbicide; and chitinase or glucan endo-1,3-B-glucosidase for fungicidal properties. Aside from DNA sequences that serve as transcription units or portions thereof, useful DNA may be untranscribed, serving a regulatory or a structural function. Also, the DNA may be introduced to act as a genetic tool to generate mutants and/or

B48

5,554,798

9

assist in the identification, genetic tagging, or isolation of segments of corn DNA. Additional examples may be found in Weising, supra.

The heterologous DNA to be introduced into the plant further will generally contain either a selectable marker or a reporter gene or both to facilitate identification and selection of transformed cells. Alternatively, the selectable marker may be carried on a separate piece of DNA and used in a co-transformation procedure. Both selectable markers and reporter genes may be flanked with appropriate regulatory sequences to enable expression in plants. Useful selectable markers are well known in the art and include, for example, antibiotic and herbicide resistance genes. Specific examples of such genes are disclosed in Weising et al., supra. A preferred selectable marker gene is the hygromycin B phosphotransferase (HPT) coding sequence, which may be derived from E. coli and which confers resistance to the antibiotic hygromycin B. Other selectable markers include aminoglycoside phosphortansferase gene of transposon Tn5 (AphII) which encodes resistance to the antibiotics kanamycin, neomycin, and G418, as well as those genes which code for resistance or tolerance to glyphosate, 1,2-dichloropropionic acid methotrexate, imidazolinones, sulfonylureas, bromoxynil, phosphonothricin and the like. Those selectable marker genes which confer herbicide resistance or tolerance are also of commercial utility in the resulting transformed plants.

Reporter genes which encode for easily assayable marker proteins are well known in the art. In general, a reporter gene is a gene which is not present in or expressed by the recipient organism or tissue and which encodes a protein whose expression is manifested by some easily detectable property, e.g., phenotypic change or enzymatic activity. Examples of such genes are provided in Weising et al., supra. Preferred genes include the chloramphenicol acetyl transferase gene, from Tn9 of E. coli, the beta-glucuronidase gene of the uidA locus of E. coli, and the luciferase genes from firefly Photinus pyralis.

The regulatory sequences useful herein include any constitutive, inducible, tissue or organ specific, or developmental stage specific promoter which can be expressed in the particular plant cell. Suitable such promoters are disclosed in Weising et al., supra. The following is a partial representative list of promoters suitable for use herein: regulatory sequences from the T-DNA of Agrobacterium tumefaciens, including mannopine synthase, nopaline synthase, and octopine synthase; alcohol dehydrogenase promoter from corn; light inducible promoters such as, ribulose-biphosphate-carboxylase small subunit gene from a variety of species; and the major chlorophyll a/b binding protein gene promoter; 35S and 19S promoters of cauliflower mosaic virus; developmentally regulated promoters such as the waxy, zein, or bronze promoters from maize; as well as synthetic or other natural promoters which are either inducible or constitutive, including those promoters exhibiting organ-specific expression or expression at specific development stage(s) of the plant.

Other elements such as introns, enhancers, polyadenylation sequences and the like, may also be present on the DNA. Such elements may or may not be necessary for the function of the DNA, although they can provide a better expression or functioning of the DNA by affecting transcription, stability of the mRNA, or the like. Such elements may be included in the DNA as desired to obtain the optimal performance of the transforming DNA in the plant. For example, the maize Adh1S first intron may be placed between the promoter and the coding sequence of a particu-

10

lar heterologous DNA. This intron, when included in a DNA construction, is known to generally increase expression of a protein in maize cells. (Callis et al. 1987) However, sufficient expression for a selectable marker to perform satisfactorily can often be obtained without an intron. (Klein et al. 1989) An example of an alternative suitable intron is the shrunken-1 first intron of Zea mays. These other elements must be compatible with the remainder of the DNA constructions.

To determine whether a particular combination of DNA and recipient plant cells are suitable for use herein, the DNA may include a reporter gene. An assay for expression of the reporter gene may then be performed at a suitable time after the DNA has been introduced into the recipient cells. A preferred such assay entails the use of the E. coli beta-glucuronidase (GUS) gene (Jefferson et al. 1987). In the case of the microprojectile bombardment transformation process of the present invention, a suitable time for conducting the assay is about 2–3 days after bombardment. The use of transient assays is particularly important when using DNA components which have not previously been demonstrated or confirmed as compatible with the desired recipient cells.

III. DNA Delivery Process

The DNA can be introduced into the regenerable maize cell cultures, preferably into callus cultures via a particle bombardment process. A general description of a suitable particle bombardment instrument is provided in Sanford et al. (1987), the disclosure of which is incorporated herein by reference. While protocols for the use of the instrument in the bombardment of maize non-regenerable suspension culture cells are described in Klein et al. (1988a, 1988b, and 1989), no protocols have been published for the bombardment of callus cultures or regenerable maize cells.

In a microprojectile bombardment process, also referred to as a biolistic process, the transport of the DNA into the callus is mediated by very small particles of a biologically inert material. When the inert particles are coated with DNA and accelerated to a suitable velocity, one or more of the particles is able to enter into one or more of the cells where the DNA is released from the particle and expressed within the cell. While some of the cells are fatally damaged by the bombardment process, some of the recipient cells do survive, stably retain the introduced DNA, and express it.

The particles, called microprojectiles, are generally of a high density material such as tungsten or gold. They are coated with the DNA of interest. The microprojectiles are then placed onto the surface of a macroprojectile which serves to transfer the motive force from a suitable energy source to the microprojectiles. After the macroprojectile and the microprojectiles are accelerated to the proper velocity, they contact a blocking device which prevents the macroprojectile from continuing its forward path but allows the DNA-coated microprojectiles to continue on and impact the recipient callus cells. Suitable such instruments may use a variety of motive forces such as gunpowder or shock waves from an electric arc discharge (Swain et al. 1988). An instrument in which gunpowder is the motive force is currently preferred and such is described and further explained in Sanford et al. (1987), the disclosure of which is incorporated herein by reference.

A protocol for the use of the gunpowder instrument is provided in Klein et al. (1988a, b) and involves two major steps. First, tungsten microprojectiles are mixed with the DNA, calcium chloride, and spermidine free base in a

5,554,798

11

specified order in an aqueous solution. The concentrations of the various components may be varied as taught. The preferred procedure entails exactly the procedure of Klein et al. (1988b) except for doubling the stated optimum DNA concentration. Secondly, the DNA-coated microprojectiles, macroprojectiles, and recipient cells are placed in position in the instrument and the motive force is applied to the macroprojectiles. Parts of this step which may be varied include the distance of the recipient cells from the end of the barrel as well as the vacuum in the sample chamber. The recipient tissue is positioned 5 cm below the stopping plate tray.

The callus cultures useful herein for generation of transgenic plants should generally be about midway between transfer periods, and thus, past any "lag" phase that might be associated with a transfer to a new media, but also before reaching any "stationary" phase associated with a long time on the same plate. The specific tissue subjected to the bombardment process is preferably taken about 7–10 days after subculture, though this is not believed critical. The tissue should generally be used in the form of pieces of about 30 to 80, preferably about 40 to 60, mg. The clumps are placed on a petri dish or other surface and arranged in essentially any manner, recognizing that (i) the space in the center of the dish will receive the heaviest concentration of metal-DNA particles and the tissue located there is likely to suffer damage during bombardment and, (ii) the number of particles reaching a cell will decrease (probably exponentially) with increasing distance of the cell from the center of the blast so that cells far from the center of the dish are not likely to be bombarded and transformed. A mesh screen, preferably of metal, may be laid on the dish to prevent splashing or ejection of the tissue. The tissue may be bombarded one or more times with the DNA-coated metal particles.

IV. Selection Process

Once the calli have been bombarded with the DNA and the DNA has penetrated some of the cells, it is necessary to identify and select those cells which both contain the heterologous DNA and still retain sufficient regenerative capacity. There are two general approaches which have been found useful for accomplishing this. First, the transformed calli or plants regenerated therefrom can be screened for the presence of the heterologous DNA by various standard methods which could include assays for the expression of reporter genes or assessment of phenotypic effects of the heterologous DNA, if any. Alternatively, and preferably, when a selectable marker gene has been transmitted along with or as part of the heterologous DNA, those cells of the callus which have been transformed can be identified by the use of a selective agent to detect expression of the selectable marker gene.

Selection of the putative transformants is a critical part of the successful transformation process since selection conditions must be chosen so as to allow growth and accumulation of the transformed cells while simultaneously inhibiting the growth of the non-transformed cells. The situation is complicated by the fact that the vitality of individual cells in a population is often highly dependent on the vitality of neighboring cells. Also, the selection conditions must not be so severe that the plant regeneration capacity of the callus cells and the fertility of the resulting plant are precluded. Thus, the effects of the selection agent on cell viability and morphology should be evaluated. This may be accomplished by experimentally producing a growth inhibition curve for the given selective agent and tissue being transformed

12

beforehand. This will establish the concentration range which will inhibit growth.

When a selectable marker gene has been used, the callus clumps may be either allowed to recover from the bombardment on non-selective media, or preferably, directly transferred to media containing that agent.

Selection procedures involve exposure to a toxic agent and may employ sequential changes in the concentration of the agent and multiple rounds of selection. The particular concentrations and cycle lengths are likely to need to be varied for each particular agent. A currently preferred selection procedure entails using an initial selection round at a relatively low toxic agent concentration and then later round(s) at higher concentration(s). This allows the selective agent to exert its toxic effect slowly over a longer period of time. Preferably, the concentration of the agent is initially such that about a 5–40% level of growth inhibition will occur, as determined from a growth inhibition curve. The effect may be to allow the transformed cells to preferentially grow and divide while inhibiting untransformed cells, but not to the extent that growth of the transformed cells is prevented. Once the few individual transformed cells have grown sufficiently, the tissue may be shifted to media containing a higher concentration of the toxic agent to kill essentially all untransformed cells. The shift to the higher concentration also reduces the possibility of non-transformed cells habituating to the agent. The higher level is preferably in the range of about 30 to 100% growth inhibition. The length of the first selection cycle may be from about 1 to 4 weeks, preferably about 2 weeks. Later selection cycles may be from about 1 to about 12 weeks, preferably about 2 to about 10 weeks. Putative maize transformants can generally be identified as proliferating sectors of tissue among a background of non-proliferating cells. The callus may also be cultured on non-selective media at various times during the overall selection procedure.

Once a callus sector is identified as a putative transformant, transformation can be confirmed by phenotypic and/or genotypic analysis. If a selection agent is used, an example of phenotypic analysis is to measure the increase in fresh weight of the putative transformant as compared to a control on various levels of the selective agent. Other analyses that may be employed will depend on the function of the heterologous DNA. For example, if an enzyme or protein is encoded by the DNA, enzymatic or immunological assays specific for the particular enzyme or protein may be used. Other gene products may be assayed by using a suitable bioassay or chemical assay. Other such techniques are well known in the art and are not repeated here. The presence of the gene can also be confirmed by conventional procedures, i.e., Southern blot or polymerase chain reaction (PCR) or the like.

V. Regeneration of Plants and Production of Seed

Cell lines which have been shown to be transformed must then be regenerated into plants and the fertility of the resultant plants determined. Transformed lines which test positive by genotypic and/or phenotypic analysis are then placed on a media which promotes tissue differentiation and plant regeneration. Regeneration may be carried out in accordance with standard procedures well known in the art. The procedures commonly entail reducing the level of auxin which discontinues proliferation of a callus and promotes somatic embryo development or other tissue differentiation. One example of such a regeneration procedure is described

5,554,798

13

in Green et al. (1982). The plants are grown to maturity in a growth room or greenhouse and appropriate sexual crosses and selfs are made as described by Neuffer (1982).

Regeneration, while important to the present invention, may be performed in any conventional manner. If a selectable marker has been transformed into the cells, the selection agent may be incorporated into the regeneration media to further confirm that the regenerated plantlets are transformed. Since regeneration techniques are well known and not critical to the present invention, any technique which accomplishes the regeneration and produces fertile plants may be used.

### VI. Analysis of R1 Progeny

The plants regenerated from the transformed callus are referred to as the RO generation or RO plants. The seeds produced by various sexual crosses of the RO generation plants are referred to as R1 progeny or the R1 generation. When R1 seeds are germinated, the resulting plants are also referred to as the R1 generation.

To confirm the successful transmission and inheritance of the heterologous DNA in the sexual crosses described above, the R1 generation should be analyzed to confirm the presence of the transforming DNA. The analysis may be performed in any of the manners such as were disclosed above for analyzing the bombarded callus for evidence of transformation, taking into account the fact that plants and plant parts are being used in place of the callus.

### VII. Establishment of the Heterologous DNA in Other Maize Varieties

Fertile, transgenic plants may then be used in a conventional maize breeding program in order to incorporate the introduced heterologous DNA into the desired lines or varieties. Conventional breeding programs employ a conversion process (backcrossing). Methods and references for convergent improvement of corn are given by Hallauer et al., (1988) incorporated herein by reference. Briefly, conversion is performed by crossing the initial transgenic fertile plant to normal elite inbred lines. The progeny from this cross will segregate such that some of the plants will carry the heterologous DNA whereas some will not. The plants that do carry the DNA are then crossed again to the normal plant resulting in progeny which segregate once more. This backcrossing process is repeated until the original normal parent has been converted to a line containing the heterologous DNA and also possessing all other important attributes originally found in the parent. Generally, this will require about 6–8 generations. A separate backcrossing program will be generally used for every elite line that is to be converted to a genetically engineered elite line.

Generally, the commercial value of the transformed corn produced herein will be greatest if the heterologous DNA can be incorporated into many different hybrid combinations. A farmer typically grows several varieties of hybrids based on differences in maturity, standability, and other agronomic traits. Also, the farmer must select a hybrid based upon his physical location since hybrids adapted to one part of the corn belt are generally not adapted to another part because of differences in such traits as maturity, disease, and insect resistance. As such, it is necessary to incorporate the heterologous DNA into a large number of parental lines so that many hybrid combinations can be produced containing the desirable heterologous DNA.

14

Corn breeding and the techniques and skills required to transfer genes from one line or variety to another are well known to those skilled in the art. Thus, introducing heterologous DNA into other lines or varieties can be readily accomplished by these breeding procedures whether or not they generate the appropriate calli.

### VIII. Uses of Transgenic Plants

The transgenic plants produced herein are expected to be useful for a variety of commercial and research purposes. Transgenic plants can be created for use in traditional agriculture to possess traits beneficial to the grower (e.g., agronomic traits such as pest resistance or increased yield), beneficial to the consumer of the grain harvested from the plant (e.g., improved nutritive content in human food or animal feed), or beneficial to the food processor (e.g., improved processing traits). In such uses, the plants are generally grown for the use of their grain in human or animal foods. However, other parts of the plants, including stalks, husks, vegetative parts, and the like, may also have utility, including use as part of animal silage or for ornamental purposes (e.g., Indian corn). Often, chemical constituents (e.g., oils or starches) of corn and other crops are extracted for foods or industrial use and transgenic plants may be created which have enhanced or modified levels of such components. The plants may also be used for seed production for a variety of purposes.

Transgenic plants may also find use in the commercial manufacture of proteins or other molecules encoded by the heterologous DNA contained therein, where the molecule of interest is extracted or purified from plant parts, seeds, and the like. Cells or tissue from the plants may also be cultured, grown in vitro, or fermented to manufacture such molecules, or for other purposes (e.g., for research).

The transgenic plants may also be used in commercial breeding programs, or may be crossed or bred to plants of related crop species. Improvements encoded by the heterologous DNA may be transferred, e.g., from corn cells to cell of other species, e.g., by protoplast fusion.

The transgenic plants may have many uses in research or breeding, including creation of new mutant plants through insertional mutagenesis, in order to identify beneficial mutants that might later be created by transitional mutation and selection. The methods of the invention may also be used to create plants having unique "signature sequences" or other marker sequences which can be used to identify proprietary lines or varieties.

The following non-limiting examples are illustrative of the present invention. They are presented to better explain the general procedures which were used to prepare the fertile Zea mays plants of this invention which stably express the heterologous DNA and which transmit that DNA to progeny. All parts and percents are by weight unless otherwise specified. It must be recognized that a specific transformation event is a function of the amount of material subjected to the transformation procedure. Thus, when individual situations arise in which the procedures described herein do not produce a transformed product, repetition of the procedures will be required.

### EXAMPLE I.

Fertile transgenic Zea mays plants which contain heterologous DNA which is heritable were prepared as follows:

5,554,798

| 15 | 16 |

### I. Initiation and maintenance of maize cell cultures which retain plant regeneration capacity

Friable, embryogenic maize callus cultures were initiated from hybrid immature embryos produced by pollination of inbred line A188 plants (University of Minnesota, Crop Improvement Association) with pollen of inbred line B73 plants (Iowa State University). Ears were harvested when the embryos had reached a length of 1.5 to 2.0 mm. The whole ear was surface sterilized in 50% v/v commercial bleach (2.63% w/v sodium hypochlorite) for 20 min. at room temperature. The ears were then washed with sterile, distilled, deionized water. Immature embryos were aseptically isolated and placed on nutrient medium initiation/maintenance media with the root/shoot axis exposed to the medium. Initiation/maintenance media (hereinafter referred to as "F medium") consisted of N6 basal media (Chu 1975) with 2% (w/v) sucrose, 1.5 mg per liter 2,4-dichlorophenoxyacetic acid (2,4-D), 6 mM proline, and 0.25% Gelrite (Kelco, Inc., San Diego). The pH was adjusted to 5.8 prior to autoclaving. Unless otherwise stated, all tissue culture manipulations were carried out under sterile conditions.

The immature embryos were incubated at 26° C. in the dark. Cell proliferations from the scutellum of the immature embryos were evaluated for friable consistency and the presence of well-defined somatic embryos. Tissue with this morphology was transferred to fresh media 10 to 14 days after the initial plating of the immature embryos. The tissue was then subcultured on a routine basis every 14 to 21 days. Sixty to eighty milligram quantities of tissue were removed from pieces of tissue that had reached a size of approximately one gram and transferred to fresh media. Subculturing always involved careful visual monitoring to be sure that only tissue of the correct morphology was maintained. The presence of somatic embryos ensured that the cultures would give rise to plants under the proper conditions. The cell culture named AB12 used in this example was such a culture and had been initiated about 1 year before bombardment.

### II. Plasmids—pCHN1-1, pHYGI1, pBII221, and pLUC-1

The plasmids pCHN1-1, pHYGI1, and pLUC-1 were constructed in the vector pBS+ (Stratagene, Inc., San Diego, Calif.), a 3.2 Kb circular plasmid, using standard recombinant DNA techniques. pCHN1-1 contains the hygromycin B phosphotransferase (HPT) coding sequence from E. coli (Gritz et al. 1983) flanked at the 3' end by the nopaline synthase (nos) polyadenylation sequence of Agrobacterium tumefaciens (Chilton and Barnes 1983). Expression is driven by the cauliflower mosaic virus (CaMV) 35S promoter (Guilley et al. 1982), located upstream from the hygromycin coding sequence. The plasmid pHYGI1 was constructed by inserting the 553 bp Bcl-BamHI fragment containing the maize AdhIS first intron (Callis et al. 1987) between the CaMV 35S promoter and the hygromycin coding sequence of pCHN1-1. A map of pHYGI1 is provided as FIG. 1. A sample of pHYGI1 was deposited at the American Type Culture Collection, Rockville, Md., U.S.A., on Mar. 16, 1990, under the provisions of the Budapest Treaty, and assigned accession number 40774.

pBII221 contains the E. coli B-glucuronidase coding sequence flanked at the 5' end by the CaMV 35S promoter and at the 3' end by the nos polyadenylation sequence. The plasmid was constructed by inserting the maize AdhIS first intron between the 35S promoter and the coding sequence of pBII221 (Jefferson et al. 1987). A map of pBII221 is provided as FIG. 2.

pLUC-1 contains the firefly luciferase coding sequence (DeWet et al. 1987) flanked at the 5' end by the CaMV 35S

promoter and at the 3' end by the nos polyadenylation sequence. This plasmid was used solely as negative control DNA.

Plasmids were introduced into the embryogenic callus culture AB12 by microprojectile bombardment.

### III. DNA delivery process

The embryogenic maize callus line AB12 was subcultured 7 to 12 days prior to microprojectile bombardment. AB12 was prepared for bombardment as follows. Five clumps of callus, each approximately 50 mg in wet weight were arranged in a cross pattern in the center of a sterile 60×15 mm petri plate (Falcon 1007). Plates were stored in a closed container with moist paper towels, throughout the bombardment process. Twenty-six plates were prepared.

Plasmids were coated onto M-10 tungsten particles (Biolistics) exactly as described by Klein et al. (1988b) except that, (i) twice the recommended quantity of DNA was used, (ii) the DNA precipitation onto the particles was performed at 0° C., and (iii) the tubes containing the DNA-coated tungsten particles were stored on ice throughout the bombardment process.

All of the tubes contained 25 μl 50 mg/ml M-10 tungsten in water, 25 μl 2.5M CaCl₂, and 10 μl 100 mM spermidine-free base along with a total of 5 μl 1 mg/ml total plasmid content. When two plasmids were used simultaneously, each was present in an amount of 2.5 μl. One tube contained only plasmid pBII221; two tubes contained both plasmids pHYGII and pBII221; two tubes contained both plasmids pCHN1-1 and pBII221; and one tube contained only plasmid pLUC-1.

All tubes were incubated on ice for 10 min., pelletized by centrifugation in an Eppendorf centrifuge at room temperature for 5 seconds, and 25 μl of the supernatant was discarded. The tubes were stored on ice throughout the bombardment process. Each preparation was used for no more than 5 bombardments.

Macroprojectiles and stopping plates were obtained from Biolistics, Inc. (Ithaca, N.Y.). They were sterilized as described by the supplier. The microprojectile bombardment instrument was obtained from Biolistics, Inc.

The sample plate tray was positioned at the position 5 cm below the bottom of the stopping plate tray of the microprojectile instrument, with the stopping plate in the slot nearest to the barrel. Plates of callus tissue prepared as described above were centered on the sample plate tray and the petri dish lid removed. A 7×7 cm square rigid wire mesh with 3×3 mm mesh and made of galvanized steel was placed over the open dish in order to retain the tissue during the bombardment. Tungsten/DNA preparation were sonicated as described by Biolistics, Inc. and 2.5 μl was pipetted onto the top of the macroprojectiles. The instrument was operated as described by the manufacturer. The bombardments which were performed are summarized in Table 2.

### TABLE 2

| 2 × pBII221 prep | To determine transient expression frequency |
| 10 × pHYGI1/pBII221 | As a potential positive treatment for transformation |
| 10 × pCHN1-1/pBII221 | As a potential positive treatment for transformation |
| 4 × pLUC-1 | Negative control treatment |

The two plates of callus bombarded with pBII221 were transferred plate for plate to F medium (with no hygromycin) and the callus cultured at 26° C. in the dark. After 2 days, this callus was then transferred plate for plate into

5,554,798

17

35×10 mm petri plates (Falcon 1008) containing 2 ml of GUS assay buffer which consists of 1 mg/ml 5-bromo-4-chloro-3-indolyl-beta-D-glucuronide (Research Organics); 100 mM sodium phosphate pH 7.0, 5 mM each of potassium ferricyanide and potassium ferrocyanide, 10 mM EDTA, and 0.06% Triton X-100. These were incubated at 37° C. for 3 days later which the number of blue cells were counted giving 291 and 477 transient GUS expressing cells in the two plates, suggesting that the DNA delivery process had also occurred with the other bombarded plates. These plates were discarded after counting since the GUS assay is destructive.

IV. Selection process

Hygromycin a (Calbiochem) was incorporated into the medium by addition of the appropriate volume of filter sterilized 100 mg/ml hygromycin B in water when the media had cooled to 45° C. prior to pouring plates.

Immediately after all samples had been bombarded, callus from all of the plates treated with pHYGI1/pBII221, pCHN1-1/pBII221 and three of the plates treated with pLUC-1 were transferred plate for plate onto F medium containing 15 mg/l hygromycin B, (five pieces of callus per plate). These are referred no as round 1 selection plates. Callus from the fourth plate treated with pLUC-1 was transferred to F medium without hygromycin. This tissue was subcultured every 2–3 weeks onto nonselective medium and is referred to as unselected control tissue.

After two weeks of selection, tissue appeared essentially identical on both selective and nonselective media. All callus from eight plates from each of the pHYGI1/pBII221 and pCHN1-1/pBII221 treatments and two plates of the control callus on selective media were transferred from round 1 selection plates to round 2 selection plates that contained 60 mg/l hygromycin. The round 2 selection plates each contained ten 30 mg pieces of callus per plate, resulting in an expansion of the total number of plates.

The remaining tissue on selective media, two plates each of pHYGI1/pBII221 and pCHN1-1/pBII221 treated tissue and one control callus, where placed in GUS assay buffer at 37° C. to determine whether blue clusters of cells were observable at two weeks post-bombardment. After 6 days in assay buffer, this tissue was scored for GUS expression. The results are summarized on TABLE 3.

TABLE 3

| Treatment | Replicate | Observations |
|---|---|---|
| pLUC-1 | | No blue cells |
| pHYGI1/pBII221 | Plate 1 | 11 single cells |
| | | 1 four-cell cluster |
| | Plate 2 | 5 single cells |
| pCHN1-1/pBII221 | Plate 1 | 1 single cell |
| | | 2 two-cell clusters |
| | Plate 2 | 5 single cells |
| | | 1 two-cell cluster |
| | | 2 clusters of 8–10 cells |

After 21 days on the round 2 selection plates, all viable portions of the material were transferred to round 3 selection plates containing 60 mg/l hygromycin. The round 2 selection plates, containing only tissue that was apparently dead, were reserved. Both round 2 and 3 selection plates were observed periodically on tissue for viable proliferating sectors.

After 35 days on round 3 selection plates, both the round 2 and round 3 sets of selection plates were checked for

18

viable sectors of callus. Two such sectors were observed proliferating from a background of dead tissue on plates treated with pHYGI1/pBII221. The first sector named 3AA was from the round 3 group of plates and the second sector named 6L was from the round 2 group of plates. Both lines were then transferred to F medium without hygromycin.

After 19 days on F medium without hygromycin, the line 3AA grew very little whereas the line 6L grew rapidly. Both were transferred again to F medium for 9 days. The lines 3AA and 6L were then transferred to F medium containing 15 mg/l hygromycin for 14 days. At this point, line 3AA was observed to be of very poor quality and slow growing. The line 6L, however, grew rapidly on F medium with 15 mg/l hygromycin; the line was then subcultured to F medium without hygromycin.

After 10 days on F medium, an inhibition study of the line 6L was initiated. Callus of 6L was transferred to F medium containing 1, 10, 30, 100, and 250 mg/l hygromycin B. Five plates of callus were prepared for each concentration and each plate contained ten approximately 50 mg pieces of callus. One plate of unselected control tissue was prepared for each concentration of hygromycin.

It was found that the line 6L was capable of sustained growth over 9 subcultures on 0, 10, 30, 100, and 250 mg/l hygromycin. The name of the line 6L was changed at this time from 6L to PH1 (Positive Hygromycin transformant 1).

Additional sectors were recovered at various time points from the round 2 and 3 selection plates. None of these were able to grow in the presence of hygromycin for multiple rounds, i.e., two or three subcultures.

V. Confirmation of transformed callus

To show that the PH1 callus had acquired the hygromycin resistance gene, a Southern blot of PH1 callus was prepared as follows: DNA was isolated from PH1 and unselected control calli by freezing 2 g of callus in liquid nitrogen and grinding it to a fine powder which was transferred to a 30 ml Oak Ridge tube containing 6 ml extraction buffer (7M urea, 250 mM NaCl, 50 mM Tris-HCl 8.0, 20 mM EDTA pH 8.0, 1% sarcosine). To this was added 7 ml of phenol:chloroform 1:1, the tubes shaken and incubated at 37° C. 15 min. Samples were centrifuged at 8K for 3 min. at 4° C. The supernatant was pipeted through miracloth (Calbiochem 475855) into a disposable 15 ml tube (American Scientific Products, C3920-15A) containing 1 ml 4.4M ammonium acetate, pH 5.2. Isopropanol, 6 ml was added, the tubes shaken, and the samples incubated at –20° C. for 15 min. The DNA was pelleted in a Backman TJ-6 centrifuge at the maximum speed for 5 min. at 4° C. The supernatant was discarded and the pellet was dissolved in 500 µl TE-10 (10 mM Tris-HCl pH 8.0, 10 mM EDTA pH 8.0) 15 min. at room temperature. The samples were transferred to a 1.5 ml Eppendorf tube and 100 µl 4.4M ammonium acetate, pH 5.2 and 700 µl isopropanol were added. This was incubated at –20° C. for 15 min. and the DNA pelleted 5 min. in an Eppendorf microcentrifuge (12,000 rpm). The pellet was washed with 70% ethanol, dried, and resuspended in TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA).

The isolated DNA (10 µg) was digested with BamHI (NEB) and electrophoresed in a 0.8% w/v agarose gel at 15 V for 16 hrs in TAE buffer (40 mM Tris-acetate, 1 mM EDTA). The DNA within the gel was then depurinated by soaking the gel twice in 0.25 HCl for 15 min., denatured and cleaved by soaking the gel twice in 0.5M NaOH/1.0M NaCl 15 min., and neutralized by soaking the gel twice in 0.5M

B53

5,554,798

19

This pH 7.4/3 M NaCl 30 min. DNA was then blotted onto a Nytran membrane (Shleicher & Shuell) by capillary transfer overnight in 6x SSC (20x SSC, 3M NaCl, 0.3M sodium citrate pH 7.0). The membrane was baked at 80° C. for 2 hrs under vacuum. Prehybridization treatment of the membrane was done in 6x SSC, 10x Denhardt's solution, 1% SDS, 50 μg/ml denatured salmon sperm DNA using 0.25 ml prehybridization solution per cm² of membrane. Prehybridization was carried out at 42° C. overnight.

A ³²P labelled probe was prepared by random primer labelling with an Oligo Labelling Kit (Pharmacia) as per the supplier's instructions with α ³²P-dCTP (ICN Radiochemicals). The template DNA used was the 1055-bp BamHI fragment of pHYGI1, which is the HPT coding sequence. The fragment was gel purified and cut again with PstI (NEB) before labelling.

The hybridization was performed in 50% formamide, 6x SSC, 1% SDS, 50 μ/ml denatured salmon sperm DNA (Sigma), 0.05% sodium pyrophosphate and all of the isopropanol precipitated heat denatured probe (10⁷ CPM/ml template). The hybridization was carried out at 42° C. overnight.

The membrane was washed twice in 50 ml 6x SSC, 0.1% SDS 5 min. at room temperature with shaking, then twice in 500 ml 6x SSC, 0.1% SDS 15 min at room temperature, then twice in 500 ml 1x SSC, 1% SDS 30 min at 42° C., and finally in 500 ml 0.1x SSC, 1% SDS 60 min. at 65° C. Membranes were exposed to Kodak X-OMAT AR film in an X-OMATIC cassette with intensifying screens. As shown in FIG. 3, a band was observed for PH1 callus at the expected position of 1.05 Kb, indicating that the HPT coding sequence was present. No band was observed for control callus.

To demonstrate that the hygromycin gene is incorporated into high molecular weight DNA, DNA isolated from PH1 callus and control callus was treated with (i) no restriction enzyme, (ii) BamHI, as described previously, or (iii) PstI, which cuts the plasmid pHYGI1 only once within the HPT coding sequence. Samples were blotted and probed with the HPT coding sequence as described previously.

Undigested PH1 DNA only showed hybridization to the probe at the position of uncut DNA, demonstrating that the hygromycin gene is incorporated into high molecular weight DNA. The expected 1.05 Kb band for PH1 DNA digested with BamHI was observed, as had been shown previously. For PH1 DNA digested with PstI, a 5.9 Kb band would be expected if the hygromycin gene was present on an intact pHYGI1 plasmid. Two or more bands of variable size (size dependent on the position flanking PstI sites within the host DNA would be expected if the gene was incorporated into high molecular weight DNA. Three bands were observed with approximate molecular sizes of 12, 5.1, and 4.9 Kb. This result demonstrates incorporation of the hygromycin gene into high molecular weight DNA. The intensity of the 4.9 Kb band is approximately twice as great as the other two bands, suggesting either partial digestion or possibly a tandem repeat of the HPT gene. No hybridization was observed for DNA from control callus in any of the above treatments.

These results prove that the HPT coding sequence is not present in PH1 callus as intact pHYGI1 or as a small non-chromosomal plasmid. They are consistent with incorporation of the hygromycin gene into high molecular weight DNA.

VI. Plant regeneration and production of seed

PH1 callus was transferred directly from all of the concentrations of hygromycin used in the inhibition study to

20

RM5 medium which consists of MS basal salts (Murashige et al. 1962) supplemented with thiamine.HCl 0.5 mg/l, 2,4-D 0.75 mg/l sucrose 30 g/l, asparagine 150 mg/l, and Gelrite 2.5 g/l (Kelco Inc.; San Diego).

After 14 days on RM5 medium, the majority of PH1 and negative control callus was transferred to R5 medium which is the same as RM5 medium, except that 2,4-D omitted. These were cultured in the dark for 7 days at 26° C. and transferred to a light regime of 14 hrs light and 10 hrs dark for 14 days at 26° C. At this point, plantlets that had formed were transferred to one quart canning jars (Ball) containing 100 ml of R5 medium. Plants were transferred from jars to vermiculite for 7 or 8 days before transplanting them into soil and growing them to maturity. A total of 65 plants were produced from PH1 and a total of 30 plants were produced from control callus.

To demonstrate that the introduced DNA had been retained in the R0 tissue, a Southern blot was performed as previously described on BamHI digested leaf DNA from three randomly chosen R0 plants of PH1. As shown in FIG. 4, a 1.05 Kb band was observed with all three plants indicating that the HPT coding sequence was present. No band was observed for DNA from a control plant.

Controlled pollinations of mature PH1 plants were conducted by standard techniques with inbred Zea mays lines A188, B73, and Oh43. Seed was harvested 45 days post-pollination and allowed to dry further 1–2 weeks. Seed set varied from 0 to 40 seeds per ear when PH1 was the female parent and 0 to 32 seeds per ear when PH1 was the male parent.

VII. Analysis of the R1 progeny

The presence of the hygromycin resistance trait was evaluated by a root elongation bioassay, an etiolated leaf bioassay, and by Southern blotting. Two ears each from regenerated PH1 and control plants were selected for analysis. The pollen donor was inbred line A188 for all ears.

A. Root elongation bioassay

Seed was sterilized in a 1:1 dilution of commercial bleach in water plus alconox 0.1% for 20 min. in 125 ml Erlenmyer flasks and rinsed 3 times in sterile water and imbibed overnight in sterile water containing 50 mg/ml captan by shaking at 150 rpm.

After imbibition, the solution was decanted from the flasks and the seed transferred to flow boxes (Flow Laboratories) containing 3 sheets of H₂O saturated germination paper. A fourth sheet of water saturated germination paper was placed on top of the seed. Seed was allowed to germinate 4 days.

After the seed had germinated, approximately 1 cm of the primary root tip was excised from each seedling and plated on MS salts, 20 g/l sucrose, 50 mg/l hygromycin, 0.25% Gelrite, and incubated in the dark at 26° C. for 4 days.

Roots were evaluated for the presence or absence of abundant root hairs and root branches. Roots were classified as transgenic (hygromycin resistant) if they had root hairs and root branches, and untransformed (hygromycin sensitive) if they had limited numbers of branches. The results are shown in Table 3, hereinbelow.

B. Etiolated leaf bioassay

After the root tips were excised as described above, the seedlings of one PH1 ear and one control ear were transferred to moist vermiculite and grown in the dark for 5 days.

B54

5,554,798

21

At this point, 1 mm sections were cut from the tip of the coleoptile, surface sterilized 10 seconds, and plated on MS basal salts, 20 g/l sucrose, 2.5 g/l Gelrite with either 0 (control) or 100 mg/l hygromycin and incubated in the dark at 26° C. for 18 hrs. Each plate contained duplicate sections of each shoot. They were then incubated in a light regimen of 14 hrs light 10 hrs dark at 26° C. for 48 hrs, and rated on a scale of from 0 (all brown) to 6 (all green) for the percent of green color in the leaf tissue. Shoots were classified as untransformed (hygromycin sensitive) if they had a rating of zero and classified as transformed (hygromycin resistant) if they had a rating of 3 or greater. The results are shown in Table 1, hereinbelow.

### C. Southern blots

Seedlings from the bioassays were transplanted to soil and were grown to sexual maturity. DNA was isolated from 0.8 g of leaf tissue about 3 weeks after transplanting to soil and probed with the HPT coding sequence as described previously. Plants with a 1.05 Kb band present in the Southern blot were classified as transgenic. As shown in FIG. 5, two out of seven progeny of PH1 plant 3 were transgenic as were three out of eight progeny of PH1 plant 10. The blot results correlated precisely with data from the bioassays, confirming that the heterologous DNA was transmitted through one complete sexual life cycle. All data are summarized in Table 4.

22

All of the tubes contained 25 µl 50 mg/ml M-10 tungsten in water, 25 µl 2.5M CaCl₂, and 10 µl 100 mM spermidine free base along with a total of 5 µl 1 mg/ml total plasmid content. One tube contained only plasmid pBII221; two tubes contained only plasmid pHYGI1; and one tube contained no plasmid but 5 µl TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA pH 8.0).

The following bombardments were done: 2×pBII221 prep (for transient expression); 7×pHYGI1 prep (potential positive treatment); and 3×TE prep (negative control treatment).

After all the bombardments were performed, the callus from the pBII221 treatment was transferred plate to plate to F medium as five 50 mg pieces. After 2 days, the callus was placed into GUS assay buffer as per Example I. Numbers of transiently expressing cells were counted and found to be 686 and 845 GUS positive cells, suggesting that the particle delivery process had occurred in the other bombarded plates.

### IV. Selection of Transformed Callus

After bombardment, the callus from the pHYGI1 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate (different from Example I). The same was done for two of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin;

#### TABLE 4

| | | ANALYSIS OF PH1 R1 PLANTS | | | | | |
|---|---|---|---|---|---|---|---|
| PH1 PLANT | ROOT ASSAY | LEAF ASSAY | BLOT | CONT PLANT | ROOT ASSAY | LEAF ASSAY | BLOT |
| 3.1 | + | ND | + | 4.1 | − | ND | ND |
| 3.2 | − | ND | − | 4.2 | − | ND | ND |
| 3.3 | − | ND | − | 4.3 | − | ND | ND |
| 3.4 | − | ND | − | 4.4 | − | ND | ND |
| 3.5 | − | ND | − | 4.5 | − | ND | ND |
| 3.6 | + | ND | + | 4.6 | − | ND | ND |
| 3.7 | − | ND | − | 4.7 | − | ND | ND |
| | | | | 2.1 | − | ND | − |
| 10.1 | + | + | + | 1.1 | − | − | − |
| 10.2 | + | + | + | 1.2 | − | − | − |
| 10.3 | − | − | ND | 1.3 | − | −. | ND |
| 10.4 | − | − | − | 1.4 | − | − | ND |
| 10.5 | − | − | − | 1.5 | − | − | ND |
| 10.6 | − | − | − | 1.6 | − | − | ND |
| 10.7 | − | − | − | 1.7 | − | − | ND |
| 10.8 | ND | + | + | 1.8 | − | − | ND |

Key: + transgenic; − = nontransgenic; ND = not done

### EXAMPLE II

The procedure of Example I was repeated with minor modifications.

#### I. Plant Lines and Tissue Cultures

The embryogenic maize callus line, AB12, was used as in Example I. The line had been initiated about 18 months before the actual bombardment occurred.

#### II. Plasmids

The plasmids pBII221 and pHYGI1 described in Example I were used.

#### III. DNA Delivery Process

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed.

this callus was maintained throughout the ongoing experiment as a source of control tissue (unselected control callus).

After 13 days, the callus on round 1 selection plates was indistinguishable from unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin. An approximate five-fold expansion of the numbers of plates occurred.

The callus on round 2 selection plates had increased substantially in weight after 23 days, but at this time appeared close to dead. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin. This transfer of all material from round 2 to round 3 selection differs from Example I in which only viable sectors were transferred and the round 2 plates reserved.

5,554,798

23

At 58 days post-bombardment, three live sectors were observed proliferating from the surrounding dead tissue. All three lines were from pHYGI1 treatments and were designated 24C, 56A, and 55A.

After 15 days on maintenance medium, growth of the lines was observed. The line 24C grew well whereas lines 55A and 56A grew more slowly. All three lines were transferred to F medium containing 60 mg/l hygromycin. Unselected control callus from maintenance medium was plated to F medium having 60 mg/l hygromycin.

After 19 days on 60 mg/l hygromycin, the growth of line 24C appeared to be entirely uninhibited, with the control showing approximately 80% of the weight gain of 24C. The line 56A was completely dead; and the line 55A was very close to dead. The lines 24C and 55A were transferred again to F 60 mg/l hygromycin as was the control tissue.

After 23 days on 60 mg/l hygromycin, the line 24C again appeared entirely uninhibited. The line 55A was completely dead, as was the negative control callus on its second exposure to F medium having 60 mg/l hygromycin.

At 88 days post-bombardment, a sector was observed proliferating among the surrounding dead tissue on the round 3 selection plates. The callus was from a plate bombarded with pHYGI1 and was designated 13E. The callus was transferred to F medium and cultured for 19 days. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin, and (ii) F medium containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin. After 14 days of culture, the callus line 13E appeared uninhibited on both levels of hygromycin. The control callus appeared to have about 80% of the weight gain of 13E. The callus lines were transferred to fresh media at the same respective levels of hygromycin.

V. Confirmation of Transformed Callus

A Southern blot was prepared from BamHI-digested DNA from the line 24C. As shown in FIG. 6, a band was observed for the line 24C at the expected size of 1.05 Kb showing that the line 24C contained the HPT coding sequence. No band was observed for DNA from control tissue. The name of the callus line 24C was changed to PH2.

To demonstrate that the hygromycin gene is incorporated into high molecular weight DNA, DNA isolated from PH2 callus and control callus was treated with (i) no restriction enzyme, (ii) BamHI, as described previously, or, (iii) PstI, which cuts the plasmid pHYGI1 only once within the HPT coding sequence. Samples were blotted and probed with the HPT coding sequence as described previously.

Undigested PH2 DNA only showed hybridization to the probe at the position of uncut DNA, demonstrating that the hygromycin gene is incorporated into high molecular weight DNA. The expected 1.05 Kb band for PH2 DNA digested with BamHI was observed, as had been shown previously. For PH2 DNA digested with PstI, a 5.9 Kb band would be expected if the hygromycin gene was present on an intact pHYGI1 plasmid. Two or more bands of variable size (size dependent on the position of flanking PstI sites within the host DNA) would be expected if the gene was incorporated into high molecular weight DNA. Two bands were observed with approximate molecular sizes of 6.0 and 3.0 Kb. This result is consistent with incorporation of the hygromycin gene into high molecular weight DNA. No hybridization was observed for DNA from control callus in any of the above treatments.

24

These results prove that the HPT coding sequence is not present in PH2 callus as intact pHYGI1 or as a small non-chromosomal plasmid. They are consistent with incorporation of the hygromycin gene into high molecular weight DNA.

VI. Plant Regeneration and Production of Seed

The line PH2, along with unselected control callus, were placed onto RM5 medium to regenerate plants as in Example I. After 16 days, the callus was transferred to R5 medium as in Example I. After 25 d on R5 medium, plantlets were transferred to R5 medium and grown up for 20 days. At this point, plantlets were transferred to vermiculite for one week and then transplanted into soil where they are being grown to sexual maturity.

EXAMPLE III

The procedure of Example II was repeated exactly except that different plasmids were used.

The plasmids pBII221 and pHYGI1 described in Example I were used as well as pMS533 which is a plasmid that contains the insecticidal Bacillus thuringiensis endotoxin (BT) gene fused in frame with the neomycin phosphotransferase (NPTII) gene. At a position 5' from the fusion gene are located segments of DNA from the CaMV and nopaline synthase promoters. At a position 3' from the fusion gene are segments of DNA derived from the tomato protease inhibitor I gene and the poly A region of the nopaline synthase gene.

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. Two tubes contained plasmids pHYGI1 and pMS533 and one tube contained plasmids pHYGI1 and pMS533 and one tube contained no plasmid but contained 5 μl TE-1 (10 mM Tris-HCl, pH 8.0, 1 mM EDTA pH 8.0).

The following bombardments were done: 9×pHYGI1/pMS533 (potential positive treatment) and 2×TE prep (control treatment).

After bombardment, the callus from the pHYGI1/pMS533 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate. The same was done for one of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue (unselected control callus).

After 12 days, the callus on round 1 selection plates appeared to show about 90% of the weight gain of the unselected control callus All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin as ten 30 mg pieces per plate. After 22 days of selection on round 2 selection plates, the callus appeared completely uninhibited. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin.

At 74 days post-bombardment, a single viable sector was observed proliferating from the surrounding necrotic tissue. The callus line was from pHYGI1/pMS533 treated material and was designated 86R. The callus line 86R was transferred to F medium.

After 24 days, the callus line 86R had grown substantially. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin, and (ii) F media containing

5,554,798

25

60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin.

After 19 days of culture, the callus line 86R appeared to grow rapidly and was uninhibited on both levels of hygromycin. The control callus appeared to have only about 50% of the weight gain of 86R. The callus lines were transferred to fresh media at the same respective levels of hygromycin to further test the resistance of the callus line 86R. After 26 days of culture, the callus line 86R appeared uninhibited on 60 mg/l hygromycin.

Southern blots were performed on DNA isolated from the callus line 86R and control callus to confirm the presence of the hygromycin resistance gene and to determine whether the BT gene was present.

For detection of the HPT coding sequence, DNA isolated from 86R callus and control callus was digested with the restriction enzymes BamHI, XhoI, or PstI as described in Examples I and II. After hybridization with a probe prepared from the HPT coding sequence, the following bands were observed. For the BamHI digest, bands were observed at the expected size of 1.05 Kb as well as at approximately 3.0 and 2.3 Kb. This result demonstrates that the HPT coding sequence is present in the callus line 86R. The additional bands at 3.0 and 2.3 Kb indicate that either digestion was incomplete or that multiple rearranged copies are present. For the XhoI digest, a single band was observed at approximately 5.1 Kb. Because XhoI does not cut pHYGI1, this suggests incorporation of the hygromycin construct into DNA different than pHYGI1. For the PstI digestion, a large band was observed at approximately 5.1 Kb. This band appeared to be two fragments of similar molecular weight. Two or more bands would be expected from a PstI digestion if the gene was incorporated into high molecular weight DNA. In no case was hybridization observed for DNA from control callus for any of the above-mentioned digestions.

For detection of the BT gene, a Southern blot was carried out on DNA isolated from 86R and control callus digested with the enzymes BamHI and XhoI in combination. A BamHI, XhoI co-digestion liberates the 1.8 Kb BT coding sequence from the pMS533 construction used in this transformation. The blot prepared was hybridized to a probe prepared from the 1.8 Kb BT coding sequence. A band was observed for 86R DNA at the expected size of 1.8 Kb whereas no hybridization was observed for control DNA.

26

Additional bands of much lesser intensity were also observed for 86R DNA. This result demonstrates that the BT coding sequence is present in the callus line 86R. This further demonstrates the introduction into maize of an unselected gene with potential commercial value. The name of callus line 86R was changed to CB1.

Plants are being regenerated from CB1 callus and control callus as described in Example I.

The invention has been described with reference to various specific and preferred embodiments and techniques. However, it should be understood that many variations and modifications may be made while remaining within the spirit and scope of the invention.

What is claimed is:

1. A fertile transgenic Zea mays plant containing an isolated heterologous DNA construct encoding EPSP synthase wherein said DNA construct is expressed so that the plant exhibits resistance to normally toxic levels of glyphosate, wherein said resistance is not present in a Zea mays plant not containing said DNA construct, and wherein said DNA construct is transmitted through a complete normal sexual cycle of the transgenic plant to the progeny generation.

2. The transgenic plant of claim 1 wherein the heterologous DNA construct comprises a promoter.

3. A seed produced by the transgenic plant of claim 1 which comprises said heterologous DNA construct.

4. A progeny transgenic Zea mays plant derived from the transgenic plant of claim 1 wherein said progeny plant expresses said heterologous DNA construct so that the progeny plant exhibits said glyphosate tolerance.

5. A seed derived from the progeny plant of claim 4 wherein said seed comprises said heterologous DNA construct.

6. The transgenic plant of claim 1 wherein the plant is obtainable by a process comprising the steps of:

(i) bombarding intact regenerable Zea mays cells with microprojectiles coated with said heterologous DNA construct;

(ii) identifying or selecting a population of transformed cells; and

(iii) regenerating a fertile transgenic plant therefrom.

\* \* \* \* \*

B57

US006013863A

# United States Patent [19]

Lundquist et al.

[11] Patent Number: 6,013,863

[45] Date of Patent: Jan. 11, 2000

[54] FERTILE TRANSGENIC CORN PLANTS

[75] Inventors: Ronald C. Lundquist, Minnetonka; David A. Walters, Bloomington, both of Minn.

[73] Assignee: Dekalb Genetics Corporation, Dekalb, Ill.

[21] Appl. No.: 08/844,555

[22] Filed: Apr. 21, 1997

## Related U.S. Application Data

[62] Division of application No. 08/677,695, Jul. 10, 1996, which is a continuation of application No. 07/974,379, Nov. 10, 1992, Pat. No. 5,538,877, which is a continuation of application No. 07/467,983, Jan. 22, 1990, abandoned.

[51] Int. Cl.$^7$ .................... C12N 15/00; C12N 15/82; A01H 1/06; A01H 4/00

[52] U.S. Cl. ..................... 800/293; 800/278; 800/288; 800/300; 435/430; 435/285.3

[58] Field of Search ..................... 800/205, 200, 800/250, DIG. 56, 293, 278, 288; 47/58, DIG. 1; 435/172.3, 172.1, 412, 424, 430, 430.1, 287, 285, 285.3

[56] References Cited

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis ..................... 71/117 |
| 4,399,216 | 8/1983 | Axel et al. ..................... 435/6 |
| 4,520,113 | 5/1985 | Gallo et al. ..................... 436/504 |
| 4,535,060 | 8/1985 | Comai ..................... 435/172.3 |
| 4,536,475 | 8/1985 | Anderson ..................... 435/172.3 |
| 4,559,301 | 12/1985 | Turner ..................... 435/76 |
| 4,559,302 | 12/1985 | Ingolia ..................... 435/172.3 |
| 4,581,847 | 4/1986 | Hibberd et al. ..................... 47/58 |
| 4,634,665 | 1/1987 | Axel et al. ..................... 435/68 |
| 4,642,411 | 2/1987 | Hibberd et al. ..................... 800/1 |
| 4,665,030 | 5/1987 | Close ..................... 435/240 |
| 4,666,844 | 5/1987 | Cheng ..................... 435/240 |
| 4,683,202 | 7/1987 | Mullis ..................... 435/91 |
| 4,708,818 | 11/1987 | Montagnier et al. ..................... 435/5 |
| 4,727,028 | 2/1988 | Santerre et al. ..................... 435/240.2 |
| 4,743,548 | 5/1988 | Crossway et al. ..................... 435/172.3 |
| 4,761,373 | 8/1988 | Anderson et al. ..................... 435/172.3 |
| 4,806,483 | 2/1989 | Wang ..................... 435/240.49 |
| 4,885,357 | 12/1989 | Larkins et al. ..................... 530/373 |
| 4,886,878 | 12/1989 | Larkins et al. ..................... 536/26 |
| 4,940,835 | 7/1990 | Shah et al. ..................... 800/205 |
| 4,945,050 | 7/1990 | Sanford et al. ..................... 435/172.1 |
| 4,956,282 | 9/1990 | Goodman et al. ..................... 435/69.51 |
| 4,971,908 | 11/1990 | Kishore et al. ..................... 435/172.1 |
| 5,001,060 | 3/1991 | Peacock et al. ..................... 435/172.3 |
| 5,004,863 | 4/1991 | Umbeck ..................... 800/205 |
| 5,013,658 | 5/1991 | Dooner et al. ..................... 435/172.3 |
| 5,015,580 | 5/1991 | Christou et al. ..................... 435/172.3 |
| 5,034,322 | 7/1991 | Rogers et al. ..................... 435/172.3 |
| 5,036,006 | 7/1991 | Sanford et al. ..................... 435/170.1 |
| 5,049,500 | 9/1991 | Arntzen et al. ..................... 435/172.3 |
| 5,077,399 | 12/1991 | Brauer et al. ..................... 536/27 |
| 5,082,767 | 1/1992 | Hatfield et al. ..................... 435/6 |
| 5,094,945 | 3/1992 | Comai ..................... 435/172.3 |
| 5,110,732 | 5/1992 | Benfey et al. ..................... 435/172.3 |
| 5,134,074 | 7/1992 | Gordon et al. ..................... 435/240.4 |

(List continued on next page.)

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| B-80893/87 | 12/1988 | Australia ..................... | C12N 15/00 |
| 2032443 A1 | 12/1990 | Canada ..................... | C12N 15/87 |
| 0 126 537 A2 | 4/1983 | European Pat. Off. ..................... | |
| 0 131 623 B1 | 1/1984 | European Pat. Off. ..................... | C12N 15/11 |
| 0 141 373 A3 | 5/1985 | European Pat. Off. ..................... | A01G 7/00 |
| 0 142 924 A2 | 5/1985 | European Pat. Off. ..................... | C12N 15/00 |
| 0 154 204 A2 | 9/1985 | European Pat. Off. ..................... | C12N 15/00 |
| 0 160 390 A2 | 11/1985 | European Pat. Off. ..................... | A01H 15/10 |
| 0 174 791 A2 | 3/1986 | European Pat. Off. ..................... | C12N 15/00 |
| 0 189 707 A2 | 8/1986 | European Pat. Off. ..................... | C12N 15/00 |
| 0 193 259 A1 | 9/1986 | European Pat. Off. ..................... | C12N 15/00 |
| 0 204 549 A2 | 10/1986 | European Pat. Off. ..................... | C12N 15/00 |
| 0 202 668 A2 | 11/1986 | European Pat. Off. ..................... | C12N 5/02 |
| 0 242 236 A1 | 10/1987 | European Pat. Off. ..................... | C12N 15/00 |
| 0 242 246 A1 | 10/1987 | European Pat. Off. ..................... | C12N 15/00 |
| 0 299 552 A1 | 1/1988 | European Pat. Off. ..................... | C12N 15/00 |
| 0 257 472 A2 | 3/1988 | European Pat. Off. ..................... | C12N 15/00 |
| 0 262 971 A2 | 5/1988 | European Pat. Off. ..................... | A01H 1/02 |
| 0 269 601 A2 | 6/1988 | European Pat. Off. ..................... | C12N 15/00 |
| 0 270 356 A2 | 6/1988 | European Pat. Off. ..................... | C12N 15/00 |
| 0 271 408 A2 | 6/1988 | European Pat. Off. ..................... | C12N 15/00 |
| 0 275 069 A2 | 7/1988 | European Pat. Off. ..................... | C12N 15/00 |

(List continued on next page.)

## OTHER PUBLICATIONS

U.S. application No. 07/392,176, Adams et al., Aug. 9, 1989.

U.S. application Ser. No. 07/205,155, Entitled "Stable Transformation of Plant Cells", pp. 1–29, Filed Jun. 10, 1988.

"'Bullets' Transform Plant Cells", Agricell Report, 9 (Jul. 1987).

Catalog, Handbook of Fine Chemicals, Aldrich Chem. Co., p. 508 (1988).

"Cornell U. Gene Gun Hits Biotech Bullseye", Agriculture Technology, p. 13.

"Dalapon", Merck Index, 11th Edition, Budavae, S., (ed.), Merck and Co., pp. 405–406 (1989).

Dialog Search of Japanese Patent No. 61–134343 (1986).

EPO Notice Regarding Publication of Bibliographic Data for EPO 0485506 (1992).

"Herbicide–Resistant Corn", CT Academy of Science and Engineering, Case Reports, 5, 6 (1990).

International Search Report, PCT/US 90/04462, mailed Jan. 15, 1991.

International Search Report, PCT/US 94/09699, mailed Aug. 16, 1995.

Office Action dated May 30, 1989, Goldman et al., USSN 06/880,271, filed Jun. 30, 1986.

Office Action dated Mar. 8, 1990, Goldman et al., USSN 06/880,271, filed Jun. 30, 1986.

Patent Family Record for Australian Patent 8780893.

(List continued on next page.)

Primary Examiner—Gary Benzion
Attorney, Agent, or Firm—Schwegman, Lundberg, Woessner & Kluth, P.A.

[57] ABSTRACT

A process of preparing fertile Zea mays plants is provided wherein said plants are resistant to the herbicide glyphosate, as well as processes for preparing seed, human food or animal feed therefrom.

8 Claims, 6 Drawing Sheets

6,013,863
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,145,777 | 9/1992 | Goodman et al. | 435/172.3 |
| 5,164,310 | 11/1992 | Smith et al. | 435/172.3 |
| 5,177,010 | 1/1993 | Goldman et al. | 435/172.3 |
| 5,187,073 | 2/1993 | Goldman et al. | 435/172.3 |
| 5,188,642 | 2/1993 | Shah et al. | 47/58 |
| 5,188,958 | 2/1993 | Moloney et al. | 435/240.4 |
| 5,196,342 | 3/1993 | Donovan | 435/320.1 |
| 5,215,912 | 6/1993 | Hoffman | 435/240.4 |
| 5,240,841 | 8/1993 | Johnston et al. | 435/172.3 |
| 5,250,515 | 10/1993 | Fuchs et al. | 514/12 |
| 5,254,799 | 10/1993 | DeGreve et al. | 800/205 |
| 5,258,300 | 11/1993 | Glassman et al. | 435/240.4 |
| 5,268,463 | 12/1993 | Jefferson | 536/23.7 |
| 5,273,894 | 12/1993 | Strauch et al. | 435/129 |
| 5,276,268 | 1/1994 | Strauch et al. | 800/205 |
| 5,278,325 | 1/1994 | Strop et al. | 554/12 |
| 5,290,924 | 3/1994 | Last et al. | 536/24.1 |
| 5,310,667 | 5/1994 | Eichholtz et al. | 435/172.3 |
| 5,350,689 | 9/1994 | Shillito et al. | 435/240.47 |
| 5,352,605 | 10/1994 | Fraley et al. | 435/240.4 |
| 5,371,003 | 12/1994 | Murry et al. | 435/172.3 |
| 5,371,015 | 12/1994 | Sanford et al. | 435/287 |
| 5,380,831 | 1/1995 | Adang et al. | 536/23.71 |
| 5,436,393 | 7/1995 | Rocha-Sosa et al. | 800/205 |
| 5,464,763 | 11/1995 | Schilperoort et al. | 435/172.3 |
| 5,484,956 | 1/1996 | Lundquist et al. | 800/205 |
| 5,489,520 | 2/1996 | Adams et al. | 435/172.3 |
| 5,495,071 | 2/1996 | Fischhoff et al. | 800/205 |
| 5,500,365 | 3/1996 | Fischhhoff et al. | 435/240.4 |
| 5,508,468 | 4/1996 | Lundquist et al. | 800/205 |
| 5,538,877 | 7/1996 | Lundquist et al. | 435/172.3 |
| 5,538,880 | 7/1996 | Lundquist et al. | 435/172.3 |
| 5,550,318 | 8/1996 | Adams et al. | 800/205 |
| 5,554,798 | 9/1996 | Lundquist et al. | 800/205 |
| 5,561,236 | 10/1996 | Leemans et al. | 800/205 |
| 5,565,347 | 10/1996 | Fillatti et al. | 435/172.3 |
| 5,567,600 | 10/1996 | Adang et al. | 536/23.71 |
| 5,567,862 | 10/1996 | Adang et al. | 800/205 |
| 5,576,203 | 11/1996 | Hoffman | 435/172.3 |
| 5,578,702 | 11/1996 | Adang et al. | 530/350 |
| 5,580,716 | 12/1996 | Johnston et al. | 435/5 |
| 5,589,616 | 12/1996 | Hoffman et al. | 800/205 |
| 5,595,733 | 1/1997 | Carswell et al. | 424/93.21 |
| 5,596,131 | 1/1997 | Horn et al. | 800/205 |
| 5,623,067 | 4/1997 | Vanderkerckhove et al. | 536/24.1 |
| 5,641,876 | 6/1997 | McElroy et al. | 536/24.1 |
| 5,693,507 | 12/1997 | Daniell et al. | 435/172.3 |
| 5,780,708 | 7/1998 | Lundquist et al. | 800/205 |
| 5,886,244 | 3/1999 | Tomes et al. | 800/293 |
| 7,392,176 | 8/1989 | Adams et al. . | |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 280 400 A2 | 8/1988 | European Pat. Off. | A01C 1/06 |
| 0 282 164 A2 | 9/1988 | European Pat. Off. | C12N 5/00 |
| 0 289 479 A2 | 11/1988 | European Pat. Off. | C12N 15/00 |
| 0 290 395 A2 | 11/1988 | European Pat. Off. | C12N 15/00 |
| 0 292 435 A1 | 11/1988 | European Pat. Off. | C12N 15/00 |
| 0 301 749 A2 | 2/1989 | European Pat. Off. | C12N 15/00 |
| 0 331 083 A2 | 9/1989 | European Pat. Off. | C12N 15/00 |
| 0 331 855 A2 | 9/1989 | European Pat. Off. | C12M 3/00 |
| 0 334 539 A2 | 9/1989 | European Pat. Off. | C12N 15/00 |
| 0 335 528 A2 | 10/1989 | European Pat. Off. | C12N 15/00 |
| 0 348 348 A2 | 12/1989 | European Pat. Off. | A01N 65/00 |
| 0 442 174 A1 | 4/1991 | European Pat. Off. | C12N 15/82 |
| 3 738 874 A1 | 11/1988 | Germany | A01H 1/06 |
| 61-134343 | 5/1984 | Japan . | |
| 8 801 444 | 1/1990 | Netherlands | C12N 15/87 |
| 2 159 173 | 11/1985 | United Kingdom . | |
| 85/01856 | 5/1985 | WIPO | A01B 76/00 |
| 85/02972 | 7/1985 | WIPO | A01C 1/06 |

| | | | |
|---|---|---|---|
| 86/01536 | 3/1986 | WIPO | C12P 15/00 |
| 86/03776 | 7/1986 | WIPO | C12N 15/00 |
| 87/04181 | 7/1987 | WIPO | C12N 1/00 |
| 87/05629 | 9/1987 | WIPO | C12N 15/00 |
| 88/08034 | 10/1988 | WIPO | C12P 21/00 |
| 89/04371 | 5/1989 | WIPO | C12N 21/00 |
| 89/10396 | 11/1989 | WIPO | C12N 5/00 |
| 89/11789 | 12/1989 | WIPO | A01H 1/00 |
| 89/12102 | 12/1989 | WIPO | C12N 15/00 |

## OTHER PUBLICATIONS

"Shotgunning DNA into Cells", *Genetic Engineering News*, (Jul./Aug. 1987).

Adang, M.J., et al., "Characterized Full–Length and Truncated Plasmid Clones of the Crystal Protein of *Bacillus thuringiensis* subsp. *kurstaki* HD–73 and Their Toxicity to *Manduca sexta*", *Gene*, 36, 289–300 (1985).

Ahokas, H., "Electrophoretic Transfection of Cereal Grains with Exogenous Nucleic Acid", Soc. Biochem. Biophys. Microbio. Fen., Biotieteen Paivat (Bioscience Days), Abstracts, Technical University of Helsinki, Espoo, p. 2 (1989).

Ahokas, H., "Transfection of Germinating Barley Seed Electrophoretically with Exogenous DNA", *Theor. Appl. Genet.*, 77, 469–472 (1989).

Altenbach, S.B., et al., "Cloning and Sequence Analysis of a cDNA Encoding a Brazil Nut Protein Exceptionally Rich in Methionine", *Plant Mol. Biol.*, 8, 239–250 (1987).

Altenbach, S.B., et al., "Enhancement of the Methionine Content of Seed Proteins by the Expression of a Chimeric Gene Encoding a Methionine–Rich Protein in Transgenic Plants", *Plant. Mol. Biol.*, 13, 513–522 (1989).

Ampe, C., et al., "The Amino–Acid Sequence of the 2S Sulphur–Rich from Seed of Brazil Nut (*Bertholletia excelsa* H.B.K.)", *Eur. J. Biochem.*, 159, 597–604 (1986).

Armstrong, C.L., et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryonic Tissue Cultures of Maize", *Biol. Abstracts*, 85, Abstract 117662 (1988).

Armstrong, C.L., et al., "Establishment and Maintenance of Friable, Embryogenic Maize Callus and the Involvement of L–Proline", *Planta*, 164, 207–214 (1985).

Barker, R.F., et al., "Nucleotide Sequence of the T–DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTi15955", *Plant Mol. Biol.*, 2, 335–350 (1983).

Benner, M.S., et al., "Genetic Analysis of Methionine–Rich Storage Protein Accumulation in Maize", *Theor. Appl. Genet.*, 78, 761–767 (1989).

Bevan, M., et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation", *Nature*, 304, 184–187 (1983).

Bevan, M., et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T–DNA", *Nuc. Acids Res.*, 11, 369–385 (1983).

Binns, A.N., "Agrobacterium–Mediated Gene Delivery and the Biology of Host Range Limitations", *Physiol. Plant.*, 79, 135–139 (1990).

Booy, G., et al., "Attempted Pollen–Mediated Transformation of Maize", *J. Plant Physiol.*, 135, 319–324 (1989).

Botterman, J., et al., "Engineering Herbicide Resistance in Plants", *Trends in Genetics*, 4, 221–222 (Aug. 1988).

Boulton, M.I., et al., "Specificity of Agrobacterium–Mediated Delivery of Maize Streak Virus DNA to Members of the Gramineae", *Plant Mol. Biol.*, 12, 31–40 (1989).

**6,013,863**

Page 3

Boyer, J.S., "Water Deficits and Photosynthesis", In: *Water Deficits and Plant Growth*, vol. IV, Kozlowski, T.T., (ed.), Academic Press, New York, 153–190 (1976).

Brill, W.J., "Agricultural Microbiology", *Scientific American*, 245, 199–215 (Sep., 1981).

Buchanan–Wollaston, V., et al., "Detoxification of the Herbicide Dalapon by Transformed Plants", *J. Cell. Biochem.*, 13D, 330, Abstract No. M503 (1989).

Callis, J., et al., "Introns Increase Gene Expression in Cultured Maize Cells", *Genes and Development*, 1, 1183–1200 (1987).

Cao, J., et al., "Transformation of Rice and Maize Using the Biolistic Process", In: *Plant Gene Transfer*, Lamb, C.J., et al., (eds.), Alan R. Liss, Inc., New York, 21–33, (1990).

Carpita, N.C., "The Biochemistry of "Growing" Cells Walls", In: *Physiology of Cell Expansion During Plant Growth*, Cosgrove, D.J., et al., (eds.), Am. Soc. Plant Physiologists, 28–100 (1987).

Chandler, V.L., et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway are Homologous: Isolation of B Utilizing R Genomic Sequences", *The Plant Cell*, 1, 1175–1183 (1989).

Charest, P.J., et al., "Factors Affecting the Use of Chloramphenicol Acetyltransferase as a Marker for Brassica Genetic Transformation", *Plant Cell Reports*, 7, 628–631 (1989).

Chourey, P.S., et al., "Callus Formation from Protoplasts of a Maize Cell Culture", *Theor. Appl. Genet.*, 59, 341–344 (1981).

Christou, P., et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures", *Theor. Appl. Genet.*, 79, 337–341 (1990).

Christou, P., et al., "Opine Synthesis in Wild–Type Plant Tissue", *Plant Physiol.*, 82, 218–221 (1986).

Christou, P., et al., "Soybean Genetic Engineering—Commercial Production of Transgenic Plants", *Trends in Biotechnol.*, 8, 145–151 (1990).

Christou, P., et al., "Stable Transformation of Soybean Callus by DNA–Coated Gold Particles," *Plant Physiol.*, 87, 671–674 (1988).

Chu, C.–C., et al., "Establishment of an Efficient Medium for Anther Culture of Rice through Comparative Experiments on the Nitrogen Sources", *Sci. Sin. (Peking)*, 13, 659–668 (1975).

Cocking, F., et al., "Gene Transfer in Cereals", *Science*, 236, 1259–1262 (1987).

Coe, E.H., et al., "The Genetics of Corn", In: *Corn and Corn Improvement*, 2nd Edition, Sprague, G.F., (ed.), Am. Soc. Agronomy, Inc., Madison, WI, p. 138 (1977).

Comai, L., et al., "Expression in Plants of a Mutant aroA Gene from *Salmonella typhimurium* Confers Tolerance to Glyphosate", *Nature*, 317, 741–744 (Oct. 1985).

Creissen, G., et al., "Agrobacterium— and Microprojectile–Mediated Viral DNA Delivery into Barely Microspore–Derived Cultures", *Plant Cell Rep.*, 8, 680–683 (Apr. 1990).

Crossway, A., et al., "Integration of Foreign DNA Following Microinjection of Tobacco Mesophyll Protoplasts", *Mol. Gen. Genet.*, 202, 179–185 (1986).

Darvill, A., et al., "The Primary Cell Walls of Flowering Plants", In: *The Biochemistry of Plants*, vol. 1, Academic Press, Inc., New York, 91–162 (1980).

Dauce–Lereverand, B., et al., "Improvement of *Escherichia coli* Strains Overproducing Lysine Using Recombinant DNA Techniques", *Euro. J. Appl. Microbiol. and Biotechnol.*, 15, 227–231 (1982).

De Block, M., et al., "Engineering Herbicide Resistance on Plants by Expression of a Detoxifying Enzyme", *EMBO J.*, 6, 2513–2518 (1987).

De Greef, W., et al., "Evaluation of Herbicide Resistance in Transgenic Crops under Field Conditions", *Bio/Technol.*, 7, 61–64 (1989).

Dekeyser, R.A., et al., "Evaluation of Selectable Markers for Rice Transformation", *Plant Physiol.*, 90, 217–223 (1989).

Dekeyser, R.A., et al., "Transient Gene Expression in Intact and Organized Rice Tissues", *The Plant Cell*, 2, 591–602 (1990).

Dewald, S.G., et al., "Plant Regeneration from Inbred Maize Suspensions", VIIth Intl. Cong. on Plant Tissue and Cell Culture, p. 12, Abstract No. A1–36 (Jun. 24–29, 1990).

Dewet, J.M.J., et al., "Exogenous Gene transfer in Maize (*Zea mays*) Using DNA–Treated Pollen", In: *The Experimental Manipulation of Ovule Tissues*, Chapman, G.P., et al., (eds.), Longman, New York, 197–209 (1985).

Dewet, J.R., et al., "Cloning of Firefly Luciferase cDNA and the Expression of Active Luciferase in *Escherichia coli*", *Proc. Natl. Acad. Sci. USA*, 82, 7870–7873 (1985).

Evans, D.A., et al., "Somaclonal Variation—Genetic Basis and Breeding Applications", *Trends in Genet.*, 5, 46–50 (1989).

Fransz, P., et al., "Cytodifferentiation During Callus Initiation and Somatic Embryogenesis in *Zea mays* L.", Ph.D. Thesis, Univ. of Wageningen Press, The Netherlands (1988).

Freeling, J.C., et al., "Development Potentials of Maize Tissue Cultures", *Maydica*, XXI, 97–112 (Jul. 1977).

Freiberg, B., "More Researchers Discover Corn Transformation Technology", *AG Biotechnology News*, p. 26 (1990).

Fromm, M., et al., "Expression of Genes Transfected into Monocot and Dicot Plant Cells by Electroporation", *Proc. Nat. Acad. Sci. USA*, 82, 5824–5828 (1985).

Fromm, M.E., et al., "Stable Transformation of Maize after Gene Transfer by Electroporation", *Nature*, 319, 791–793 (1986).

Fry, S.C., "Introduction to the Growing Cell Wall", In: *The Growing Plant Cell Wall: Chemical and Metabolic Analysis*, Longman Scientific and Technical, New York, pp. 1–5, 102–109 (1988).

Geiser, M., et al., "The Hypervariable Region on the Genes Coding for Entomopathogenic Crystal Proteins of *Bacillus thuringiensis*: Nucleotide Sequence of the kurhd1 gene of subsp. kurstaki HD1", *Gene*, 48, 109–118 (1986).

Goff, S.A., et al., "Plant Regeneration of Anthocyanin Biosynthetic Genes Following Transfer of B Regulatory Genes into Maize Tissues", *EMBO J.*, 9, 2517–2522 (1990).

Gordon–Kamm, W.J., et al., "Stable Transformation of Embryonic Maize Cultures by Microprojectile Bombardment", *J. Cell. Biochem.*, 13D, p. 259, Abstract No. M122 (1989).

Gould, O., et al., "Shoot Tip Culture as a Potential Transformation System", Abstracts, Beltwide Cotton Production Research Conferences, New Orleans, LA, p. 91 (1988).

Graves, A., et al., "The transformation of *Zea mays* seedlings with *Agrobacterium tumefaciens*", *Plant Mol. Biol.*, 7, 43–50 (1986).

Green, C., et al., "Plant Regeneration in Tissue Cultures of Maize", In: *Maize for Biological Research*, Sheridan, W.F., (ed.), Plant Mol. Biol. Assoc., pp. 367–372 (1982).

Green, C., et al., "Plant Regeneration from Tissue Cultures of Maize", *Crop Sci.*, 15, 417–421 (1975).

**6,013,863**

Page 4

Green, C., et al., "Somatic Cell Genetic Systems in Corn", In: *Advances in Gene Technology: Molecular Genetics of Plants and Animals,* Academic Press, Inc., New York, pp. 147–157 (1983).

Grimsley, N., et al., "DNA Transfer from Agrobacterium to *Zea mays* or Brassica by Agroinfection is Dependent on Bacterial Virulence Functions", *Mol. Gen. Genet.,* 217, 309–316 (1989).

Gritz, L., et al., "Plasmid–Encoded Hygromycin B Resistance: The Sequence of Hygromycin B Phosphotransferase Gene and Its Expression in *Escherichia coli* and *Saccharomyces cerevisiae*", *Gene,* 25, 179–188 (1983).

Guerineau, F., et al., "Sulfonamide Resistance gene for Plant Transformation", *Plant Mol. Biol.,* 15, 127–136 (1990).

Guilley, H., et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promoter Sequences, and Characterization of Transcripts", *Cell,* 30, 763–773 (Oct. 1982).

Hallauer, A.R., et al., "Corn Breeding", In: *Corn and Corn Improvement,* 3rd Edition, Sprague, G.F., et al., (eds.), Agronomy Soc. Am., pp. 463–564 (1988).

Haughn, G.W., "Transformation with a Mutant Arabidopsis Acetolactate Synthase Gene Renders Tobacco Resistant to Sulfonylurea Herbicides", *Mol. Gen. Genet.,* 211, 266–271 (1988).

Hauptmann, R.M., et al., "Evaluation of Selectable Markers for Obtaining Stable Tranformants on the Gramineae", *Plant Physiol,* 86, 602–606 (1988).

Herrera–Estrella, L., et al., "Use of Reporter Genes to Study Gene Expression in Plant Cells", In: *Plant Molecular Biology Manual B1,* Kluwer Academic Publishers, Dordrecht, pp. 1–22 (1988).

Hoffman, L.M., et al., "A Modified Storage Protein is Synthesized, Processed, and Degraded in the Seeds of Transgenic Plants", *Plant Mol. Biol.,* 11, 717–729 (1988).

Hoffman, L.M., et al., "Synthesis and Protein Body Deposition of Maize 15kD Zein in Transgenic Tobacco Seeds", *EMBO J.,* 6, 3213–3221 (1987).

Hofte, H., et al., "Insecticidal Crystal Proteins of *Bacillus thuringiensis*", *Microbiol. Rev.,* 53, 242–255 (1989).

Hooykaas, P.J., et al., "Transformation of Plant Cell via Agrobacterium", *Plant Mol. Biol.,* 13, 327–336 (1989).

Hooykaas–Van Slogteren, G.M.S., et al., "Expression of Ti Plasmid Genes in Monocotyledonous Plants Infected with *Agrobacterium tumefaciens*", *Nature,* 311, 763–764 (Oct. 25, 1984).

Horn, M., et al., "Transgenic Plants of Orchard Grass (*Dactylis glomerata* L.) from Protoplasts", *Chem. Abstracts,* 110, Abstract No. 89869a, 208 (1989).

Horn, M., et al., "Transgenic Plants of Orchardgrass (*Dactylis glomerata* L.) from Protoplasts", *Plant Cell Reports,* 7, 469 (1988).

Huang, Y., et al., "Factors Influencing Stable Transformations of Maize Protoplasts by Electroporation", *Plant Cell, Tissue and Organ Culture,* 18, 281 (1989).

Imbrie–Milligan, C., et al., "Microcallus Growth from Maize Protoplasts", *Planta,* 171, 58–64 (1987).

Jefferson, R., "Assayig Chimeric Genes in Plants: the GUS Gene Fusion System", *Plant Mol. Biol. Rep.,* 5, 387–405 (1987).

Jefferson, R., et al., "β–Glucuronidase from *Escherichia coli* as a Gene–Fusion Marker", *Proc. Nat. Acad. Sci. USA,* 83, 8447–8451 (1986).

Jefferson, R., et al., "GUS Fusions: β–Glucuronidase as a Sensitive and Versatile Gene Fusion Marker in Higher Plants", *EMBO J.,* 6, 3901–3907 (1987).

Johri, M.M., et al., "Genetic Approaches to Meristem Organization", In: *Maize for Biological Research,* Sheridan, W.F., (ed.), Plant Mol. Biol. Assoc., pp. 301–310 (1982).

Jones, H., et al., "Recent Advances in Plant Electroporation", *Oxford Surveys of Plant Mol. and Cell Biol.,* 4, 347–357 (1987).

Jones, H., et al., "Transient Gene Expression in Electroporated Solanum Protoplasts", *Plant Mol. Biol.,* 13, 503–511 (1989).

Kaeppler, H.F., et al., "Silicon Carbide Fiber–Mediated DNA Delivery into Plant Cells", *Plant Cell Rep.,* 9, 415–418 (1990).

Kamo, K., et al., "Establishment and Characterization of Long–Term Embryonic Maize Callus and Cell Suspension Cultures", *Plant Sci.,* 45, 111–117 (1986).

Kamo, K., et al., "Regeneration of *Zea mays* L. from Embryogenic Callus", *Bot. Gaz.,* 146, 327–334 (1985).

Kao, K.N., et al., "Nutritional Requirements for Growth of *Vicia hajastana* Cells and Protoplasts at a Very Low Population Density in Liquid Media", *Planta,* 126, 105–110 (1978).

Kartha, K., et al., "Transient Expression of Chloramphenicol Acetyl Transferase (CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment", *Plant Cell. Rep.,* 8, 429–432 (1989).

Kay, R., et al., "Duplication of CaMV 35S Promoter Sequences Creates a Strong Enhancer for Plant Genes", *Science,* 236, 1299–1302 (Jun. 5, 1987).

Kirihara, J., et al., "Differential Expression of a Gene for a Methionine–Rich Storage Protein in Maize", *Mol. Gen. Genet.,* 211, 477–484 (1988).

Kirihara, J., et al., "Isolation and Sequence of a Gene Encoding a Methionine–Rich 10–kD Zein Protein from Maize", *Gene,* 71, 359–370 (1988).

Klein, T., et al., "Genetic Transformation of Maize Cells by Particle Bombardment", *Plant Physiol,* 91, 440–444 (1989).

Klein, T., et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles", *Proc. Nat. Acad. Sci. USA,* 86, 6682–6685 (1989).

Klein, T., et al., "Genetic Transformation of Maize Cells by Particle Bombardment and the Influence of Methylation on Foreign Gene Expression", In: *Gene Manipulation in Plant Improvement II,* Gustafson, J.P., (ed.), Plenum Press, New York, 265–266 (1990).

Klein, T., et al., "Transfer of Foreign Genes into Intact Maize Cells with High–Velocity Microprojectiles", *Proc. Nat. Acad. Sci. USA,* 85, 4305–4309 (1988).

Klein, T.M., et al., "Factors Influencing Gene Delivery into *Zea mays* Cells by High Velocity Microprojectiles", *Biol Technol,* 6, 559–563 (1988).

Klein, T.M., et al., "High Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells", *Nature,* 327, 70–73 (1987).

Kozac, M., "Complication and Analysis of Sequence from the Translation Start Site in Eukaryotic mRNAs", *Nuc. Acids Res.,* 12, 857–871 (1984).

Kozac, M., "Point Mutations Define a Sequence Flanking the AUG Initiator Codon that Modulates Translation by Eukaryotic Ribosomes", *Cell,* 44, 283–292 (1986).

Kuhlemeier, C., et al., "Regulation of Gene Expression in Higher Plants", *Ann. Rev. Plant Physiol,* 38, 234–239 (1987).

Lazzeri, P., et al., "In Vitro Genetic Manipulation of Cereals and Grasses", *Ad. Cell Culture,* 6, 291–293 (1988).

6,013,863
Page 5

Lee, J.S., et al., "Gene Transfer into Intact Cells of Tobacco by Electroporation", *Korean J. Genet.*, 11, 65–72 (1989).

Levitt, J., "Growth Regulators", In: *Introduction to Plant Physiology*, The C.V. Mosby Company, St. Louis, p. 241 (1969).

Lindsey, K., et al., "Electroporation of Cells", *Physiol. Plant.*, 79, 168–172 (1990).

Lindsey, K., et al., "Stable Transformation of Sugarbeet Protoplasts by Electroporation", *Plant Cell Rep.*, 8, 71–74 (1989).

Lindsey, K., et al., "The Permeability of Electroporated Cells and Protoplasts of Sugar Beet", *Planta*, 172, 346–355 (1987).

Lindsey, K., et al., "Transient Gene Expression in Electroporated Protoplasts and Intact Cells of Sugar Beet", *Plant Mol. Biol.*, 10, 43–52 (1987).

Lorz, H., et al., "Advances in Tissue Cultures and Progress Towards Genetic Transformation of Cereals", *Plant Breeding*, 100, 1–25 (1988).

Lu, C., et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize(*Zea mays* L.)", *Theor. Appl. Genet.*, 66, 285–289 (1983).

Lu, C., et al., "Somatic Embryogenesis in *Zea mays* L.", *Theor. Appl. Genet.*, 62, 109–112 (1982).

Ludwig, S., et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation", *Science*, 247, 449–450 (1990).

Ludwig, S., et al., "High Frequency Callus Formation from Maize Protoplasts", *Theor. Appl. Genet.*, 71, 344–350 (1985).

Ludwig, S., et al., "Lc, a Member of the Maize R Gene Family Responsible for Tissue–Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc–Homology Region", *Proc. Nat. Acad. Sci. USA*, 86, 7092–7096 (1989).

Ludwig, S., et al., "Maize R Gene Family: Tissue–Specific Helix–Loop–Helix Proteins", *Cell*, 62, 849–851 (1990).

Lutcke, H., et al., "Selection of AUG Initiation Codons Differs in Plants and Animals", *EMBO J.*, 6, 43–48 (1987).

Mariani, C., et al., "Engineered Male Sterility in Plants", *Symposia of the Society for Experimental Biology*, Number XLV, Proceedings of a Meeting Held at the University of Glasgow, Scotland, 271–279 (1991).

Masumura, T., et al., "cDNA Cloning of an mRNA Encoding a Sulfur–Rich 10 kDa Prolamin Polypeptide in Rice Seeds", *Plant Mol. Biol.*, 12, 123–130 (1989).

McCabe, D.E., et al., "Stable Transformation of Soybean (*Glycine max*) by Particle Acceleration", *Bio/Technol.*, 6, 923–926 (1988).

McDaniel, C., et al., "Cell–Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo", *Planta*, 175, 13–22 (1988).

Meadows, M., "Characterization of Cells and Protoplasts of the B73 Maize Cell Line", *Plant Sci. Lett.*, 28, 337–348 (1982/83).

Mendel, R., et al., "Delivery of Foreign Genes to Intact Barley Cell by High–Velocity Microprojectiles", *Theor. Appl. Genet.*, 78, 31–34 (1989).

Messing, J., "Corn Storage Protein: A Molecular Genetic Model", Division of Energy BioSciences—Summaries of FY 1990 Activities, p. 70, Abstract No. 135 (1990).

Milborrow, B.V., "Abscisic Acid and Other Hormones", In: *The Physiology and Biochemistry of Drought Resistance in Plants*, Paleg, L.G., et al., (eds.), Academic Press, Inc., New York, pp. 347–388 (1981).

Morikawa, H., et al., "Gene Transfer into Intact Plant Cells by Electroporation through Cell Walls and Membranes", *Gene*, 41, 121 (1986).

Morocz, S., et al., "An Improved System to Obtain Fertile Regenerants via Maize Protoplasts Isolated from a Highly Embryonic Suspension Culture", *Theor. Appl. Genet.*, 80, 721–726 (1990).

Morocz, S., et al., "Two Approaches to Rendering *Zea mays* L. Applicable to Tissue Culture Manipulations", Abstracts, VIIth Intl. Cong. on Plant Tissue and Cell Culture, Amsterdam, A1–102, Abstract No. 209, p. 190 (1990).

Murakami, T., et al., "The Bialaphos Biosynthetic Genes of *Streptomyces hygroscopicus*: Molecular Cloning and Characterization of the Gene Cluster", *Mol. Gen. Genet.*, 205, 42–50 (1986).

Murashige, T., et al., "A Revised Medium for Rapid Growth and Bio Assays with Tobacco Tissue Cultures", *Physiol. Plant.*, 15, 473–497 (1962).

Murphy, H.L., "New Dekalb–Pfizer Seed Chief to Harvest R & D Breakthroughs", *Crain's Business Weekly*, pp. 38–39 (1990).

Murray, E.E., et al., "Codon Usage in Plant Genes", *Nuc. Acids Res.*, 17, 477–498 (1989).

Nelson, R.S., "Virus Tolerance, Plant Growth, and Field Performance of Transgenic Tomato Plants Expressing Coat Protein from Tobacco Mosaic Virus", *Bio/Technol.*, 6, 403–409 (1988).

Nelson, T., "New Horses for Monocot Gene Jockeys", *The Plant Cell*, 2, 589 (Jul., 1990).

Neuffer, M.G., "Growing Maize for Genetic Purposes", Maize for Biological Research, Plant Mol. Biol. Assoc., pp. 19–30 (1988).

Odell, J., et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter", *Nature*, 313, 810–811 (1985).

Ohta, Y., et al., "High–Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA", *Pro. Nat. Acad. Sci. USA*, 83, 715–719 (1986).

Okta, Y., et al., "Gene Manifestation of Exogenous DNA Applied to Self–Propagating Stigma (Gene Action Revealed in the M1 and M2 Generations from Self–Pollination Applying Exogenous DNA", *Jap. J. Breed.*, 30, 184–185 (1980).

Ozias–Akins, P., et al., "In vitro Regeneration and Genetic Manipulation of Grasses", *Physiol. Plant.*, 73, 565–569 (1988).

Ozias–Akins, P., et al., "Progress and Limitations in the Culture of Cereal Protoplasts", *Trends in Biotechnol.*, 2, 119–123 (1984).

Parker, W.B., et al., "Selection and Characterization of Sethoxydim–Tolerant Maize Tissue Cultures", *Plant Physiol.*, 92, 1220–1225 (1990).

Pederson, K., et al., "Sequence Analysis and Characterization of a Maize Gene Encoding a High–Sulfur Zein Protein of $M_r$ 15,000", *J. Biol. Chem.*, 261, 6279–6284 (1986).

Phillips, R.L., et al., "Cell/Tissue Culture and In Vitro Manipulation", In: *Corn and Corn Improvement*, 3rd Edition, Sprague, G.F., et al., (eds.), Agronomy Soc. Am., pp. 345–387 (1988).

Phillips, R.L., et al., "Elevated Protein–Bound Methionine in Seeds of a Maize Line Resistant to Lysine Plus Threonine", *Cereal Chem.*, 62, 213–218 (1985).

B62

6,013,863
Page 6

Poehlman, J., "Breeding Corn (Maize)", In: *Breeding Field Crops*, 3rd Edition, AVI Publishing Co., Westport, CT, pp. 452, 469–471, 477–481 (1986).

Potrykus, I., "Gene Transfer to Cereals: An Assessment" *Bio/Technol.*, 8, 535–542 (Jun. 1990).

Potrykus, I., "Gene Transfer to Cereals: An Assessment", *Trends Biotechnol.*, 7, 269–273 (Oct. 1989).

Potrykus, I., "Gene Transfer to Plants: Assessment and Perspectives", *Physiol. Plant.*, 79, 125–134 (1990).

Potrykus, I., et al., "Callus Formation from Cell Culture Protoplasts of Corn (*Zea mays* L.)", *Theor. Appl. Genet.* 54, 209–214 (1979).

Potrykus, I., et al., "Callus Formation from Stem Protoplasts of Corn (*Zea mays* L.)", *Mol. Gen. Genet.*, 156, 347–350 (1977).

Potter, H. et al., "Enhancer–Dependent Expression of Human κ Immunoglobulin Genes Introduced into Mouse Pre–B Lymphocytes by Electroporation", *Pro. Nat. Acad. Sci. USA*, 81, 7161–7165 (1984).

Prioli, L.M., et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maize (*Zea mays* L.)", *Bio/Technol.*, 7, 589–594 (Jun. 1989).

Puite, K.J., et al., "Electrofusion, a Simple and Reproducible Technique in Somatic Hybridization of *Nicotiana plumbaginifolia* Mutants", *Plant Cell Rep.*, 4, 274–276 (1985).

Ranch, J.P., et al., "Expression of 5–Methyltryptophan Resistance in Plants Regenerated from Resistant Cell Lines of *Datura innoxia*", *Plant Physiol.*, 71, 136–140 (1983).

Rhodes, C.A., "Corn: from Protoplasts to Fertile Plants", *Bio/Technol.*, 7, 548 (Jun. 1989).

Rhodes, C.A., "Genetically Transformed Maize Plants from Protoplasts", *Science*, 240, 204–207 (Apr. 8, 1988).

Rhodes, C.A., et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures", *Biol Technol.*, 6, 56–60 (Jan. 1988).

Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA Gene", *Biol. Abstracts*, 82, p. AB–391, Abstract No. 3396 (1986).

Richaud, F., et al., "Chromosomal Location and Nucleotide Sequence of the *Escherichia coli* dapA Gene", *J. Bacteriol.*, 166, 297–300 (1986).

Robertson, D.S., "Loss of Mu Mutator Activity When Active Mu Systems are Transferred to Inbred Lines", *Maize Genetics Coop. Newsletter*, 60, 10 (1986).

Ross, M.C., et al., "Transient and Stable Transgenic Cells and Calli of Tobacco and Maize Following Microprojectile Bombardment", *J. Cell. Biochem.*, 13D, p. 268, Abstract No. M149 (1989).

Sahi, S.V., et al., "Metabolites in Maize Which Affect Virulence Induction in *Agrobacterium tumefaciens*", *Plant Physiol., Supplement*, p. 86, Abstract No. 514 (1989).

Sanford, J.C., "Biolistic Plant Transformation", *Physiol. Plant.*, 79, 206–209 (1990).

Sanford, J.C., "The Biolistic Process", *Trends Biotechnol.*, 6, 299–302 (1988).

Sanford, J.C., et al., "Attempted Pollen–Mediated Plant Transformation Employing Genomic Donor DNA", *Theor. Appl. Genet.*, 69, 571–574 (1985).

Sanford, J.C., et al., "Delivery of Substances into Cells and Tissues Using a Particle Bombardment Process", *Particulate Sci. Technol.*, 5, 27–37 (1987).

Sass, J.E., "Morphology: Development of the Caryopsis", In: *Corn and Corn Improvement*, 2nd Edition, Sprauge, G.F., (ed.), Am. Soc. Agronomy, pp. 89, 98 (1977).

Schmidt, A., et al., "Media and Environmental Effects of Phenolics Production from Tobacco Cell Cultures", *Chem. Abstracts*, 110, p. 514, Abstract No. 230156z (1989).

Shigekawa, K., et al., "Electroporation of Eukaryotes and Prokaryotes: A General Approach to the Introduction of Macromolecules into Cells", *BioTechniques*, 6, 742–751 (1988).

Shillito, R.D., et al., "High Efficiency Direct Gene Transfer to Plants", *Bio/Technol.*, 3, 1099 (1985).

Shillito, R.D., et al., "Regeneration of Fertile Plants from Protoplasts of Elite Inbred Maize", *Bio/Technol.*, 7, 581–587 (Jun. 1989).

Shimamoto, K., et al., "Fertile Transgenic Rice Plants Regenerated from Transformed Protoplasts", *Nature*, 338, 274–278 (1989).

Shotwell, M.A., et al., "The Biochemistry of Plants—A Comprehensive Treatise", In: *The Biochemistry of Plants*, vol. 15, Marcus, A., (ed.), Academic Press, Inc., San Diego, pp. 297–345 (1989).

Smith, R., et al., "Shoot Apex Explant for Transformation", *Plant Physiol. (Suppl.)*, 86, p. 108, Abstract 646 (1988).

Soberon, X., et al., "Construction and Characterization of New Cloning Vehicles, IV. Deletion Derivatives of pBR322 and pBR325", *Gene*, 9, 287–305 (1980).

Spencer, T.M., et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture", *Theor. Appl. Genet.*, 79, 625–631 (May 1990).

Spencer, T.M., et al., "Fertile Transgenic Maize", Abstracts, 7th Annual Meeting, Mid–Atlantic Plant Mol. Biol. Soc., p. 30 (1990).

Spencer, T.M., et al., "Segregation of Transgenes in Maize", *Plant Mol. Biol.* 18, 201–210 (1992).

Spencer, T.M., et al., "Selection of Stable Transformants from Maize Suspension Cultures Using the Herbicide Bialaphos", Poster Presentation, FASEB Plant Gene Expression Conference, Copper Mountain, Colorado (Aug. 8, 1989).

Sprague, G.F., et al., "Corn Breeding", In: *Corn and Corn Improvement*, Sprague, G. F., (ed.), Am. Soc. Agronomy, Inc., Madison, WI, pp. 305, 320–323 (1977).

Sugiyama, M., et al., "Use of the Tyrosinase Gene from Streptomyces to Probe Promoter Sequences for *Escherichia coli*", *Plasmid*, 23, 237–241 (1990).

Thompson, C., et al., "Characterization of the Herbicide-Resistance Gene bar from *Streptomyces hygroscopicus*", *EMBO J.*, 6, 2519–2523 (1987).

Tomes, D.T., et al., "Transgenic Tobacco Plants and Their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves", *Plant Mol. Biol.*, 14, 261–268 (Feb. 1990).

Twell, D., et al., "Transient Expression of Chimeric Genes Delivered into Pollen by Microprojectile Bombardment", *Plant Physiol.*, 91, 1271–1274 (1989).

Ulian, E., et al., "Transformation of Plants via the Shoot Apex", *In Vitro Cell. Dev. Biol.*, 9, 951–954 (1988).

Usami, S., et al., "Absence in Monocotyledonous Plants of the Diffusable Plant Factors including T–DNA Circularization and vir Gene Expression in Agrobacterium", *Mol. Gen. Genet.*, 209, 221–226 (1987).

Vasil, I.K., et al., "Culture of Protoplasts Isolated from Embryogenic Cell Suspension Cultures of Sugarcane and Maize", *IAPTC Abstracts*, p. 443 (1986).

Vasil, I.K., et al., "Isolation and Maintenance of Embryogenic Cell Suspension Cultures of Gramineae", In: *Cell Culture and Somatic Cell Genetics of Plants*, vol. I, Academic Press, Inc., pp. 152–158 (1984).

B63

**6,013,863**
Page 7

Vasil, V., et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of *Zea mays* L", *J. Plant Physiol.*, 124, 399–408 (1986).

Walbot, V., et al., "Molecular Genetics of Corn", In: *Corn and Corn Improvement*, 3rd Edition, Sprague, G.F., et al., (eds.), Am. Soc. Agronomy, Madison, WI, pp. 389–430 (1988).

Waldron, C., et al., "Resistance to Hygromycin B", *Plant Mol. Biol.*, 5, 103–108 (1985).

Wang, Y., et al., "Transient Expression of Foreign Genes in Rice, Wheat and Soybean Cells Following Particle Bombardment", *Plant Mol. Biol.*, 11, 433–439 (1988).

Weising, K., et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applications", *Ann. Rev. Genet.*, 22, 421–478 (1988).

White, J., et al., "A Cassette Containing the bar Gene of *Streptomyces hygroscopicus*: a Selectable Marker for Plant Transformation", *Nuc. Acid. Res.*, 18, 1062 (1989).

Whiteley, H.R., et al., "The Molecular Biology of Parasporal Crystal Body Formation in *Bacillus thuringiensis*", *Ann. Rev. Microbiol.*, 40, 549–576 (1986).

Yang, H., et al., "Production of Kanamycin Resistant Rice Tissues Following DNA Uptake into Protoplasts", *Plant Cell Rep.*, 7, 421 (1988).

Yanisch-Perron, L., et al., "Improved M13 Phage Vectors and Host Strains: Nucleotide Sequences of the M13mp18 and pUC19 Vectors", *Gene*, 33, 103–119 (1985).

Yugari, Y., et al., "Coordinated End–Product Inhibition in Lysine Synthesis in *Escherichia coli*", *Biochem. Biophys. Acta.*, 62, 612–614 (1962).

Abe, K., et al., "Molecular Cloning of a Cysteine Proteinase Inhibitor of Rice (Oryzacystatin)", *The Journal of Biological Chemistry*, 262, 16793–16797 (Dec. 15, 1987).

Anderson, J.M., et al., "The Encoded Primary Sequence of a Rice Seed ADP–glucose Pyrophosphorylase Subunit and Its Homology to the Bacterial Enzyme", *The Journal of Biological Chemistry*, 264, 12238–12242 (Jul. 25, 1989).

Bol, J.F., et al., "Plant Pathogenesis–Related Proteins Induced by Virus Infection", *Annu. Rev. Phytopathol.*, 28, 113–138 (1990).

Depicker, A.G., et al., "A Negative Selection Scheme for Tobacco Protoplast–Derived Cells Expressing the T–DNA Gene 2", *Plant Cell Reports*, 7, 63–66 (1988).

Domoney, C., et al., "Cloning and Characterization of Complementary DNA for Convicilin, a Major Seed Storage Protein in *Pisum sativum* L.", *Planta*, 159, 446–453 (1983).

Dunn, G.M., et al., "Inheritance of Cyclic Hydroxamates in *Zea mays* L.", *Can. J. Plant Sci.*, 61, 583–593 (Jul. 1981).

Gepts, P., et al., "Enhanced Available Methionine Concentration Associated with Higher Phaseolin Levels in Common Bean Seeds", *Theor. Appl. Genet.*, 69, 47–53 (1984).

Guerrero, F.D., et al., "Turgor–Responsive Gene Transcription and RNA Levels Increase Rapidly When Pea Shoots are Wilted. Sequence and Expression of Three Inducible Genes", *Plant Mol. Biol.*, 15, 11–26 (1990).

Hu, N.T., et al., "Primary Structure of a Genomic Zein Sequence of Maize", *The EMBO Journal*, 1, 1337–1342 (1982).

Jaworski, J.G., et al., "A Cerulenin Insensitive Short Chain 3–Ketoacyl–Acyl Carrier Protein Synthase in *Spinacia oleracea* Leaves", *Plant Physiol.*, 90, 41–44 (1989).

Josefsson, L.G., et al., "Structure of a Gene Encoding the 1.7 S Storage Protein, Napin, from *Brassica napus*", *The Journal of Biological Chemistry*, 262, 12196–12201 (Sep. 5, 1987).

Kim, C.S., et al., "Improvement of Nutritional Value and Functional Properties of Soybean Glycinin by Protein Engineering", *Protein Engineering*, 3, 725–731 (1990).

Malan, C., et al., "Correlation Between CuZn Superoxide Dismutase and Glutathione Reductase, and Environmental and Xenobiotic Stress Tolerance in Maize Inbreds", *Plant Science*, 69, 157–166 (1990).

Marks, M.D., et al., "Nucleotide Sequence Analysis of Zein mRNAs from Maize Endosperm", *The Journal of Biological Chemistry*, 260, 16451–16459 (Dec. 25, 1985).

Montoliu, L., et al., "A Tandem of α–Tubulin Genes Preferentially Expressed in Radicular Tissues from *Zea mays*", *Plant Molecular Biology*, 14, 1–15 (1989).

Mundy, J., et al., "Selective Expression of a Probable Amylase/Protease Inhibitor in Barley Aleurone Cells: Comparison to the Barley Amylase/Subtilisin Inhibitor", *Planta*, 169, 51–63 (1986).

O'Reilly, D.R., et al., "A Baculovirus Blocks Insect Molting by Producing Ecdysteroid UDP–Glucosyl Transferase", *Science*, 245, 1110–1112 (Sep. 8, 1989).

Smith, I.K., et al., "Properties and Functions of Glutathione Reductase in Plants", *Physiol. Plant.*, 77, 449–456 (1989).

Stalker, D.M., et al., "Herbicide Resistance in Transgenic Plants Expressing a Bacterial Detoxification Gene", *Science*, 242, 419–242 (Oct. 21, 1988).

Viotti, A., et al., "Each Zein Gene Class Can Produce Polypeptides of Different Sizes", *The EMBO Journal*, 4, 1103–1110 (1985).

Werr, W., et al., "Structure of the Sucrose Synthase Gene on Chromosome 9 of *Zea mays* L.", *The EMBO Journal*, 4, 1373–1380 (1985).

Yenofsky, R.L., et al., "Isolation and Characterization of a Soybean (*Glycine max*) Lipoxygenase–3 Gene", *Mol. Gen. Genet.*, 211, 215–222 (1988).

Flavell, R., et al., "Prospects for Transforming Monocot Crop Plants", *Nature*, 307, 108–109 (Jan. 12, 1984).

Goodman, R.M., et al., "Gene Transfer in Crop Improvement", *Science*, 236, 48–54 (Apr. 3, 1987).

Paszkowski, J., et al., "Direct Gene Transfer to Plants", *The EMBO Journal*, 3, 2717–2722 (1984).

Potrykus, I., et al., "Direct Gene Transfer to Cells of a Graminaceous Monocot", *Mol. Gen. Genet.*, 199, 183–188 (1985).

Armstrong, C.L., et al., "Genetic and Cytogenetic Variation in Plants Regenerated from Organogenic and Friable, Embryogenic Tissue Cultures in Maize", *Crop Science*, 28, 363–369 (1988).

Dure III, L., et al., "Common Amino Acid Sequence Domains Among the LEA Proteins of Higher Plants", *Plant Molecular Biology*, 12, 475–486 (1989).

Hong, B., et al., "Cloning and Characterization of cDNA Encoding a mRNA Rapidly–Induced by ABA in Barley Aleurone Layers", *Plant Molecular Biology*, 11, 495–506 (1988).

Mundy, J., et al., "Abscisic Acid and Water–Stress Induce the Expression of a Novel Rice Gene", *The EMBO Journal*, 7, 2279–2286 (1988).

Andrews, D.L., et al., "Characterization of the Lipid Acyl Hydrolase Activity of the Major Potato (*Solanum tuberosum*) Tuber Protein, Patatin, by Cloning and Abundant Expression in a Baculovirus Vector", *Biochem. J.*, 252, 199–206 (1988).

Fromm, M.E., et al., "Inheritance and Expression of Chimeric Genes in the Progeny of Transgenic Maize Plants", *Bio/Technology*, 8, 833–839 (1990).

B64

6,013,863
Page 8

Jaynes, J.M., et al., "Plant Protein Improvement by Genetic Engineering: Use of Synthetic Genes", *Trends in Biotechnology*, 4, 314–320 (Dec. 1986).

Poehlman, J.M., "Backcross Breeding", In: *Breeding Field Crops, 3rd Edition*, AVI Publishing Company, Inc., Westport, CT, 203–206 (1988).

*In Vitro Cellular & Developmental Biology*, 21, Program Issue: Thirty–Sixth Annual Meeting of the Tissue Culture Association, New Orleans, LA, 88 p. (Mar. 1985).

*In Vitro Cellular & Developmental Biology*, 23, Program Issue: Thirty–Eighth Annual Meeting of the Tissue Culture Association, Washington, D.C., 93 p. (Mar. 1987).

*In Vitro Cellular & Developmental Biology*, 24, Program Issue: Thirty–Ninth Annual Meeting of the Tissue Culture Association, Las Vegas, NV, 92 p. (Mar. 1988).

*In Vitro Cellular & Developmental Biology*, 25, Program Issue: Fortieth Annual Meeting of the Tissue Culture Association, Orlando, FL, 73 p. (Mar. 1989).

"European Firm Devises Insect–Resistant Plants", *Agricultural Biotechnology News*, 1, 6 (Mar.–Apr. 1986).

"Molecular Strategies for Crop Improvement", *Journal of Cellular Biochemistry*, Supplement 14e, List of Plenary and Poster Sessions, organized by Arntzen, C., et al., for The Keystone Conference on Molecular Strategies for Crop Plant Improvement, held at the 19th UCLA Symposia, 257 (1990).

Abbe, E.C., et al., "The Growth of the Shoot Apex in Maize: Embryogeny", *American Journal of Botany*, 41, 285–293 (Apr. 1954).

Adang, M.J., et al., "Expression of a *Bacillus thuringiensis* Insecticidal Crystal Protein Gene in Tobacco Plants", *Molecular Strategies for Crop Protection*, Arntzen, C.J., et al. (eds.), Alan R. Liss, Inc., New York, 345–353 (1987).

Anderson, P.C., et al., "Herbicide–Tolerant Mutants of Corn", *Genome*, 31, 994–999 (1989).

Angus, T.A., "Implications of Some Recent Studies of *Bacillus thuringiensis*—A Personal Purview", *Proceedings of the 4th International Colloquium on Insect Pathology*, College Park, MD, 183–189 (Aug. 25–28, 1970).

Armaleo, D., et al. "Biolistic Nuclear Transformation of *Saccharomyces cerevisiae* and Other Fungi", *Curr. Genet.*, 17, 97–103 (1990).

Aronson, A.I., et al., "*Bacillus thuringiensis* and Related Insect Pathogens", *Microbiological Reviews*, 50, 1–24 (Mar. 1986).

Aronson, J.N., et al., "Toxic Trypsin Digest Fragment from the *Bacillus thuringiensis* Parasporal Protein", *Applied and Environmental Microbiology*, 53, 416–421 (Feb. 1987).

Barton, K.A., et al., "*Bacillus thuringiensis* δ–Endotoxin Expressed in Transgenic *Nicotiana tabacum* Provides Resistance to Lepidopteran Insects", *Plant Physiol*, 85, 1103–1109 (1987).

Birk, Y., et al., "Separation of a Tribolium–Protease Inhibitor from Soybeans on a Calcium Phosphate Column", *Biochem. Biophys. Acta*, 67, 326–328 (Feb. 12, 1963).

Bishop, D.H., et al., "Genetically Engineered Viral Insecticides—A Progress Report 1986–1989", *Pestic. Sci.*, 27, 173–189 (1989).

Boynton, J.E., et al., "Chloroplast Transformation in Chlamydomonas with High Velocity Microprojectiles", *Science*, 240, 1534–1537 (Jun. 10, 1988).

Bryant, J.A., "At Last: Transgenic Cereal Plants from Genetically Engineered Protoplasts", *Trends in Biotechnology*, 6, 291–292 (Dec. 1988).

Burgerjon, A., et al., "Industrial and International Standardization of Microbial Pesticides—I. *Bacillus thuringiensis*", *Entomophaga*, 22, 121–129 (1977).

Busvine, J.R., *A Critical Review of the Techniques for Testing Insecticides*, Table of Contents, Commonwealth Agricultural Bureaux, Slough, England, iii–xi (1971).

Bytebier, B., et al., "T–DNA Organization in Tumor Cultures and Transgenic Plants of the Monocotyledon *Asparagus officinalis*", *Proc. Natl. Acad. Sci. USA*, 84, 5345–5349 (Aug. 1987).

Calabrese, D.M., et al., "A Comparison of Protein Crystal Subunit Sizes in *Bacillus thuringiensis*", *Canadian Journal of Microbiology*, 26, 1006–1010 (Aug. 1980).

Caplan, A., et al., "Introduction of Genetic Material into Plant Cells", *Science*, 222, 815–821 (Nov. 18, 1983).

Chaleff, R.S., "Induction, Maintenance, and Differentiation of Rice Callus Cultures on Ammonium as Sole Nitrogen Source", *Plant Cell Tissue Organ Culture*, 2, 29–37 (1983).

Christou, P., et al., "Inheritance and Expression of Foreign Genes in Transgenic Soybean Plants", *Proc. Natl. Acad. Sci. USA*, 86, 7500–7504 (Oct. 1989).

Cooksey, K.E., "Purification of a Protein from *Bacillus thuringiensis* Toxic to Larvae of Lepidoptera", *Biochem. J.*, 106, 445–454 (1968).

De Block, M., et al., "Expression of Foreign Genes in Regenerated Plants and Their Progeny", *EMBO J.*, 3, 1681–1689 (1984).

De Block, M., et al., "The Use of Phosphinothricin Resistance as a Selectable Marker in Tobacco Protoplast Transformation", In: *Progress in Plant Protoplast Research*, Proceedings of the 7th International Protoplast Symposium, Wageningen, The Netherlands, Puite, K.J., et al., (eds.), Kluwer Academic Publishers, Dordrecht, 389–390 (Dec. 6–11, 1987).

Denecke, J., et al., "Quantification of Transient Expression Levels of Genes Transferred to Plant Protoplasts by Electroporation", *Progress in Plant Protoplast Research*, Puite, K.J., et al., (eds.), Proceedings of the 7th International Protoplast Symposium, Wageningen, The Netherlands, 337–338 (Dec. 6–11, 1987).

Duncan, D.R., et al., "The Production of Callus Capable of Plant Regeneration from Immature Embryos of Numerous *Zea Mays* Genotypes", *Planta*, 165, 322–332 (1985).

Dunleavy, J.M., "*Curtobacterium plantarum* sp. nov. Is Ubiquitous in Plant Leaves and Is Seed Transmitted in Soybean and Corn", *International Journal of Systematic Bacteriology*, 39, 240–249 (Jul. 1989).

Dybvig, K., et al., "Transposition of Gram–Positive Transposon Tn916 in *Acholeplasma laidlawii* and *Mycoplasma pulmonis*", *Science*, 235, 1392–1394 (Mar. 13, 1987).

Edallo, S., et al., "Chromosomal Variation and Frequency of Spontaneous Mutation Associated with in vitro Culture and Plant Regeneration in Maize", *Maydica*, 26, 39–56 (1981).

Fast, P.G., et al., "*Bacillus thuringiensis* δ–Endotoxin: Evidence that Toxin Acts at the Surface of Susceptible Cells", *Experientia*, 34, 762–763 (1978).

Faust, R.M., et al., "Bacteria and Their Toxins as Insecticides", In: *Microbial and Viral Pesticides*, Kurstak, E., (ed.), Marcel Dekker, Inc., New York, 75–208 (1982).

Finkle, B.J., et al., "Growth and Regeneration of Alfalfa Callus Lines After Freezing in Liquid Nitrogen", *Plant Science*, 42, 133–140 (1985).

Finney, D.J., In: *Probit Analysis: A Statistical Treatment of the Sigmoid Response Curve*, iii–ix (1952).

6,013,863
Page 9

Fischhoff, D.A., et al., "Insect Tolerant Transgenic Tomato Plants", *Bio/technology*, 5, 807–812 (1987).

Fukuto, T.R., "Physicochemical Aspects of Insecticidal Action", In: *Insecticidal Biochemistry and Physiology*, Wilkinson, C.F., (ed.), Plenum Press, New York, 397–428 (1976).

Gallagher, S., "Progress and Promise of the Particle Gun", *Ag Biotechnology News*, 6, 12–13 (Mar.–Apr. 1989).

Gallie, D.R., et al., "The 5′–leader Sequence of Tobacco Mosaic Virus RNA Enhances the Expression of Foreign Gene Transcripts in Vitro and in Vivo", *Nucleic Acids Research*, 15, 3257–3273 (1987).

Gatehouse, A.M.R., et al., "Assessment of the Antimetabolic Effects of Trypsin Inhibitors from Cowpea (*Vigna unguiculata*) and Other Legumes on Development of the Bruchid Beetle *Callosobruchus maculatus*", *J. Sci. Food Agric.*, 34, 345–350 (1983).

Genovesi, A.D., et al., "Embryogenesis in Callus Derived from Rice Microspores", *Plant Cell Reports*, 1, 257–260 (1982).

Georghiou, G.P., et al., "Factors Influencing the Evolution of Resistance", In: *Pesticide Resistance: Strategies and Tactics for Management*, Committee on Strategies for the Management of Pesticide Resistant Pest Populations, Board on Agriculture, National Research Council, National Academy Press, Washington, D.C., 157–169 (1986).

Gerlach, W.L., "Genetic Engineering: Its Place in Plant Breeding", In: *Plant Breeding and Genetic Engineering*, Zakri, A.H., (ed.), Society for the Advancement of Breeding Researches in Asia and Oceania, Bangi, Malaysia, 269–277 (1988).

Goldfarb, B., et al., "Transient Expression of Microprojectile–Introduced DNA in Douglas–Fir", *J. Cell. Biochem.*, 13D, Abstract No. M121, p. 259 (1989).

Goldman, S.L., et al., "Transformation of *Zea mays* by *Agrobacterium tumefaciens*: Evidence for Stable Genetic Alterations", *Journal of Cellular Biochemistry*, 11B, Abstract No. F 202, p. 26 (1987).

Gordon, P.N., et al., "Plant Regeneration from Tissue Cultures of Maize", *Maize Genetics Cooperation Newsletter*, 51, 79–80 (Mar. 1, 1977).

Green, C.E., "New Development in Plant Tissue Culture and Plant Regeneration", In: *Basic Biology of New Developments in Biotechnology*, Hollaender, A., et al., (eds.), Plenum Press, New York, 195–209 (1983).

Green, C.E., "Somatic Embryogenesis and Plant Regeneration from the Friable Callus of *Zea mays*", *Proceedings of the 5th International Congress on Plant Tissue & Cell Culture*, Tokyo, Japan, 107–108 (1982).

Haccius, B., "Question of Unicellular Origin of Non–Zygotic Embryos in Callus Cultures", *Phytomorphology*, 28, 74–81 (1978).

Harms, C.T., et al., "Regeneration of Plantlets from Callus Cultures of *Zea mays* L.", *Z. Pflanzenzuchtg. 77*, 347–351 (1976).

Hartree, E.F., "Determination of Protein: A Modification of the Lowry Method that Gives a Linear Photometric Response", *Analytical Biochemistry*, 48, 422–427 (1972).

Harvey, W.R., et al., "Potassium Ion Transport ATPase in Insect Epithelia", *J. Exp. Biol.*, 106, 91–117 (1983).

Heimpel, A.M., et al., "Recent Advances in the Knowledge of Some Bacterial Pathogens of Insects", *Proceedings of the Tenth International Congress of Entomology*, vol. 4, 711–722 (1956).

Heimpel, A.M., et al., "The Site of Action of Crystalliferous Bacteria in Lepidoptera Larvae", *Journal of Insect Pathology*, 1, 152–170 (1959).

Hernalsteens, J.–P., et al., "An Agrobacterium–Transformed Cell Culture from the Monocot *Asparagus Officinalis*", *The EMBO Journal*, 3, 3039–3041 (Dec. 1984).

Hibberd, K.A., "Induction, Selection, and Characterization of Mutants in Maize Cell Cultures", In: *Cell Culture and Somatic Cell Genetics of Plants*, vol. 1, Vasil, I.K., (ed.), Academic Press, Inc., Orlando, FL, 571–576 (1984).

Hickle, L.A., et al., "Analytical Chemistry of *Bacillus thuringiensis*: An Overview", In: *Analytical Chemistry of Bacillus thuringiensis*, Hickle, L.A., et al., (eds.), Developed from a Symposium Sponsored by the Division of Agrochemicals at the 198th National Meeting of the American Chemical Society, Miami Beach, FL, vii–ix, 1–8 (Sep. 10–15, 1989).

Hilder, V.A., et al., "A Novel Mechanism of Insect Resistance Engineered into Tobacco", *Nature*, 330, 160–163 (Nov. 12, 1987).

Hodges, T.K., et al., "Genotype Specificity of Somatic Embryogenesis and Regeneration in Maize", *Bio/technology*, 4, 219–223 (Mar. 1986).

Hodges, T.K., et al., "Regeneration of Maize", In: *Biotechnology in Plant Science*, Zaitlin, M., et al., (ed.), Academic Press, Inc., Orlando, FL, 15–33 (1985).

Hoekema, A., et al., "Codon Replacement in the PGK1 Gene of *Saccharomyces cerevisiae*: Experimental Approach to Study the Role of Biased Codon Usage in Gene Expression", *Molecular and Cellular Biology*, 7, 2914–2924 (Aug. 1987).

Hofmann, C., et al., "Binding of the Delta Endotoxin from *Bacillus thuringiensis* to Brush–Border Membrane Vesicles of the Cabbage Butterfly (*Pieris Brassicae*)", *Eur. J. Biochem.*, 173, 85–91 (1988).

Hofmann, C., et al., "Specificity of *Bacillus thuringiensis* δ–Endotoxins is Correlated with the Presence of High–Affinity Binding Sites in the Brush Border Membrane of Target Insect Midguts", *Proc. Natl. Acad. Sci. USA*, 85, 7844–7848 (Nov. 1988).

Höfte, H., et al., "Monoclonal Antibody Analysis and Insecticidal Spectrum of Three Types of Lepidopteran–Specific Insecticidal Crystal Proteins of *Bacillus thuringiensis*", *Applied and Environmental Microbiology*, 54, 2010–2017 (Aug. 1988).

Höfte, H., et al., "Structual and Functional Analysis of a Cloned Delta Endotoxin of *Bacillus thuringiensis berliner* 1715", *Eur. J. Biochem.*, 161, 273–280 (1986).

Hollingworth, R.M., "The Biochemical and Physiological Basis of Selective Toxicity", In: *Insecticidal Biochemistry and Physiology*, Wilkinson, C.F., (ed.), Plenum Press, New York, 431–506 (1976).

Horsch, R.B., et al., "A Simple and General Method for Transferring Genes into Plants", *Science*, 227, 1229–1231 (Mar. 8, 1985).

Huber, H.E., et al., "*Bacillus thuringiensis* δ–Endotoxin: Composition and Activation", In: *Pathogenesis of Invertebrate Microbial Diseases*, Davidson, E.W., (ed.), Allanheld, Osmun & Co. Publishers, Inc., Totowa, NJ, 209–234 (1981).

Huber–Lukac, M., et al., "Characterization of Monoclonal Antibodies to a Crystal Protein of *Bacillus thuringiensis* subsp. *kurstaki*", *Infection and Immunity*, 54, 228–232 (Oct. 1986).

Imbrie–Milligan, C.W., et al., "Microcallus Formation from Maize Protoplasts Prepared from Embryogenic Callus", *Planta*, 168, 395–401 (1986).

6,013,863

Page 10

Jarrett, P., "Potency Factors in the delta–Endotoxin of *Bacillus thuringiensis* var. *aizawi* and the Significance of Plasmids in their Control", *Journal of Applied Bacteriology*, 58, 437–448 (1985).

Johnson, D.E., "Toxicity of *Bacillus thuringiensis* Entomocidal Protein Toward Cultured Insect Tissue", *Journal of Invertebrate Pathology*, 38, 94–101 (1981).

King, P., et al., "Maize", In: *Handbook of Plant Cell Culture*, vol. 2, Sharp, W.R., et al., (eds.), Macmillan Publishing Company, New York, 69–91 (1984).

Klein, T.M., et al., "Advances in Direct Gene Transfer into Cereals", In: *Genetic Engineering: Principles and Methods*, vol. 11, Setlow, J.K., (ed.), Plenum Publishing Corp., New York, 13–31 (1989).

Klein, T.M., et al., "Particle Gun Technology: A Novel Method for the Introduction of DNA into Living Cells", *Program and Abstracts for an International Symposium: "Biotechnology in Plant Science: Relevance to Agriculture in the Eighties"*, Poster, #28, Ithaca, NY, 25 (Jun. 23–27, 1985).

Klein, T.M., et al., "Stable Genetic Transformation of Intact Nicotiana Cells by the Particle Bombardment Process", *Proc. Natl. Acad. Sci. USA*, 95, 5502–5505 (Nov. 1988).

Knowles, B.H., et al., "Characterization and Partial Purification of a Plasma Membrane Receptor for *Bacillus thuringiensis* var. *Kurstaki* Lepidopteran–Specific δ–Endotoxin", *J. Cell Sci.*, 83, 89–101 (1986).

Knowles, B.H., et al., "Lectin–Like Binding of *Bacillus thuringiensis* var. *Kurstaki* Lepidopteran–Specific Toxin is an Initial Step in Insecticidal Action", *FEBS Letters*, 168, 197–202 (Mar. 1984).

Langridge, W.H., et al., "Electric Field Mediated DNA Transformation in Plant Protoplasts", *Program and Abstracts for an International Symposium: "Biotechnology in Plant Science: Relevance to Agriculture in the Eighties"*, Ithaca, NY, Poster #30, p. 25 (Jun. 23–27, 1985).

Leason, M., et al., "Inhibition of Pea Leaf Glutamine Synthetase by Methionine Sulphoximine, Phosphinothricin and Other Glutamate Analogues", *Biochemistry*, 21, 855–857 (1982).

Lee, B., "Cereal Transformation", *Plant Today*, 9–11 (Jan.–Feb. 1989).

Lörz, H., et al., "Gene Transfer to Cereal Cells Mediated by Protoplast Transformation", *Mol. Gen. Genet.*, 199, 178–182 (1985).

Lowe, K., et al., "Plant Regeneration via Organogenesis and Embryogenesis in the Maize Inbred Line B73", *Plant Science*, 41, 125–132 (1985).

Luckow, V.A., et al., "Trends in the Development of Baculovirus Expression Vectors", *Bio/Technology*, 6, 47–55 (Jan. 1988).

Lüthy, P., "Insecticidal Toxins of *Bacillus thuringiensis*", *FEMS Microbiology Letters*, 8, 1–7 (1980).

Mangano, M.L., et al., "Long–Term Cold Storage of Regenerable Maize Callus", *In Vitro Cellular and Developmental Biology*, 25, Abstract No. 224, p. 66A (Mar. 1989).

Merryweather, A.T., et al., "Construction of Genetically Engineered Baculovirus Insecticides Containing the *Bacillus thuringiensis* subsp. *Kurstaki* HD–73 Delta Endotoxin", *Journal of General Virology*, 71, 1535–1544 (1990).

Molnar, S.J., et al., "Initiation of Totipotent Tissue Cultures from Undeveloped Axillary and Secondary Ears", *Maize Genetics Cooperation Newsletter*, 54, 52–53 (Mar. 31, 1980).

Murphy, D.W., et al., "*Bacillus thuringiensis* Enzyme–Digested Delta Endotoxin: Effect on Cultured Insect Cells", *Science*, 194, 954–956 (Nov. 26, 1976).

Nishiitsutsuji–Uwo, J., et al., "Mode of Action of *Bacillus thuringiensis* δ–Endotoxin: Effect on TN–368 Cells", *Journal of Invertebrate Pathology*, 34, 267–275 (1979).

Ochatt, S.J., et al., "Selection for Salt/Drought Tolerance using Isolated Protoplasts and Protoplast–Derived Calli of Colt Cherry (*Prunus avium x pseudocerasus*)", In: *Progress in Plant Protoplast Research*, Puite, K.J., et al., (eds.), Kluwer Academic Publishers, Dordrecht, The Netherlands, pp. 391–392 (1988).

Oeda, K., et al., "Formation of Crystals of the Insecticidal Proteins of *Bacillus thuringiensis* subsp. *aizawai* IPL7 in *Escherichia coli*", *Journal of Bacteriology*, 171, 3568–3571 (Jun. 1989).

Park, W.D., et al., "High–Level, Sucrose–Inducible Expression of a Chimeric Patatin–GUS Gene in Leaf Explants of Transgenic Tobacco Plants", *Journal of Cellular Biochemistry*, 13D, Abstract No. M 343, p. 310 (Mar. 27–Apr. 7, 1989).

Perlak, F.J., et al., "Expression of *Bacillus thuringiensis* Proteins in Transgenic Plants", In: *Biotechnology, Biological Pesticides and Novel Plant–Pest Resistance for Insect Pest Management*, Roberts, D.W., et al., (eds.), Insect Pathology Resource Center, Boyce Thompson Institute for Plant Research, Cornel University, Ithaca, NY, 77–81 (1988).

Poehlman, J.M., et al., In: *Breeding Field Crops*, 3rd Edition, AVI Publishing Company, Inc., Westport, CT, 149–152 (1987).

Poethig, R.S., "Maize—The Plant and Its Parts", In: *Maize for Biological Research*, Sheridan, W.F., (ed.), Plant Molecular Biology Association., Charlottesville, VA, 9–18 (1982).

Potrykus, I., et al., "Direct Gene Transfer: State of the Art and Future Potential", *Plant Molecular Biology Reporter*, 3, 117–128 (Summer 1985).

Randolph, L.F., et al., "Developmental Morphology of the Caryopsis in Maize", *Journal of Agricultural Research*, 53, 881–916 (Dec. 15, 1936).

Rhodes, C.A., et al., "Cytogenetic Stability of Aneuploid Maize Tissue Cultures", *Can. J. Genet. Cytol.*, 28, 374–384 (1986).

Rhodes, C.A., et al., "Factors Affecting Tissue Culture Initiation from Maize Tassels", *Plant Science*, 46, 225–232 (1986).

Rice, T.B., "Tissue Culture Induced Genetic Variation in Regenerated Maize Inbreds", *Proceedings of the 37th Annual Corn & Sorghum Industry Research Conference*, 148–162 (1982).

Rosahl, S., et al., "Expression of a Tuber–Specific Storage Protein In Transgenic Tobacco Plants: Demonstration Of An Esterase Activity", *EMBO. J*, 6, Press Limited, Oxford, England, 1155 (1987).

Roth, B.A., et al., "Genetic Regulation of Transient Expression of Maize Anthocyanin Pathway Genes Introduced into Intact Maize Tissues by Microprojectile Bombardment", *Journal of Cellular Biochemistry*, 13D, Abstract No. M 344, p. 310 (Mar. 27–Apr. 7, 1989).

Roush, R.T., et al., "Ecological Genetics of Insecticidal and Acaricide Resistance", *Ann. Rev. Entomol.*, 32, 361–380 (1987).

6,013,863
Page 11

Ryan, A.J., et al., "The Expression of the Napin Gene Under the Control of Its Own Promoter in Transgenic Tobacco Plants", *Journal of Cellular Biochemistry,* 13D, Abstract No. M 345, p. 310 (Mar. 27–Apr. 7, 1989).

Sanford, J.C., "The Biolistic Process", *Plant Physiology,* 89, Abstract No. 9, p. 2 (Apr. 1989).

Sanford, J.C., "Delivery of DNA into Regenerable Tissues of Monocots, Using High–Velocity Microprojectiles", Grant Application No. 86–0183, United States Department of Agriculture, Science and Education, 57 p. (Feb. 27, 1986).

Sass, J.E., "Comparative Leaf Number in the Embryos of Some Types of Maize", *Iowa State Coll. J. Sci.,* 25, 509–512 (1951).

Schafer, W., et al., "T–DNA Integration and Expression in a Monocot Crop Plant after Induction of Agrobacterium", *Nature,* 327, 529–532 (Jun. 11, 1987).

Schardl, C.L., et al., "Design and Construction of a Versatile System for the Expression of Foreign Genes in Plants", *Gene,* 61, 1–11 (1987).

Schnepf, H.E., et al., "Delineation of a Toxin–Encoding Segment of a *Bacillus thuringiensis* Crystal Protein Gene", *The Journal of Biological Chemistry,* 260, 6273–6280 (1985).

Shaner, D.L., et al., "Mechanism of Action of the Imidazolinones and Cell Culture Selection of Tolerant Maize", In: *Biotechnology in Plant Sciences,* Zaitlin, M., et al., (eds.), Academic Press, Orlando, FL, 287–299 (1985).

Sharman, B.C., "Developmental Anatomy of the Shoot of *Zea mays* L.", *Annals of Botany, VI,* 246–281 (Apr. 1942).

Shields, R., "Towards Insect–Resistant Plants", *Nature,* 328, 12–13 (Jul. 2, 1987).

Shivakumar, A.G., et al., "Vegetative Expression of the δ–Endotoxin Genes of *Bacillus thuringiensis* subsp. *kurstaki* in *Bacillus subtilis*", *Journal of Bacteriology,* 166, 194–204 (Apr. 1986).

Smith, G.E., et al., "Molecular Engineering of the *Autographa californica* Nuclear Polyhedrosis Virus Genome: Deletion Mutations Within the Polyhedrin Gene", *Journal of Virology,* 46, 584–593 (May 1983).

St. Julian, G., et al., "Bacteria, Spirochetes, and Rickettsia as Insecticides", *Annals of the New York Academy of Sciences,* 217, 65–75 (1973).

Stolle, C.A., et al., "Cellular Factor Affecting the Stability of β–globulin mRNA", *Gene,* 62, 65–74 (1988).

Strauch, E., et al., "Cloning of a Phosphinothricin N–Acetyltransferase Gene from Streptomyces Viridochromogenes Tu494 and its Expression in *Streptomyces lividans* and *Escherichia coli*", *Gene,* 63, 65–74 (1988).

Stroo, H.F., et al., "Heterotrophic Nitrification in an Acid Forest Soil and by an Acid–Tolerant Fungus", *Applied and Environmental Microbiology ,* 52, 1107–1111 (Nov. 1986).

Suprasanna, P., et al., "Plantlet Regeneration from Glume Calli of Maize (*Zea mays* L.)", *Theor. Appl. Genet.,* 72, 120–122 (1986).

Thomas, W.E., et al., "Mechanism of Action of *Bacillus thuringiensis* var *israelensis* Insecticidal δ–Endotoxin", *FEBS Letters,* 154, 362–368 (Apr. 1983).

Tojo, A., et al., "Dissolution and Degradation of *Bacillus thuringiensis* δ–Endotoxin by Gut Juice Protease of the Silkworm *Bombyx mori*", *Applied and Environmental Microbiology,* 45, 576–580 (Feb. 1983).

Tomes, D.T., "Cell Culture, Somatic Embryogenesis and Plant Regeneration in Maize, Rice, Sorghum and Millets", In: *Cereal Tissue and Cell Culture,* Bright, S.W.J., et al., (eds.), Martinus Nijhoff/Dr. W. Junk, Amsterdam, The Netherlands, 175–203 (1985).

Tomes, D.T., "Initiation of Embryogenic Callus Cultures from Immature Embryos of Elite Corn (*Zea mays* L.) Germplasm", *In Vitro,* 20, Abstract No. 146, p. 276 (Mar. 1984).

Tomes, D.T., et al., "The Effect of Parental Genotype on Initiation of Embryogenic Callus from Elite Maize (*Zea mays* L.) Germplasm", *Theor. Appl. Genet.,* 70, 505–509 (1985).

Tome, J.M., et al., "Regeneration of Plants from Mesocotyl Tissue Cultures of Immature Embryos of *Zea mays* L.", *Plant Science Letters,* 17, 339–344 (1980).

Vaeck, M., et al., "*Bacillus thuringiensis* Endotoxin Gene Expression and Insect Resistance in Higher Plants", *Pesticide Science,* 20, 319–320 (1987).

Vaeck, M., et al., "Engineering Improved Crops for Agriculture: Protection from Insects and Resistance to Herbicides", In: *Plant Gene Systems and Their Biology,* Key, J.L., et al., (eds.), Alan R. Liss, Inc., New York, 171–181 (1987).

Vaeck, M., et al., "Engineering of Insect Resistant Plants Using a *B. thuringiensis* Gene", In: *Molecular Strategies for Crop Protection,* New York, Alan R. Liss, Inc., 355–366 (1987).

Vaeck, M., et al., "Insect Resistance in Transgenic Plants Expressing *Bacillus thuringiensis* Toxin Gene", *An. Soc. Entomol. Brasil,* 16, 427–435, (1987).

Vaeck, M., et al., "Protein Engineering in Plants: Expression of *Bacillus thuringiensis* Insecticidal Protein Genes", *Cell Culture and Somatic Cell Genetics of Plants,* 6, 425–439, (1989).

Vaeck, M., et al., "Transgenic Plants Protected from Insect Attack", *Nature,* 328, 33–37, (Jul. 2, 1987).

van den Elzen, P.J., et al., "A Chimaeric Hygromycin Resistance Gene as a Selectable Marker in Plant Cells", *Plant Molecular Biology,* 5, 299–302, (1985).

van den Elzen, P.J., et al., "Simple Binary Vectors for DNA Transfer to Plant Cells", *Plant Molecular Biology,* 5, 149–154, (1985).

Van Lammeren, A.A., "Developmental Morphology and Cytology of the Young Maize Embryo (*Zea mays* L.)", *Acta Bot. Neerl,* 35, 169–188 (Aug. 1986).

Vasil, I.K., "Isolation and Culture of Protoplasts of Grasses", *International Review of Cytology,* Supplement 16, Bourne, G.H., et al., (eds.), Academic Press, New York, 79–88 (1983).

Vasil, V., et al., "Histology of Somatic Embryogenesis in Cultured Immature Embryos of Maize (*Zea mays* L.)", *Protoplasma,* 127, 1–8 (1985).

Watson, S.A., "Corn Marketing, Processing and Utilization", In: *Corn and Corn Improvement,* 3rd Edition, Sprague, G.F., et al., (eds.), American Society of Agronomy, Inc., et al., Madison, WI, 881–939 (1988).

Weigel, Jr., R.C., et al., "Somatic Embryogenesis in Barley", *In Vitro,* 20, Abstract No. 147, p. 277 (Mar. 1984).

Weissinger, A., et al., "Maize Transformation via Microprojectile Bombardment", In: *Genetic Improvements of Agriculturally Important Crops,* Fraley, R.T., et al., (eds.), Cold Spring Harbor Laboratory, Cold Spring Harbor, NY, 21–25 (1988).

B68

6,013,863

Page 12

Weissinger, A., et al., "Microprojectile Bombardment for Maize Transformation", *In Vitro Cellular and Developmental Biology,* 23, Program Issue, 38th Annual Meeting of the Tissue Culture Association, Washington, D.C., Abstract No. 254 (Mar.1987).

Wernicke, W., et al., "Adventitious Embryoid and Root Formation from Rice Leaves", *Z. Pflanzenphysiol. Bd.,* 103, 361–365 (1981).

Withers, L., et al., "Proline: A Novel Cryoprotectant for the Freeze Preservation of Cultured Cells of *Zea mays* L.", *Plant Physiology,* 64, 675–678 (1979).

Witt, D.P., et al., "Cytotoxicity of *Bacillus thuringiensis* δ–Endotoxins to Cultured Cf–1 Cells Does Not Correlate with In Vivo Activity Toward Spruce Budworm Larvae", In: *Fundamental and Applied Aspects of Invertebrate Pathology,* Samson, R.A., et al., (eds.), Fourth International Colloquium of Invertebrate Pathology, Wangingen, The Netherlands, 3–6 (Aug. 18–22, 1986).

Wohlleben, W., et al., "Nucleotide Sequence of the Phosphinothricin N–Acetyltransferase Gene from *Streptomyces viridochromogenes* Tü494 and Its Expression in *Nicotania tabacum*", *Gene,* 70, 25–37 (1988).

Wood, M., "Blast Those Genes!", *Agricultural Research,* 2 p. (Jun. 1989).



FIG. 1A

FIG. 1B



FIG. 2A

FIG. 2B

# FIG. 3



# FIG. 4



# FIG. 5

## PHI R₁ GENERATION



FIG. 6



6,013,863

1

# FERTILE TRANSGENIC CORN PLANTS

This application is a division of U.S. patent application Ser. No. 08/677,695, filed Jul. 10, 1996, which is a continuation of U.S. patent application Ser. No. 07/974,379, filed Nov. 10, 1992, now U.S. Pat. No. 5,538,877, which in turn is a continuation of U.S. patent application Ser. No. 07/467,983, filed Jan. 22, 1990, now abandoned.

## BACKGROUND OF THE INVENTION

This invention relates to fertile transgenic plants of the species *Zea mays* (oftentimes referred to herein as maize or corn). The invention further relates to producing transgenic plants via particle bombardment and subsequent selection techniques which have been found to produce fertile transgenic plants.

Genetic engineering of plants, which entails the isolation and manipulation of genetic material (usually in the form of DNA or RNA) and the subsequent introduction of that genetic material into a plant or plant cells, offers considerable promise to modern agriculture and plant breeding. Increased crop food values, higher yields, feed value, reduced production costs, pest resistance, stress tolerance, drought resistance, the production of pharmaceuticals, chemicals and biological molecules as well as other beneficial traits are all potentially achievable through genetic engineering techniques. Once a gene has been identified, cloned, and engineered, it is still necessary to introduce it into a plant of interest in such a manner that the resulting plant is both fertile and capable of passing the gene on to its progeny.

A variety of methods have been developed and are currently available for the transformation of various plants and plant cells with DNA. Generally these plants have been dicotyledonous, and some success has been reported with certain of the monocotyledonous cereals. However, some species have heretofore proven untransformable by any method. Thus, previous to this discovery, no technology had been developed which would permit the production of stably transformed *Zea mays* plants in which the transforming DNA is heritable thereof. This failure in the art is well documented in the literature and has been discussed in a number of recent reviews (Potrykus, 1989; Weising et al., 1988; Cocking et al., 1987).

European Patent Publns. 270,356 (McCabe et al.) and 275,069 (Arntzen et al.) describe the introduction of DNA into maize pollen followed by pollination of maize ears and formation of seeds. The plants germinated from these seeds are alleged to contain the introduced DNA, but there is no suggestion that the introduced DNA was heritable, as has been accomplished in the present invention. Only if the DNA introduced into the corn is heritable can the corn be used in breeding programs as required for successful commercialization of transgenic corn.

Graves et al. (1986) claims Acrobacterium-mediated transformation of *Zea mays* seedlings. The alleged evidence was based upon assays known to produce incorrect results.

Despite extensive efforts to produce fertile transformed corn plants which transmit the transforming DNA to progeny, there have been no reported successes. Many previous failures have been based upon gene transfer to maize protoplasts, oftentimes derived from callus, liquid suspension culture cells, or other maize cells using a variety of transformation techniques. Although several of the techniques have resulted in successful transformation of corn cells, the resulting cells either could not be regenerated into

2

corn plants or the corn plants produced were sterile (Rhodes et al. 1988) or, in some cases, it even turned out that the plants were in fact not transformed. Thus, while maize protoplasts and some other cells have previously been transformed, the resulting transformants could not be regenerated into fertile transgenic plants.

On the other hand, it has been known that at least certain corn callus can be regenerated to form mature plants in a rather straightforward fashion and that the resulting plants were often fertile. However, no stable transformation of maize callus was ever achieved, i.e. there were no techniques developed which would permit a successful stable transformation of a regenerable callus. An example of a maize callus transformation technique which has been tried is the use of Agrobacterium mediated transfer.

The art was thus faced with a dilemma. While it was known that corn protoplast and suspension culture cells could be transformed, no techniques were available which would regenerate the transformed protoplast into a fertile plant. While it was known that corn callus could be regenerated into a fertile plant, there were no techniques known which could transform the callus, particularly while not destroying the ability of the callus both to regenerate and to form fertile plants.

Recently, a new transformation technique has been created based upon the bombardment of intact cells and tissues with DNA-coated microprojectiles. The technique, disclosed in Sanford et al. (1987) as well as in EPO Patent Publication 331,855 of J. C. Sanford et al. based upon U.S. Ser. No. 161,807, filed Feb. 29, 1988, has been shown effective at producing transient gene expression in some plant cells and tissues including those from onion, maize (Klein et al. 1988a), tobacco, rice, wheat, and soybean, and stable expression has been obtained in tobacco and soybeans. In fact, stable expression has been obtained by bombardment of suspension cultures of *Zea mays* Black Mexican Sweet (Klein et al. 1989) which cultures are, however, non-regenerable suspension culture cells, not the callus culture cells used in the process of the present invention.

No protocols have been published describing the introduction of DNA by a bombardment technique into cultures of regenerable maize cells of any type. No stable expression of a gene has been reported by means of bombardment of corn callus followed by regeneration of fertile plants and no regenerable fertile corn has resulted from DNA-coated microprojectile bombardment of the suspension cultures. Thus, the art has failed to produce fertile transformed corn plants heretofore.

A further stumbling block to the successful production of fertile transgenic maize plants has been in selecting those few transformants in such a manner that neither the regeneration capacity nor the fertility of the regenerated transformant are destroyed. Due to the generally low level of transformants produced by a transformation technique, the need for selection of the transformants is self-evident. However, selection generally entails the use of some toxic agent, e.g. herbicide or antibiotic, which can effect either the regenerability or the resultant plant fertility.

It is thus an object of the present invention to produce fertile, stably transgenic, *Zea mays* plants and seeds which transmit the introduced gene to progeny. It is a further object to produce such stably transgenic plants and seeds by a particle bombardment and selection process which results in a high level of viability for a few transformed cells. It is a further object to produce fertile stably transgenic plants of other graminaceous cereals besides maize.

6,013,863

3

## REFERENCES CITED

Armstrong, CL, et al. (1985) J Planta 164:207–214

Callis, J, et al. (1987) Genes & Develop 1:1183–1200

Chilton & Barnes (1983) Nuc Acids Res 11:364–385

Chu, CC, et al. (1975) Sci Sin (Peking) 18:659–668

Cocking, F, et al. (1987) Science 236:1259–1262

DeWet et al. (1985) Proc Natl Soc USA 82:7870–7873

Freeling, JC, et al. (1976) Maydica XXI:97–112

Graves, A, et al. (1986) Plant Mol Biol 7:43–50

Green, C, et al. (1975) Crop Sci 15:417–421

Green, CE, (1982) Plant Tissue Culture, A Fujiwara ed. Maruzen, Tokyo, Japan pp 107–8

Green, C, et al. (1982) Maize for Biological Research, Plant Mol Biol Assoc, pp 367–372

Gritz, L, et al. (1983) Gene 25:179–188

Guilley, H, et al. (1982) Cell 30:763–773

Jefferson, R, et al. (1987) EMBO J 6:3901–3907)

Kamo, K, et al. (1985) Bot Gaz 146:327–334

Klein, T, et al. (1989) Plant Physiol 91:440–444

Klein, T, et al. (1988a) Proc Natl Acad Sci USA 85:4305–9

Klein, T, et al. (1988b) Bio/Technology 6:559–563

Lu, C, et al. (1982) Theor Appl Genet 62:109–112

McCabe, D, et al. (1988) Bio/Technology 6:923–926

Murashige, T, et al. (1962) Physiol Plant 15:473–497

Neuffer, M, (1982) Maize for Biological Research, Plant Mol Biol Assoc, pp 19–30

Phillips, R, et al. (1988) Corn and Corn Improvement, 3rd ed., Agronomy Soc Amer, pp 345–387

Potrykus, I (1989) Trends in Biotechnology 7:269–273

Rhodes, CA, et al. (1988) Science 240:204–7

Sambrook, J, et al (1989) Molecular Cloning: A Laboratory Manual, 2nd ed., Cold Spring Harbor Laboratory Press

Sanford, J, et al. (1987) J Part Sci & Techn 5:27–37

Weising, K, et al., (1988) Ann Rev of Genetics 22:421–478

Yanisch-Perron, L, et al. (1985) Gene 33:109–119

## SUMMARY OF THE INVENTION

The present invention relates to fertile transgenic *Zea mays* plants containing heterologous DNA, preferably chromosomally integrated heterologous DNA, which is heritable by progeny thereof.

The invention further relates to all products derived from transgenic *Zea mays* plants, plant cells, plant parts, and seeds.

The invention further relates to transgenic *Zea mays* seeds stably containing heterologous DNA and progeny which inherit the heterologous DNA.

The invention further relates to a process for producing fertile transgenic *Zea mays* plants containing heterologous DNA. The process is based upon microprojectile bombardment, selection, and plant regeneration techniques.

The invention further relates to a process for producing fertile transformed plants of graminaceous plants other than *Zea mays* which have not been reliably transformed by traditional methods such as electroporation, Afrobacterium, injection, and previous ballistic techniques.

The invention further relates to regenerated fertile mature maize plants from transformed embryogenic tissue, transgenic seeds produced therefrom, and R1 and subsequent generations.

4

In preferred embodiments, this invention produces the fertile transgenic plants by means of a DNA-coated microprojectile bombardment of clumps of friable embryogenic callus, followed by a controlled regimen for selection of the transformed callus lines.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A shows a map of plasmid vector pHYGI1 utilized in Example I.

FIG. 1B shows the relevant part of pHYGI1 encompassing the HPT coding sequence and associated regulatory elements. The base pair numbers start from the 5' nucleotide in the recognition sequence for the indicated restriction enzymes, beginning with the EcoRI site at the 5' end of the CaMV 35S promoter.

FIG. 2 shows a map of plasmid vector pBII221 utilized in Example I.

FIG. 3 is a Southern blot of DNA isolated from the PH1 callus line and an untransformed control callus line.

FIG. 4 is a Southern blot of leaf DNA isolated from Ro plants regenerated from PH1 and untransformed callus.

FIG. 5 is a Southern blot of leaf DNA isolated from R1 progeny of PH1 Ro plants and untransformed Ro plants.

FIG. 6 is a Southern blot of DNA isolated from the PH2 callus line and an untransformed control callus line.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention is directed to the production of fertile transgenic plants and seeds of the species *Zea mays* and to the plants, plant tissues, and seeds derived from such transgenic plants, as well as the subsequent progeny and products derived therefrom. The transgenic plants produced herein include all plants of this species, including field corn, popcorn, sweet corn, flint corn and dent corn.

"Transgenic" is used herein to include any cell, cell line, callus, tissue, plant part or plant which contains heterologous DNA that was introduced into plant material by a process of genetic engineering, or which was initially introduced into a plant species by such a process and was subsequently transferred to later generations by sexual or asexual cell crosses or cell divisions.

By "heritable" is meant that the DNA is capable of transmission through a complete sexual cycle of a plant, i.e. passed from one plant through its gametes to its progeny plants in the same manner as occurs in normal corn.

The transgenic plants of this invention may be produced by (i) establishing friable embryogenic callus from the plant to be transformed, (ii) transforming said cell line by a microprojectile bombardment technique, (iii) controllably identifying or selecting transformed cells, and (iv) regenerating fertile transgenic plants from the transformed cells. Some of the plants of this invention may be produced from the transgenic seed produced from the fertile transgenic plants using conventional crossbreeding techniques to develop commercial hybrid seed containing heterologous DNA.

### I. Plant Lines and Tissue Cultures

The cells which have been found useful to produce the fertile transgenic maize plants herein are those callus cells which are regenerable, both before and after undergoing a selection regimen as detailed further below. Generally, these cells will be derived from meristematic tissue which contain cells which have not yet terminally differentiated. Such tissue in graminaceous cereals in general and in maize, in

6,013,863

| 5 | 6 |

particular, comprise tissues found in juvenile leaf basal regions, immature tassels, immature embryos, and coleoptilar nodes. Preferably, immature embryos are used. Methods of preparing and maintaining callus from such tissue and plant types are well known in the art and details on so doing are available in the literature, c.f. Phillips et al. (1988), the disclosure of which is hereby incorporated by reference.

The specific callus used must be able to regenerate into a fertile plant. The specific regeneration capacity of particular callus is important to the success of the bombardment/ selection process used herein because during and following selection, regeneration capacity may decrease significantly. It is therefore important to start with cultures that have as high a degree of regeneration capacity as possible. Callus which is more than about 3 months and up to about 36 months of age has been found to have a sufficiently high level of regenerability and thus is currently preferred. The regenerative capacity of a particular culture may be readily determined by transferring samples thereof to regeneration medium and monitoring the formation of shoots, roots, and plantlets. The relative number of plantlets arising per Petri dish or per gram fresh weight of tissue may be used as a rough quantitative estimate of regeneration capacity. Generally, a culture which will produce at least one plant per gram of callus tissue will be preferred.

While maize callus cultures can be initiated from a number of different plant tissues, the cultures useful herein are preferably derived from immature maize embryos which are removed from the kernels of an ear when the embryos are about 1–3 mm in length. This length generally occurs about 9–14 days after pollination. Under aseptic conditions, the embryos are placed on conventional solid media with the embryo axis down (scutellum up). Callus tissue appears from the scutellum after several days to a few weeks. After the callus has grown sufficiently, the cell proliferations from the scutellum may be evaluated for friable consistency and the presence of well-defined embryos. By "friable consistency" is meant that the tissue is easily dispersed without causing injury to the cells. Tissue with this morphology is then transferred to fresh media and subcultured on a routine basis about every two weeks.

The callus initiation media is solid because callus cannot be readily initiated in liquid medium. The initiation/ maintenance media is typically based on the N6 salts of Chu et al. (1975) as described in Armstrong et al. (1985) or the MS salts of Murashige et al. (1962). The basal medium is supplemented with sucrose and 2,4-dichlorophenoxyacetic acid (2,4-D). Supplements such as L-proline and casein hydrolysate have been found to improve the frequency of initiation of callus cultures, morphology, and growth. The cultures are generally maintained in the dark, though low light levels may also be used. The level of synthetic hormone 2,4-D, necessary for maintainence and propagation, should be generally about 0.3 to 3.0 mg/l.

Although successful transformation and regeneration has been accomplished herein with friable embryogenic callus, this is not meant to imply that other transformable regenerable cells, tissue, or organs cannot be employed to produce the fertile transgenic plants of this invention. The only actual requirement for the cells which are transformed is that after transformation they must be capable of regeneration of a plant containing the heterologous DNA following the particular selection or screening procedure actually used.

II. DNA Used for Transformation

The heterologous DNA used for transformation herein may be circular or linear, double-stranded or single-stranded. Generally, the DNA is in the form of a plasmid and contains coding regions of beneficial heterologous DNA with flanking regulatory sequences which serve to promote the expression of the heterologous DNA present in the resultant corn plant. "Heterologous DNA" is used herein to include all synthetically engineered or biologically derived DNA which is introduced into a plant by man by genetic engineering, including but not limited to, non-plant genes, modified genes, synthetic genes, portions of genes, as well as DNA and genes from maize and other plant species.

The compositions and methods for constructing heterologous DNA for successful transformations of plants is well known to those most skilled in the art, and the same compositions and methods of construction may be utilized to produce the heterologous DNA useful herein. The specific composition of the DNA is not central to the present invention and the invention is not dependent upon the composition of the specific transforming DNA used. weising et al. (1988), the subject matter of which is incorporated herein by reference, describes suitable DNA components thereof which include promoters, polyadenylation sequences, selectable marker genes, reporter genes, enhancers, introns, and the like, as well as provides suitable references for compositions thereof. Sambrook et al. (1989) provides suitable methods of construction.

Generally the heterologous DNA will be relatively small, i.e. less than about 30 kb to minimize any susceptibility to physical, chemical, or enzymatic degradation which is known to increase as the size of the DNA increases.

Suitable heterologous DNA for use herein includes all DNA which will provide for, or enhance, a beneficial feature of the resultant transgenic corn plant. For example, the DNA may encode proteins or antisense RNA transcripts in order to promote increased food values, higher yields, pest resistance, disease resistance, and the like. For example, a bacterial dap A gene for increased lysine; Bt-endotoxin gene or protease inhibitor for insect resistance; bacterial ESPS synthase for resistance to glyphosate herbicide; chitinase or glucan endo-1,3-B-glucosidase for fungicidal properties. Also, the DNA may be introduced to act as a genetic tool to generate mutants and/or assist in the identification, genetic tagging, or isolation of segments of corn DNA. Additional examples may be found in Table 1:

TABLE 1

| Eukaryotic genes transferred to higher plants | | | |
|---|---|---|---|
| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression |
| Animals | | | |
| Drosophila heat shock gene hsp 70 | 5' hsp70/nptII/3' ocs | tobacco (plants, tumors) | + temperature-dependent and organ-specific |
| Drosophila copia element LTR | 5' copia/cat | rice, wheat and sorghum (protoplasts) | (−) transient, but strong |

6,013,863

7                                                                                                          8

TABLE 1-continued

Eukaryotic genes transferred to higher plants

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression |
|---|---|---|---|
| firefly luciferase gene | 5' CaMV 35S/luciferase cDNA/3' nos<br>5' CaMV 19S/luciferase cDNA/3' nos<br>5' deletion series | tobacco (plants)<br>carrot (protoplasts) | –<br>(+) transient |
| Rabbit β-globin gene | genomic | tobacco (tumors) | (–) not expressed |
| Human α-globin gene | 5' nos/α-globin | tobacco (tumors) | (+) incorrect transcript processing |
| Chicken α-actin gene | genomic | tobacco (tumors) | (+) incorrect transcript processing |
| Chicken ovalbumin gene | genomic | tobacco (tumors) | (+) incorrect transcript processing |
| Mouse metallothionein gene (mmt) | 5' mmt/cat | tobacco (tumors) | (–) not expressed |
| Mouse dihydrofolate reductase gene (DHFR) | 5' CaMV 35S/DHFR-cDNA/ 3' nos | Petunia (plants) | + expression confers methotrexate resistance |
| Human growth hormone gene (hgh) | 5' CaMV 35S/hgh | tobacco (plants, tumors) | (+) incorrect transcript processing |
| | 5' nos/hgh/3' nos | tobacco and sunflower (tumors) | (+) transcription, but neither processing nor translation |
| | 5' CaMV 35S/hgh/hgh 3' | tobacco (plants) | (+) incorrect transcript polyadenylation |
| SV40 early genes | 5' SV40/cat<br>5' CaMV 35S/cat/3' SV40 | tobacco (tumors)<br>tobacco (plants) | (–) not expressed<br>(+) incorrect transcript polyadenylation |
| HSV thymidine kinase gene (tk) | 5' HSV/tk/cat | tobacco (tumors) | (–) not expressed |
| Adenovirus type 5 E1A gene | 5' CaMV 35S/E1A/ 3' E1A/3' rbcS | tobacco (plants) | (+) termination within rbcS, E1A polyadenylation site not used |
| **Yeast** | | | |
| Yeast ADH | genomic | tobacco (plants) | (–) not expressed |
| **Plant virus** | | | |
| cDNA encoding TMV coat protein (tobacco mosaic virus) | 5' CaMV 35S/TMVcDNA/ 3' nos | tobacco (plants) | + expression confers enhanced resistance to TMV infection |
| cDNA encoding AMV coat protein (alfalfa mosaic virus) | 5' CaMV 19S/AMVcDNA 5' CaMV 35S/AMVcDNA/ 3' nos. | tobacco and tomato (plants) | + expression confers enhanced resistance to AMV infection |
| cDNAs encoding A- and B-component of TGMV (tomato golden mosaic virus) | separate transformation with either A- or B-component via agroinfection | Petunia (plants) | + only A-components in tandem are able to replicate |
| cDNA encoding CMV (cucumber mosaic virus) satellite RNA | 5' CaMV 35S/CMVcDNA/ 3' nos | tobacco (plants) | + expression confers enhanced resistance to CMV infection |
| **Plants** | | | |
| Bean phaseolin gene | 5' ocs/phaseolin genomic genomic | sunflower (tumors) tobacco (plants) | + expressed and processed correctly<br>+ development-specific expression in seeds; targeting to protein bodies in endosperm and embryos |
| | 5' phaseolin/phaseolin-cDNA/3' phaseolin | tobacco (tumors) | + higher expression than using a genomic clone |
| | 5' phaseolin/maize zein/ 3' phaseolin | tobacco (plants) | + development-specific zein gene expression in tobacco seeds. Zein accumulation |
| Bean phytohemagglutinin-L gene (PHA-L) | genomic | tobacco (plants) | + development-specific expression in tobacco seeds |
| Soybean β-conglycinin gene (α subunit) | genomic 5' deletion series | Petunia (plants) | + development-specific expression in Petunia seeds depending on 5' sequences |
| | 5' CaMV 35S or 19S/ conglycinin/3' nos | Petunia (plants) | + constitutive expression: 35S> 19S; 20 fold clonal variation |
| Soybean β-conglycinin gene (β subunit) | genomic | tobacco and Petunia (plants) | + development-specific expression in seeds |
| Potato patatin gene | 5' patatin/cat/3' nos 5' ST-LS.1/patatin/3' patatin | potato (plants) tobacco (plants) | + organ-specific expression in tubers<br>+ light-regulated and organ-specific expression depending on the ST-LS.1 promoter. Correct splicing of patatin mRNA. |
| Maize zein gene | genomic | sunflower (tumors) | (+) transcription, but no detectable protein |
| | 5' phaseolin/zein/3' phaseolin | tobacco (plants) | + development-specific expression in tobacco seeds |
| Wheat glutenin genes | 5' glutenin/cat/3' nos | tobacco (plants) | + development-specific expression |

6,013,863

9                                                                    10

TABLE 1-continued

Eukaryotic genes transferred to higher plants

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression |
|---|---|---|---|
| Wheat chlorophyll a/b-binding protein (cab) gene | genomic | Petunia and tobacco plants | in tobacco seeds<br>+ light-regulated and organ-specific expression in leaves |
| | genomic<br>5' cab/cat<br>5' cab/5' CaMV 35S/cat/<br>3' rbcS<br>5' deletion series | tobacco (plants) | + phytochrome-regulated expression in leaves depending on 5' sequences |
| Pea cab gene | 5' cab/nptII<br>5' cab/5' nos/nptII | tobacco (plants) | + light-regulated, organ-and cell-specific expression; depending on enhancer/silencer-like 5' sequences. Involvement of phytochrome. Correlation to the presence of chloroplasts. |
| Petunia cab gene | 5' cab/ocs<br>5' cab/nos | Petunia and tobacco (plants) | + clonal variation of expression (200 fold) independent of copy number and homo-/heterologous host genome |
| Arabidopsis cab gene | 5' cab/cat | tobacco (plants) | + light-regulated and organ-specific expression |
| Pea ribulose 1,5-Bisphosphate carboxylase small subunit gene (rbcS) E9 | genomic<br>5' rbcS/cat<br>5' deletion series | Petunia (tumors) | + light-regulated expression dependent on 5' sequences |
| | genomic<br>5' deletion series | Petunia and tobacco (plants) | + light-regulated and organ-specific expression dependent on 5' sequences; 25-fold clonal variation |
| Pea rbcS 3.6 | 5' rbcS/cat/3' nos<br>5' deletion series | tobacco (tumors) | + light-regulated expression dependent on enhancer-like 5' sequences |
| | 5' rbcS/rbcS transit sequence/nptII | tobacco (tumors and plants) | + light-regulated expression and targeting of neomycin phosphotransferase into chloroplasts; analysis of signal sequences |
| | 5' rbcS/nptII | tobacco (plants) | + light-regulated, organ- and cell-specific expression. Involvement of a blue-light receptor |
| Pea rbcS 3A, 3C | genomic | Petunia (plants) | + regulation of transcription by phytochrome- and/or blue-light receptor depending on the developmental state |
| Pea rbcS 3A, E9 | 5' rbcS/5' CaMV 35S/cat<br>5' deletion series | Petunia and tobacco (plants) | + light-regulated and organ-specific expression depending on enhancer- and silencer-like 5' sequences |
| Soybean rbcS | 5' rbcS/nptII/3' ocs<br>5' rbcS/nos<br>5' rbcS/nptII/3' nos | soybean (tumors)<br>Kalanchoe (tumors)<br>Petunia (plants) | + light-regulated expression<br>+ light-regulated expression<br>+ light-regulated expression mediated by phytochrome |
| Soybean, pea and Petunia rbcS | 5' rbcS/nptII/3' nos | tomato (plants) | + expression stronger than directed by nos-promoter |
| Nicotiana plumbaginifolia rbcS 8B | 5' rbcS/cat | tobacco and Petunia (plants) | + light-regulated and organ-specific expression; 3-fold clonal variation independent of homo-/ heterologous host genome |
| Wheat rbcS | genomic<br>5' CaMV 35S/rbcS/3' rbcS | tobacco (plants) | (+) no expression under the control of wheat promoter; CaMV 35S promoter is necessary |
| Potato ST-LS.1 gene | genomic; modified by exon tagging | potato and tobacco (plants) | + light-regulated and organ-specific expression depending on the presence of chloroplasts and 5' sequences. Clonal variation parallels copy number, but is independent of homo-/ heterologous host. |
| | 5' ST-LS.1/patatin/3' patatin | tobacco (plants) | + light-regulated and organ-specific expression depending on the ST-LS.1 promoter sequences |
| Petroselinum and Antirrhinum chalcone synthase genes (chs) | 5' chs(A)/nptII/3' chs(P)<br>5' deletion series | tobacco (plants) | + UV-B/light-regulated expression dependent on enhancer-like 5' sequences |

6,013,863

11          12

TABLE 1-continued

Eukaryotic genes transferred to higher plants

| Origin of gene | Transferred constructs | Transformed species | Mode of foreign gene expression |
|---|---|---|---|
| potato proteinase inhibitor II gene (PI II) | genomic<br>5′ PI II/cat/3′ T-DNA gene 6b<br>5′ PI II/cat/3′ PI II | tobacco (plants) | + wound-inducible expression depending on 5′ and 3′ sequences; systemic spreading by transacting factors |
| Soybean heat shock gene hs 6871<br>Soybean heat shock gene Gmhsp 17.5E | genomic<br>5′ deletion series<br>genomic<br>5′ deletion series | sunflower (tumors) and tobacco (plants)<br>sunflower (tumors) | + temperature-regulated expression depending on 5′ sequences<br>+ expression regulated by temperature and presence of cadmium and arsenic depending on 5′ sequences |
| Maize heat shock gene hsp70<br>Maize alcohol dehydrogenase I gene (AdhI) | genomic<br>5′ CaMV 35S/cat/AdhI intron/3′ rbcS<br>5′ AdhI/cat<br>5′ ocs/cat<br>5′ ocs/5′ AdhI/cat<br>5′ CaMV 35S/5′ AdhI/cat<br>5′ AdhI deletion series | Petunia (plants)<br>tobacco (plants)<br>tobacco (plants) and maize (protoplasts) | + temperature-regulated expression<br>+ maize AdhI intron is not removed from the transcript<br>(+) anaerobically inducible cat-expression dependent on 5′ AdhI sequences only if additional CaMV- or ocs-promoter/enhancer sequences are present. |
| Maize sucrose synthase gene (ss) | 5′ ss/nptII/3′ ocs<br>5′ ss/nptII | wheat (protoplasts)<br>maize (protoplasts) | (+) transient expression<br>(+) transient expression suspension-culture derived but not in leaf-derived protoplasts |
| Soybean β-tubulin gene<br>cowpea trypsin inhibitor gene (CpTI)<br>Petunia EPSP synthase gene | genomic<br>5′ CaMV 35S/CpTI/3′ nos<br>5′ CaMV 35S/EPSP/3′ nos<br>5′ T7-T-DNA/Petunia EPSP transit sequence/bacterial EPSP (aroA) coding region<br>genomic | tobacco (plants)<br>tobacco (plants)<br>Petunia (plants)<br>tobacco (plants)<br>tobacco (plants) | +<br>+ expression enhances resistance to insect pests<br>+ 35S-directed EPSP overproduction confers glyphosate tolerance<br>+ expression of bacterial EPSP; targeting into chloroplasts; glyphosate tolerance<br>n.d. |
| Soybean leghemoglobin gene lbc3 | 5′ lbc3/cat/3′ lbc3 | Lotus corniculatus (plants) | + development-specific and inducible expression only in nodules and only after infection by Rhizobium; dependence on 5′ regulatory sequences |
| Nicotiana plumbaginifolia "insert 7" enhancer-like sequence | 5′ insert 7/5′ nos/nptII | tobacco (plants) | + transient protoplast-specific overexpression of nptII |
| Nicotiana plumbaginifolia ATP synthase gene (atp2-1); β subunit | 5′ CaMV 35S/atp2-1 signal sequence/cat | tobacco (plants) | + cat enzyme is targeted into mitochondria |
| Maize transposable elements Ac and Ds | Ac or Ds within borders of waxy locus | tobacco (tumors and shoots) | + Ac is capable of self-catalyzed transposition |

Abbreviations:
copia LTR - long terminal repeat of copia transposable element
HSV - Herpes simplex virus
Adh - alcohol dehydrogenase gene
ST-LS 1 - Solanum tuberosum leaf/stem-specific gene
EPSP - 5 -enolpyruvylshikimate-3-phosphate (gene)
lbc3 - member of the leghemoglobin gene family
Ac, Ds - maize transposable elements (activator, dissociation)
rbcS - ribulose-1,5-bisphosphate carboxylase small subunit gene
cab - chlorophyl a/b binding protein gene
nptII - neomycin phosphotransferase II gene
ocs - octopine synthase gene
nos - nopaline synthase gene
cat - chloramphenicol acetyltransferase gene
CaMV 35S, 19S - cauliflower mosaic virus genes encoding 35S and 19S-transcript, respectively
genomic - transferred construct contains the entire gene including 5′ and 3′ regions
Mode of expression:
+ - correct expression of stably integrated gene
(+) - transient expression, or transcription followed by incorrect processing and/or translation
(−) - gene is not transcribed

The heterologous DNA to be introduced into the plant further will generally contain either a selectable marker or a reporter gene or both to facilitate identification and selection 65 of transformed cells. Alternatively, the selectable marker may be carried on a separate piece of DNA and used in a cotransformation procedure. Both selectable markers and

B81

6,013,863

| 13 | 14 |
|---|---|

reporter genes may be flanked with appropriate regulatory sequnces to enable expression in plants. Useful selectable markers are well known in the art and include, for example, antibiotic and herbicide resistance genes. Specific examples of such genes are disclosed in Table 2:

genes which confer herbicide resistance or tolerance are also of commercial utility in the resulting transformed plants.

Reporter genes which encode for easily assayable marker proteins are well known in the art. In general, a reporter gene is a gene which is not present or expressed by the recipient

### TABLE 2

Selectable marker and reporter genes in plant genetic transformation

| | | | Useful as | | |
|---|---|---|---|---|---|
| Gene | Origin | Encoded enzyme | Selectable marker | Scorable reporter | Resistance against |
| Neomycin phosphotransferase gene II (nptII) | Tn5 | neomycin phosphotransferase | ++ | + | neomycin kanamycin G-418[1] |
| Neomycin phosphotransferase gene I (nptI) | Nn601 | neomycin phosphotransferase | + | + | neomycin kanamycin G-418[2] |
| Chloramphenicol acetyltransferase gene (cat) | Tn9 | chloramphenicol acetyltransferase | (+) | ++ | chloramphenicol[3] |
| Bacterial DHFR gene | plasmid R67 | dihydrofolate reductase | + | + | methotrexate[4] |
| Mutated c-DNA of a mouse DHFR gene | mouse | dihydrofolate reductase | ++ | + | methotrexate[5] |
| Octopine synthase gene (ocs) | T-DNA | octopine synthase | + | ++ | toxic opine precursor analogues, i.e. aminoethylcysteine[6] —[7] |
| Nopaline synthase gene (nos) | T-DNA | nopaline synthase | – | ++ | |
| Hygromycin phosphotransferase gene (hpt) | E. coli | hygromycin phosphotransferase | ++ | – | hygromycin B[8] |
| Bleomycin resistance gene | Tn5 | ? | + | – | bleomycin[9] |
| Streptomycin phosphotransferase gene | Tn5 | streptomycin phosphotransferase | (+) | (+) | streptomycin[10] |
| | | | control plants are not killed by streptomycin | | |
| aroA gene | Salmonella typhimurium | EPSP synthase | ++ | – | glyphosate[11] |
| bar gene | Streptomices hygroscopicus | phosphinothricin acetyltransferase | ++ | – | phosphinothricin, bialaphos[12] |
| β-galactosidase gene | E. coli | β-galactosidase | – | + | —[13] |
| Glucuronidase gene (GUS) | E. coli | glucuronidase | – | ++ | —[14] |
| Bacterial luciferase gene | Vibrio harveyi | luciferase | – | ++ | —[15] |
| Firefly luciferase gene | Photinus peralis | luciferase | – | ++ | —[16] |

Only some representative references were chosen in case of the nptII, nos, ocs and cat genes.

Abbreviations

Tn - transposon

DHFR - dihydrofolate reductase

EPSP synthase - 5-enolpyruvylshikimate-3-phosphate synthase

[1]M. Bevan et al., Nature, 304, 185 (1983); M. DeBlock et al., EMBOJ., 8, 1681 (1984); L. Herrera-Estrella et al., EMBOJ., 2, 987 (1983).

[2]R.T. Fraley et al., PNASUSA, 80, 1803 (1983); H. Pretzzak et al., Nucl. Acids Res., 14, 5857 (1986).

[3]M. DeBlock et al., EMBO J., 3, 1681 (1984); L. Herrera-Estrella et al., Nature, 303, 209 (1983).

[4]N. Brisson et al., Nature, 310, 511 (1984); M. DeBlock et al., ibid., L. Herrera-Estrella et al., EMBO J., 2, 987 (1983).

[5]D.A. Eichholz et al., Somat. Cell, Mol. Genet., 13, 67 (1987).

[6]G.A. Dahl et al., Theor, Appl. Genet., 66, 233 (1983); H. DeGeve et al., Nature, 300, 752 (1982); A. Hockema et al., Plant Mol. Biol., 5, 85 (1985): M.G. Koziel et al., J. Mol. Appl. Genet., 2, 549 (1981).

[7]J.D.G. Jones et al., EMBO J., 4, 2411 (1985); C.H. Shaw et al., Nuc. Acids Res., 14, 6003 (1986); P. Zambryska et al., EMBO J., 2, 2443 (1983).

[8]A.M. Lloyd et al., Science, 284, 464 (1986); P.L.M. Van den Hazen et al., Plant MOL Biol., 9, 299 (1985); C. Waldron et al., Plant Mol. Biol., 5, 103 (1985).

[9]J. Hille et al., Plant Mol. Biol., 2, 171 (1986).

[10]J.D.G. Jones et al., Mol. Gen. Genet., 210, 86 (1987).

[11]L. Comai et al., Nature, 317, 741 (1985); J.J. Iallatti et al., Biotechnology, 5, 726 (1987).

[12]M. DeBlock et al., EMBO J., 6, 2513 (1987); C.T. Thompson et al., EMBO J., 6, 2519 (1987).

[13]G. Heimer et al., Biotechnology, 2, 520 (1984).

[14]D.R. Gallic et al., Nuc. Acids Res., 15, 8693 (1987); R.A. Jefferson et al., EMBO J., 6, 1901 (1987).

[15]C. Konzz et al., Mol. Gen. Genet., 204, 383 (1986).

[16]D.W. Ow et al., Science, 234, 856 (1986); D.W. Ow et al., PNAS USA, 84, 4870 (1987); C.D. Riggs et al., Nucl. Acids Res., 15, 8115 (1987).

A preferred selectable marker gene is the hygromycin B phosphotransferase (HPT) coding sequence, which may be derived from E. coli. Other selectable markers known in the art include aminoglycoside phosphotransferase gene of transposon Tn5 (AphII) which encodes resistance to the antibiotics kanamycin, neomycin, and G418, as well as those genes which code for resistance or tolerance to glyphosate, methotrexate, imidazolinones, sulfonylureas, bromoxynil, dalapon, and the like. Those selectable marker

organism or tissue and which encodes a protein whose expression is manifested by some easily detectable property, e.g. phenotypic change or enzymatic activity. Examples of such genes are provided in Table 2. Preferred genes include the chloramphenicol acetyl transferase gene from Tn9 of E. coli, the beta-glucuronidase gene of the uida locus of E. coli, and the luciferase genes from firefly Photinus pyralis.

The regulatory sequences useful herein include any constitutive, inducible, tissue or organ specific, or develop-

B82

6,013,863

15

mental stage specific promoter which can be expressed in the particular plant cell. Suitable such promoters are disclosed in Weising et al, supra. The following is a partial representative list of promoters suitable for use herein: regulatory sequences from the T-DNA of *Agrobacterium tumefaciens*, including mannopine synthase, nopaline synthase, and octopine synthase; alcohol dehydrogenase promoter from corn; light inducible promoters such as, ribulose-biphosphate-carboxylase small subunit gene from a variety of species; and the major chlorophyll a/b binding protein gene promoter; 35s and 19S promoters of cauliflower mosaic virus; developmentally regulated promoters such as the waxy, zein, or bronze promoters from maize; as well as synthetic or other natural promoters which are either inducible or constitutive, including those promoters exhibiting organ specific expression or expression at specific development stage(s) of the plant.

Other elements such as introns, enhancers, polyadenylation sequences and the like, may also be present on the DNA. Such elements may or may not be necessary for the function of the DNA, although they can provide a better expression or functioning of the DNA by affecting transcription, stability of the mRNA, or the like. Such elements may be included in the DNA as desired to obtain the optimal performance of the transforming DNA in the plant. For example, the maize Adh1S first intron may be placed between the promoter and the coding sequence of a particular heterologous DNA. This intron, when included in a DNA construction, is known to generally increase expression in maize cells of a protein. (Callis et al. 1987) However, sufficient expression for a selectable marker to perform satisfactorily can often be obtained without an intron. (Klein et al. 1989) An example of an alternative suitable intron is the shrunken-1 first intron of *Zea mays*. These other elements must be compatible with the remainder of the DNA constructions.

To determine whether a particular combination of DNA and recipient plant cells are suitable for use herein, the DNA may include a reporter gene. An assay for expression of the reporter gene may then be performed at a suitable time after the DNA has been introduced into the recipient cells. A preferred such assay entails the use of the *E. coli* betaglucuronidase (GUS) gene (Jefferson et al. 1987). In the case of the microprojectile bombardment transformation process of the present invention, a suitable time for conducting the assay is about 2–3 days after bombardment. The use of transient assays is particularly important when using DNA components which have not previously been demonstrated or confirmed as compatible with the desired recipient cells.

III. DNA Delivery Process

The DNA can be introduced into the regenerable maize callus cultures via a particle bombardment process. A general description of a suitable particle bombardment instrument is provided in Sanford et al. (1987), the disclosure of which is incorporated herein by reference. While protocols for the use of the instrument in the bombardment of maize non-regenerable suspension culture cells are described in Klein et al. (1988a, 1988b, and 1989), no protocols have been published for the bombardment of callus cultures or regenerable maize cells.

In a microprojectile bombardment process, also referred to as a biolistic process, the transport of the DNA into the callus is mediated by very small particles of a biologically inert material. When the inert particles are coated with DNA and accelerated to a suitable velocity, one or more of the particles is able to enter into one or more of the cells where the DNA is released from the particle and expressed within

16

the cell. While some of the cells are fatally damaged by the bombardment process, some of the recipient cells do survive, stably retain the introduced DNA, and express it.

The particles, called microprojectiles, are generally of a high density material such as tungsten or gold. They are coated with the DNA of interest. The microprojectiles are then placed onto the surface of a macroprojectile which serves to transfer the motive force from a suitable energy source to the microprojectiles. After the macroprojectile and the microprojectiles are accelerated to the proper velocity, they contact a blocking device which prevents the macroprojectile from continuing its forward path but allows the DNA-coated microprojectiles to continue on and impact the recipient callus cells. Suitable such instruments may use a variety of motive forces such as gunpowder or shock waves from an electric arc discharge (Swain et al. 1988). An instrument in which gunpowder is the motive force is currently preferred and such is described and further explained in Sanford et al. (1987), the disclosure of which is incorporated herein by reference.

A protocol for the use of the gunpowder instrument is provided in Klein et al. (1988a, b) and involves two major steps. First, tungsten microprojectiles are mixed with the DNA, calcium chloride, and spermidine free base in a specified order in an aqueous solution. The concentrations of the various components may be varied as taught. The currently preferred procedure entails exactly the procedure of Klein et al. (1988b) except for doubling the stated optimum DNA concentration. Secondly, in the actual bombardment, the distance of the recipient cells from the end of the barrel as well as the vacuum in the sample chamber. The currently preferred procedure for bombarding the callus entails exactly the procedure of Klein et al. (1988b) with the recipient tissue positioned 5 cm below the stopping plate tray.

The callus cultures useful herein for generation of transgenic plants should generally be about 3 months to 3 years old, preferably about 3 to 18 months old. Callus used for bombardment should generally be about midway between transfer periods and thus past any "lag" phase that might be associated with a transfer to a new media, but also before reaching any "stationary" phase associated with a long time on the same plate.

The specific tissue subjected to the bombardment process is preferably taken about 7–10 days after subculture, though this is not believed critical. The tissue should generally be used in the form of pieces of about 30 to 80, preferably about 40 to 60, mg. The chumps are placed on a petri dish or other surface and arranged in essentially any manner, recognizing that (i) the space in the center of the dish will receive the heaviest concentration of metal-DNA particles and the tissue located there is likely to suffer damage during bombardment and (ii) the number of particles reaching a cell will decrease (probably exponentially) with increasing distance of the cell from the center of the blast so that cells far from the center of the dish are not likely to be bombarded and transformed. A mesh screen, preferably of metal, may be laid on the dish to prevent splashing or ejection of the tissue. The tissue may be bombarded one or more times with the DNA-coated metal particles.

IV. Selection Process

Once the calli have been bombarded with the DNA and the DNA has penetrated some of the cells, it is necessary to identify and select those cells which both contain the heterologous DNA and still retain sufficient regenerative capacity. There are two general approaches which have been found useful for accomplishing this. First, the transformed

6,013,863

17

calli or plants regenerated therefrom can be screened for the presence of the heterologous DNA by various standard methods which could include assays for the expression of reporter genes or assessment of phenotypic effects of the heterologous DNA, if any. Alternatively and preferably, when a selectable marker gene has been transmitted along with or as part of the heterologous DNA, those cells of the callus which have been transformed can be identified by the use of a selective agent to detect expression of the selectable marker gene.

Selection of the putative transformants is a critical part of the successful transformation process since selection conditions must be chosen so as to allow growth and accumulation of the transformed cells while simultaneously inhibiting the growth of the non-transformed cells. The situation is complicated by the fact that the vitality of individual cells in a population is often highly dependent on the vitality of neighboring cells. Also, the selection conditions must not be so severe that the plant regeneration capacity of the callus cells and the fertility of the resulting plant are precluded. Thus the effects of the selection agent on cell viability and morphology should be evaluated. This may be accomplished by experimentally producing a growth inhibition curve for the given selective agent and tissue being transformed beforehand. This will establish the concentration range which will inhibit growth.

When a selectable marker gene has been used, the callus clumps may be either allowed to recover from the bombardment on non-selective media or, preferably, directly transferred to media containing that agent.

Selection procedures involve exposure to a toxic agent and may employ sequential changes in the concentration of the agent and multiple rounds of selection. The particular concentrations and cycle lengths are likely to need to be varied for each particular agent. A currently preferred selection procedure entails using an initial selection round at a relatively low toxic agent concentration and then later round(s) at higher concentration(s). This allows the selective agent to exert its toxic effect slowly over a longer period of time. Preferably the concentration of the agent is initially such that about a 5–40% level of growth inhibition will occur, as determined from a growth inhibition curve. The effect may be to allow the transformed cells to preferentially grow and divide while inhibiting untransformed cells, but not to the extent that growth of the transformed cells is prevented. Once the few individual transformed cells have grown sufficiently the tissue may be shifted to media containing a higher concentration of the toxic agent to kill essentially all untransformed cells. The shift to the higher concentration also reduces the possibility of non-transformed cells habituating to the agent. The higher level is preferably in the range of about 30 to 100% growth inhibition. The length of the first selection cycle may be from about 1 to 4 weeks, preferably about 2 weeks. Later selection cycles may be from about 1 to about 12 weeks, preferably about 2 to about 10 weeks. Putative maize transformants can generally be identified as proliferating sectors of tissue among a background of non-proliferating cells. The callus may also be cultured on non-selective media at various times during the overall selection procedure.

Once a callus sector is identified as a putative transformant, transformation can be confirmed by phenotypic and/or genotypic analysis. If a selection agent is used, an example of phenotypic analysis is to measure the increase in fresh weight of the putative transformant as compared to a control on various levels of the selective agent. Other

18

analyses that may be employed will depend on the function of the heterologous DNA. For example, if an enzyme or protein is encoded by the DNA, enzymatic or immunological assays specific for the particular enzyme or protein may be used. Other gene products may be assayed by using a suitable bioassay or chemical assay. Other such techniques are well known in the art and are not repeated here. The presence of the gene can also be confirmed by conventional procedures, i.e. Southern blot or polymerase chain reaction (PCR) or the like.

V. Regeneration of Plants and Production of Seed

Cell lines which have been shown to be transformed must then be regenerated into plants and the fertility of the resultant plants determined. Transformed lines which test positive by genotypic and/or phenotypic analysis are then placed on a media which promotes tissue differentiation and plant regeneration. Regeneration may be carried out in accordance with standard procedures well known in the art. The procedures commonly entail reducing the level of auxin which discontinues proliferation of a callus and promotes somatic embryo development or other tissue differentiation. One example of such a regeneration procedure is described in Green et al. (1981). The plants are grown to maturity in a growth room or greenhouse and appropriate sexual crosses and selfs are made as described by Neuffer (1981).

Regeneration, while important to the present invention, may be performed in any conventional manner. If a selectable marker has been transformed into the cells, the selection agent may be incorporated into the regeneration media to further confirm that the regenerated plantlets are transformed. Since regeneration techniques are well known and not critical to the present invention, any technique which accomplishes the regeneration and produces fertile plants may be used.

VI. Analysis of R1 Progeny

The plants regenerated from the transformed callus are referred to as the R0 generation or R0 plants. The seeds produced by various sexual crosses of the R0 generation plants are referred to as R1 progeny or the R1 generation. When R1 seeds are germinated, the resulting plants are also referred to as the R1 generation.

To confirm the successful transmission and inheritance of the heterologous DNA in the sexual crosses described above, the R1 generation should be analyzed to confirm the presence of the transforming DNA. The analysis may be performed in any of the manners such as were disclosed above for analyzing the bombarded callus for evidence of transformation, taking into account the fact that plants and plant parts are being used in place of the callus.

VII. Breeding of Genetically Engineered Commercial Hybrid Seed

Generally, the commercial value of the transformed corn produced herein will be greatest if the heterologous DNA can be incorporated into many different hybrid combinations. A farmer typically grows several varieties of hybrids based on differences in maturity, standability, and other agronomic traits. Also, the farmer must select a hybrid based upon his physical location since hybrids adapted to one part of the corn belt are generally not adapted to another part because of differences in such traits as maturity, disease, and insect resistance. As such, it is necessary to incorporate the heterologous DNA into a large number of parental lines so that many hybrid combinations can be produced containing the desirable heterologous DNA. This may conveniently be done by breeding programs in which a conversion process (backcrossing) is performed by crossing the initial transgenic fertile plant to normal elite inbred lines and then

6,013,863

**19**

crossing the progeny back to the normal parent. The progeny from this cross will segregate such that some of the plants will carry the heterologous DNA whereas some will not. The plants that do carry the DNA are then crossed again to the normal plant resulting in progeny which segregate once more. This crossing is repeated until the original normal parent has been converted to a genetically engineered line containing the heterologous DNA and also possessing all other important attributes originally found in the parent. A separate back-crossing program will be used for every elite line that is to be converted to a genetically engineered elite line. It may be necessary for both parents of a hybrid seed corn to be homozygous for the heterologous DNA. Corn breeding and the techniques and skills required to transfer genes from one line or variety to another are well-known to those skilled in the art. Thus introducing heterologous DNA into lines or varieties which do not generate the appropriate calli can be readily accomplished by these breeding procedures.

**VIII. Uses of Transgenic Plants**

The transgenic plants produced herein are expected to be useful for a variety of commercial and research purposes. Transgenic plants can be created for use in traditional agriculture to possess traits beneficial to the grower (e.g. agronomic traits such as pest resistance or increased yield), beneficial to the consumer of the grain harvested from the plant (e.g. improved nutritive content in human food or animal feed), or beneficial to the food processor (e.g. improved processing traits). In such uses, the plants are generally grown for the use of their grain in human or animal foods. however, other parts of the plants, including stalks, husks, vegetative parts, and the like, may also have utility, including use as part of animal silage or for ornamental purposes (e.g. Indian corn). often chemical constituents (e.g. oils or starches) of corn and other crops are extracted for food or in dustrial use and transgenic plants may be created which have enhanced or modified levels of such components. The plants may also be used for seed production for a variety of purposes.

Transgenic plants may also find use in the commercial manufacture of proteins or othermolecules encoded by the heterologous DNA contained therein, where the molecule of interest is extracted or purified from plant parts, seeds, and the like. Cells or tissue from the plants may also be cultured, grown in vitro, or fermented to manufacture such molecules, or for other purposes (e.g. for research).

The transgenic plants may also be used in commercial breeding programs, or may be crossed or bred to plants of related crop species. Improvements encoded by the heterologous DNA may be transferred, e.g. from corn cells to cells of other species e.g. by protoplast fusion.

The transgenic plants may have many use s in research or breeding, including creation of new mutant plants through insertional mutagenesis, in order to identify beneficial mutants that might later be created by traditional mutation and selection. The methods of the invention may also be used to create plants having unique "signature sequences" or other marker sequences which can be used to identify proprietary lines or varieties.

The following non-limiting examples are illustrative of the present invention. They are presented to better explain the general procedures which were used to prepare the fertile *Zea mays* plants of this invention which stably express the heterologous DNA and which transmit that DNA to progeny. All parts and percents are by weight unless otherwise specified. It must be recognized that a specific transformation event is a function of the amount of material subjected

**20**

to the transformation procedure. Thus when individual situations arise in which the procedures described herein do not produce a transformed product, repetition of the procedures will be required.

**EXAMPLE I**

Fertile transgenic *Zea mays* plants which contain heterologous DNA which is heritable were prepared as follows:

**I. Initiation and Maintenance of Maize Cell Cultures which Retain Plant Regeneration Capacity**

Friable, embryogenic maize callus cultures were initiated from hybrid immature embryos produced by pollination of inbred line A188 plants (University of Minnesota, Crop Improvement Association) with pollen of inbred line B73 plants (Iowa State University). Ears were harvested when the embryos had reached a length of 1.5 to 2.0 mm. The whole ear was surface sterilized in 50% v/v commercial bleach (2.63% w/v sodium hypochlorite) for 20 min. at room temperature. The ears were then washed with sterile distilled, deionized water. Immature embryos were aseptically isolated and placed on nutrient agar initiation/maintenance media with the root/shoot axis exposed to the medium. Initiation/maintenance media (hereinafter refered to as F medium) consisted of N6 basal media (Chu 1975) with 2% (w/v) sucrose, 1.5 mg per liter 2,4-dichlorophenoxyacetic acid (2,4-D), 6 mM proline, and 0.25% Gelrite (Kelco, Inc. San Diego). The pH was adjusted to 5.8 prior to autoclaving. Unless otherwise stated, all tissue culture manipulations were carried out under sterile conditions.

The immature embryos were incubated at 26° C. in the dark. Cell proliferations from the scutellum of the immature embryos were evaluated for friable consistency and the presence of well defined somatic embryos. Tissue with this morphology was transferred to fresh media 10 to 14 days after the initial plating of the immature embryos. The tissue was then subcultured on a routine basis every 14 to 21 days. Sixty to eighty milligram quantities of tissue were removed from pieces of tissue that had reached a size of approximately one gram and transferred to fresh media. Subculturing always involved careful visual monitoring to be sure that only tissue of the correct morphology was maintained. The presence of somatic embryos ensured that the cultures would give rise to plants under the proper conditions. The cell culture named AB12 used in this example was such a culture and had been initiated about 1 year before bombardment.

**II. Plasmids—pCHN1-1, pHYGI1, pBII221, and pLUC-1**

The plasmids pCHN1-1, pHYGI1, and pLUC-1 were constructed in the vector pBS+ (Stratagene, Inc., San Diego, Calif.), a 3.2 Kb circular plasmid, using standard recombinant DNA techniques. pCHN1-1 contains the hygromycin B phosphotransferase (HPT) coding sequence from *E. coli* (Gritz et al. 1983) flanked at the 3' end by the nopaline synthase (nos) polyadenylation sequence of Agrobacterium tumefaciens (Chilton and Barnes 1983). Expression is driven by the cauliflower mosaic virus (CaMV) 35S promoter (Guilley et al. 1982), located upstream from the hygromycin coding sequence. The plasmid pHYGI1 was constructed by inserting the 553 bp Bcl-BamHI fragment containing the maize Adh1S first intron (Callis et al. 1987) between the CaMV 35S promoter and the hygromycin coding sequence of pCHN1-1. A map of pHYGII is provided as FIG. 1.

pBII221 contains the *E. Coli* B-glucuronidase coding sequence flanked at the 5' end by the CaMV 35S promoter and at the 3' end by the nos polyadenylation sequence. The plasmid was constructed by inserting the maize AdhIS first

6,013,863

21

intron between the 35S promoter and the coding sequence of pBII221 (Jefferson et al. 1987). A map of pBII221 is provided as FIG. 2.

pLUC-1 contains the firefly luciferase coding sequence (DeWet et al. 1987) flanked at the 5' end by the CaMV 35S promoter and at the 3' end by the nos polyadenylation sequence. This plasmid was used solely as a negative control.

Plasmids were introduced into the embryogenic callus culture AB12 by microprojectile bombardment.

III. DNA Delivery Process

The embryogenic maize callus line AB12 was subcultured 7 to 12 d prior to microprojectile bombardment. AB12 was prepared for bombardment as follows. Five clumps of callus, each approximately 50 mg in wet weight were arranged in a cross pattern in the center of a sterile 60×15 mm petri plate (Falcon 1007). Plates were stored in a closed container with moist paper towels throughout the bombardment process. Twenty six plates were prepared.

Plasmids were coated onto M-10 tungsten particles (Biolistics) exactly as described by Klein, et al (1988b) except that, (i) twice the recommended quantity of DNA was used, (ii) the DNA precipitation onto the particles was performed at 0° C., and (iii) the tubes containing the DNA-coated tungsten particles were stored on ice through-out the bombardment process.

All of the tubes contained 25 ul 50 mg/ml M-10 tungsten in water, 25 ul 2.5 M CaCl₂, and 10 ul 100 mM spermidine free base along with a total of 5 ul 1 mg/ml total plasmid content. When two plasmids were used simultaneously, each was present in an amount of 2.5 ul. One tube contained only plasmid pBII221; two tubes contained both plasmids pHYGI1 and pBII221; two tubes contained both plasmids pCHN1-1 and pBII221; and one tube contained only plasmid pLUC-1.

All tubes were incubated on ice for 10 min., pelletized by centrifugation in an Eppendorf centrifuge at room temperature for 5 seconds, and 25 ul of the supernatant was discarded. The tubes were stored on ice throughout the bombardment process. Each preparation was used for no more than 5 bombardments.

Macroprojectiles and stopping plates were obtained from Biolistics, Inc. (Ithaca, N.Y.). They were sterilized as described by the supplier. The microprojectile bombardment instrument was obtained from Biolistics, Inc.

The sample plate tray was positioned at the position 5 cm below the bottom of the stopping plate tray of the micro-projectile instrument, with the stopping plate in the slot below the barrel. Plates of callus tissue prepared as described above were centered on the sample plate tray and the petri dish lid removed. A 7×7 cm square rigid wire mesh with 3×3 mm mesh and made of galvanized steel was placed over the open dish in order to retain the tissue during the bombardment. Tungsten/DNA preparations were sonicated as described by Biolistics, Inc. and 2.5 ul was pipetted onto the top of the macroprojectiles. The instrument was operated as described by the manufacturer. The following bombardments were performed:

2×pBII221 prep To determine transient expression frequency

10×pHYGI1/pBII221 As a potential positive treatment for transformation

10×pCHN1-1/pBII221 As a potential positive treatment for transformation

4×pLUC-1 Negative control treatment

The two plates of callus bombarded with pBII221 were transferred plate for plate to F medium (with no

22

hygromycin) and the callus cultured at 26° C. in the dark. After 2 d this callus was then transferred plate for plate into 35×10 mm petri plates (Falcon 1008) containing 2 ml of GUS assay buffer which consists of 1 mg/ml 5-bromo-4-chloro-3-indolyl-beta-D-glucuronide (Research Organics), 100 mM sodium phosphate pH 7.0, 5 mM each of potassium ferricyanide and potassium ferrocyanide, 10 mM EDTA, and 0.06% Triton X-100. These were incubated at 37° C. for 3 d after which the number of blue cells was counted giving 291 and 477 transient GUS expressing cells in the two plates, suggesting that the DNA delivery process had also occurred on the other bombarded plates. These plates were discarded after counting since the GUS assay is destructive.

IV. Selection Process

Hygromycin B (Calbiochem) was incorporated into the medium by addition of the appropriate volume of filter sterilized 100 mg/ml Hygromycin B in water when the media had cooled to 45° C. prior to pouring plates.

Immediately after all samples had been bombarded, callus from all of the plates treated with pHYGI1/pBII221, pCHN1-1/pBII221 and three of the plates treated with pLUC-1 were transferred plate for plate onto F medium containing 15 mg/l hygromycin B, (five pieces of callus per plate). These are referred to as round 1 selection plates. Callus from the fourth plate treated with pLUC-1 was transferred to F medium without hygromycin. This tissue was subcultured every 2–3 weeks onto nonselective medium and is referred to as unselected control callus.

After two weeks of selection, tissue appeared essentially identical on both selective and nonselective media. All callus from eight plates from each of the pHYGI1/pBII221 and pCHN1-1/pBII221 treatments and two plates of the control callus on selective media were transferred from round 1 selection plates to round 2 selection plates that contained 60 mg/l hygromycin. The round 2 selection plates each contained ten 30 mg pieces of callus per plate, resulting in an expansion of the total number of plates.

The remaining tissue on selective media, two plates each of pHYGI1/pBII221 and pCHN1-1/pBII221 treated tissue and one of control callus, were placed in GUS assay buffer at 37° C. to determine whether blue clusters of cells were observable at two weeks post-bombardment. After 6 d in assay buffer this tissue was scored for GUS expression.

| TREATMENT | REPLICATE | OBSERVATIONS |
|---|---|---|
| pLUC-1 | | no blue cells |
| pHYGI1/pBII221 | plate 1 | 31 single cells |
| | | 1 four cell cluster |
| | plate 2 | 5 single cells |
| pCHN1-1/pBII221 | plate 1 | 1 single cell |
| | | 2 two cell clusters |
| | plate 2 | 5 single cells |
| | | 1 two cell cluster |
| | | 2 clusters of 8–10 cells |

After 21 d on the round 2 selection plates, all viable portions of the material were transferred to round 3 selection plates containing 60 mg/l hygromycin. The round 2 selection plates, containing only tissue that was apparently dead, were reserved. Both round 2 and 3 selection plates were observed periodically for viable proliferating sectors.

After 35 d on round 3 selection plates both the round 2 and round 3 sets of selection plates were checked for viable sectors of callus. Two such sectors were observed proliferating from a background of dead tissue on plates treated with pHYGI1/pBII221. The first sector named 3AA was from the round 3 group of plates and the second sector named 6L was

6,013,863

23

from the round 2 group of plates. Both lines were then transferred to F medium without hygromycin.

After 19 d on F medium without hygromycin the line 3AA grew very little whereas the line 6L grew rapidly. Both were transferred again to F medium for 9 d. The lines 3AA and 6L were then transfered to F medium containing 15 mg/l hygromycin for 14 d. At this point, line 3AA was observed to be of very poor quality and slow growing. The line 6L however grew rapidly on F medium with 15 mg.l hygromycin. In preparation for an inhibition study of the line 6L on hygromycin, the line was then subcultured to F medium without hygromycin.

After 10 d on F medium an inhibition study of the line 6L was initiated. Callus of 6L was transfered onto F medium containing 0, 10, 30, 100, and 250 mg/l hygromycin B. Five plates of callus were prepared f or each concentration and each plate contained ten approximately 50 mg pieces of callus. one plate of unselected control ti ssue was prepared for each concentration of hygromycin.

It was found that the line 6L was capable of sustained growth over 9 subcultures on 0, 10, 30, 100, and 250 mg/l hygromycin. The name of the line 6L was changed at this time from 6L to PH1 (Positive Hlygromycin transformant 1).

Additional sectors were recovered at various time points from the round 2 and 3 selection plates. None of these were able to grow in the presence of hygromycin for multiple rounds, i.e. two or three subcultures.

V. Confirmation of transformed callus

To show that the PHi callus had acquired the hygromycin resistance gene, a Southern blot of PH1 callus was prepared as follows: DNA was isolated from PH1 and unselected control calli by freezing 2 g of callus in liquid nitrogen and grinding it to a fine powder which was transferred to a 30 ml Oak Ridge tube containing 6 ml extraction buffer (7M urea, 250 mM NaCl, 50 mM Tris-HCl pH 8.0, 20 mM EDTA pH 8.0, 1% sarcosine). To this was added 7 ml of phenol:chloroform 1:1, the tubes shaken and incubated at 37° C. 15 min. Samples were centrifuged at 8K for 10 min. at 4° C. The supernatant was pipetted through miracloth (Calbiochem 475855) into a disposable 15 ml tube (American Scientific Products, C3920-15A) containing 1 ml 4.4 M ammonium acetate, pH 5.2. Isopropanol, 6 ml, was added, the tubes shaken, and the samples incubated at −20° C. for 15 min. The DNA was pelleted in a Beckman TJ-6 centrifuge at the maximum speed for 5 min. at 4° C. The supernatant was discarded and the pellet was dissolved in 500 ul TE-10 (10 mM Tris-HCl pH 8.0, 10 mM EDTA pH 8.0) 15 min. at room temperature. The samples were transferred to a 1.5 ml Eppendorf tube and 100 ul 4.4 M ammonium acetate, pH 5.2 and 700 ul isopropanol were added. This was incubated at −20° C. for 15 min. and the DNA pelleted 5 min. in an Eppendorf microcentrifuge (12,000 rpm). The pellet was washed with 70% ethanol, dried, and resuspended in TE-1 (10 mM Tris-HCl pH 8.0, 1 EM EDTA).

The isolated DNA (10 ug) was digested with BamHI (NEB) and electrophoresed in a 0.8% w/v agarose gel at 15 V for 16 hrs in TAE buffer (40 mM Tris-acetate, 1 mM EDTA). The DNA within the gel was then depurinated by soaking the gel twice in 0.25 M HCl for 15 min., denatured and cleaved by soaking the gel twice in 0.5 M NaOH/1.0 M NaCl 15 min., and neutralized by soaking the gel twice in 0.5M Tris pH 7.4/3M NaCl 30 min. DNA was then blotted onto a Nytran membrane (Shleicher & Shuell) by capillary transfer overnight in 6×SSC (20×SSC, 3M NaCl, 0.3M sodium citrate pH 7.0). The membrane was baked at 80° C. for 2 hrs under vacuum. Prehybridization treatment of the

24

membrane was done in 6×SSC, 10×Denhardt's solution, 1% SDS, 50 ug/ml denatured salmon sperm DNA using 0.25 ml prehybridization solution per cm² of membrane. Prehybridization was carried out at 42° C. overnight.

A 32P labelled probe was prepared by random primer labelling with an Oligo Labelling Kit (Pharmacia) as per the suppliers instructions with 32P-dCTP (ICN Radiochemicals). The template DNA used was the 1055 bp BamHI fragment of pHYGI1, which is the HPT coding sequence. The fragment was gel purified and cut again with PstI (NEB) before labelling.

The hybridization was performed in 50% formamide, 6×SSC, 1% SDS, 50 ug/ml denatured salmon sperm DNA (Sigma), 0.05% sodium pyrophosphate and all of the isopropanol precipitated heat denatured probe (10⁷ CPM/50ug template). The hybridization was carried out at 42° C. overnight.

The membrane was washed twice in 50 ml 6×SSC, 0.1% SDS 5 min. at room temperature with shaking, then twice in 500 ml 6×SSC, 0.1% SDS 15 min. at room temperature, then twice in 500 ml 1×SSC, 1% SDS 30 min. at 42° C., and finally in 500 ml 0.1×SSC 1% SDS 60 min. at 65° C. Membranes were exposed to Kodak X-OMAT AR film in an X-OMATIC cassette with intensifying screens. As shown in FIG. 3, a band was observed for PH1 callus at the expected position of 1.05 Kb, indicating that the HPT coding sequence was present. No band was observed for control callus.

VI. Plant Regeneration and Production of Seed

PH1 callus was transferred directly from all of the concentrations of hygromycin used in the inhibition study to RM5 medium which consists of MS basal salts (Murashige et al. 1962) supplemented with thiamine HCl 0.5 mg/l, 2,4-D 0.75 mg/l, sucrose 50 g/l, asparagine 150 mg/l, and Gelrite 2.5 g/l (Kelco Inc. San Diego).

After 14 d on RM5 medium the majority of PH1 and negative control callus was transferred to R5 medium which is the same as RMT medium, except that 2,4-D is omitted. These were cultured in the dark for 7 d at 26° C. and transferred to a light regime of 14 hours light and 10 hours dark for 14 d at 26° C. At this point, plantlets that had formed were transferred to one quart canning jars (Ball) containing 100 ml of R5 medium. Plants were grown in vermiculite after 14 and 21 d. Plants were grown in vermiculite for 7 or 8 before transplanting into soil and grown to maturity. A total of 65 plants were produced from PH1 and a total of 30 plants were produced from control callus.

To demonstrate that the introduced DNA had been retained in the Ro tissue, a Southern blot was performed as previously described on leaf DNA from three randomly chosen Ro plants of PH1. As shown in FIG. 4, a 1.05 Kb band was observed with all three plants indicating that the HPT coding sequence was present. No band was observed for DNA from a control plant.

Controlled pollinations of mature PH1 plants were conducted by standard techniques with inbred lines A188, B73 and Oh43. Seed was harvested 45 days post-pollination and allowed to dry further 1–2 weeks. Seed set varied from 0 to 40 seeds per ear when PH1 was the female parent and from 0 to 32 seeds per ear when PH1 was the male parent.

VII. Analysis of the R1 Progeny

The presence of the hygromycin resistance trait was evaluated by a root elongation bioassay, an etiolated leaf bioassay, and by Southern blotting. Two ears each from regenerated PH1 and control plants were selected for analysis. The pollen donor was inbred line A188 for all ears.

(A) Root Elongation Bioassay

6,013,863

<table>
<tr><td>25</td><td>26</td></tr>
</table>

Seed was sterilized in a 1:1 dilution of commercial bleach in water plus alconox 0.1% for 20 min. in 125 ml Erlenmeyer flasks and rinsed 3 times in sterile water and imbibed overnight in sterile water containing 50 mg/ml captan by shaking at 150 rpm.

After imbibition, the solution was decanted from the flasks and the seed transferred to flow boxes (Flow Laboratories) containing 3 sheets of $H_2O$ saturated germi-

coding sequence as described previously. Plants with a 1.05 Kb band present in the Southern blot were classified as transgenic. As shown in FIG. 5, two out of seven progeny of PH1 plant 3 were transgenic as were three out of eight progeny of PHI plant 10. The blot results correlated precisely with data from the bioassays, confirming that the heterologous DNA was transmitted through one complete sexual life cycle. All data are summarized in Table 3.

TABLE 3

| | | ANALYSIS OF PH1 R1 PLANTS | | | | | |
|---|---|---|---|---|---|---|---|
| PH1 PLANT | ROOT ASSAY | LEAF ASSAY | BLOT | CONT. PLANT | ROOT ASSAY | LEAF ASSAY | BLOT |
| 3.1 | + | ND | + | 4.1 | − | ND | ND |
| 3.2 | − | ND | − | 4.2 | − | ND | ND |
| 3.3 | − | ND | · | 4.3 | − | ND | ND |
| 3.4 | − | ND | · | 4.4 | − | ND | ND |
| 3.5 | − | ND | − | 4.5 | − | ND | ND |
| 3.6 | + | ND | + | 4.6 | − | ND | ND |
| 3.7 | − | ND | − | 4.7 | − | ND | ND |
| | | | | 2.1 | | ND | − |
| 10.1 | + | + | + | 1.1 | − | − | − |
| 10.2 | + | + | + | 1.2 | − | − | ND |
| 10.3 | − | − | ND | 1.3 | − | − | ND |
| 10.4 | − | − | − | 1.4 | − | − | ND |
| 10.5 | − | − | − | 1.5 | − | − | ND |
| 10.6 | − | − | − | 1.6 | − | − | ND |
| 10.7 | − | − | − | 1.7 | − | − | ND |
| 10.8 | ND | + | + | 1.8 | − | − | ND |

KEY: + = transgenic; − = nontransgenic; ND = not done

nation paper. A fourth sheet of water saturated germination paper was placed on top of the seed. Seed was allowed to germinate 4 d.

After the seed had germinated, approximately 1 cm of the primary root tip was excised from each seedling and plated on MS salts, 20 g/l sucrose, 50 mg/l hygromycin, 0.25% Gelrite, and incubated in the dark at 26° C. for 4 d.

Roots were evaluated for the presence or absence of abundant root hairs and root branches. Roots were classified as transgenic (hygromycin resistant) if they had root hairs and root branches, and untransformed (hygromycin sensitive) if they had limited numbers of branches. The results are shown in Table 1.

(B) Etiolated leaf bioassay

After the roots were excised as described above, the seedlings of one PH1 ear and one control ear were transferred to moist vermiculite and grown in the dark for 5 d. At this point 1 mm sections were cut from the tip of the coleoptile, surface sterilized 10 seconds, and plated on MS basal salts, 20 g/l sucrose, 2.5 g/l Gelrite with either 0 (control) or 100 mg/l hygromycin and incubated in the dark at 26° C. for 18 hr. Each plate contained duplicate sections of each tissue. They were then incubated in a light regimen of 14 hours light 10 hours dark at 26° C. for 48 hr, and rated on a scale of from 0 (all brown) to 6 (all green) for the percent of green color in the leaf tissue. Shoots were classified as untransformed (hygromycin sensitive) if they had a rating of zero and classified as transformed (hygromycin resistant) if they had a rating of 3 or greater. The results are shown in Table 3.

(C) Southern Blots

Seedling form the bioassays were transplanted to sail and are growing to sexual maturity. DNA was isolated from 0.8 g of leaf tissue after about 3 weeks and probed with the HPT

EXAMPLE II

The procedure of Example I was repeated with minor modifications.

I. Plant Lines and Tissue Cultures

The embryogenic maize callus line, AB12, was used as in Example I. The line had been initiated about 18 months before the actual bombardment occurred.

II. Plasmids

The plasmids pBII221 and pHYGI1 described in Example I were used.

III. DNA delivery process

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. All of the tubes contained 25 ul 50 mg/ml M-10 tungsten in water, 25, ul 2.5 M $CaCl_2$, and 10 ul 100 mM spermidine free base along with a total of 5 ul 1 mg/ml total plasmid content. One tube contained only plasmid pBII221; two tubes contained only plasmid pHYGI1; and one tube contained no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1mM EDTA pH 8.0).

The following bombardments were done:

| 2 × pBII221 prep | For transient expression |
|---|---|
| 7 × pHYGI1 prep | Potential positive treatment |
| 3 × TE prep | Negative control treatment |

After all the bombardments were performed, the callus from the pBII221 treatments was transferred plate for plate to F medium as five 50 mg pieces. After 2 d the callus was placed into GUS assay buffer as per Example I. Numbers of transiently expressing cells were counted and found to be 686 and 845 GUS positive cells, suggesting that the particle delivery process had occurred in the other bombarded plates.

B88

6,013,863

27

IV. Selection of Transformed Callus

After bombardment the callus from the pHYGI1 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate (different from Example I). The same was done for two of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 13 d the callus on round 1 selection plates was indistinguishable from unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin. An approximate five fold expansion of the numbers of plates occurred.

The callus on round 2 selection plates had increased substantially in weight after 23 d, but at this time appeared close to dead. All of the callus was transfered from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin. This transfer of all material from round 2 to round 3 selection differs from Example I in which only viable sectors were transferred and the round 2 plates reserved.

At 58 d post-bombardment three live sectors were observed proliferating from the surrounding dead tissue. All three lines were from pHYGI1 treatments and were designated 24C, 56A, and 55A.

After 15 d on maintainance medium, growth of the lines was observed. The line 24C grew well whereas lines 55A and 56A grew more slowly. All three lines were transferred to F medium containing 60 mg/l hygromycin. Unselected control callus from maintenance was plated to F medium having 60 mg/l hygromycin.

After 19 d on 60 mg/l hygromycin the growth of line 24C appeared to be entirely uninhibited, with the control showing approximately 80% of the weight gain of 24C. The line 56A was completely dead, and the line 55A was very close. The lines 24C and 55A were transferred again to F 60 mg/l hygromycin as was the control tissue.

After 23 d on 60 mg/l hygromycin the line 24C again appeared entirely uninhibited. The line 55A was completely dead, as was the negative control callus on its second exposure to to F 60 mg/l hygromycin.

At 88 d post-bombardment, a sector was observed proliferating among the surrounding dead tissue on the round 3 selection plates. The callus was from a plate bombarded with pHYGI1 and was designated 13E. The callus was transferred to F medium and cultured for 19 d. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin. After 14 d of culture, the callus line 13E appeared uninhibited on both levels of hygromycin. The control callus appeared to have about 80% of the weight gain of 13E. The callus lines were transferred to fresh media at the same respective levels of hygromycin.

V. Confirmation of Transformed Callus

A Southern blot was prepared from DNA from the line 24C. As shown in FIG. 6, a band was observed for the line 24C at the expected size of 1.05 Kb showing that the line 24C contained the HPT coding sequence. No band was observed for DNA from control tissue. The name of the callus line 24C was changed to PH2.

VI. Plant Regeneration and Production of Seed

The line 24C along with unselected control callus were placed onto RM5 medium to regenerate plants as in

28

Example I. After 16 d the callus was transferred to R5 medium as in Example I.

EXAMPLE III

The procedure of Example II was repeated exactly except that different plasmids were used.

The plasmids pBII221 and pHYGI1 described in Example I were used as well as pMS533 which is a plasmid that contains the insecticidal Bacillus thuringiensis endotoxin (BT) gene fused in frame with the neomycin phosphotransferase (NPTII) gene. 5' of the fusion gene are located segments of DNA from the CaMV 35S and nopaline synthase promoters. 3' from the fusion gene are segments of DNA derived from the tomato protease inhibitor I gene and the poly A region of the nopaline synthase gene.

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. Two tubes contained plasmids pHYGI1 and pMS533 and one tube contained no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1mM EDTA pH 8.0).

The following bombardments were done:

9×pHYGI1/pMS533 Potential positive treatment

2 ×TE prep Control treatment

After bombardment the callus from the pHYGI1/pMS533 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate. The same was done for one of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 12 d the callus on round 1 selection plates appeared to show about 90% of the weight gain of the unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin as ten 30 mg pieces per plate.

After 22 d of selection on round 2 selection plates, the callus appeared completely uninhibited. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin.

At 74 d post-bombardment a single viable sector was observed proliferating from the surrounding necrotic tissue. The callus line was from pHYGI1/pMS533 treated material and was designated 86R. The callus line 86R was transferred to F medium.

After 24 d the callus line 86R had grown substantially. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin.

After 19 d of culture, the callus line 86R appeared to grow rapidly and was uninhibited on both levels of hygromycin. The control callus appeared to have only about 50% of the weight gain of 86R. The callus lines were transferred to fresh media at the same respective levels of hygromycin to further test the resistance of the callus line 86R to hygromycin.

COMPARATIVE EXAMPLE A

The basic procedures of Examples I–III have been attempted except varying the selection regime or the form of the callus. These other attempts, which are detailed in Table 4 below, were not successful. Since they were not repeated several times, it is not known whether they can be made to

B89

6,013,863

29

work. In all of the procedures, no viable sectors were observed. In the Table, "Sieved" indicates that the callus was passed through an 860 micron sieve before bombardment; the selective agent was hygromycin for each case except when pMXTI1 was the plasmid and methotrexate the selection agent.

TABLE 4

| Summary of Comparative Example A | | | | | | |
|---|---|---|---|---|---|---|
| Recip. Tissue | Plasmids | Recov. Period | Round 1 Level | Round 1 Period | Round 2 Level | Round 2 Period |
| Clumps | pCHN1-1 pBII221 | 13 | 60 | 21 | 60 | 81 |
| Clumps | pCHN1-1 pBII221 | 14 | 100 | 22 | — | — |
| Clumps | pHYGI1 pBII221 | 8 | 60 | 19 | 30 | 132 |
| Clumps | pCHN1-1 pBII221 | 0 | 30 | 22 | 60 | 109 |
| Clumps | pMTXI1 pBII221 | 8 | 3 | 105 | — | — |
| Sieved | PCHN1-1 pBII221 | 13 | — | — | — | — |

What is claimed is:

1. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, wherein said DNA comprises at least a screenable marker gene; (ii) selecting a population of transformed cells

30

expressing the selectable marker gene; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is expressed so as to impart glyphosate resistance to said transgenic plant and is transmitted through a normal sexual cycle of said transgenic plant to progeny plants.

2. The process of claim 1 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

3. The process of claim 1 wherein the cells are derived from immature embryos.

4. The process of claim 1 wherein said DNA encodes an EPSP synthase.

5. The process of claim 1 further comprising obtaining transgenic glyphosate resistant progeny plants of subsequent generations from said fertile transgenic plant.

6. The process of claim 5 further comprising obtaining seed from one of said progeny plants.

7. A process for producing seed comprising:

(a) providing a fertile transgenic *Zea mays* produced by the process of claim 1, plant comprising heterologous heritable DNA that is expressed so as to impart glyphosate resistance to said transgenic *Zea mays* plant;

(b) cultivating said transgenic *Zea mays* plant;

(c) obtaining seed from said cultivated *Zea mays* plant.

8. The process of claim 7 wherein the DNA encodes an EPSP synthase.

* * * * *

B90

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,013,863                                     Page 1 of 2
DATED         : January 11, 2000
INVENTOR(S)   : Lundquist et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 10,
Line 12, delete the comma and insert a prime sign, therefor.
Line 73, delete "ST.L.1" and insert -- ST.LS.1 --, therefor.

Column 11,
Line 44, delete "Nicatiana" and insert -- Nicotiana --, therefor.

Column 13-14,
In the first two rows of Table 2, delete all four occurences of "ncomycin" and insert -- neomycin --, therefor.
In the second to last row and first column of Table 2, delete "luciterase" and insert -- luciferase --, therefor.
Footnote 1, add a space between "EMBO" and "J", both occurrences.
Footnote 2, add a space between "PNAS" and "USA".
Footnote 2, underline "Nucl. Acids Res., 14,".
Footnote 3, underline "EMBO J., 3," and "Nature, 303,".
Footnote 4, underline "Nature, 310,", "ibid.," and "EMBO J., 2,".
Footnote 5, delete "Somat. Cell, Mol. Genet." and replace with -- Somat. Cell. Mol. Genet., 13. --therefore.
Footnote 6, underline "Theor, Appl. Genet., 66", Nature, 300,", "Plant Mol. Biol., 5," and "J. Mol. Appl. Genet., 2".
Footnote 7, underline "EMBO J., 4,", "Nuc. Acids Res., 14," and "EMBO J., 2,".
Footnote 8, underline "Science, 284" and "Plant Mol. Biol., 5," both occurrences.
Footnote 9, underline "Plant Mol. Biol., 2,".
Footnote 10, underline "Mol. Gen. Genet., 210,".
Footnote 11, underline "Nature, 317" and "Biotechnology, 5,".
Footnote 12, underline "EMBO J., 6,", both occurrences.
Footnote 13, underline "Biotechnology, 2,".
Footnote 14, underline "Nuc. Acids Res., 15" and "EMBO J., 6,".
Footnote 15, underline "Mol. Gen. Genet., 204,".
Footnote 16, underline "Science, 234,", "PNAS USA", and "Nucl. Acids Res., 15,".

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 2 of 2

PATENT NO.    : 6,013,863
DATED         : January 11, 2000
INVENTOR(S)   : Lundquist et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Column 29,</u>
Line 29, delete "screenable" and insert — selectable —, therefor.

<u>Column 30,</u>
Line 21, insert "plant" before — produced —.
Line 22, insert "said" before — plant —.

Signed and Sealed this

Twenty-third Day of October, 2001

Attest:

*Nicholas P. Godici*

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

Attesting Officer

US005538880A

## United States Patent [19]

Lundquist et al.

[11] Patent Number: 5,538,880

[45] Date of Patent: * Jul. 23, 1996

[54] METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

[75] Inventors: Ronald C. Lundquist, Minnetonka; David A. Walters, Bloomington, both of Minn.

[73] Assignee: DeKalb Genetics Corporation, St. Paul, Minn.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,538,877.

[21] Appl. No.: 249,458

[22] Filed: May 26, 1994

### Related U.S. Application Data

[63] Continuation of Ser. No. 974,379, Nov. 10, 1992, which is a continuation of Ser. No. 467,983, Jan. 22, 1990, abandoned.

[51] Int. Cl.$^6$ .................... C12N 15/00; C12N 15/05; A01H 1/06; A01H 4/00

[52] U.S. Cl. .................... 435/172.3; 435/172.1; 435/240.48; 435/240.49; 935/52; 935/55; 935/67; 935/85; 800/205; 800/225; 800/DIG. 56

[58] Field of Search .................... 435/172.3, 172.1, 435/240.4, 240.45, 240.49, 287; 800/205, 235; 935/52, 53, 55, 67, 85

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,370,160 | 1/1983 | Ziemelis .................... 71/117 |
| 4,559,302 | 12/1985 | Ingolia .................... 435/172.3 |
| 4,581,847 | 4/1986 | Hibberd et al. .................... 47/58 |
| 4,665,030 | 5/1987 | Close .................... 435/240 |
| 4,666,844 | 5/1987 | Cheng .................... 435/240 |
| 4,727,028 | 2/1988 | Santerre et al. .................... 435/240.2 |
| 4,806,483 | 2/1989 | Wang .................... 435/240.49 |
| 4,940,835 | 7/1990 | Shah et al. .................... 800/205 |
| 5,049,500 | 9/1991 | Amizen et al. .................... 435/172.3 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0126537A2 | 4/1983 | European Pat. Off. | A61K 9/52 |
| 0141373A3 | 5/1985 | European Pat. Off. | A01G 7/00 |
| 0154204A2 | 9/1985 | European Pat. Off. | A01H 15/10 |
| 0160390A2 | 11/1985 | European Pat. Off. | C12N 15/00 |
| 0204549A2 | 10/1986 | European Pat. Off. | C12N 5/02 |
| 0202668A2 | 11/1986 | European Pat. Off. | C12N 15/00 |
| 0242236A1 | 10/1987 | European Pat. Off. | C12N 15/00 |
| 0242246A1 | 11/1987 | European Pat. Off. | C12N 15/00 |
| 0299552A1 | 1/1988 | European Pat. Off. | A01H 1/02 |
| 0262971A2 | 5/1988 | European Pat. Off. | C12N 15/00 |
| 0270356A2 | 6/1988 | European Pat. Off. | C12N 15/00 |
| 0275069A2 | 7/1988 | European Pat. Off. | C12N 15/00 |
| 0280400A2 | 8/1988 | European Pat. Off. | A01C 1/06 |
| 0282164A2 | 9/1988 | European Pat. Off. | C12N 5/00 |
| 0292435A1 | 11/1988 | European Pat. Off. | C12N 15/00 |
| 0289479A2 | 11/1988 | European Pat. Off. | C12N 15/00 |
| 0290395A2 | 11/1988 | European Pat. Off. | C12N 15/00 |
| 0301749A2 | 2/1989 | European Pat. Off. | C12N 15/00 |
| 0334539A2 | 9/1989 | European Pat. Off. | C12M 3/00 |
| 0331855A2 | 9/1989 | European Pat. Off. | C12N 15/00 |
| 0348348A2 | 12/1989 | European Pat. Off. | A01N 65/00 |
| 04421741 | 4/1991 | European Pat. Off. | C12N 15/82 |

| | | | |
|---|---|---|---|
| 3738874A1 | 11/1988 | Germany | A01H 1/06 |
| 8801444 | 1/1990 | Netherlands | C12N 15/87 |
| 2159173 | 11/1985 | United Kingdom | C12N 15/00 |
| WO85/01856 | 5/1985 | WIPO | A01B 76/00 |
| WO85/02972 | 7/1985 | WIPO | A01C 1/06 |
| WO87/05629 | 9/1987 | WIPO | C12N 15/00 |
| WO89/04371 | 5/1989 | WIPO | C12N 21/00 |
| WO89/12102 | 12/1989 | WIPO | C12N 15/00 |
| WO90/10691 | 8/1990 | WIPO | C12N 5/00 |

### OTHER PUBLICATIONS

"Bullets" Transform Plant Cells, *Agricell Report*, 9, 5 (Jul. 1987).

"Shotgunning DNA into Cells," *Genetic Engineering News*, (Jul./Aug. 1987).

Ahokes, H. "Electrophoretic transfection of cereal grains with exogenous nucleic acid," Soc. Biochem. Biophys. Microbio. Fen., Biotieteen Paivat (Bioscience Days), Technical University of Helsinki, Espoo, p. 2 (1989).

Armstrong, C. L., et al., "Genetic and cytogenetic variation in plants regenerated from organogenic and friable, embryonic tissue cultures of maize," *Biological Abstracts*, vol. 85, Abstract No. 117662 (1988).

Barker, R. F., et al., "Nucleotide Sequence of the T-DNA Region from the *Agrobacterium tumefaciens* Octopone Ti Plasmid pTi15955," *Plant Mol. Biol.*, 2, 335–350 (1983).

Bevan, M., et al., "A Chimaeric Antibiotic Resistance Gene as a Selectable Marker for Plant Cell Transformation," *Nature*, 304, 184–187 (1983).

Bevan, M., et al., "Structure and Transcription of the Nopaline Synthase Gene Region of T-DNA," *Nuc. Acids Res.*, 11, 369–385 (1983).

Booy, G., et al., "Attempted Pollen-Mediated Transformation of Maize," *J. Plant Physiol.*, 135, 319–324 (1989).

Callis, J., et al., "Introns Increase Gene Expression in Cultures Maize Cells," *Genes and Development*, 1, 1183–1200 (1987).

Cao, J., et al., "Transformation of Rice and Maize using the Biolistic Process," In: *Plant Gene Transfer*, Alan R. Liss, Inc., pp. 21–33 (1990).

Chandler, V. L., et al., "Two Regulatory Genes of the Maize Anthocyanin Pathway are Homologous Isolation of B Utilizing R Genomic Sequences," *The Plant Cell*, 1, 1175–1183 (1989).

Christou, P., et al., "Cotransformation Frequencies of Foreign Genes in Soybean Cell Cultures," *Theor. Appl. Genet.*, 79, 337–341 (1990).

(List continued on next page.)

*Primary Examiner*—Gary Benzion
*Attorney, Agent, or Firm*—Schwegman, Lundberg, Woessner & Kluth

[57] ABSTRACT

Fertile transgenic *Zea mays* (corn) plants which stably express heterologous DNA which is heritable are disclosed along with a process for producing said plants. The process comprises the microjectile bombardment of friable embryogenic callus from the plant to be transformed. The process may be applicable to other graminaceous cereal plants which have not proven stably transformable by other techniques.

18 Claims, 10 Drawing Sheets

**5,538,880**
Page 2

## OTHER PUBLICATIONS

Christou, P., et al., "Stable Transformation of Soybean Callus by DNA–Coated Gold Particles," *Plant Physiol.*, 87, 671–674 (1988).

Cocking, F., et al., "Gene Transfer in Cereals," *Science*, 236, 1259–1262 (1987).

Creissen, G., et al., "Agrobacterium– and Microprojectile–Mediated Viral DNA Delivery into Barley Microspore Derived–Cultures," *Plant Cell Rep.*, 8, 680–683 (Apr. 1990).

Crossway, A., et al., "Integration of foreign DNA following microinjection of tobacco mesophyll protoplasts," *Mol. Gen. Genet.*, 202, 179–185 (1986).

De Block, M., et al., "Engineering herbicide resistance on plants by expression of a detoxifying enzyme," *EMBO J.*, 6, 2513–2518 (1987).

De Greef, W., et al., "Evaluation of herbicide resistance in transgenic crops under field conditions," *Bio/Technol.*, 7, 61–64 (1989).

Dekeyser, R. A., et al., "Evaluation of Selectable Markers for Rice Transformation," *Plant Physiol.*, 90, 217–223 (1989).

DeWald et al., "Plant regeneration from inbred maize suspensions," VIIth International Congress on Plant Tissue and Cell Culture, p. 12, Abstract No. A1–36 (Jun. 24–29, 1990).

DeWet, J. R. et al., "Cloning of Firefly Luciferase cDNA and the Expression of Active Luciferase in *Escherichia coli,*" *Proc. Nat. Acad. Sci. USA*, 82, 7870–7873 (1985).

Evans, D. A., et al., "Somaclonal Variation—Genetic Basis and Breeding Applications," *Trends Genet.*, 5, 46–50 (1989).

Fransz, P., et al., "Cytodifferentiation during callus initiation and somatic embryogenesis in *Zea mays* L.," Ph.D. thesis, U. of Wageningen Press, The Netherlands (1988).

Fromm, M. E., et al., "Stable Transformation of Maize after Gene Transfer by Electroporation," *Nature*, 319, 791–793 (1986).

Fromm, M., et al., "Expression of Genes Transfected into Monocot and Dicot Plant Cells by Electroporation," *Proc. Nat. Acad. Sci. USA*, 82, 5824–5828 (1985).

Gould, O., et al., "Shoot Tip Culture as a Potential Transformation System," Abstracts, Beltwide cotton production research conferences, New Orleans, LA, p. 91 (1988).

Graves, A., et al., "The transformation of *Zea mays* seedlings with *Agrobacterium tumefaciens*," *Plant Mol. Biol.*, 7, 43–50 (1986)..

Green, C., et al., "Plant Regeneration from Tissue Cultures of Maize," *Crop. Sci.*, 15, 417–421 (1975).

Green, C., et al., "Plant Regeneration in Tissue Cultures of Maize," In: *Maize for Biological Research*, Sheridan, W. F., (ed.) Plant Mol. Biol. Assoc., pp. 367–372 (1982).

Green, C., et al., "Somatic Cell Genetic Systems in Corn," In: *Advances in Gene Technology: Molecular Genetics Plant and Animals*, Academic Press, Inc., pp. 147–157 (1983).

Grimsley, N., et al., "DNA Transfer from Agrobacterium to *Zea mays* or *Brassica* by Agroinfection is Dependent on Bacterial Virulence Functions," *Mol. Gen. Genet.*, 217, 309–316 (1989).

Gritz, L., et al., "Plasmid–Encoded Hygromycin B Resistance: The Sequences of Hygromycin B Phosphotransferase Gene and Its Expression in *Escherichia coli* and *Saccharomyces cerevisiae,*" *Gene*, 25, 179–188 (1983).

Guilley, H., et al., "Transcription of Cauliflower Mosaic Virus DNA: Detection of Promotor Sequences, and Characterization of Transcripts," *Cell*, 30, 763–773 (Oct. 1982).

Hooykaas, P. J. J., "Transformation of plant cell via *Agrobacterium,*" *Plant Mol. Biol.*, 13, 327–336 (1989).

Horn, M., et al., "Transgenic Plants of Orchard Grass (*Dactylis glomerata* L.) from Protoplasts," *Chem. Abstracts*, 110, p. 208, Abstract No. 89869a (1989).

Jefferson, R., et al., "β–Glucuronidase from *Escherichia coli* as a Gene–Fusion Marker," *Proc. Nat. Acad. Sci. USA* 83, 8447–8451 (1986).

Jefferson, R., et al., "GUS Fusions: β–Glucuronidase as a Sensitive and Versatile Gene Fusion Marker in Higher Plants," *EMBO J.* 6, 3901–3907 (1987).

Jefferson, R., "Assaying chimeric genes in plants: the GUS gene fusion system," *Plant Mol. Biol. Rep.*, 5, 387–405 (1987).

Kamo, K., et al., "Establishman and Characterization of Long–Term Embryonic Maize Callus and Cell Suspension Cultures," *Plant Sci.*, 45, 111–117 (1986)

Kartha, K., et al., "Transient Expression of Chloramphenicol Acetyl Transferase (CAT) Gene in Barley Cell Cultures and Immature Embryos Through Microprojectile Bombardment," *Plant Cell Rep.*, 8, 429–432 (1989).

Klein, T., et al., "Transfer of Foreign Genes into Intact Maize Cells with High–Velocity Microprojectiles," *Proc. Nat. Acad. Sci. USA*, 85, 4305–4309 (1988).

Klein, T. M., et al., "Factors Influencing Gene Delivery into *Zea mays* Cells by High Velocity Microprojectiles," *Bio/Technol.*, 6, 559–563 (1988).

Klein, T. M., et al., "High–Velocity Microprojectiles for Delivering Nucleic Acids to Living Cells," *Nature*, 327, 70–73 (1987).

Klein, T., et al., "Genetic Transformation of Maize Cell by Particle Bombardment and the Influence of Methylation on Foreign Gene Expression," in: *Gene Manipulation in Plant Improvement II*, Gustafson, J. P., (ed.), Plenum Press, NY, pp. 265–266 (1990).

Klein, T., et al., "Genetic transformation of Maize Cells by Particle Bombardment," *Plant Physiol.*, 91, 440–444 (1989).

Klein, T., et al., "Regulation of Anthocyanin Biosynthetic Genes Introduced into Intact Maize Tissue by Microprojectiles," *Proc. Nat. Acad. Sci. USA*, 86, 6682–6685 (1989).

Kozak, M., "Point Mutations Define a Sequence Flanking the AUG Initiator Codon that Modulates Translation by Eukaryotic Ribosomes," *Cell*, 44, 283–292 (1986).

Lazzeri, P., et al., "In Vitro Genetic Manipulation of Cereals and Grasses," *Ad. Cell Culture* 6, 291–293 (1988).

Lorz, H., et al., "Advances in Tissue Culture and Progress Towards Genetic Transformation of Cereals," *Plant Breeding*, 100, 1–25 (1988).

Lu, C., et al., "Improved Efficiency of Somatic Embryogenesis and Plant Regeneration on Tissue Cultures of Maize (*Zea mays* L)," *Theor. Appl. Genet.*, 66, 285–289 (1983).

Ludwig, S., et al., "A Regulatory Gene as a Novel Visible Marker for Maize Transformation," *Science*, 247, 449–450 (1990).

Ludwig, S., et al., "High Frequency Callus Formation from Maize Protoplasts," *Theor. Appl. Genet.*, 71, 344–350 (1985).

Ludwig, S., et al., "Lc, a Member of the Maize R Gene Family Responsible for Tissue–Specific Anthocyanin Production, Encodes a Protein Similar to Transcriptional Activators and Contains the myc–Homology Region," *Proc. Nat. Acad. Sci. USA*, 86, 7092–7096 (1989).

Ludwig, S., et al., "Maize R Gene Family: Tissue–Specific Helix–Loop–Helix Proteins," *Cell* 62, 849–851 (1990).

**B94**

5,538,880
Page 3

Lutcke, H., et al., "Selection of AUG Initiation Codons Differs in Plants and Animals," *EMBO J.*, 6, 43–48 (1987).

McDaniel, C., et al., "Cell–Lineage Patterns in the Shoot Apical Meristem of the Germinating Maize Embryo," *Planta*, 175, 13–22 (1988).

Meadows, M., "Characterization of Cells and Protoplasts of the B73 Maize Cells Line," *Plant Sci. Lett.*, 28, 337–348 (1982/83).

Mendel, R., et al., "Delivery of Foreign Genes to Intact Barley Cell by High–Velocity Microprojectiles," *Theor. Appl. Genet.*, 78, 31–34 (1989).

Murakami, T., et al., "The Bialaphos Biosynthetic Genes of *Streptomyces hygroscopicus*: Molecular Cloning and Characterization of the Gene Cluster," *Mol. Gen. Genet.*, 205, 42–50 (1986).

Nelson, T., "New Horses for Monocot Gene Jockeys," *The Plant Cell*, 2, 589 (1990).

Neuffer, "Growing Maize for Genetic Purposes," Maize for Biological Research, Plant Mol. Biol. Assoc., pp. 19–30 (1988).

Odell, J., et al., "Identification of DNA Sequences Required for Activity of the Cauliflower Mosaic Virus 35S Promoter," *Nature*, 313, 810–811 (1985).

Ohta, Y., "High–Efficiency Genetic Transformation of Maize by a Mixture of Pollen and Exogenous DNA," *Proc. Nat. Acad. Sci. USA*, 83, 715–719 (1986).

Ozias–Akins, P., et al., "In vitro regeneration and genetic manipulation of grasses," *Physiol. Plant*, 73, 565–569 (1988).

Ozias–Akins, P., et al., "Progress and Limitations in the Culture of Cereal Protoplasts," *Trends in Biotechnol.*, 2, 119–123 (1984).

Phillips, R. L., et al., "Cell/Tissue Culture and In Vitro Manipulation," In: *Corn and Corn Improvement*, 3rd edition, Sprague, G. F., et al., (eds.), Agronomy Soc. Amer., pp. 345–387 (1988).

Poehlman, J. "Breeding Corn (Maize)," In: *Breeding Field Crops*, 3rd edition, AVI Publishing Co., Westport CN, pp. 469–471, 477–481 (1986).

Potrykus, I., "Gene Transfer to Cereals: An Assessment," *Bio/Technol.*, 8, 535–542 (Jun. 1990).

Potrykus, I., "Gene Transfer to Cereals: an Assessment," *Trends Biotechnol.*, 7, 269–273 (Oct. 1989).

Potrykus, L., et al., "Callus formation from stem protoplasts of corn (*Zea mays L.*)" *Mol. Gen. Genet.*, 156, 347–350 (1977).

Prioli, L. M., et al., "Plant Regeneration and Recovery of Fertile Plants from Protoplasts of Maize (*Zea mays L.*)," *Bio/Technol.*, 7, 589–594 (Jun. 1989).

Rhodes, C. A., et al., "Genetically Transformed Maize Plants from Protoplasts," *Science*, 240, 204–207 (Apr. 8, 1988).

Rhodes, C. A., et al., "Plant Regeneration from Protoplasts Isolated from Embryogenic Maize Cell Cultures," *Bio./Technol.*, 6, 56–60 (Jan. 1988).

Rhodes, C. A., "Corn: From Protoplasts to Fertile Plants," *Bio./Technol.*, 7, 548 (Jun. 1989).

Sanford, J. C., et al., "Biolistic Plant Transformation," *Physiol. Plant.*, 79, 206–209 (1990).

Sanford, J. C., et al., "Attempted Pollen–Mediated Plant Transformation Employing Genomic Donor DNA," *Theor. appl. Genet.*, 69, 571–574 (1985).

Sanford, J. C., et al., "Delivery of Substances into Cells and Tissues using a Particle Bombardment Process," *Paticulate Sci. Technol.*, 5, 27–37 (1987).

Schmidt, A., et al., "Media and environmental effects of phenolics production from tobacco cell cultures," *Chem. Abstracts*, 110, p. 514, Abstract No. 230156z (1989).

Shillito, R. D., et al., "Regeneration of Fertile Plants From Protoplasts of Elite Inbred Maize," *Bio/Technol.* 7, 581–587 (Jun. 1989).

Smith, R., et al., "Shoot apex explant for transformation," *Plant Physiol.*, 86, p. 108, Abstract No. 646 (1988).

Spencer et al., "Bialaphos Selection of Stable Transformations from Maize Cell Culture," *Theor. Appl. Genet.*, 79, 625–631 (May 1990).

Spencer, T. M., et al., "Selection of Stable Transformants from Maize Suspension Cultures using the Herbicide Bialophos," Poster presentation, FASEB Plant Gene Expression Conference, Copper Mountain, Colorado (Aug. 8, 1989).

Thompson, C., et al., "Characterization of the Herbicide–Resistance Gene *bar* from *Streptomyces hygroscopicus*," *EMBO J.*, 6, 2519–2523 (1987).

Tomes, D. T., et al., "Transgenic Tobacco Plants and their Progeny Derived by Microprojectile Bombardment of Tobacco Leaves," *Plant Mol. Biol.*, 14, 261–268 (Feb. 1990).

Twell, D., et al., "Transient Expression of Chimeric Genes Delivered into Pollen by Microprojectile Bombardment of *Plant Physiol.*, 91, 1271–1274 1989).

Ulian, E., et al., "Transformation of Plants via the Shoot Apex," *In Vitro Cell. Dev. Biol.*, 9, 951–954 (1988).

Vasil, V., et al., "Plant Regeneration from Friable Embryonic Callus and Cell Suspension Cultures of *Zea mays L.*," *J. Plant Physiol.*, 124, 399–408 (1986).

Walbot, V., et al., "Molecular genetics of corn," In: *Corn and Corn Improvement*, 3rd edition, Sprague, G. F. et al., (eds.), American Soc. Agronomy, Madison, WI, pp. 389–430 (1988).

Wang, Y., et al., "Transient Expression of Foreign Genes in Rice, Wheat and Soybean Cells Following Particle Bombardment," *Plant Mol. Biol.*, 11, 433–439 (1988).

Weising, K., et al., "Foreign Genes in Plants: Transfer, Structure, Expression and Applications," *Ann. Rev. Genet.*, 22, 421–478 (1988).

White, J., et al., "A Cassette Containing the *bar* Gene for *Streptomyces hygroscopicus*: a Selectable Marker for Plant Transformation," *Nuc. Acid. Res.*, 18, 1062 (1989).

Armstrong et al. *Plants* "Establishment & maintenance of friable, embryogenic maize callus & the involvement of L–proline." vol. 164 pp. 207–214 (1985).

Klein et al. *Biotechnology* "Factors influencing Gene Delivery into *Zea Mays* cells by High–velocity Microprojectiles" vol. 6 pp. 559–563 (1988).



FIG. 1A

FIG. 1B



FIG. 2A

FIG. 2B

**U.S. Patent**          Jul. 23, 1996          Sheet 3 of 10          **5,538,880**

PH1  CALLUS

PROBES:

35S Pm     Adh  INT        HYG         NOS

PHYGI1:

Bam  HI   Pst I   Bam  HI

# FIG.  3A



1.6Kb →

1Kb →

CONTROL

PH1

FIG. 3B

FIG. 4A



FIG. 4B

B101

FIG. 5A



FIG. 5B

FIG. 5C

FIG. 6A



FIG. 6B

5,538,880

1

# METHOD FOR PREPARING FERTILE TRANSGENIC CORN PLANTS

This is a division of application Ser. No. 07/974,379, filed Nov. 10, 1992, which is a continuation of application Ser. No. 07/467,983, filed Jan. 22, 1990, abandoned.

## BACKGROUND OF THE INVENTION

This invention relates to fertile transgenic plants of the species *Zea mays* (oftentimes referred to herein as maize or corn). The invention further relates to producing transgenic plants via particle bombardment and subsequent selection techniques which have been found to produce fertile transgenic plants.

Genetic engineering of plants, which entails the isolation and manipulation of genetic material (usually in the form of DNA or RNA) and the subsequent introduction of that genetic material into a plant or plant cells, offers considerable promise to modern agriculture and plant breeding. Increased crop food values, higher yields, feed value, reduced production costs, pest resistance, stress tolerance, drought resistance, the production of pharmaceuticals, chemicals and biological molecules as well as other beneficial traits are all potentially achievable through genetic engineering techniques. Once a gene has been identified, cloned, and engineered, it is still necessary to introduce it into a plant of interest in such a manner that the resulting plant is both fertile and capable of passing the gene on to its progeny.

A variety of methods have been developed and are currently available for the transformation of various plants and plant cells with DNA. Generally these plants have been dicotyledonous, and some success has been reported with certain of the monocotyledonous cereals. However, some species have heretofore proven untransformable by any method. Thus, previous to this discovery, no technology had been developed which would permit the production of stably transformed *Zea mays* plants in which the transforming DNA is heritable thereof. This failure in the art is well documented in the literature and has been discussed in a number of recent reviews (Potrykus, 1989; Weising et al., 1988; Cocking et al., 1987).

European Patent Publns. 270,356 (McCabe et al.) and 275,069 (Arntzen et al.) describe the introduction of DNA into maize pollen followed by pollination of maize ears and formation of seeds. The plants germinated from these seeds are alleged to contain the introduced DNA, but there is no suggestion that the introduced DNA was heritable, as has been accomplished in the present invention. Only if the DNA introduced into the corn is heritable can the corn be used in breeding programs as required for successful commercialization of transgenic corn.

Graves et al. (1986) claims *Agrobacterium*-mediated transformation of *Zea mays* seedlings. The alleged evidence was based upon assays known to produce incorrect results.

Despite extensive efforts to produce fertile transformed corn plants which transmit the transforming DNA to progeny, there have been no reported successes. Many previous failures have been based upon approaches to maize protoplasts, oftentimes derived from callus, liquid suspension culture cells, or other maize cells using a variety of transformation techniques. Although several of the techniques have resulted in successful transformation of corn cells, the resulting cells either could not be regenerated into corn plants or the corn plants produced were sterile (Rhodes et al.

2

1988). Thus, while maize protoplasts and some other cells have previously been transformed, the resulting transformants could not be regenerated into fertile transgenic plants.

On the other hand, it has been known that at least certain corn callus can be regenerated to form mature plants in a rather straightforward fashion and that the resulting plants were often fertile. However, no stable transformation of maize callus was ever achieved, i.e. there were no techniques developed which would permit a successful stable transformation of a regenerable callus. An example of a maize callus transformation technique which has been tried is the use of Agrobacterium mediated transfer.

The art was thus faced with a dilemma. While it was known that corn protoplast and suspension culture cells could be transformed, no techniques were available which would regenerate the transformed protoplast into a fertile plant. While it was known that corn callus could be regenerated into a fertile plant, there were no techniques known which could transform the callus, particularly while not destroying the ability of the callus both to regenerate and to form fertile plants.

Recently, a new transformation technique has been created based upon the bombardment of intact cells and tissues with DNA-coated microprojectiles. The technique, disclosed in Sanford et al. (1987) as well as in EPO Patent Publication 331,855 of J. C. Sanford et al. based upon U.S. Ser. No. 161,807, filed Feb. 29, 1988, has been shown effective at producing transient gene expression in some plant cells and tissues including those from onion, maize (Klein et al. 1988a), tobacco, rice, wheat, and soybean, and stable expression has been obtained in tobacco and soybeans. In fact, stable expression has been obtained by bombardment of suspension cultures of *Zea mays* Black Mexican Sweet (Klein et al. 1989) which cultures are, however, non-regenerable suspension culture cells, not the callus culture cells used in the process of the present invention.

No protocols have been published describing the introduction of DNA by a bombardment technique into cultures of regenerable maize cells of any type. No stable expression of a gene has been reported by means of bombardment of corn callus followed by regeneration of fertile plants and no regenerable fertile corn has resulted from DNA-coated microprojectile bombardment of the suspension cultures. Thus, the art has failed to produce fertile transformed corn plants heretofore.

A further stumbling block to the successful production of fertile transgenic maize plants has been in selecting those few transformants in such a manner that neither the regeneration capacity nor the fertility of the regenerated transformant are destroyed. Due to the generally low level of transformants produced by a transformation technique, the need for selection of the transformants is self-evident. However, selection generally entails the use of some toxic agent, e.g. herbicide or antibiotic, which can effect either the regenerability or the resultant plant fertility.

It is thus an object of the present invention to produce fertile, stably transgenic, *Zea mays* plants and seeds which transmit the introduced gene to progeny. It is a further object to produce such stably transgenic plants and seeds by a particle bombardment and selection process which results in a high level of viability for a few transformed cells. It is a further object to produce fertile stably transgenic plants of other graminaceous cereals besides maize.

## REFERENCES CITED

Armstrong, C L, et al. (1985) J Planta 164:207–214

Callis, J, et al. (1987) Genes & Develop 1:1183–1200

5,538,880

3

M. Bouan et al., (1983) Nuc Acids Res., 11:369(1983)

Chu, C C, et al. (1975) Sci Sin (Peking) 18:659–668

Cocking, F, et al. (1987) Science 236:1259–1262

DeWet et al. (1985) Proc Natl Sci USA 82:7870–7873

Freeling, J C, et al. (1976) Maydica XXI:97–112

Graves, A, et al. (1986) Plant Mol Biol 7:43–50

Green, C, et al. (1975) Crop Sci 15:417–421

Green, C E, (1982) Plant Tissue Culture, A Fujiwara ed. Maruzen, Tokyo, Japan pp 107–8

Green, C, et al. (1982) Maize for Biological Research, Plant Mol Biol Assoc, pp 367–372

Gritz, L, et al. (1983) Gene 25:179–188

Guilley, H, et al. (1982) Cell 30:763–773

Jefferson, R, et al. (1987) EMBO J 6:3901–3907)

Kamo, K, et al. (1985) Bot Gaz 146:327–334

Klein, T, et al. (1989) Plant Physiol 91:440–444

Klein, T, et al. (1988a) Proc Natl Acad Sci USA 85:4305–9

Klein, T, et al. (1988b) Bio/Technology 6:559–563

Lu, C, et al. (1982) Theor Appl Genet 62:109–112

McCabe, D, et al. (1988) Bio/Technology 6:923–926

Murashige, T, et al. (1962) Physiol Plant 15:473–497

Neuffer, M, (1982) Maize for Biological Research, Plant Mol Biol Assoc, pp 19–30

Phillips, R, et al. (1988) Corn and Corn Improvement, 3rd ed., Agronomy Soc Amer, pp 345–387

Potrykus, I (1989) Trends in Biotechnology 7:269–273

Rhodes, C A, et al. (1988) Science 240:204–7

Sambrook, J, et al. (1989) Molecular Cloning: A Laboratory Manual, 2nd ed., Cold Spring Harbor Laboratory Press

Sanford, J, et al. (1987) J Part Sci & Techn 5:27–37

Weising, K,.et al., (1988) Ann Rev of Genetics 22:421–478

Yanisch-Perron, L, et al. (1985) Gene 33:109–119

## SUMMARY OF THE INVENTION

The present invention relates to fertile transgenic *Zea mays* plants containing heterologous DNA, preferably chromosomally integrated heterologous DNA, which is heritable by progeny thereof.

The invention further relates to all products derived from transgenic *Zea mays* plants, plant cells, plant parts, and seeds.

The invention further relates to transgenic *Zea mays* seeds stably containing heterologous DNA and progeny which inherit the heterologous DNA.

The invention further relates to a process for producing fertile transgenic *Zea mays* plants containing heterologous DNA. The process is based upon microprojectile bombardment, selection, and plant regeneration techniques.

The invention further relates to a process for producing fertile transformed plants of graminaceous plants other than *Zea mays* which have not been reliably transformed by traditional methods such as electroporation, *Agrobacterium*, injection, and previous ballistic techniques.

The invention further relates to regenerated fertile mature maize plants from transformed embryogenic tissue, transgenic seeds produced therefrom, and R1 and subsequent generations.

4

In preferred embodiments, this invention produces the fertile transgenic plants by means of a DNA-coated microprojectile bombardment of clumps of friable embryogenic callus, followed by a controlled regimen for selection of the transformed callus lines.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A shows a map of plasmid vector pHYGI1 utilized in Example I. FIG. 1B shows the relevant part of pHYGI1 encompassing the HPT coding sequence and associated regulatory elements. The base pair numbers start from the 5' nucleotide in the recognition sequence for the indicated restriction enzymes, beginning with the EcoRI site at the 5' end of the CaMV 35S promoter.

FIG. 2A shows a map of plasmid vector pBII221 utilized in Example I.

FIG. 2B shows the relevant part of pBII221 encompassing the GUS coding sequence and associated regulatory elements.

FIG. 3A depicts the pHYGI-containing fragments employed as probes in a Southern blot analysis of PH1 callus.

FIG. 3B is a Southern blot of DNA isolated from the PH1 callus line and an untransformed control callus line.

FIG. 4A depicts the pHYGI-containing fragments employed as probes in a Southern blot analysis of PH1 RO plants.

FIG. 4B is a Southern blot of leaf DNA isolated from Ro plants regenerated from PH1 and untransformed callus.

FIG. 5A depicts the pHYGI-containing fragments employed as probes in a Southern blot analysis of PH1 R1 plants.

FIG. 5B and 5C are Southern blots of leaf DNA isolated from R1 progeny of PH1 Ro plants and untransformed Ro plants.

FIG. 6A depicts the pHYGI-containing fragments employed as probes in a Southern blot analysis of PH2 callus.

FIG. 6B is a Southern blot of DNA isolated from the PH2 callus line and an untransformed control callus line.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention is directed to the production of fertile transgenic plants and seeds of the species *Zea mays* and to the plants, plant tissues, and seeds derived from such transgenic plants, as well as the subsequent progeny and products derived therefrom. The transgenic plants produced herein include all plants of this species, including field corn, popcorn, sweet corn, flint corn and dent corn.

"Transgenic" is used herein to include any cell, cell line, callus, tissue, plant part or plant which contains heterologous DNA that was introduced into plant material by a process of genetic engineering, or which was initially introduced into a plant species by such a process and was subsequently transferred to later generations by sexual or asexual cell crosses or cell divisions.

By "heritable" is meant that the DNA is capable of transmission through a complete sexual cycle of a plant, i.e. passed from one plant through its gametes to its progeny plants in the same manner as occurs in normal corn.

5,538,880

**5**

The transgenic plants of this invention may be produced by (i) establishing friable embryogenic callus from the plant to be transformed, (ii) transforming said cell line by a microprojectile bombardment technique, (iii) controllably identifying or selecting transformed cells, and (iv) regenerating fertile transgenic plants from the transformed cells. Some of the plants of this invention may be produced from the transgenic seed produced from the fertile transgenic plants using conventional crossbreeding techniques to develop commercial hybrid seed containing heterologous DNA.

## I. Plant Lines and Tissue Cultures

The cells which have been found useful to produce the fertile transgenic maize plants herein are those callus cells which are regenerable, both before and after undergoing a selection regimen as detailed further below. Generally, these cells will be derived from meristematic tissue which contain cells which have not yet terminally differentiated. Such tissue in graminaceous cereals in general and in maize, in particular, comprise tissues found in juvenile leaf basal regions, immature tassels, immature embryos, and coleoptilar nodes. Preferably, immature embryos are used. Methods of preparing and maintaining callus from such tissue and plant types are well known in the art and details on so doing are available in the literature, c.f. Phillips et al. (1988), the disclosure of which is hereby incorporated by reference.

The specific callus used must be able to regenerate into a fertile plant. The specific regeneration capacity of particular callus is important to the success of the bombardment/selection process used herein because during and following selection, regeneration capacity may decrease significantly. It is therefore important to start with cultures that have as high a degree of regeneration capacity as possible. Callus which is more than about 3 months and up to about 36 months of age has been found to have a sufficiently high level of regenerability and thus is currently preferred. The regenerative capacity of a particular culture may be readily determined by transferring samples thereof to regeneration medium and monitoring the formation of shoots, roots, and plantlets. The relative number of plantlets arising per Petri dish or per gram fresh weight of tissue may be used as a rough quantitative estimate of regeneration capacity. Generally, a culture which will produce at least one plant per gram of callus tissue will be preferred.

While maize callus cultures can be initiated from a number of different plant tissues, the cultures useful herein are preferably derived from immature maize embryos which are removed from the kernels of an ear when the embryos are about 1–3 mm in length. This length generally occurs about 9–14 days after pollination. Under aseptic conditions, the embryos are placed on conventional solid media with the embryo axis down (scutellum up). Callus tissue appears from the scutellum after several days to a few weeks. After the callus has grown sufficiently, the cell proliferations from the scutellum may be evaluated for friable consistency and the presence of well-defined embryos. By "friable consistency" is meant that the tissue is easily dispersed without causing injury to the cells. Tissue with this morphology is then transferred to fresh media and subcultured on a routine basis about every two weeks.

The callus initiation media is solid because callus cannot be readily initiated in liquid medium. The initiation/maintenance media is typically based on the N6 salts of Chu et al. (1975) as described in Armstrong et al. (1985) or the MS

**6**

salts of Murashige et al. (1962). The basal medium is supplemented with sucrose and 2,4-dichlorophenoxyacetic acid (2,4-D). Supplements such as L-proline and casein hydrolysate have been found to improve the frequency of initiation of callus cultures, morphology, and growth. The cultures are generally maintained in the dark, though low light levels may also be used. The level of synthetic hormone 2,4-D, necessary for maintainence and propagation, should be generally about 0.3 to 3.0 mg/l.

Although successful transformation and regeneration has been accomplished herein with friable embryogenic callus, this is not meant to imply that other transformable regenerable cells, tissue, or organs cannot be employed to produce the fertile transgenic plants of this invention. The only actual requirement for the cells which are transformed is that after transformation they must be capable of regeneration of a plant containing the heterologous DNA following the particular selection or screening procedure actually used.

## II. DNA Used for Transformation

The heterologous DNA used for transformation herein may be circular or linear, double-stranded or single-stranded. Generally, the DNA is in the form of a plasmid and contains coding regions of beneficial heterologous DNA with flanking regulatory sequences which serve to promote the expression of the heterologous DNA present in the resultant corn plant. "Heterologous DNA" is used herein to include all synthetically engineered or biologically derived DNA which is introduced into a plant by man by genetic engineering, including but not limited to, nonplant genes, modified genes, synthetic genes, portions of genes, as well as DNA and genes from maize and other plant species.

The compositions and methods for constructing heterologous DNA for successful transformations of plants is well known to those skilled in the art, and the same compositions and methods of construction may be utilized to produce the heterologous DNA useful herein. The specific composition of the DNA is not central to the present invention and the invention is not dependent upon the composition of the specific transforming DNA used. Weising et al. (1988), the subject matter of which is incorporated herein by reference, describes suitable DNA components thereof which include promoters, polyadenylation sequences, selectable marker genes, reporter genes, enhancers, introns, and the like, as well as provides suitable references for compositions thereof. Sambrook et al. (1989) provides suitable methods of construction.

Generally the heterologous DNA will be relatively small, i.e. less than about 30 kb to minimize any susceptibility to physical, chemical, or enzymatic degradation which is known to increase as the size of the DNA increases.

Suitable heterologous DNA for use herein includes all DNA which will provide for, or enhance, a beneficial feature of the resultant transgenic corn plant. For example, the DNA may encode proteins or antisense RNA transcripts in order to promote increased food values, higher yields, pest resistance, disease resistance, and the like. For example, a bacterial dapA gene for increased lysine; Bt-endotoxin gene or protease inhibitor for insect resistance; bacterial ESPS synthase for resistance to glyphosate herbicide; chitinase or glucan endo-1,3-B-glucosidase for fungicidal properties. Also, the DNA may be introduced to act as a genetic tool to generate mutants and/or assist in the identification, genetic tagging, or isolation of segments of corn DNA. Additional examples may be found in Weising, supra.

5,538,880

7

The heterologous DNA to be introduced into the plant further will generally contain either a selectable marker or a reporter gene or both to facilitate identification and selection of transformed cells. Alternatively, the selectable marker may be carried on a separate piece of DNA and used in a cotransformation procedure. Both selectable markers and reporter genes may be flanked with appropriate regulatory sequences to enable expression in plants. Useful selectable markers are well known in the art and include, for example, antibiotic and herbicide resistance genes. Specific examples of such genes are disclosed in Weising et al, supra. A preferred selectable marker gene is the hygromycin B phosphotransferase (HPT) coding sequence, which may be derived from E. coli. Other selectable markers known in the art include aminoglycoside phosphotransferase gene of transposon Tn5 (AphII) which encodes resistance to the antibiotics kanamycin, neomycin, and G418, as well as those genes which code for resistance or tolerance to glyphosate, methotrexate, imidazolinones, sulfonylureas, bromoxynil, dalapon, and the like. Those selectable marker genes which confer herbicide resistance or tolerance are also of commercial utility in the resulting transformed plants.

Reporter genes which encode for easily assayable marker proteins are well known in the art. In general, a reporter gene is a gene which is not present or expressed by the recipient organism or tissue and which encodes a protein whose expression is manifested by some easily detectable property, e.g. phenotypic change or enzymatic activity. Examples of such genes are provided in Weising et al, supra. Preferred genes include the chloramphenicol acetyl transferase gene from Tn9 E. coli, the beta-glucuronidase gene of the uidA locus of E. coli, and the luciferase genes from firefly Photinus pyralis.

The regulatory sequences useful herein include any constitutive, inducible, tissue or organ specific, or developmental stage specific promoter which can be expressed in the particular plant cell. Suitable such promoters are disclosed in Weising et al, supra. The following is a partial representative list of promoters suitable for use herein: regulatory sequences from the T-DNA of Agrobacterium tumefaciens, including mannopine synthase, nopaline synthase, and octopine synthase; alcohol dehydrogenase promoter from corn; light inducible promoters such as, ribulose-biphosphate-carboxylase small subunit gene from a variety of species; and the major chlorophyll a/b binding protein gene promoter; 35S and 19S promoters of cauliflower mosaic virus; developmentally regulated promoters such as the waxy, zein, or bronze promoters from maize; as well as synthetic or other natural promoters which are either inducible or constitutive, including those promoters exhibiting organ specific expression or expression at specific development stage(s) of the plant.

Other elements such as introns, enhancers, polyadenylation sequences and the like, may also be present on the DNA. Such elements may or may not be necessary for the function of the DNA, although they can provide a better expression or functioning of the DNA by affecting transcription, stability of the mRNA, or the like. Such elements may be included in the DNA as desired to obtain the optimal performance of the transforming DNA in the plant. For example, the maize AdhlS first intron may be placed between the promoter and the coding sequence of a particular heterologous DNA. This intron, when included in a DNA construction, is known to generally increase expression in maize cells of a protein. (Callis et al. 1987) However, sufficient expression for a selectable marker to perform satisfactorily can often be obtained without an intron. (Klein

8

et al. 1989) An example of an alternative suitable intron is the shrunken-1 first intron of Zea mays. These other elements must be compatible with the remainder of the DNA constructions.

To determine whether a particular combination of DNA and recipient plant cells are suitable for use herein, the DNA may include a reporter gene. An assay for expression of the reporter gene may then be performed at a suitable time after the DNA has been introduced into the recipient cells. A preferred such assay entails the use of the E. coli beta-glucuronidase (GUS) gene (Jefferson et al. 1987). In the case of the microprojectile bombardment transformation process of the present invention, a suitable time for conducting the assay is about 2–3 days after bombardment. The use of transient assays is particularly important when using DNA components which have not previously been demonstrated or confirmed as compatible with the desired recipient cells.

### III. DNA Delivery Process

The DNA can be introduced into the regenerable maize callus cultures via a particle bombardment process. A general description of a suitable particle bombardment instrument is provided in Sanford et al. (1987), the disclosure of which is incorporated herein by reference. While protocols for the use of the instrument in the bombardment of maize non-regenerable suspension culture cells are described in Klein et al. (1988a, 1988b, and 1989), no protocols have been published for the bombardment of callus cultures or regenerable maize cells.

In a microprojectile bombardment process, also referred to as a biolistic process, the transport of the DNA into the callus is mediated by very small particles of a biologically inert material. When the inert particles are coated with DNA and accelerated to a suitable velocity, one or more of the particles is able to enter into one or more of the cells where the DNA is released from the particle and expressed within the cell. While some of the cells are fatally damaged by the bombardment process, some of the recipient cells do survive, stably retain the introduced DNA, and express it.

The particles, called microprojectiles, are generally of a high density material such as tungsten or gold. They are coated with the DNA of interest. The microprojectiles are then placed onto the surface of a macroprojectile which serves to transfer the motive force from a suitable energy source to the microprojectiles. After the macroprojectile and the microprojectiles are accelerated to the proper velocity, they contact a blocking device which prevents the macroprojectile from continuing its forward path but allows the DNA-coated microprojectiles to continue on and impact the recipient callus cells. Suitable such instruments may use a variety of motive forces such as gunpowder or shock waves from an electric arc discharge J. C. Sanford et al., J. Particle Science and Technology, 5,27 (1987). An instrument in which gunpowder is the motive force is currently preferred and such is described and further explained in Sanford et al. (1987), the disclosure of which is incorporated herein by reference.

A protocol for the use of the gunpowder instrument is provided in Klein et al. (1988a, b) and involves two major steps. First, tungsten microprojectiles are mixed with the DNA, calcium chloride, and spermidine free base in a specified order in an aqueous solution. The concentrations of the various components may be varied as taught. The currently preferred procedure entails exactly the procedure of Klein et al. (1988b) except for doubling the stated

5,538,880

9

optimum DNA concentration. Secondly, in the actual bombardment, the distance of the recipient cells from the end of the barrel as well as the vacuum in the sample chamber. The currently preferred procedure for bombarding the callus entails exactly the procedure of Klein et al. (1988b) with the recipient tissue positioned 5 cm below the stopping plate tray.

The callus cultures useful herein for generation of transgenic plants should generally be about 3 months to 3 years old, preferably about 3 to 18 months old. Callus used for bombardment should generally be about midway between transfer periods and thus past any "lag" phase that might be associated with a transfer to a new media, but also before reaching any "stationary" phase associated with a long time on the same plate.

The specific tissue subjected to the bombardment process is preferably taken about 7–10 days after subculture, though this is not believed critical. The tissue should generally be used in the form of pieces of about 30 to 80, preferably about 40 to 60, mg. The clumps are placed on a petri dish or other surface and arranged in essentially any manner, recognizing that (i) the space in the center of the dish will receive the heaviest concentration of metal-DNA particles and the tissue located there is likely to suffer damage during bombardment and (ii) the number of particles reaching a cell will decrease (probably exponentially) with increasing distance of the cell from the center of the blast so that cells far from the center of the dish are not likely to be bombarded and transformed. A mesh screen, preferably of metal, may be laid on the dish to prevent splashing or ejection of the tissue. The tissue may be bombarded one or more times with the DNA-coated metal particles.

### IV. Selection Process

Once the calli have been bombarded with the DNA and the DNA has penetrated some of the cells, it is necessary to identify and select those cells which both contain the heterologous DNA and still retain sufficient regenerative capacity. There are two general approaches which have been found useful for accomplishing this. First, the transformed calli or plants regenerated therefrom can be screened for the presence of the heterologous DNA by various standard methods which could include assays for the expression of reporter genes or assessment of phenotypic effects of the heterologous DNA, if any. Alternatively and preferably, when a selectable marker gene has been transmitted along with or as part of the heterologous DNA, those cells of the callus which have been transformed can be identified by the use of a selective agent to detect expression of the selectable marker gene.

Selection of the putative transformants is a critical part of the successful transformation process since selection conditions must be chosen so as to allow growth and accumulation of the transformed cells while simultaneously inhibiting the growth of the non-transformed cells. The situation is complicated by the fact that the vitality of individual cells in a population is often highly dependent on the vitality of neighboring cells. Also, the selection conditions must not be so severe that the plant regeneration capacity of the callus cells and the fertility of the resulting plant are precluded. Thus the effects of the selection agent on cell viability and morphology should be evaluated. This may be accomplished by experimentally producing a growth inhibition curve for the given selective agent and tissue being transformed beforehand. This will establish the concentration range which will inhibit growth.

10

When a selectable marker gene has been used, the callus clumps may be either allowed to recover from the bombardment on non-selective media or, preferably, directly transferred to media containing that agent.

Selection procedures involve exposure to a toxic agent and may employ sequential changes in the concentration of the agent and multiple rounds of selection. The particular concentrations and cycle lengths are likely to need to be varied for each particular agent. A currently preferred selection procedure entails using an initial selection round at a relatively low toxic agent concentration and then later round(s) at higher concentration(s). This allows the selective agent to exert its toxic effect slowly over a longer period of time. Preferably the concentration of the agent is initially such that about a 5–40% level of growth inhibition will occur, as determined from a growth inhibition curve. The effect may be to allow the transformed cells to preferentially grow and divide while inhibiting untransformed cells, but is not to the extent that growth of the transformed cells is prevented. Once the few individual transformed cells have grown sufficiently the tissue may be shifted to media containing a higher concentration of the toxic agent to kill essentially all untransformed cells. The shift to the higher concentration also reduces the possibility of nontransformed cells habituating to the agent. The higher level is preferably in the range of about 30 to 100% growth inhibition. The length of the first selection cycle may be from about 1 to 4 weeks, preferably about 2 weeks. Later selection cycles may be from about 1 to about 12 weeks, preferably about 2 to about 10 weeks. Putative maize transformants can generally be identified as proliferating sectors of tissue among a background of non-proliferating cells. The callus may also be cultured on non-selective media at various times during the overall selection procedure.

Once a callus sector is identified as a putative transformant, transformation can be confirmed by phenotypic and/or genotypic analysis. If a selection agent is used, an example of phenotypic analysis is to measure the increase in fresh weight of the putative transformant as compared to a control on various levels of the selective agent. Other analyses that may be employed will depend on the function of the heterologous DNA. For example, if an enzyme or protein is encoded by the DNA, enzymatic or immunological assays specific for the particular enzyme or protein may be used. Other gene products may be assayed by using a suitable bioassay or chemical assay. Other such techniques are well known in the art and are not repeated here. The presence of the gene can also be confirmed by conventional procedures, i.e. Southern blot or polymerase chain reaction (PCR) or the like.

### V. Regeneration of Plants and Production of Seed

Cell lines which have been shown to be transformed must then be regenerated into plants and the fertility of the resultant plants determined. Transformed lines which test positive by genotypic and/or phenotypic analysis are then placed on a media which promotes tissue differentiation and plant regeneration. Regeneration may be carried out in accordance with standard procedures well known in the art. The procedures commonly entail reducing the level of auxin which discontinues proliferation of a callus and promotes somatic embryo development or other tissue differentiation. One example of such a regeneration procedure is described in Green et al. (1981). The plants are grown to maturity in a growth room or greenhouse and appropriate sexual crosses and selfs are made as described by Neuffer (1981).

5,538,880

11

Regeneration, while important to the present invention, may be performed in any conventional manner. If a selectable marker has been transformed into the cells, the selection agent may be incorporated into the regeneration media to further confirm that the regenerated plantlets are transformed. Since regeneration techniques are well known and not critical to the present invention, any technique which accomplishes the regeneration and produces fertile plants may be used.

### VI. Analysis of R1 Progeny

The plants regenerated from the transformed callus are referred to as the R0 generation or R0 plants. The seeds produced by various sexual crosses of the R0 generation plants are referred to as R1 progeny or the R1 generation. When R1 seeds are germinated, the resulting plants are also referred to as the R1 generation.

To confirm the successful transmission and inheritance of the heterologous DNA in the sexual crosses described above, the R1 generation should be analyzed to confirm the presence of the transforming DNA. The analysis may be performed in any of the manners such as were disclosed above for analyzing the bombarded callus for evidence of transformation, taking into account the fact that plants and plant parts are being used in place of the callus.

### VII. Breeding of Genetically Engineered Commercial Hybrid Seed

Generally, the commercial value of the transformed corn produced herein will be greatest if the heterologous DNA can be incorporated into many different hybrid combinations. A farmer typically grows several varieties of hybrids based on differences in maturity, standability, and other agronomic traits. Also, the farmer must select a hybrid based upon his physical location since hybrids adapted to one part of the corn belt are generally not adapted to another part because of differences in such traits as maturity, disease, and insect resistance. As such, it is necessary to incorporate the heterologous DNA into a large number of parental lines so that many hybrid combinations can be produced containing the desirable heterologous DNA. This may conveniently be done by breeding programs in which a conversion process (backcrossing) is performed by crossing the initial transgeniC fertile plant to normal elite inbred lines and then crossing the progeny back to the normal parent. The progeny from this cross will segregate such that some of the plants will carry the heterologous DNA whereas some will not. The plants that do carry the DNA are then crossed again to the normal plant resulting in progeny which segregate once more. This crossing is repeated until the original normal parent has been converted to a genetically engineered line containing the heterologous DNA and also possessing all other important attributes originally found in the parent. A separate backcrossing program will be used for every elite line that is to be converted to a genetically engineered elite line. It may be necessary for both parents of a hybrid seed corn to be homozygous for the heterologous DNA. Corn breeding and the techniques and skills required to transfer genes from one line or variety to another are well-known to those skilled in the art. Thus introducing heterologous DNA into lines or varieties which do not generate the appropriate calli can be readily accomplished by these breeding procedures.

12

### VIII. Uses of Transgenic Plants

The transgenic plants produced herein are expected to be useful for a variety of commercial and research purposes. Transgenic plants can be created for use in traditional agriculture to possess traits beneficial to the grower (e.g. agronomic traits such as pest resistance or increased yield), beneficial to the consumer of the grain harvested from the plant (e.g. improved nutritive content in human food or animal feed) or beneficial to the food processor (e.g. improved processing traits). In such uses, the plants are generally grown for the use of their grain in human or animal foods, however, other parts of the plants, including stalks, husks, vegetative parts, and the like, may also have utility, including use as part of animal silage or for ornamental purposes (e.g. Indian corn). Often chemical constituents (e.g. oils or starches) of corn and other crops are extracted for food or industrial use and transgenic plants may be created which have enhanced or modified levels of such components. The plants may also be used for seed production for a variety of purposes.

Transgenic plants may also find use in the commercial manufacture of proteins or other molecules encoded by the heterologous DNA contained therein, where the molecule of interest is extracted or purified from plant parts, seeds, and the like. Cells or tissue from the plants may also be cultured, grown in vitro, or fermented to manufacture such molecules, or for other purposes (e.g. for research).

The transgenic plants may also be used in commercial breeding programs, or may be crossed or bred to plants of related crop species. Improvements encoded by the heterologous DNA may be transferred, e.g. from corn cells to cells of other species e.g. by protoplast fusion.

The transgenic plants may have many uses in research or breeding, including creation of new mutant plants through insertional mutagenesis, in order to identify beneficial mutants that might later be created by traditional mutation and selection. The methods of the invention may also be used to create plants having unique "signature sequences" or other marker sequences which can be used to identify proprietary lines or varieties.

The following non-limiting examples are illustrative of the present invention. They are presented to better explain the general procedures which were used to prepare the fertile Zea mays plants of this invention which stably express the heterologous DNA and which transmit that DNA to progeny. All parts and percents are by weight unless otherwise specified. It must be recognized that a specific transformation event is a function of the amount of material subjected to the transformation procedure. Thus when individual situations arise in which the procedures described herein do not produce a transformed product, repetition of the procedures will be required.

### EXAMPLE I

Fertile transgenic Zea mays plants which contain heterologous DNA which is heritable were prepared as follows:

### I. Initiation and Maintenance of Maize Cell Cultures Which Retain Plant Regeneration Capacity

Friable, embryogenic maize callus cultures were initiated from hybrid immature embryos produced by pollination of inbred line A188 plants (University of Minnesota, Crop Improvement Association) with pollen of inbred line B73 plants (Iowa State University). Ears were harvested when

5,538,880

13

the embryos had reached a length of 1.5 to 2.0 mm. The whole ear was surface sterilized in 50% v/v commercial bleach (2.63% w/v sodium hypochlorite) for 20 min. at room temperature. The ears were then washed with sterile distilled, deionized water. Immature embryos were aseptically isolated and placed on nutrient agar initiation/maintenance media with the root/shoot axis exposed to the medium. Initiation/maintenance media (hereinafter refered to as F medium) consisted of N6 basal media (Chu 1975) with 2% (w/v) sucrose, 1.5 mg per liter 2,4-dichlorophenoxyacetic acid (2,4-D), 6 mM proline, and 0.25% Gelrite (Kelco, Inc. San Diego). The pH was adjusted to 5.8 prior to autoclaving. Unless otherwise stated, all tissue culture manipulations were carried out under sterile conditions.

The immature embryos were incubated at 26° C. in the dark. Cell proliferations from the scutellum of the immature embryos were evaluated for friable consistency and the presence of well defined somatic embryos. Tissue with this morphology was transferred to fresh media 10 to 14 days after the initial plating of the immature embryos. The tissue was then subcultured on a routine basis every 14 to 21 days. Sixty to eighty milligram quantities of tissue were removed from pieces of tissue that had reached a size of approximately one gram and transferred to fresh media. Subculturing always involved careful visual monitoring to be sure that only tissue of the correct morphology was maintained. The presence of somatic embryos ensured that the cultures would give rise to plants under the proper conditions. The cell culture named AB12 used in this example was such a culture and had been initiated about 1 year before bombardment.

II. Plasmids—pCHN1-1, pHYGI1, pBII2.21, and pLUC-1

The plasmids pCHN1-1, pHYGI1, and pLUC-1 were constructed in the vector pBS+ (Stratagene, Inc., San Diego, Calif.), a 3.2 Kb circular plasmid, using standard recombinant DNA techniques. pCHN1-1 contains the hygromycin B phosphotransferase (HPT) coding sequence from *E. coli* (Gritz et al. 1983) flanked at the 3' end by the nopaline synthase (nos) polyadenylation sequence of *Agrobacterium tumefaciens* M. Bevan et al., *Nuc. Acids Res.*, 11, 369, 1983). Expression is driven by the cauliflower mosaic virus (CaMV) 35S promoter (Guilley et al. 1982), located upstream from the hygromycin coding sequence. The plasmid pHYGI1 was constructed by inserting the 553 bp Bcl-BamHI fragment containing the maize AdhIS first intron (Callis et al. 1987) between the CaMV 35S promoter and the hygromycin coding sequence of pCHN1-1. A map of pHYGI1 is provided as FIG. 1A.

pBII221 contains the *E. Coli* B-glucuronidase coding sequence flanked at the 5' end by the CaMV 35S promoter and at the 3' end by the nos polyadenylation sequence. The plasmid was constructed by inserting the maize AdhIS first intron between the 35S promoter and the coding sequence of pBII221 (Jefferson et al. 1987). A map of pBII221 is provided as FIG. 2A.

pLUC-1 contains the firefly luciferase coding sequence (DeWet et al. 1987) flanked at the 5' end by the CaMV 35S promoter and at the 3' end by the nos polyadenylation sequence. This plasmid was used solely as a negative control.

Plasmids were introduced into the embryogenic callus culture AB12 by microprojectile bombardment.

III. DNA Delivery Process

The embryogenic maize callus line AB12 was subcultured 7 to 12 d prior to microprojectile bombardment. AB12 was

14

prepared for bombardment as follows. Five clumps of callus, each approximately 50 mg in wet weight were arranged in a cross pattern in the center of a sterile 60 x 15 mm petri plate (Falcon 1007). Plates were stored in a closed container with moist paper towels throughout the bombardment process. Twenty six plates were prepared.

Plasmids were coated onto M-10 tungsten particles (Biolistics) exactly as described by Klein, et al (1988b) except that, (i) twice the recommended quantity of DNA was used, (ii) the DNA precipitation onto the particles was performed at 0° C., and (iii) the tubes containing the DNA-coated tungsten particles were stored on ice throughout the bombardment process.

All of the tubes contained 25 ul 50 mg/ml M-10 tungsten in water, 25 ul 2.5M CaCl₂, and 10 ul 100 mM spermidine free base along with a total of 5 ul 1 mg/ml total plasmid content. When two plasmids were used simultaneously, each was present in an amount of 2.5 ul. One tube contained only plasmid pBII221; two tubes contained both plasmids pHYGI1 and pBII221; two tubes contained both plasmids pCHNI-1 and pBII221; and one tube contained only plasmid pLUC-1.

All tubes were incubated on ice for 10 min., pelletized by centrifugation in an Eppendorf centrifuge at room temperature for 5 seconds, and 25 ul of the supernatant was discarded. The tubes were stored on ice throughout the bombardment process. Each preparation was used for no more than 5 bombardments.

Macroprojectiles and stopping plates were obtained from Biolistics, Inc. (Ithaca, N.Y.). They were sterilized as described by the supplier. The microprojectile bombardment instrument was obtained from Biolistics, Inc.

The sample plate tray was positioned at the position 5 cm below the bottom of the stopping plate tray of the microprojectile instrument, with the stopping plate in the slot below the barrel. Plates of callus tissue prepared as described above were centered on the sample plate tray and the petri dish lid removed. A 7×7 cm square rigid wire mesh with 3×3 mm mesh and made of galvanized steel was placed over the open dish in order to retain the tissue during the bombardment. Tungsten/DNA preparations were sonicated as described by Biolistics, Inc. and 2.5 ul was pipetted onto the top of the macroprojectiles. The instrument was operated as described by the manufacturer. The following bombardments were performed:

   2×pBII221 prep To determine transient expression frequency

   10×pHYGI1/pBII221 As a potential positive treatment for transformation

   1×pCHN1-1/pBII221 As a potential positive treatment for transformation

   4×pLUC-1 Negative control treatment

The two plates of callus bombarded with pBII221 were transferred plate for plate to F medium (with no hygromycin) and the callus cultured at 26° C. in the dark. After 2 d this callus was then transferred plate for plate into 35×10 mm petri plates (Falcon 1008) containing 2 ml of GUS assay buffer which consists of 1 mg/ml 5-bromo-4-chloro-3-indolyl-beta-D-glucuronide (Research Organics), 100 mM sodium phosphate pH 7.0, 5 mM each of potassium ferricyanide and potassium ferrocyanide, 10 mM EDTA, and 0.06% Triton X-100. These were incubated at 37° C. for 3 d after which the number of blue cells was counted giving 291 and 477 transient GUS expressing cells in the two plates, suggesting that the DNA delivery process had also occurred with the other bombarded plates. These plates were discarded after counting since the GUS assay is destructive.

5,538,880

**15**

### IV. Selection Process

Hygromycin B (Calbiochem) was incorporated into the medium by addition of the appropriate volume of filter sterilized 100 mg/ml Hygromycin B in water when the media had cooled to 45° C. prior to pouring plates.

Immediately after all samples had been bombarded, callus from all of the plates treated with pHYGI1/pBII221, pCHN1-1/pBII221 and three of the plates treated with pLUC-1 were transferred plate for plate onto F medium containing 15 mg/l hygromycin B, (five pieces of callus per plate). These are referred to as round 1 selection plates. Callus from the fourth plate treated with pLUC-1 was transferred to F medium without hygromycin. This tissue was subcultured every 2–3 weeks onto nonselective medium and is referred to as unselected control callus.

After two weeks of selection, tissue appeared essentially identical on both selective and nonselective media. All callus from eight plates from each of the pHYGI1/pBII221 and pCHN1-1/pBII-221 treatments and two plates of the control callus on selective media were transferred from round 1 selection plates to round 2 selection plates that contained 60 mg/l hygromycin. The round 2 selection plates each contained ten 30 mg pieces of callus per plate, resulting in an expansion of the total number of plates.

The remaining tissue on selective media, two plates each of pHYGI1/pBII221 and pCHN1-1/pBII221 treated tissue and one of control callus, were placed in GUS assay buffer at 37° C. to determine whether blue clusters of cells were observable at two weeks post-bombardment. After 6 d in assay buffer this tissue was scored for GUS expression.

| TREATMENT | REPLICATE | OBSERVATIONS |
|---|---|---|
| pLUC-1 pHYGI1/pBII221 | plate 1 | no blue cells 11 single cells 1 four cell cluster |
| | plate 2 | 5 single cells |
| pCHN1-1/pBII221 | plate 1 | 1 single cell 2 two cell clusters |
| | plate 2 | 5 single cells 1 two cell cluster 2 clusters of 8–10 cells |

After 21 d on the round 2 selection plates, all viable portions of the material were transferred to round 3 selection plates containing 60 mg/l hygromycin. The round 2 selection plates, containing only tissue that apparently dead, were reserved. Both round 2 and 3 selection plates were observed periodically for viable proliferating sectors.

After 35 d on round 3 selection plates both the round 2 and round 3 sets of selection plates were checked for viable sectors of callus. Two such sectors were observed proliferating from a background of dead tissue on plates treated with pHYGI1/pBII221. The first sector named 3AA was from the round 3 group of plates and the second sector named 6L was from the round 2 group of plates. Both lines were then transferred to F medium without hygromycin.

After 19 d on F medium without hygromycin the line 3AA grew very little whereas the line 6L grew rapidly. Both were transferred again to F medium for 9 d. The lines 3AA and 6L were then transferred to F medium containing 15 mg/l hygromycin for 14 d. At this point, line 3AA was observed to be of very poor quality and slow growing. The line 6L however grew rapidly on F medium with 15 mg.l hygromycin. In preparation for an inhibition study of the line 6L on hygromycin, the line was then subcultured to F medium without hygromycin.

**16**

After 10 d on F medium an inhibition study of the line 6L was initiated. Callus of 6L was transferred onto F medium containing 0, 10, 30, 100, and 250 mg/l hygromycin B. Five plates of callus were prepared for each concentration and each plate contained ten approximately 50 mg pieces of callus. One plate of unselected control tissue was prepared for each concentration of hygromycin.

It was found that the line 6L was capable of sustained growth over 9 subcultures on 0, 10, 30, 190, and 250 mg/l hygromycin. The name of the line 6L was changed at this time from 6L to PH1 (Positive Eygromycin transformant 1)

Additional sectors were recovered at various time points from the round 2 and 3 selection plates. None of these were able to grow in the presence of hygromycin for multiple rounds, i.e. two or three subcultures.

### V. Confirmation of Transformed Callus

To show that the PH1 callus had acquired the hygromycin resistance gene, a Southern blot of PH1 callus was prepared as follows: DNA was isolated from PH1 and unselected control calli by freezing 2 g of callus in liquid nitrogen and grinding it to a fine powder which was transferred to a 30 ml Oak Ridge tube containing 6 ml extraction buffer (7M urea, 250 mM NaCl, 50 mM Tris-HCl pH 8.0, 20 mM EDTA pH 8.0, 1% sarcosine). To this was added 7 ml of phenol:chloroform 1:1, the tubes shaken and incubated at 37° C. 15 min. Samples were centrifuged at 8K for 10 min. at 4° C. The supernatant was pipeted through miracloth (Calbiochem 475855) into a disposable 15 ml tube (American Scientific Products, C3920–15A) containing 1 ml 4.4M ammonium acetate, pH 5.2. Isopropanol, 6 ml, was added, the tubes shaken, and the samples incubated at −20° C. for 15 min. The DNA was pelleted in a Beckman TJ-6 centrifuge at the maximum speed for 5 min. at 4° C. The supernatant was discarded and the pellet was dissolved in 500 ul TE-10 (10 mM Tris-HCl pH 8.0, 10 mM EDTA pH 8.0) 15 min. at room temperature. The samples were transferred to a 1.5 ml Eppendorf tube and 100 ul 4.4M ammonium acetate, pH 5.2 and 700 ul isopropanol were added. This was incubated at −20° C. for 15 min. and the DNA pelleted 5 min. in an Eppendorf microcentrifuge (12,000 rpm). The pellet was washed with 70% ethanol, dried, and resuspended in TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA).

The isolated DNA (10 ng) was digested with BamHI (NEB) and electrophoresed in a 0.8% w/v agarose gel at 15V for 16 hrs in TAE buffer (40 mM Tris-acetate, i mM EDTA). The DNA within the gel was then depurinate by soaking the gel twice in 0.25 M HCl for 15 min., denatured and cleaved by soaking the gel twice in 0.5M NaOH/1.0M NaCl 15 min., and neutralized by soaking the gel twice in 0.5M Tris pH 7.4/3M NaCl 30 min. DNA was then blotted onto a Nytran membrane (Shleicher & Shuell) by capillary transfer overnight in 6X SSC (20X SSC, 3M NaCl, 0.3M sodium citrate pH 7.0). The membrane was baked at 80° C. for 2 hrs under vacuum. Prehybridization treatment of the membrane was done in 6X SSC, 10X Denhardt's solution, 1% SDS, 50 ug/ml denatured salmon sperm DNA using 0.25 ml prehybridization solution per cm$^2$ of membrane. Prehybridization was carried out at 42° C. overnight.

A 32P labelled probe was prepared by random primer labelling with an Oligo Labelling Kit (Pharmacia) as per the suppliers instructions with 32P-dCTP (ICN Radiochemicals). The template DNA used was the 1055 bp BamHI fragment of pHYGI1, which is the HPT coding sequence. The fragment was gel purified and cut again with PsI (NEB) before labelling.

5,538,880

| 17 | 18 |

The hybridization was performed in 50% formamide, 6X SSC, 1% SDS, 50 ug/ml denatured salmon sperm DNA (Sigma), 0.05% sodium pyrophosphate and all of the isopropanol precipitated heat denatured probe (107 CPM/50ug template). The hybridization was carried out at 42° C. overnight.

The membrane was washed twice in 50 ml 6X SSC, 0.1% SDS 5 min. at room temperature with shaking, then twice in 500 ml 6X SSC, 0.1% SDS 15 min. at room temperature, then twice in 500 ml 1X SSC, 1% SDS 30 min. at 42° C. and finally in 500 ml 0.1X SSC 1% SDS 60 min. at 65° C. Membranes were exposed to Kodak X-OMAT AR film in an X-OMATIC cassette with intensifying screens. As shown in FIG. 3B, a band was observed for PH1 callus at the expected position of 1.05 Kb, indicating that the HPT coding sequence was present. No band was observed for control callus.

### VI. Plant Regeneration and Production of Seed

PH1 callus was transferred directly from all of the concentrations of hygromycin used in the inhibition study to RM5 medium which consists of MS basal salts (Murashige et al. 1962) supplemented with thiamine HCl 0.5 mg/l, 2,4-D 0.75 mg/l, sucrose 50 g/l, asparagine 150 mg/l, and Gelrite 2.5 g/l (Kelco Inc. San Diego).

After 14 d on RM5 medium the majority of PH1 and negative control callus was transferred to R5 medium which is the same as RM5 medium, except that 2,4-D is omitted. These were cultured in the dark for 7 d at 26° C. and transferred to a light regime of 14 hours light and 10 hours dark for 14 d at 26° C. At this point, plantlets that had formed were transferred to one quart canning jars (Ball) containing 100 ml of R5 medium. Plants were transferred from jars to vermiculite after 14 and 21 d. Plants were grown in vermiculite for 7 or 8 d before transplanting into soil and grown to maturity. A total of 65 plants were produced from PH1 and a total of 30 plants were produced from control callus.

To demonstrate that the introduced DNA had been retained in the Ro tissue, a Southern blot was performed as previously described on leaf DNA from three randomly chosen Ro plants of PH1. As shown in FIG. 4B, a 1.05 Kb band was observed with all three plants indicating that the HPT coding sequence was present. No band was observed for DNA from a control plant.

Controlled pollinations of mature PH1 plants were conducted by standard techniques with inbred lines A188, B73 and Oh43. Seed was harvested 45 days post-pollination and allowed to dry further 1–2 weeks. Seed set varied from 0 to 40 seeds per ear when PH1 was the female parent and from 0 to 32 seeds per ear when PH1 was the male parent.

### VII. Analysis of the R1 Progeny

The presence of the hygromycin resistance trait was evaluated by a root elongation bioassay, an etiolated leaf bioassay, and by Southern blotting. Two ears each from

regenerated PH1 and control plants were selected for analysis. The pollen donor was inbred line A188 for all ears.

(A) Root Elongation Bioassay

Seed was sterilized in 2.5% dilution of commercial bleach in water plus alconox 0.1% for 20 min. in 125 ml Erlenmeyer flasks and rinsed 3 times in sterile water and imbibed overnight in sterile water containing 50 mg/ml captan by shaking at 150 rpm.

After imbibition, the solution was decanted from the flasks and the seed transferred to flow boxes (Flow Laboratories) containing 3 sheets of $H_2O$ saturated germination paper. A fourth sheet of water saturated germination paper was placed on top of the seed. Seed was allowed to germinate 4 d.

After the seed had germinated, approximately 1 cm of the primary root tip was excised from each seedling and plated on MS salts, 20 g/l sucrose, 50 mg/l hygromycin, 0.25% Gelrite, and incubated in the dark at 26° C. for 4 d.

Roots were evaluated for the presence or absence of abundant root hairs and root branches. Roots were classified as transgenic (hygromycin resistant) if they had root hairs and root branches, and untransformed (hygromycin sensitive) if they had limited numbers of branches. The results are shown in Table 1.

(B) Etiolated leaf bioassay

After the root tips were excised as described above, the seedlings of one PH1 ear and one control ear were transferred to moist vermiculite and grown in the dark for 5 d. At this point 1 mm sections were cut from the tip of the coleoptile, surface sterilized 10 seconds, and plated on MS basal salts, 20 g/l sucrose, 2.5 g/l Gelrite with either 0 (control) or 100 mg/l hygromycin and incubated in the dark at 26° C. for 18 hr. Each plate contained duplicate sections of each shoot. They were then incubated in a light regimen of 14 hours light 10 hours dark at 26° C. for 48 hr, and rated on a scale of from 0 (all brown) to 6 (all green) for the percent of green color in the leaf tissue. Shoots were classified as untransformed (hygromycin sensitive) if they had a rating of zero and classified as transformed (hygromycin resistant) if they had a rating of 3 or greater. The results are shown in Table 1.

(C) Southern Blots

Seedling form the bioassays were transplanted to soil and are growing to sexual maturity. DNA was isolated from 0.8 g of leaf tissue after about 3 weeks and probed with the HPT coding sequence as described previously. Plants with a 1.05 Kb band present in the Southern blot were classified as transgenic. As shown in FIG. 5B, two out of seven progeny of PH1 plant 3 were transgenic as were three out of eight progeny of PH1 plant 10. The blot results correlated precisely with data from the bioassays, confirming that the heterologous DNA was transmitted through one complete sexual life cycle. All data are summarized in Table 1.

TABLE 1

| | | | ANALYSIS OF PH1 R1 PLANTS | | | | |
|---|---|---|---|---|---|---|---|
| PH1 PLANT | ROOT ASSAY | LEAF ASSAY | BLOT | CONT. PLANT | ROOT ASSAY | LEAF ASSAY | BLOT |
| 3.1 | + | ND | + | 4.1 | – | ND | ND |
| 3.2 | – | ND | – | 4.2 | – | ND | ND |

5,538,880

19     20

TABLE 1-continued

| | ANALYSIS OF PHI R1 PLANTS | | | | | | |
|---|---|---|---|---|---|---|---|
| PHI PLANT | ROOT ASSAY | LEAF ASSAY | BLOT | CONT. PLANT | ROOT ASSAY | LEAF ASSAY | BLOT |
| 3.3 | − | ND | − | 4.3 | − | ND | ND |
| 3.4 | | ND | | 4.4 | − | ND | ND |
| 3.5 | − | ND | − | 4.5 | − | ND | ND |
| 3.6 | + | ND | + | 4.6 | − | ND | ND |
| 3.7 | − | ND | − | 4.7 | − | ND | ND |
| | | | | 2.1 | − | ND | − |
| 10.1 | + | + | + | 1.1 | − | − | − |
| 10.2 | + | + | + | 1.2 | − | − | ND |
| 10.3 | − | − | ND | 1.3 | − | − | ND |
| 10.4 | − | − | − | 1.4 | − | − | ND |
| 10.5 | − | − | − | 1.5 | − | − | ND |
| 10.6 | − | − | − | 1.6 | − | − | ND |
| 10.7 | − | − | − | 1.7 | − | − | ND |
| 10.8 | ND | + | + | 1.8 | − | − | ND |

KEY: + = transgenic; − = nontransgenic; ND = not done

## EXAMPLE II

The procedure of Example I was repeated with minor modifications.

I. Plant lines and tissue cultures

The embryogenic maize callus line, AB12, was used as in Example I. The line had been initiated about 18 months before the actual bombardment occurred.

II. Plasmids

The plasmids pBII221 and pHYGI1 described in Example I were used.

III. DNA delivery process

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. All of the tubes contained 25 ul 50 mg/ml M-10 tungsten in water, 25 ul 2.5M CaCl₂, and 10 ul 100 mM spermidine free base along with a total of 5 ul 1 mg/ml total plasmid content. One tube contained only plasmid pBII221; two tubes contained only plasmid pHYGI1; and one tube contained no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA pH 8.0).

The following bombardments were done:

| 2 × pBII221 prep | For transient expression |
|---|---|
| 7 × pHYGI1 prep | Potential positive treatment |
| 3 × TE prep | Negative control treatment |

After all the bombardments were performed, the callus from the pBII221 treatments was transferred plate for plate to F medium as five 50 mg pieces. After 2 d the callus was placed into GUS assay buffer as per Example I. Numbers of transiently expressing cells were counted and found to be 686 and 845 GUS cells/plate, suggesting that the particle delivery process had occurred in the other bombarded plates.

## IV. Selection of Transformed Callus

After bombardment the callus from the pHYGI1 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate (different from Example I). The same was done for two of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 13 d the callus on round 1 selection plates was indistinguishable from unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin. An approximate five fold expansion of the numbers of plates occurred.

The callus on round 2 selection plates had increased substantially in weight after 23 d, but at this time appeared close to dead. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin. This transfer of all material from round 2 to round 3 selection differs from Example I in which only viable sectors were transferred and the round 2 plates reserved.

At 58 d post-bombardment three live sectors were observed proliferating from the surrounding dead tissue. All three lines were from pHYGI1 treatments and were designated 24C, 56A, and 55A.

After 15 d on maintainance medium, growth of the lines was observed. The line 24C grew well whereas lines 55A and 56A grew more slowly. All three lines were transferred to F medium containing 60 mg/l hygromycin. Unselected control callus from maintenance was plated to F medium having 60 mg/l hygromycin.

After 19 d on 60 mg/l hygromycin the growth of line 24C appeared to be entirely uninhibited, with the control showing approximately 80% of the weight gain of 24C. The line 56A was completely dead, and the line 55A was very close. The lines 24C and 55A were transferred again to F 60 mg/l hygromycin as was the control tissue.

After 23 d on 60 mg/l hygromycin the line 24C again appeared entirely uninhibited. The line 55A was completely dead, as was the negative control callus on its second exposure to to F 60 mg/l hygromycin.

At 88 d post-bombardment, a sector was observed proliferating among the surrounding dead tissue on the round 3 selection plates. The callus was from a plate bombarded with pHYGI1 and was designated 13E. The callus was transferred to F medium and cultured for 19 d. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin. After 14 d of culture, the callus line 13E

5,538,880

21

appeared uninhibited on both levels of hygromycin. The control callus appeared to have about 80% of the weight gain of 13E. The callus lines were transferred to fresh media at the same respective levels of hygromycin.

### V. Confirmation of Transformed Callus

A Southern blot was prepared from DNA from the line 24C. As shown in FIG. 6B, a band was observed for the line 24C at the expected size of 1.05 Kb showing that the line 24C contained the HPT coding sequence. No band was observed for DNA from control tissue. The name of the callus line 24C was changed to PH2.

### VI. Plant Regeneration and Production of Seed

The line 24C along with unselected control callus were placed onto RM5 medium to regenerate plants as in Example I. After 16 d the callus was transferred to R5 medium as in Example I.

### EXAMPLE III

The procedure of Example II was repeated exactly except that different plasmids were used.

The plasmids pBII221 and pHYGI1 described in Example I were used as well as pMS533 which is a plasmid that contains the insecticidal Bacillus thuringiensis endotoxin (BT) gene fused in frame with the neomycin phosphotransferase (NPTII) gene. 5' of the fusion gene are located segments of DNA from the CaMV 35S and nopaline synthase promoters. 3' from the fusion gene are segments of DNA derived from the tomato protease inhibitor I gene and the poly A region of the nopaline synthase gene.

Callus was bombarded exactly as in Example I except that the DNA used in the tungsten/DNA preparations differed. Two tubes contained plasmids pHYGI1 and pMS533 and one tube contained no plasmid but 5 ul TE-1 (10 mM Tris-HCl pH 8.0, 1 mM EDTA pH 8.0).

The following bombardments were done:

| 9 × pHYGI1/pMS533 | Potential positive treatment |
| 2 × TE prep | Control treatment |

After bombardment the callus from the pHYGI1/pMS533 treatments was placed onto round 1 selection plates, F medium containing 15 mg/l hygromycin, as ten 25 mg pieces per plate. The same was done for one of the plates bombarded with the TE preparation (selected control callus). One plate of callus bombarded with the TE preparation was placed onto F medium with no hygromycin; this callus was maintained throughout the ongoing experiment as a source of control tissue and was referred to as unselected control callus.

After 12 d the callus on round 1 selection plates appeared to show about 90% of the weight gain of the unselected control callus. All of the callus was transferred from round 1 selection plates to round 2 selection plates containing 60 mg/l hygromycin as ten 30 mg pieces per plate.

After 22 d of selection on round 2 plates the callus appeared completely uninhibited. All of the callus was transferred from round 2 selection plates to round 3 selection plates containing 60 mg/l hygromycin.

At 74 d post-bombardment a single viable sector was observed proliferating from the surrounding necrotic tissue. The callus line was from pHYGI1/pMS533 treated material

22

and was designated 86R. The callus line 86R was transferred to F medium.

After 24 d the callus line 86R had grown substantially. Portions of the callus were then transferred to (i) F media containing 15 mg/l hygromycin and (ii) F media containing 60 mg/l hygromycin. Control callus was plated on F media with 15 mg/l hygromycin.

After 19 d of culture, the callus line 86R appeared to grow rapidly and was uninhibited on both levels of hygromycin. The control callus appeared to have only about 50% of the weight gain of 86R. The callus lines were transferred to fresh media at the same respective levels of hygromycin to further test the resistance of the callus line 86R to hygromycin.

### COMPARATIVE EXAMPLE A

The basic procedures of Examples I–III have been attempted except varying the selection regime or the form of the callus. These other attempts, which are detailed in Table 2 below, were not successful. Since they were not repeated several times, it is not known whether they can be made to work. In all of the procedures, no viable sectors were observed. In the Table, "Sieved" indicates that the callus was passed through an 860 micron sieve before bombardment; the selective agent was hygromycin for each case except when pMXTI1 was the plasmid and methotrexate the selection agent.

TABLE 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Summary of Comparative Example A | | | | | | |
| Recip. Tissue | Plasmids | Recov. Period | Round 1 Level | Round 1 Period | Round 2 Level | Round 2 Period |
| Clumps | pCHN1-1 pBII221 | 13 | 60 | 21 | 60 | 81 |
| Clumps | pCHN1-1 pBII221 | 14 | 100 | 22 | — | — |
| Clumps | pHYGI1 pBII221 | 8 | 60 | 19 | 30 | 132 |
| Clumps | pCHN1-1 pBII221 | 0 | 30 | 22 | 60 | 109 |
| Clumps | pMTXI1 pBII221 | 8 | 3 | 103 | — | — |
| Sieved | pCHN1-1 pBII221 | 13 | — | — | — | — |

What is claimed is:

1. A process for producing a fertile transgenic Zea mays plant comprising the steps of (i) bombarding intact regenerable Zea mays cells with DNA-coated microprojectiles, (ii) identifying or selecting a population of transformed cells, and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to its progeny, and imparts herbicide resistance thereto.

2. The process of claim 1 wherein the fertile transgenic Zea mays plant is regenerated from transformed embryogenic tissue.

3. The process of claim 1 wherein the cells are derived from immature embryos.

4. A process comprising obtaining progeny from a fertile transgenic plant obtained by the process of claim 1 which comprise said DNA.

5. The process of claim 4 wherein said progeny are obtained by crossing said fertile transgenic plant with an inbred line.

6. The process of claim 4 comprising obtaining seed from

B116

5,538,880

23

said progeny and obtaining further progeny plants comprising said DNA from said seed.

7. The process of claim 5 wherein the progeny obtained are crossed back to the inbred line, to obtain further progeny which comprise said DNA.

8. The process of claim 6 wherein seeds are obtained from said further progeny plants and plants comprising said DNA are recovered from said seed.

9. The process of claim 7 wherein said further progeny are crossed back to the inbred line to obtain progeny which comprise said DNA.

10. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, (ii) identifying or selecting a population of transformed cells, and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to its progeny, wherein the DNA imparts insect resistance thereto.

11. The process of claim 10 wherein the fertile transgenic *Zea mays* plant is regenerated from transformed embryogenic tissue.

24

12. The process of claim 10 wherein the cells are derived from immature embryos.

13. A process comprising obtaining progeny from a fertile transgenic plant obtained by the process of claim 10, which comprise said DNA.

14. The process of claim 13 wherein said progeny are obtained by crossing said fertile transgenic plant with an inbred line.

15. The process of claim 13 comprising obtaining seed from said progeny and obtaining further progeny plants comprising said DNA from said seed.

16. The process of claim 14 wherein the progeny obtained are crossed back to the inbred line, to obtain further progeny which comprise said DNA.

17. The process of claim 15 wherein seeds are obtained from said further progeny plants and plants comprising said DNA are recovered from said seed.

18. The process of claim 16 wherein said further progeny are crossed back to the inbred line to obtain progeny which comprise said DNA.

\*    \*    \*    \*    \*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA SEEDS, INC.<br>SYNGENTA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 04-305 SLR<br>(Lead Case) |
| DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC., et al. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## JOINT CLAIM CONSTRUCTION SUBMISSION

Pursuant to the Court's instruction at the March 9, 2006 hearing in Wilmington, Delaware, the parties have met and conferred and submit the following proposed constructions of the asserted claims of United States Patent Nos. 4,940,835 ("the '835 patent"), 5,538,880 ("the '880 patent") and 6,013,863 ("the '863 patent"):

B118

Exhibit 8

| U.S. Patent No. 5,538,880 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| 1. A process for producing a fertile transgenic *Zea mays* plant comprising the steps of (i) bombarding intact regenerable *Zea mays* cells with DNA-coated microprojectiles, (ii) identifying or selecting a population of transformed cells, and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is transmitted through a complete sexual cycle of said transgenic plant to its progeny, and imparts herbicide resistance thereto. | A process that includes three steps for producing a fertile corn plant in which DNA is introduced through genetic engineering.<br><br>First, corn cells are bombarded with microscopic beads (microprojectiles) that are coated with the DNA. The bombarded corn cells are capable of being regenerated (i.e., developing) into fertile corn plants.<br><br>Second, bombarded corn cells that contain the DNA are selected out of all of the bombarded cells by applying a chemical agent (such as an antibiotic or commercial herbicide) that is capable of killing plant cells. The corn cells that contain the DNA are protected from the chemical agent by a protein produced by a selectable marker gene in the DNA, while the corn cells that do not contain the DNA are killed.<br><br>Third, a fertile transgenic corn plant (called an R0 plant) is regenerated from the selected cells containing the DNA. The resulting fertile transgenic corn plant is capable of passing the DNA to the next (R1) generation and succeeding generations of corn plants.<br><br>The fertile transgenic corn plant is | A process that includes three steps for producing a fertile corn plant in which DNA is introduced through genetic engineering.<br><br>First, corn cells are bombarded with microscopic beads (microprojectiles) that are coated with the DNA. The bombarded corn cells are capable of being regenerated (i.e., growing) into fertile corn plants.<br><br>Second, bombarded corn cells that contain the DNA are selected out of all of the bombarded cells.<br><br>Third, a fertile transgenic corn plant (called an R0 plant) is regenerated from the selected cells containing the DNA. The resulting fertile transgenic corn plant is capable of passing the DNA to the next (R1) generation of corn plants.<br><br>The fertile transgenic corn plant is |

2

| U.S. Patent No. 5,538,880 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| . | herbicide resistant, meaning that the plant can better withstand the harmful effects of a chemical agent (such as an antibiotic or commercial herbicide) that is capable of killing plant cells than a regular corn plant. | herbicide-resistant, meaning that the plant will not be significantly injured when a herbicide is applied to it. A herbicide is a chemical agent used to kill or inhibit the growth of weeds. |
| 4. A process comprising obtaining progeny from a fertile transgenic plant obtained by the process of claim 1 which comprise said DNA. | A process that includes obtaining an R1 or succeeding generation corn plant having the fertile transgenic corn plant produced by the process of claim 1 somewhere in its ancestry. The resulting R1 or succeeding generation corn plant contains the DNA that was introduced by bombardment. | A process that involves practicing the three steps of claim 1 and a fourth step of using the resulting R0 corn plant to obtain the succeeding R1 generation corn plants containing the DNA that was introduced by bombardment. |
| 5. The process of claim 4 wherein said progeny are obtained by crossing said fertile transgenic plant with an inbred line. | During the process of obtaining the R1 and succeeding generation corn plant recited in claim 4, the R0 fertile transgenic corn plant was crossed with a corn plant from an inbred corn line. | A process that involves practicing all of the steps of claim 4 in which the R1 generation corn plants are obtained by crossing the R0 fertile transgenic corn plant with a corn plant from an inbred corn line. |
| 6. The process of claim 4 comprising obtaining seed from said progeny and obtaining further progeny plants comprising said DNA from said seed. | The process of claim 4 plus at least the additional steps of obtaining seed from the R1 or succeeding generation corn plant produced by the process of claim 4 and then growing an R2 or succeeding generation corn plant from that seed. The generation corn plant contains the DNA that was introduced by | A process that involves practicing all of the steps of claim 4 plus at least the additional steps of obtaining seed from the R1 generation corn plant produced by the process of claim 4 and then growing an R2 generation corn plant from that seed. The R2 generation corn plant contains the DNA that was introduced by bombardment. |

3

| U.S. Patent No. 5,538,880 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | bombardment. | |
| 7. The process of claim 5 wherein the progeny obtained are crossed back to the inbred line, to obtain further progeny which comprise said DNA. | The process of claim 5 plus at least the additional step of crossing the R1 or succeeding generation corn plant produced by the process of claim 5 with a corn plant from the inbred corn line of claim 5 to obtain an R2 or succeeding generation corn plant. The R2 or succeeding generation corn plant contains the DNA that was introduced by bombardment. | A process that involves practicing all of the steps of claim 5 plus at least the additional step of crossing the R1 generation corn plant produced by the process of claim 5 with a corn plant from the inbred corn line of claim 5 to obtain an R2 generation corn plant. The R2 generation corn plant contains the DNA that was introduced by bombardment. |
| 8. The process of claim 6 wherein seeds are obtained from said further progeny plants and plants comprising said DNA are recovered from said seed. | The process of claim 6 plus at least the additional steps of obtaining seed from the R2 or succeeding generation corn plant produced by the process of claim 6 and then growing an R3 or succeeding generation corn plant from that seed. The R3 or succeeding generation corn plant contains the DNA that was introduced by bombardment. | A process that involves practicing all of the steps of claim 6 plus at least the additional steps of obtaining seed from the R2 generation corn plant produced by the process of claim 6 and then growing an R3 generation corn plant from that seed. The R3 generation corn plant contains the DNA that was introduced by bombardment. |
| 9. The process of claim 7 wherein said further progeny are crossed back to the inbred line to obtain progeny which comprise said DNA. | The process of claim 7 plus at least the additional step of crossing the R2 or succeeding generation corn plant produced by the process of claim 7 with a corn plant from the inbred corn line of claim 7 to obtain an R3 or succeeding generation corn plant. The R3 or succeeding generation corn plant contains the DNA that was | A process that involves practicing all of the steps of claim 7 plus at least the additional step of crossing the R2 generation corn plant produced by the process of claim 7 with a corn plant from the inbred corn line of claim 7 to obtain an R3 generation corn plant. The R3 generation corn plant contains the DNA |

4

| U.S. Patent No. 5,538,880 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | introduced by bombardment. | that was introduced by bombardment. |

5

| U.S. Patent No. 6,013,863 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| 1. A process for producing a fertile transgenic Zea mays plant comprising the steps of (i) bombarding intact regenerable Zea mays cells with DNA-coated microprojectiles, wherein said DNA comprises at least a selectable marker gene; (ii) selecting a population of transformed cells expressing the selectable marker gene; and (iii) regenerating a fertile transgenic plant therefrom, wherein said DNA is expressed so as to impart glyphosate resistance to said transgenic plant and is transmitted through a normal sexual cycle of said transgenic plant to progeny plants. | A process that includes three steps for producing a fertile corn plant in which DNA is introduced through genetic engineering.<br><br>First, corn cells are bombarded with microscopic beads (microprojectiles) that are coated with the DNA, which includes at least a selectable marker gene.  The bombarded corn cells are capable of being regenerated (i.e., developing) into fertile corn plants.<br><br>Second, bombarded corn cells that contain the DNA are selected out of all of the bombarded cells by applying a chemical agent (such as an antibiotic or commercial herbicide) that is capable of killing plant cells. The corn cells that contain the DNA are protected from the chemical agent by a protein produced by the selectable marker gene, while the corn cells that do not contain the DNA are killed.<br><br>Third, a fertile transgenic corn plant (called an R0 plant) is regenerated from the selected cells containing the DNA. The resulting fertile transgenic corn plant is capable of passing the DNA to the next (R1) generation and succeeding | A process that includes three steps for producing a fertile corn plant in which DNA is introduced through genetic engineering.<br><br>First, corn cells are bombarded with microscopic beads (microprojectiles) that are coated with the DNA, which includes at least a selectable marker gene.  The bombarded corn cells are capable of being regenerated (i.e., growing) into fertile corn plants.<br><br>Second, bombarded corn cells that contain the DNA are selected out of all of the bombarded cells.<br><br>Third, a fertile transgenic corn plant (called an R0 plant) is regenerated from the selected cells containing the DNA. The resulting fertile transgenic corn plant is capable of passing the DNA to the next (R1) generation of corn plants. |

6

**B123**

| U.S. Patent No. 6,013,863 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | generations of corn plants. | |
| | The fertile transgenic corn plant is glyphosate resistant, meaning that the plant can better withstand the harmful effects of glyphosate than a regular corn plant. | The fertile transgenic corn plant is glyphosate-resistant, meaning that the plant will not be significantly injured when glyphosate is applied to it. |
| 5. The process of claim 1 further comprising obtaining transgenic glyphosate resistant progeny plants of subsequent generations from said fertile transgenic plant. | The process of claim 1 plus at least the additional step of obtaining an R1 or succeeding generation corn plant from a corn plant produced by the process of claim 1. | A process that involves practicing the three steps of claim 1 plus at least the additional step of obtaining glyphosate-resistant R1 generation corn plants from the R0 corn plant produced by the process of claim 1. |
| 6. The process of claim 5 further comprising obtaining seed from one of said progeny plants. | The process of claim 5 plus at least the additional step of obtaining seed from the R1 or succeeding generation corn plant produced by the process of claim 5. | A process that involves practicing all of the steps of claim 5 plus at least the additional step of obtaining seed from one of the R1 generation corn plants produced by the process of claim 5. |

7

| U.S. Patent No. 4,490,835 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| 1. A chimeric plant gene which comprises: | A "gene" is a portion of DNA that produces a polypeptide (also known as a "protein"), and a "chimeric" gene includes DNA sequences from two or more different genes. The chimeric plant gene of claim 1 is made of at least three elements. | The "chimeric plant gene" of claim 1 includes three elements that must function (work) in "plant cells" containing the gene. The term "plant cells" means all types of plant cells, including both monocots (such as corn) and dicots (such as petunia). A "gene" is a portion of DNA that produces a polypeptide (also known as a "protein"), and a "chimeric" gene includes DNA sequences from two or more different genes. |
| (a) a promoter sequence which functions in plant cells; | The first element (a) is a promoter sequence, which is a DNA sequence that tells the cell to start a process that results in production of the CTP/EPSPS fusion polypeptide (defined below). The promoter sequence comes from a different gene than the coding sequence element (b) (that is, it is heterologous to the coding sequence element (b)) and it functions in plant cells. | The first element (a) of claim 1 is a promoter sequence, which is a DNA sequence that tells the cell to start a process that results in production of the CTP/EPSPS fusion polypeptide (defined below). The promoter sequence comes from a different gene than both parts of the CTP/EPSPS fusion polypeptide, and it functions in all types of plant cells. |
| (b) a coding sequence which causes the production of RNA, encoding a chloroplast transit peptide/5-enolpyruvylshikimate-3-phosphate synthase fusion polypeptide, which chloroplast transit peptide permits the fusion polypeptide to be imported into a chloroplast of a plant cell; and | | |
| (c) a 3' non-translated region which encodes a polyadenylation signal which functions in plant cells to cause the addition of polyadenylate nucleotides to the 3' end of the RNA; | The second element (b) is a DNA coding sequence that causes the production of a chloroplast transit peptide ("CTP") / 5-enolpyruvylshikimate-3-phosphate synthase ("EPSPS") fusion polypeptide ("CTP/EPSPS fusion polypeptide"). The CTP/EPSPS fusion polypeptide has at least | The second element (b) is a DNA coding sequence that causes the production of a chloroplast transit peptide ("CTP") / 5-enolpyruvylshikimate-3-phosphate synthase ("EPSPS") fusion polypeptide ("CTP/EPSPS fusion polypeptide"). The CTP/EPSPS fusion polypeptide has at least |
| the promoter being heterologous with respect to the coding sequence and adapted to cause sufficient expression of the fusion polypeptide to enhance the glyphosate resistance of a plant cell transformed with the gene. | | |

8

**B125**

| U.S. Patent No. 4,490,835 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | two parts, a CTP part and an EPSPS part, which are joined together, but need not be directly adjacent to each other. A CTP is a series of amino acids that causes the transport of a polypeptide into a chloroplast, a sub-compartment in the plant cell that is the site of photosynthesis. EPSPS is an enzyme that is involved in the production of certain amino acids for the growth of plants and bacteria. The EPSPS polypeptide gives the plant cell enhanced glyphosate resistance. | two parts, a CTP part and an EPSPS part, which are joined together. The CTP and EPSPS parts come from different sources and are not found together in nature. A CTP is a series of amino acids that naturally occurs in plants and causes the transport of the EPSPS protein into a chloroplast, a compartment in the plant cell. After the CTP transports the EPSPS protein to the chloroplast, the CTP is removed from the CTP/EPSPS fusion polypeptide. The EPSPS protein gives the plant cell enhanced glyphosate resistance. |
| | The third element (c) is a 3' non-translated region, which is a DNA sequence at the end of the chimeric plant gene that functions in plant cells to create a polyadenylation signal which allows the cell to produce the CTP/EPSPS fusion polypeptide. | The third element (c) is a DNA sequence at the end of the plant gene that functions in plant cells to assist in the production of the CTP/EPSPS fusion polypeptide. |
| | The promoter sequence causes sufficient production of the CTP/EPSPS fusion polypeptide such that the plant cell containing the chimeric gene can withstand the harmful effects of glyphosate better than a regular plant cell can. | The promoter sequence must cause sufficient production of the CTP/EPSPS fusion polypeptide to enhance the glyphosate resistance of plant cells transformed with the gene. A plant cell is "transformed" when a gene is stably incorporated into its DNA. The transformed plant cell has enhanced glyphosate resistance if it can grow in the |

9

| U.S. Patent No. 4,490,835 Claims | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | | presence of glyphosate at concentrations that kill untransformed cells. |
| 5. A chimeric gene of claim 1 in which the coding sequence encodes a mutant 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS). | The coding sequence in the chimeric plant gene of claim 1 causes the production of an EPSPS polypeptide that is altered from the way it exists in nature. | The CTP/EPSPS fusion polypeptide in the plant gene of claim 1 causes the production of an EPSPS protein that has been altered from the way it normally exists in nature. |
| 6. A chimeric gene of claim 1 in which the EPSPS coding sequence encodes an EPSPS from an organism selected from the group consisting of bacteria, fungi and plants. | The EPSPS coding sequence in the chimeric plant gene of claim 1 produces a bacterial, fungal and/or plant EPSPS. | The EPSPS protein in the plant gene of claim 1 is obtained from a bacteria, fungus and/or plant. |

10

B127

Respectfully submitted,

OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Melinda Patterson
Stephen E. Edwards
Steven G. Spears
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone (713) 787-1400

Dated:  March 20, 2006

POTTER ANDERSON & CORROON LLP

By:    /s/ David E. Moore
       Richard L. Horwitz (#2246)
       David E. Moore (#3983)
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, Delaware  19801
       Telephone (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Michael J. Flibbert
Howard W. Levine
Sanya Sukduang
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone (202) 408-4000

Dated:  March 20, 2006

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

By:    /s/ John W. Shaw
       John W. Shaw (#3362)
       Adam W. Poff (#3990)
       The Brandywine Building
       1000 West Street
       Wilmington, Delaware  19899-0391
       Telephone (302) 571-6689

*Attorneys for Defendants*

724419

11

**B128**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on March 20, 2006, the attached document

was hand delivered on the following persons and was electronically filed with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following

and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on March 20, 2006, I have Electronically Mailed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
rschwed@shearman.com

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413
michael.flibbert@finnegan.com
don.burley@finnegan.com
howard.levine@finnegan.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765

12

**B129**

NON-CONFIDENTIAL

Appeal No. 06-1472

UNITED STATES COURT OF APPEALS

*for the*

FEDERAL CIRCUIT

MONSANTO COMPANY, MONSANTO TECHNOLOGY LLC,
AND DEKALB GENETICS CORPORATION,

*Plaintiffs-Appellants,*

v.

SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY,
INC., GARST SEEDS COMPANY, GOLDEN HARVEST SEEDS,
INC., GARWOOD SEED CO., GOLDEN SEED CO., LLC,
SOMMER BROS. SEED COMPANY, THORP SEED CO., AND JC
ROBINSON SEEDS, INC.,

*Defendants-Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
IN CONSOLIDATED CASE NO. 04-CV-0305
CHIEF JUDGE SUE L. ROBINSON

BRIEF OF PLAINTIFFS-APPELLANTS

SUSAN K. KNOLL
*Attorney of Record*
THOMAS A. MILLER
RICHARD L. STANLEY
SCOTT W. CLARK
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
(713) 787-1400

August 18, 2006                    *Attorneys for Plaintiffs-Appellants*

B130

Exhibit 9

13(52:25-53:10, 54:15-55:23); A4914(57:11-15); A4915-25; A4927(115:16-17); A5139-41(¶¶ 15-20)...

**B.    The Earlier Claim Constructions**

**1.    The Illinois Litigation**

Among the seed company defendants in DEKALB's 1996 lawsuits in Illinois were Pioneer, Mycogen, and two of Syngenta's predecessors, Ciba-Geigy and Northrup King. A2886-87; A2928. One asserted patent was the '880 patent. A2886-87; A2942. The Illinois court appointed Robert Harmon as Special Master to prepare recommendations on all claim construction and summary judgment issues. A2928; A4961-78, at A4962; A5111-28, at A5112.

The Special Master held a four-day *Markman* hearing in which Syngenta's predecessors fully participated. His claim construction report, based solely on the intrinsic evidence, was adopted by the district court. A2926-83. Subsequently, the case settled. A2887. Here, Monsanto's claim construction positions on the '880 patent were those adopted by the Illinois court while Syngenta again re-urged its predecessors' positions that had been rejected. A2835-80, at A2836-59; A2943-46; A2956-73; A2976-77.

**2.    The Missouri Litigation**

As noted, Monsanto's 2001 lawsuit in Missouri against Bayer involved the '835 patent. A2888. After a *Markman* hearing, the Missouri court construed some

11

were based.[3]    Thus, despite declaring that the one sentence addressing the
Lundquist patents and the other sentence addressing the '835 patent are "[f]or
purposes of appeal, and consistent with the above conclusions of law" (A20 n.8),
no additional disputed limitation had any relationship to the conclusions of law
resolved in the summary judgment rulings currently on appeal.

The footnote does not mention the prior Illinois construction, even though
Syngenta's proposed constructions were identical to those of its predecessors that
were rejected by the Illinois court. A2836-59; A2943-46; A2956-73; A2976-77.
The footnote also does not mention the prior Missouri case, even though the
construction adopted for "chloroplast transit peptide" is taken directly from that
court's construction rather than accepting Defendants' proposal adding two more
extraneous limitations. A2986-87; A6783-84. Thus, as to the disputed claim
construction issues not implicated by the summary judgment rulings, the footnote
contains no reviewable findings or analysis at all.

---

[3]    Apart from the only disputed limitation even mentioned, "chloroplast transit
peptide," the other disputed limitations included "herbicide," "resistance," and
"progeny" in the Lundquist patents and "fusion polypeptide" and "enhance
glyphosate resistance" in the '835 patent. A2881-3074; A6692-99; A6396-430.

19

reduces the effective term by almost double the time that the particular process takes (e.g., a patented process that takes 500 days to complete would receive no protection for the first 499 days or the last 499 days of the patent term). Equally inappropriate, the opposite rule imposing infringement liability whenever any step of a claimed process is performed during the patent term would similarly expand the patent grant at both ends of the patent term.

The appropriate rule cannot look to when a process is started because, as explained in *General Foods*, 972 F.2d at 1274, the patent cannot be infringed until the last claimed step is done. A process started during a patent term may never be finished. No matter when a process is started, a party should be able to avoid infringing by not doing the last claimed step until after the patent expires. Moreover, if liability attaches to any process begun during the patent term, such processes could not avoid infringement even if completed after patent expiration. Therefore, because a process patent can only be infringed when the last step is completed, this Court should hold that unauthorized acts completing a patented process after the process patent issues can result in infringement liability on the party that performs those acts.

The rule that a process patent is infringed by the party that completes the last step of the patented process is particularly appropriate here because Syngenta knew of Monsanto's patents, knew it had no rights under those patents, and knew that the

40

**B133**

steps of claim 1 had in fact been performed by DEKALB before the patent issued.[7]

Nevertheless, rather than refraining from using the claimed processes to obtain

progeny, Defendants misappropriated Monsanto's GA21 corn technology and

obtained further progeny of the GA21 seed during the term of the Lundquist

patents. Despite correctly discerning that such conduct should not escape liability,

the district court incorrectly condoned that very result.

In the district court's view, "[t]hese facts are more suited to a business tort

than patent infringement litigation," so the court "decline[d] to create a exception

to fundamental principles of patent law to reach what, in fact, might be a fair

result." A12-13. But the court erred in failing to recognize that the patent laws do

provide liability for using a claimed process to replicate Monsanto's technology.

Otherwise, anyone could misappropriate a product produced by a patented process

whenever at least one of the recited steps was performed before the patent issued

and then perform the remaining steps after issuance without fear of infringement

liability. Hence, even if the circumstances of Defendants' conduct are a case of

---

[7] Whether the entities performing one or more of the non-final steps of a patented process would also be liable for infringement will depend upon the particular circumstances. *See On Demand Machine Corp. v. Ingram Industries, Inc.*, 442 F.3d 1331, 1344-45 (Fed. Cir. 2006) (approving "joint liability" instruction in situations where multiple entities contribute to the infringement); *DuPont*, 903 F. Supp. at 735 (no liability for party performing first step of claimed process where doing so on behalf of defendant responsible for entire process being performed).

41

Confidential information
deleted pursuant to
Protective Order.

first impression, there is no sound legal basis for precluding Defendants' infringement liability for completing the processes of any asserted dependent claim of the Lundquist patents.

Indeed, these circumstances cry out for infringement liability.  [



] Syngenta used that GA21 seed to make further progeny according to the asserted claims.  *See* A5131-60, at A5138-60(¶¶ 12-38).  If Syngenta had contracted with an unlicensed company to perform the steps of claim 1 and used the resulting seed to make progeny, Syngenta would at least be a joint infringer. *See On Demand*, 442 F.3d at 1344-45.  In practical effect, that is what Syngenta did anyway by using Monsanto's own GA21 seed [

] Hence, this Court should hold that Defendants' infringement liability cannot be excused because DEKALB performed the first three steps in generating the R0 plant and did so before the Lundquist patents issued.

4. **The District Court Erred In Holding That § 271(g) Does Not Apply To The Use Or Sale Of Products Made In The United States By A Patented Process**

The district court independently erred in holding that Defendants could not be liable under § 271(g) solely because the processes for making their GA21 corn

42

# VII.  CONCLUSION

For the reasons stated, the district court's summary judgment rulings should be reversed as a matter of law, the unexplained claim construction on the additional disputed limitations in footnote 8 should be vacated, and the case should be remanded for further proceedings.

Dated: _8-18-2006_             By: _____

Counsel for Plaintiffs-Appellants

62

**B136**

# US District Court Civil Docket

## U.S. District - North Carolina Middle
## (Durham)

## 1:97cv1138

## Rhone-Poulenc v. Monsanto Company, et al

This case was retrieved from the court on Friday, March 02, 2007

| | | | |
|---|---|---|---|
| Date Filed: | 10/30/1997 | Class Code: | 18BA, APPEAL, CLOSED, MEDIATION, TRIAL |
| Assigned To: | Judge N C Tilley, Jr | Closed: | Yes |
| Referred To: | | Statute: | 28:1338 |
| Nature of suit: | (0) | Jury Demand: | Plaintiff |
| Cause: | Patent Infringement | Demand Amount: | $0 |
| Lead Docket: | None | | |
| Other Docket: | None | | |
| Jurisdiction: | Federal Question | | |

| Litigants | Attorneys |
|---|---|
| Rhone-Poulenc Agrochimie SA<br>Plaintiff | Charles A Burke<br>[COR LD NTC]<br>Womble Carlyle Sandridge & Rice<br>One W Fourth St<br>Winston-Salem, NC 27101<br>USA<br>336-721-3625<br>Fax: 336-733-8416<br>Email: Cburke@wcsr.com<br><br>Francis Digiovanni<br>[COR LD NTC]<br>Connolly Bove Lodge & Hutz<br>1007 N Orange St<br>878 Nemours Bldg<br>Wilmington, DE 19899-2207<br>USA<br>302-658-9141<br><br>George Pazuniak<br>[COR LD NTC]<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Ave, 15TH Floor<br>Wilmington, NC 19801<br>USA<br>302-777-3610<br>Email: Gpazuniak@wcsr.com<br><br>J Kenneth Joung<br>[COR LD NTC]<br>Connolly Bove Lodge & Hutz<br>POB 2207 |

Copyright © 2007 LexisNexis CourtLink, Inc.  All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

## Exhibit 10                B137

| 08/07/2006 | 712 | MEMORANDUM OPINION signed by Judge N. C. TILLEY JR. on 8/7/06. Re: The findings of fact and conclusions of law in connection with the trial held in this matter from August 22 to September 1, 2000. (Welch, Kelly) (Entered: 08/08/2006) |
|---|---|---|
| 08/07/2006 | 713 | JUDGMENT signed by Judge N. C. TILLEY JR. on 8/7/06, for the reasons set forth in the contemporaneously filed Memorandum Opinion, the Director of the Patent and Trademark Office is instructed to add Rick DeRose, Georges Freyssinet, Michel Lebrun, Bernard Leroux, and Alain Sailland as joint inventors of U.S. Patent 6,040,497 (dated March 21, 2000). However, for U.S. Patent 5,554,798 (dated September 10, 1996) it is determined that conception had occurred prior to any of the applicants making a significant inventive contribution and that their application to be added as joint inventors on that patent is DENIED. (Welch, Kelly) (Entered: 08/08/2006) |
| 08/21/2006 | 714 | MOTION to Amend/Correct 713 Judgment by RHONE-POULENC AGROCHIMIE S.A. Responses due by 9/13/2006 (PAZUNIAK, GEORGE) (Entered: 08/21/2006) |
| 08/21/2006 | 715 | MEMORANDUM filed by Plaintiff RHONE-POULENC AGROCHIMIE S.A. re 714 MOTION to Amend/Correct 713 Judgment,, filed by RHONE-POULENC AGROCHIMIE S.A.. (PAZUNIAK, GEORGE) (Entered: 08/21/2006) |
| 08/21/2006 | -- | Envelope Containing 712 Memorandum Opinion, 713 Judgment addressed to Lisa J. Saks, 1299 Penn. Ave., N.W. Wash., DC 20004-2402 returned to court by postal service, marked undeliverable because; Refused - The Addressee is NOT at Howrey Simon Arnold & White, LLP. Pursuant to telephone conversation with firm, attorneys Lisa J. Saks, David M. Morris, Patricia M. McDermott, Michael Mayer & Michael E. Lee are no longer with Howrey Simon Arnold White, LLP. Documents re-mailed to RAY S. BOLZE, 1299 Penn. Ave., N.W. Wash., DC 20004-2402. (Welch, Kelly) (Entered: 08/28/2006) |
| 09/13/2006 | 716 | RESPONSE in Opposition re 714 MOTION to Amend/Correct 713 Judgment,, filed by MONSANTO COMPANY, DEKALB GENETICS CORPORATION.Replies due by 9/25/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(COWAN, JAMES) (Entered: 09/13/2006) |
| 10/02/2006 | 717 | REPLY, filed by Plaintiff RHONE-POULENC AGROCHIMIE S.A., to Response to 714 MOTION to Amend/Correct 713 Judgment, filed by RHONE-POULENC AGROCHIMIE S.A. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(PAZUNIAK, GEORGE) Modified on 10/3/2006 to edit duplicate text (Welch, Kelly). (Entered: 10/02/2006) |
| 10/25/2006 | -- | ***Motions Submitted: 714 MOTION to Amend/Correct 713 Judgment,, to Judge N. C. TILLEY JR. (Blumke, Sheila) (Entered: 10/25/2006) |

Copyright © 2007 LexisNexis CourtLink, Inc.  All Rights Reserved.
***THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY***

REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 04-305-SLR (lead case) |
| v. | ) ) | |
| SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| DEKALB GENETICS CORPORATION, | ) ) | Civil Action No. 05-355-SLR |
| Plaintiff, | ) ) ) | **CONTAINS RESTRICTED** |
| v. | ) ) ) | **CONFIDENTIAL INFORMATION SUBJECT TO** |
| SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., | ) ) ) | **PROTECTIVE ORDER - FILED UNDER SEAL** |
| Defendants. | ) ) | |

**SYNGENTA'S OPENING CLAIM CONSTRUCTION BRIEF REGARDING THE LUNDQUIST AND SHAH PATENTS**

Of counsel:
Michael J. Flibbert
Howard W. Levine
Sanya Sukduang
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Attorneys for Defendants

Dated: January 11, 2006

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com

**B139**

**Exhibit 11**

REDACTED VERSION – PUBLICLY FILED

08/677,695 (Ex. 29) at 0002456-62.[9]  Further, in response to a Restriction Requirement, DeKalb stated:

> Applicants provisionally elect with traverse a selectable marker gene encoding *antibiotic resistance* wherein the gene encodes resistance to bleomycin, encodes resistance to *hygromycin*, . . . .

8/21/97 Response to Restriction Requirement in Application Ser. No. 08/677,695 (Ex. 30) at 0002557-58.

The related '695 application provides clear insight into the inventors' understanding that antibiotics are not herbicides.  Since the '695 application and '880 patent share the same specification and stem from the same family of applications, the inventors' statements made during prosecution of the '695 application are clearly relevant to the Court's claim construction analysis.[10]  *See, e.g., Microsoft Corp.*, 357 F.3d at 1350 (applying statements made during prosecution of a later-filed application to construe terms of earlier issued patent sharing the same specification).  For these reasons, the Court should construe the term "herbicide" in claim 1 of the '880 patent to exclude antibiotics.

## 2.   The Term "Progeny" in Claims 4-7 of the '880 Patent Means the R1 Progeny

Claim 4 of the '880 patent states that "progeny" are obtained "from a fertile transgenic plant obtained by the process of claim 1," i.e., from an "R0" plant produced by the process of

---

[9] The application leading to the '863 patent was filed as a divisional of the '695 application. *See* Ex. 1, front cover. Moreover, the '695 application and the '880 patent share a common specification. In fact, the '695 application stems from the same series of applications as the '880 patent. Compare Ex. 1, front cover "Related U.S. Application Data" to Ex. 2, front cover "Related U.S. Application Data."

[10] The claims of U.S. Patent No. 6,946,587, which shares the same specification as the '880 patent and stems from the same family of applications as the '880 patent, also distinguish between herbicide-resistant and antibiotic-resistant fertile transgenic corn plants. *See* U.S. Patent No. 6,946,587 (Ex. 31) at claims 10 and 13-19.

22

REDACTED VERSION – PUBLICLY FILED

claim 1. Ex. 2 at claim 4. Sexual crosses of the R0 generation plants are known in the art as

"R1" progeny. This is confirmed in the specification, which states:

> The plants regenerated from the transformed callus are referred to as the R0
> generation or R0 plants. The seeds produced by various *sexual crosses of the R0
> generation plants are referred to as R1 progeny or the R1 generation*. When R1
> seeds are germinated, the resulting plants are also referred to as the R1 generation.

Ex. 2 at col. 11:14-19. Thus, the only way of "obtaining progeny" is to conduct a sexual cross of

the R0 plant.

Indeed, while prosecuting the '880 patent, DeKalb specifically stated that the term

"progeny" refers to R1 progeny. In response to a PTO rejection of claims 33 and 35 ('880 patent

claims 7 and 9), DeKalb stated:

> [C]laim 31 [patent claim 5] recites that in step (iv), *'R1' progeny* of the 'R0' plant
> of step (iii), are obtained by crossing the R0 plant with an inbred line.

5/31/95 Response Under 37 C.F.R. § 1.116 in Application Serial No. 08/249,458 (Ex. 32) at

0001055 (emphasis added). Thus, DeKalb explicitly stated during prosecution that the term

"progeny," as used in claim 5 of the '880 patent, is limited to the R1 progeny.[11] And because

claim 5 refers to "said progeny" of claim 4, the term "progeny" in claims 4 and 5 must have the

same meaning. Additionally, claims 6 refers to "said progeny" of claim 4 and claim 7 refers to

"the progeny" of claim 5. As such, the term "progeny" recited in claims 4–7 must all mean the

R1 progeny.

---

[11] The Illinois district court construed the term "progeny." Ex. 10 at 38–43. The court,
however, relied on the specification of U.S. Patent No. 5,489,520, at issue in the prior case but
not related to the '880 patent, to support its construction. *Id.* at 39. Further, the court relied on a
passage in U.S. Patent No. 5,484,956, which is not in the '880 patent. *Id.* at 40. Finally, the
court did not construe the separate claim term "further progeny" (discussed herein).

DB01:1959785.1

059155.1008

REDACTED VERSION – PUBLICLY FILED

3.    **The Term "Further Progeny" in Claims 6-9 of the '880 Patent Means the R2 Progeny**

Claim 7 of the '880 patent states that "the progeny" of claim 5 (the R1 progeny) are crossed back to the inbred line to obtain "further progeny." Thus, the only way to obtain the "further progeny" is to conduct a sexual cross of the R1 progeny plant with an inbred line. Crossing R1 progeny back to an inbred line would produce "R2" progeny. Here again, the prosecution history support this construction as DeKalb specifically argued that:

> Claim 33 ['880 patent claim 7] effectively recites step (iv), obtaining 'R1' progeny; (v) crossing the 'R1' progeny with the inbred line, and (vi) obtaining *further 'R2' progeny*.

Ex. 32 at 0001055 (emphasis added). DeKalb could not have been any clearer in stating that the term "further progeny" was limited to the R2 progeny. Since claim 6 also recites the term "further progeny," that term used in that claim must also mean the R2 progeny. Claims 8 and 9 refer to "said further progeny," which establishes that the term "further progeny" in these claims also means the R2 progeny.

4.    **The Term "Progeny" in Claim 9 of the '880 Patent Means the R3 Progeny**

Claim 9 requires that the "further progeny" obtained by the process of claim 7 (R2 progeny), are crossed back to the inbred line to obtain "progeny." Accordingly, the only way to obtain the "progeny" of claim 9 is to conduct a sexual cross of the R2 "further progeny" of claim 7 with an inbred line. Crossing R2 progeny back to an inbred line would produce "R3" progeny. DeKalb confirmed this during prosecution when it stated:

> Step 34 [*sic*, claim 35, '880 patent claim 9] recites that (vii) the 'further (R2) progeny' are crossed back to the inbred line to *obtain 'R3' progeny*."

Ex. 32 at 0001055 (emphasis added). Thus, the term "progeny" (second occurrence) in claim 9 of the '880 patent means the R3 progeny.

24

REDACTED VERSION – PUBLICLY FILED

forth in the specification, "a EPSPS gene 'confers a substantial degree of glyphosate resistance upon a plant cell' if it allows a *selectable* fraction of a culture of transformed plant cells to survive a concentration of glyphosate which kills essentially all untransformed cells from the same type of plant under the same conditions." Ex. 3 at col. 5:61-66 (emphasis added).

Moreover, in Examples 2-13, the inventors selected transformed dicot plant cells or plants using glyphosate at a concentration sufficient to allow transformed cells to survive, while killing untransformed cells. *See, e.g.*, Ex. 3 at col. 16:51-63; col. 23:50-44. Thus, Examples 2-13 demonstrate that plant cells transformed with the chimeric plant gene exhibit "enhanced glyphosate resistance" when they survive selection using a concentration of glyphosate that otherwise kills untransformed plant cells.

## VII.  CONCLUSION

For the reasons given above, Syngenta requests that the Court construe the Lundquist and Shah patent terms-at-issue as set forth herein.

Respectfully submitted,

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
        TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com

Of counsel:
Michael J. Flibbert
Howard W. Levine
Sanya Sukduang
FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Attorneys for Defendants

Dated:  January 11, 2006

DB01:1959785.1                                                                                  059155.1008

**B143**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and )
MONSANTO TECHNOLOGY LLC, )
)
      Plaintiffs, )
)
      v. )
)
SYNGENTA SEEDS, INC. and ) C.A. No. 04-305-SLR
SYNGENTA BIOTECHNOLOGY, INC., ) (Lead Case)
et al. )
)
      Defendants. )
)
DEKALB GENETICS CORP., )
)
      Plaintiff, )
      v. )
)
SYNGENTA SEEDS, INC., )
SYNGENTA BIOTECHNOLOGY, INC., et al. )
)
      Defendants. )

## PRETRIAL ORDER

I.    NATURE OF THE ACTION AND PLEADINGS

    This is a patent infringement case involving United States Patent Nos. 4,940,835 ("the '835 Patent"), 5,538,880 ("the '880 patent"), and 6,013,863 ("the '863 patent) (collectively "the patents-in-suit").

    1.    On May 12, 2004, Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") filed suit in this Court against Syngenta Seeds, Inc. and Syngenta Biotechnology, Inc. ("Syngenta") charging Syngenta with infringement of the '835 patent ("the Delaware case"). (D.I. 1)

B144

Exhibit 12

2.      On June 9, 2004 and before Syngenta had answered Monsanto's original complaint, Plaintiffs filed a First Amended Complaint in the Delaware case limiting the alleged infringing products to Syngenta's glyphosate resistant corn products.  (D.I. 9)

3.      On July 1, 2004, Syngenta filed an answer to Monsanto's First Amended Complaint in the Delaware case denying Monsanto's allegations of infringement, asserting various affirmative defenses, and asserting counterclaims for declaratory relief that the '835 patent is invalid and not infringed.   Syngenta also added a counterclaim for a declaratory judgment that U.S. Patent No. 5,188,642 ("the '642 patent") is invalid and not infringed.  (D.I. 10)

4.      On July 21, 2004, Monsanto filed a reply to Syngenta's counterclaims in the Delaware case denying Syngenta's allegations.  (D.I. 12)

5.      On July 27, 2004, DeKalb Genetics Corporation ("DEKALB") filed suit in the United States District Court for the Northern District of Illinois ("the Illinois case") against Syngenta alleging infringement of claims 1-9 of the '880 patent and the claims of the '863 patent.  (Illinois D.I. 1; 05-355 SLR docket entry[1] 87 at 1)

6.      On September 20, 2004, Syngenta filed a motion to dismiss the Illinois case based on Fed. R. Civ. P. 12(b)(6).  (Illinois D.I. 10; 05-355 SLR docket entry 87 at 12)

7.      On November 12, 2004, Syngenta filed a contingent motion to transfer the Illinois case to Delaware.  (Illinois D.I. 25; 05-355 SLR docket entry 88 at 2)

8.      On January 27, 2005, DEKALB filed a First Amended Complaint in the Illinois case adding defendants Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Co.,

---

[1] Docket entries for the transferred Illinois case prior to its consolidation with the lead case, 04-305 SLR, are also identified by the docket number appearing on the Delaware docket shell for case 05-355 SLR.

2

**B145**

L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc. (collectively "the Golden Harvest Companies"). (Illinois D.I. 34; 05-355 SLR docket entry 89 at 3)

9.      On February 10, 2005, Monsanto filed a Second Amended Complaint in the Delaware case adding the Golden Harvest Companies. (D.I. 34)

10.     On March 10, 2005, Syngenta and the Golden Harvest Companies filed an Answer to Monsanto's Second Amended Complaint in the Delaware case denying Monsanto's allegations of infringement and asserted various affirmative defenses but did not include any counterclaims for declaratory judgment. (D.I. 43)

11.     On March 10, 2005, Syngenta and the Golden Harvest Companies with the exception of JC Robinson Seeds, Inc. filed their Answer to DEKALB's First Amended Complaint in the Illinois case in which they denied DEKALB's allegations of infringement and asserted various affirmative defenses. (Illinois D.I. 48; 05-355 SLR docket entry 90 at 7)

12.     On March 10, 2005, Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Co., L.L.C., Sommer Bros. Seed Co., and Thorp Seed Co., filed a motion to transfer the Illinois case to Delaware. (Illinois D.I. 51; 05-355 SLR docket entry 90 at 10)

13.     On March 10, 2005, JC Robinson Seeds, Inc. filed a motion to dismiss the Illinois complaint based on lack of personal jurisdiction. (Illinois D.I. 49; 05-355 SLR docket entry 90 at 8)

14.     On March 10, 2005, Syngenta filed a motion withdrawing its September 20, 2004 motion to dismiss the Illinois case and requesting that the Illinois court act on its motion to transfer the case to Delaware. (Illinois D.I. 50; 05-355 SLR docket entry 90 at 9)

15.     On March 17, 2005, Monsanto provided Syngenta and the Golden Harvest Companies with a Covenant Not to Sue for infringement of the claims of the '642 patent.

3

**B146**

16.     On May 10, 2005, JC Robinson Seeds, Inc. withdrew its March 10, 2005 motion to dismiss the Illinois case for lack of personal jurisdiction and filed an answer to DEKALB's First Amended Complaint in the Illinois case in which it denied DEKALB's allegations of infringement and asserted various affirmative defenses.  (Illinois D.I. 76 and 78; 05-355 SLR docket entry 92 at 5 and 7)

17.     On May 19, 2005, the Illinois court granted both Syngenta's and the Golden Harvest Companies' motions to transfer the Illinois case to Delaware.  (Illinois D.I. 85; 05-355 SLR docket entry 92 at 14)

18.     On August 25, 2005, the Court ordered consolidation of the transferred Illinois case with the Delaware case and set a revised case schedule.  (D.I. 136)

19.     On August 25, 2005, the Court also ordered the joinder of Garst Seeds, Inc. as a defendant in both the transferred Illinois case and in the Delaware case.  (D.I. 136)

20.     On August 26, 2005, the parties participated in a mediation conference with Magistrate Judge Thynge.  No resolution of the dispute was reached.

21.     Fact discovery was completed on October 18, 2005.

22.     The last day to serve expert reports subject to Fed. R. Civ. P 26(a)(2)(C) was October 27, 2005.

23.     The last day to serve rebuttal expert reports subject to Fed. R. Civ. P 26(a)(2)(C) was November 22, 2005.

24.     Expert discovery was completed on December 19, 2005.

25.     On January 11, 2006, the parties filed their Joint Claim Construction Statement (D.I. 204) and their respective opening briefs on claim construction.  (D.I. 203 and 215)  Briefing is complete.

4

26.    On January 11, 2006, Plaintiffs filed the following motions:  (1) a *Daubert* motion to exclude certain expert testimony of Eric Ward, Barry Bruce and Paul Christou (D.I. 205); (2) a motion for summary judgment that the '835 patent is not invalid under 35 U.S.C. § 102(e) based on the '925 patent (D.I. 201); and (3) a motion for summary judgment that the '880 and '863 patents are not invalid under either 35 U.S.C. §§ 102 or 103 based on the work, publications or disclosures of Klein, et al. (D.I. 199).  These motions are fully briefed.

27.    On January 11, 2006, Defendants filed the following motions:  (1) a *Daubert* motion to exclude certain expert testimony (D.I. 220); (2) a motion for summary judgment that the '835 patent is invalid under 35 U.S.C. § 112 as not enabled (D.I. 213); (3) a motion for summary judgment that the '835 patent is not infringed (D.I. 211); and (4) a motion for summary judgment that the '880 and '863 patents are not infringed (D.I. 208).  These motions are fully briefed.

28.    On March 9, 2006, the Court held a hearing on claim construction and the pending summary judgment motions.

## II.    BASIS FOR FEDERAL JURISDICTION

1.    This is an action for patent infringement which arises under the Patent Laws of the United States, Title 35, United States Code.  Jurisdiction over this action is proper under 28 U.S.C. §§ 1331 and 1338(a).  Jurisdiction over the Defendants' counterclaims is proper under 28 U.S.C. §§ 1331, 1338(a), 2201(a), and 2202.

2.    Venue is proper in this Court under Title 28, United States Code §1391(c) and § 1400(b).

## III.    STATEMENT OF ADMITTED FACTS

1.    The parties admit the facts stated in attached Exhibit 1.

POTTER ANDERSON & CORROON LLP

By:  /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Telephone (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Melinda L. Patterson
Steven G. Spears
Stephen E. Edwards
HOWREY, LLP
1111 Louisiana St., 25th Floor
Houston, Texas 77002
(713) 787-1400

*Attorneys for Monsanto Company, Monsanto Technology LLC, and DeKalb Genetics Corporation*

731297

YOUNG CONAWAY STARGATT
& TAYLOR LLP

By:  /s/ Josy W. Ingersoll
    Josy W. Ingersoll (#1088)
    John W. Shaw (#3362)
    Melanie Sharp (2501)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE  19801
    Telephone (302) 571-6600
    jinge@ycst.com
    jshaw@ycst.com

OF COUNSEL:

Michael J. Flibbert
Howard W. Levine
York M. Faulkner
Sanya Sukduang
Scott J. Popma
Jennifer A. Johnson
Jared S. Cohen
Maximilienne Bishop
Tryn Stimart
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

*Attorneys for Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds, Inc.*

13

# EXHIBIT 5

**EXHIBIT 5**

Civil Action No. 04-305-SLR (Lead Case)

## SYNGENTA'S STATEMENT OF ISSUES OF LAW THAT REMAIN TO BE LITIGATED

Syngenta expects that it will present the following issues of law at trial. Syngenta reserves the right to modify or supplement this Statement to reflect the Court's rulings on claim construction and the pending motions. Syngenta also reserves the right to modify or supplement this Statement to the extent necessary to fairly respond to any new issues Monsanto/DeKalb raise in their Statement of Issues of Law. To the extent that any issue in Syngenta's Statement of Issues of Fact That Remain to be Litigated is deemed an issue of law, Syngenta incorporates that issue by reference into this Statement.

I.    '835 Patent

    A.    **Non-Infringement (Pending the Court's ruling on Syngenta's motion for summary judgment of non-infringement)**

      1.    Whether Syngenta's GA21 corn products literally meet each and every limitation of claims 1 and 5-6 of the '835 patent, where Syngenta's GA21 corn product contains an OTP that does not satisfy the naturally occurring CTP element of claims 1 and 5-6 of the '835 patent.[2]  35 U.S.C. § 271; *Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17 (1997); *Laitram Corp. v. Rexnord, Inc.*, 939 F.2d 1533, 1535 (Fed. Cir. 1991).

      2.    Whether Syngenta's activities with GA21 corn products caused the inducement or contributory infringement of claims 1 and 5-6 of the '835 patent, as those

---

[2] Syngenta filed a motion to preclude Monsanto/DeKalb from presenting expert testimony concerning alleged infringement of the '835 patent under the doctrine of equivalents. Consequently, this issue is not addressed in Syngenta's Statement of Issues of Law that Remain to be Litigated. Syngenta reserves the right to supplement this Statement should the Court deny Syngenta's motion.

method to practice. 35 U.S.C. § 102(g); *Mahurkar v. C.R. Bard, Inc.*, 79 F.3d 1572, 1577 (Fed. Cir. 1996); *Paulik v. Rizkalla*, 760 F.2d 1270, 1272 (Fed. Cir. 1985) (*en banc*).

### C.    Derivation and Inventorship

15.    Whether claims 4-9 of the '880 patent are anticipated under 35 U.S.C. § 102(f) where Dr. Theodore Klein and Dr. John Sanford conceived of the microprojectile bombardment method for transforming fertile transgenic herbicide-resistant corn claimed in the '880 patent and disclosed this method to Dr. Ronald Lundquist prior to the date of invention of the '880 patent. 35 U.S.C. § 102(f); *Gambro Lundia AB v. Baxter Healthcare Corp.*, 110 F.3d 1573, 1576-77 (Fed. Cir. 1997) (quoting *Hedgewick v. Akers*, 497 F.2d 905, 908 (C.C.P.A. 1974)); *Pannu v. Iolab Corp.*, 155 F.3d 1344, 1349-50 (Fed. Cir. 1998); *Ethicon, Inc. v. United States Surgical Corp.*, 135 F.3d 1456, 1460 (Fed. Cir. 1998).

### D.    Anticipation

16.    Whether claims 4-9 of the '880 patent are anticipated under 35 U.S.C. § 102(b) where Dr. Theodore Klein's February 26, 1986 USDA Grant Application became publicly available in 1987 (more than a year before the January 22, 1990 filing date of the '880 patent), and where the Grant Application describes each element of claims 1 and 4-9 of the '880 patent. 35 U.S.C. § 102(b); *Rasmusson v. SmithKline Beecham Corp.*, 413 F.3d 1318, 1326 (Fed. Cir. 2005); *Schering Corp. v. Geneva Pharms.*, 339 F.3d 1373, 1377 (Fed. Cir. 2003); *Bristol-Myers Squibb Co. v. Ben Venue Labs.*, 246 F.3d 1368, 1379 (Fed. Cir. 2001); *In re Donohue*, 766 F.2d 531, 533 (Fed. Cir. 1985).

E.    **Obviousness**

17.    Whether claims 4-9 are obvious in view of Klein 1988(a) and Klein 1988(b), particularly in light of the near simultaneous achievement of fertile transgenic herbicide-resistant corn by DeKalb (Mr. Michael Spencer and collaborators) and USDA (Dr. Theodore Klein and collaborators).  35 U.S.C. §103; *Graham v. John Deere Co.*, 383 U.S. 1, 17 (1966); *Ecolochem, Inc. v. S. Cal. Edison Co.*, 227 F.3d 1361, 1379 (Fed. Cir. 2000).

F.    **Non-Enablement**

18.    Whether claims 4-9 of the '880 patent fail to comply with the enablement requirement of 35 U.S.C. § 112, first paragraph, where (1) the claims broadly recite the use of any selectable marker resistance gene to select transformed corn cells; (2) the inventors only used the antibiotic hygromycin as a selectable agent in corn; and (3) DeKalb alleges that other selectable markers would not have worked and that the use of the hygromycin resistance gene was the key to success.  35 U.S.C. § 112; *Plant Genetic Sys., N.V v. DeKalb Genetics Corp.*, 315 F.3d 1335, 1339 (Fed. Cir. 2003); *In re Vaeck*, 947 F.2d 488, 495 (Fed. Cir. 1991); *In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988).

III.    **'863 Patent**

A.    **Non-Infringement (Pending the Court's ruling on Syngenta's motion for summary judgment of non-infringement)**

19.    Whether Syngenta has infringed process claims 5 and 6 of the '863 patent, as those claims are properly construed, in connection with Syngenta's manufacture, use, and sale of its GA21 corn products, where (1) claims 5 and 6 are dependent claims that all depend on independent claim 1 of the '863 patent and incorporate by reference process

steps (i)-(iii) of claim 1; (2) claim 1 recites a three-step microprojectile bombardment process (process steps (i)-(iii)) for making fertile transgenic corn; (3) Syngenta never performed the process steps (i)-(iii) recited in independent claim 1, from which claims 5 and 6 depend; and (4) no one ever performed the three-step microprojectile bombardment process during the term of the '863 patent with regard to GA21 corn. 35 U.S.C. § 271; *Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17 (1997); *Canton Bio-Medical, Inc. v. Integrated Liner Techs., Inc.*, 216 F.3d 1367, 1370 (Fed. Cir. 2000); *Laitram Corp. v. Rexnord, Inc.*, 939 F.2d 1533, 1535 (Fed. Cir. 1991); *Wahpeton Canvas Co. v. Frontier, Inc.*, 870 F.2d 1546, 1553 (Fed. Cir. 1989); *Mycogen Plant Sci., Inc. v. Monsanto Co.*, 252 F.3d 1306 (Fed. Cir. 2001).

20.    Whether Syngenta has induced or contributed to the infringement of claims 5 and 6 of the '863 patent through its manufacture, use, and sale of its GA21 corn products. 35 U.S.C. § 271; *Joy Techs., Inc. v. Flakt, Inc.*, 6 F.3d 770, 774 (Fed. Cir. 1993).

**B.    Written Description**

21.    Whether claims 5 and 6 of the '863 patent fail to comply with the written description requirement of 35 U.S.C. § 112, first paragraph, where the specification of the '863 patent does not describe any DNA sequence that, when expressed, imparts glyphosate resistance in corn. 35 U.S.C. § 112; *Regents of the Univ. of Cal. v. Eli Lilly & Co.*, 119 F.3d 1559, 1566 (Fed. Cir. 1997); *Vas-Cath Inc. v. Mahurkar*, 935 F.2d 1555, 1563-64 (Fed. Cir. 1991).

### C.    Non-Enablement

22.    Whether claims 5 and 6 of the '863 patent fail to comply with the enablement requirement of 35 U.S.C. § 112, first paragraph, where persons of ordinary skill in the art could not make and use, without undue experimentation, a gene capable of imparting glyphosate resistance in a fertile transgenic corn plant, which would be required to practice the claimed process. 35 U.S.C. § 112; *Plant Genetic Sys., N.V. v. DeKalb Genetics Corp.*, 315 F.3d 1335, 1339 (Fed. Cir. 2003); *In re Vaeck*, 947 F.2d 488, 495 (Fed. Cir. 1991); *In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988).

### D.    Anticipation

23.    Whether claims 5-6 of the '863 patent are anticipated by the '497 patent and the work described therein. *Rasmusson v. SmithKline Beecham Corp.*, 413 F.3d 1318, 1332 (Fed. Cir. 2005); *Novo Nordisk Pharms., Inc. v. Bio-Technology General Corp.*, 424 F.3d 1347, 1355 (Fed. Cir. 2005); *Amgen, Inc. v. Hoechst Marion Roussel, Inc.*, 314 F.3d 1313, 1354-55 (Fed. Cir. 2003); *Schering Corp. v. Geneva Pharms.*, 339 F.3d 1373, 1377 (Fed. Cir. 2003); *Mahurkar v. C.R. Bard, Inc.*, 79 F.3d 1572, 1577 (Fed. Cir. 1996); *Paulik v. Rizkalla*, 760 F.2d 1270, 1272 (Fed. Cir. 1985) (*en banc*).

## IV.    Damages (Pending the Court's ruling on Syngenta's motion to bifurcate the issues of willful infringement and damages)

24.    Whether plaintiffs are entitled to any damages and the amount of any such damages. 35 U.S.C. § 271; 35 U.S.C. § 284.

25.    Whether any reasonable royalty damage award must be limited to an apportionment of the value contributed to the accused product by the patent(s) found valid and infringed such that the damage award does not unjustly compensate plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY, *et al.*,      (
         (
Plaintiffs,          (
         (
         v.          (C.A. No.: 04-305-SLR (Consol.)
         (
SYNGENTA SEEDS, INC., *et al.*,      (
         (
Defendants.          (
         (
         (

### Notice of Subpoena

TO:    Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899-0951

Peter E. Moll, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Susan Knoll, Esquire
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057

Kenneth A. Letzler, Esquire
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004

PLEASE TAKE NOTICE that the attached subpoenas have been served on Dr.

Theodore Klein, c/o Mr. Thomas Fleming, Esquire.

**B156**

059155.1010

# Exhibit 13

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____

John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff*

Of Counsel:

SHEARMAN & STERLING LLP
Richard F. Schwed
Thomas A. McGrath III
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile:  (212) 848-7174

Dated: March 14, 2006

GF:111

AO 88 (Rev 11/91) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,
    Plaintiffs,

      v.

SYNGENTA SEEDS, INC.,
SYNGENTA BIOTECHNOLOGY, INC., et al.,
    Defendants,

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-305 SLR (lead case)

TO:   Dr. Theodore Klein
      c/o Mr. Thomas Fleming
      Kaye Scholer LLP
      425 Park Avenue
      New York, NY 10022-3598

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the deposition in the above case.

| PLACE OF DEPOSITION<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, Delaware 19801 | DATE AND TIME<br>March 31, 2006<br>9:00 am |
|---|---|

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which a person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Attorney for Defendant | DATE<br>3/6/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Adam W. Poff (#3990)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

(See Rule 45 of Federal Rules of Civil Procedure Parts C & D on Reverse)

10/94

**B158**

GF:112

AO 88 (Rev 11/91) Subpoena in a Civil Case

---

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                        DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)    PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B)  If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)   DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

10/94

3/7/2006 8:41 AM  FROM: CAG  651.331.8180 Civil Action Group  TO: 91 (631, 106-0617  PAGE: 001 OF 001

Montsanto Company, et. al., Plaintiff(s)

vs.

Syngenta Seeds, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 076090-0001

## AFFIDAVIT OF SERVICE — Individual

Service of Process on:
—Dr. Theodore Klein, c/o Mr. Thomas Fleming, Esq
Court Case No. 04-305 SLR

YOUNG, CONAWAY, ET AL

Ms. Brenda S. Walters

1000 West Street, 17th Floor

Wilmington, DE 19801

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

State of: ____NEW YORK____ ) ss.

County of: __SUFFOLK__

Name of Server: _____BRIAN NOLAN_____ , undersigned, being duly sworn, deposes and says

that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __7__ day of __MARCH__ , 20 __06__, at __2:10__ o'clock __P__ M

Place of Service: at __Kaye Scholer, LLP - 425 Park Avenu__ , in __New York, NY 10022-3598__

Documents Served: the undersigned served the documents described as:

Subpoena in a Civil Case

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:

Dr. Theodore Klein, c/o Mr. Thomas Fleming, Esq

Person Served, and   ☐ By personally delivering them into the hands of the person to be served.
Method of Service:

☒ By delivering them into the hands of ____"JOHN DOE"____ , a person

of suitable age, who verified, or who upon questioning stated, that he/she resides with

Dr. Theodore Klein, c/o Mr. Thomas Fleming, Esq

at the place of service, and whose relationship to the person is: __RECEPTIONIST__

Description of Person    The person receiving documents is described as follows:
Receiving Documents:

Sex _M_ ; Skin Color __WHITE__ ; Hair Color __BLACK__ ; Facial Hair _____

Approx. Age __30__ ; Approx. Height __5'11"__ ; Approx. Weight __160__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at

the time of service.

Signature of Server:    Undersigned declares under penalty of perjury

that the foregoing is true and correct.

Subscribed and sworn to before me this

__8__ day of __MARCH__ , 20 __06__

Signature of Server
BRIAN NOLAN
APS International, Ltd.

Notary Public    (Commission Expires)

VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29,

**B160**

AO-88 (Rev 11/91) Subpoena in a Civil Case

# United States District Court

### DISTRICT OF DELAWARE

MONSANTO et al
    v.
SYNGENTA SEEDS, INC. et al

DEKALB GENETIC CORPORATION,
    v.
SYNGENTA SEEDS, INC. et al

## SUBPOENA IN A CIVIL CASE
Civil Action No. 04-305 SLR
(lead case)
C.A. No. 05-355 SLR

TO:   Mr. Theodore Klein
     c/o
     Thomas Fleming, Esq.
     KAYE SCHOLER LLP
     425 Park Avenue
     New York, NY 10022-3598

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case:

| PLACE OF DEPOSITION | DATE AND TIM |
|---|---|
| POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, Delaware 19801<br>Tel: 302.984.6000 | March 31, 2006<br>9:00 AM |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Thomas A. Miller* , Attorney for Plaintiffs | March 7, 2006 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>THOMAS A. MILLER<br>HOWREY LLP<br>1111 LOUISIANA, 25TH FLOOR<br>HOUSTON, TEXAS 77002<br>(713) 787-1400 | |

(See Rule 45, Federal Rules of Civil Procedure. Parts C & D on Reverse)

# B161

# Exhibit 14

AO-88 (Rev 11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER _____

ADDRESS OF SERVER _____

_____

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

**B162**

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

DM_US\8318122 v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONSANTO COMPANY and MONSANTO )
TECHNOLOGY LLC,                )
                              )
          Plaintiffs,          )
                              )
     v.                        )
                              )
SYNGENTA SEEDS, INC.,          )
SYNGENTA BIOTECHNOLOGY, INC.   )
et al.,                        )
                              )
          Defendants.          )
                              )
_____ )    Civ. No. 04-305-SLR
DEKALB GENETICS CORPORATION,   )      (lead case)
                              )
          Plaintiff,           )
                              )
     v.                        )
                              )
SYNGENTA SEEDS, INC.,          )
SYNGENTA BIOTECHNOLOGY, INC.   )
et al.,                        )
                              )
          Defendants.          )

O R D E R

At Wilmington this |0th day of May, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1.   Defendants' motions for summary judgment (D.I. 208, 213) are granted.

2.   Unless the parties bring to the court's attention any outstanding issues that need to be addressed or a reason to

B164

**Exhibit 15**

continue with the trial, judgment shall be entered for
defendants.[9]

_____
United States District Judge

_____

[9]The remaining outstanding motions (D.I. 199, 201, 205, 211,
220, 241 and 310) are denied as moot.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| DEKALB GENETICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case # 4:06CV01191MLM |
| v. | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER TO FIRST AMENDED COMPLAINT

Defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., JC Robinson Seeds, Inc., and Garst Seed Company (collectively "Syngenta"), for their Answer to the First Amended Complaint filed by Plaintiff DeKalb Genetics Corporation ("DeKalb") on August 11, 2006, hereby state as follows:

1. Syngenta admits that DeKalb is a corporation organized and existing under the laws of the State of Delaware and that DeKalb is a wholly-owned subsidiary of Monsanto Company. Syngenta is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 1 and therefore denies them.

2. Syngenta admits the allegations of paragraph 2.

3. Syngenta admits the allegations of paragraph 3.

4. Syngenta admits that Golden Harvest Seeds, Inc. is a corporation duly organized under the laws of the State of Delaware. Syngenta denies the remaining allegations in paragraph 4.

5. Syngenta admits the allegations of paragraph 5.

B166

# Exhibit 16

6.    Syngenta admits the allegations of paragraph 6.

7.    Syngenta admits the allegations of paragraph 7.

8.    Syngenta admits the allegations of paragraph 8.

9.    Syngenta admits the allegations of paragraph 9.

10.    Syngenta admits the allegations of paragraph 10.

11.    Syngenta admits the allegations of paragraph 11.

12.    In response to paragraph 12 of the First Amended Complaint, Syngenta (a) admits that the First Amended Complaint purports to be an action for patent infringement under 35 U.S.C. § 1 et seq.; and (b) admits that subject matter jurisdiction is proper.

13.    In response to paragraph 13 of the First Amended Complaint, Syngenta denies that venue is proper in this Court because certain of the Defendants, including at least Syngenta Biotechnology, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, and Thorp Seed Co., are not subject to personal jurisdiction in this Court.

14.    In response to paragraph 14 of the First Amended Complaint, Syngenta (a) admits that DeKalb is in the business of developing products, including corn, containing genes that confer resistance to the herbicide glyphosate; (b) admits that glyphosate is a commercial herbicide that kills plants by binding to a critical enzyme in the plant called "EPSPS"; (c) admits that Monsanto Company sells a glyphosate herbicide under the trademark Roundup®; and (d) admits that the genetically engineered products made by Monsanto Company that have the glyphosate-resistance trait, including DeKalb branded corn, are sold under the trademark Roundup Ready®. Syngenta is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

15.    Syngenta denies the allegations of paragraph 15.

2

B167

16.    In response to paragraph 16 of the First Amended Complaint, Syngenta incorporates by reference paragraphs 1-15 above.

17.    In response to paragraph 17 of the First Amended Complaint, Syngenta (a) admits that U.S. Patent No. 5,554,798 ("the '798 patent") is entitled "Fertile Glyphosate-Resistant Transgenic Corn Plants" and names Ronald C. Lundquist and David A. Walters as inventors; (b) admits that the '798 patent issued on September 10, 1996; (c) admits that a copy of the '798 patent was attached as Exhibit A to the First Amended Complaint; and (d) denies that the '798 patent was duly and legally issued by the U.S. Patent and Trademark Office ("PTO") to DeKalb. Syngenta denies the remaining allegations of this paragraph.

18.    Syngenta denies the allegations of paragraph 18.

19.    Syngenta denies the allegations of paragraph 19.

20.    Syngenta denies the allegations of paragraph 20.

21.    Syngenta denies the allegations of paragraph 21.

22.    Paragraph 22 of the First Amended Complaint does not require an admission or denial by Syngenta.

3

## AFFIRMATIVE DEFENSES

### First Affirmative Defense
### (Non-Infringement)

23.    Syngenta has not infringed and is not infringing, literally or under the doctrine of equivalents, any valid and enforceable claim of the '798 patent, directly, contributorily, or by inducement.

### Second Affirmative Defense
### (Patent Invalidity)

24.    Each claim of the '798 patent is invalid for failure to satisfy one or more of the requirements of the Patent Laws of the United States, including the requirements of 35 U.S.C. §§ 102, 103, and 112.

### Third Affirmative Defense
### (Claim Preclusion)

25.    DeKalb's claims are barred under the doctrine of claim preclusion (res judicata).

### Fourth Affirmative Defense
### (Issue Preclusion)

26.    DeKalb's claims are barred under the doctrine of issue preclusion (collateral estoppel).

### Fifth Affirmative Defense
### (Unclean Hands)

27.    DeKalb's claims are barred by the doctrine of unclean hands.

### Sixth Affirmative Defense
### (Reservation of Defenses)

28.    Syngenta reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses at law or in equity,

that may now or in the future be available based on discovery or any other factual investigation concerning this case.

## PRAYER FOR RELIEF

WHEREFORE, Syngenta respectfully requests entry of judgment against DeKalb providing as follows:

1)    declaring that Syngenta has not directly infringed, induced infringement or contributorily infringed the '798 patent;

2)    declaring the '798 patent invalid;

3)    declaring that DeKalb's claims are barred by the doctrines of claim preclusion and issue preclusion;

4)    declaring that DeKalb's claims are barred by the doctrine of unclean hands;

5)    dismissing DeKalb's First Amended Complaint with prejudice;

6)    finding that this is an exceptional case under 35 U.S.C. § 285 and awarding Syngenta its reasonable attorney fees and costs of this action; and

7)    granting Syngenta such other relief as this Court may deem just and equitable.

Dated:  October 5, 2006

/s/Glenn E. Davis
_____
Glenn E. Davis              No. 2940
John H. Quinn, III          No. 4110
*Attorneys for Defendants*
ARMSTRONG TEASDALE LLP
One Metropolitan Square-2600
St. Louis, MO 63102-2740
(314) 621-5070
(314) 612-2241 (Fax)
gdavis@armstrongteasdale.com
jquinn@armstrongteasdale.com

5

**B170**

Of counsel:

Michael J. Flibbert
Howard W. Levine
Sanya Sukduang
Jennifer A. Johnson
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
(202) 408-4400 (fax)
michael.flibbert@finnegan.com
howard.levine@finnegan.com
sanya.sukduang@finnegan.com
jennifer.johnson@finnegan.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following and/or was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

Joseph P. Conran
Dutro E. Campbell, II
Thomas M. Dee
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, #600
St. Louis, MO 63105
Tel: (314) 480-1500
Fax: (314) 480-1530
joe.conran@husch.com
bruce.campbell@husch.com
tom.dee@husch.com
*Attorneys for Plaintiff*
*DEKALB Genetics Corporation*

Scott W. Clark
Susan K. Knoll
Thomas A. Miller
Steven G. Spears
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Tel: (713) 787-1400
Fax: (713) 787-1440
clarks@howrey.com
knoll@howrey.com
millert@howrey.com
spears@howrey.com
*Attorneys for Plaintiff*
*DEKALB Genetics Corporation*

_____/s/Glenn E. Davis_____

6

B171

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-305 SLR |
| SYNGENTA SEEDS, INC., SYNGENTA BIOTECHNOLOGY, INC., GOLDEN HARVEST SEEDS, INC., GARWOOD SEED CO., GOLDEN SEED COMPANY, L.L.C., SOMMER BROS. SEED COMPANY, THORP SEED CO., AND JC ROBINSON SEEDS, INC., | ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## SECOND AMENDED COMPLAINT

Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), file this second amended complaint against Defendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Golden Harvest Seeds, Inc., Garwood Seed Co., Golden Seed Company, L.L.C., Sommer Bros. Seed Company, Thorp Seed Co., and JC Robinson Seeds Inc., (collectively "Defendants") and allege as follows:

## THE PARTIES

1.    Plaintiffs Monsanto Company and Monsanto Technology LLC are both corporations organized and existing under the laws of the State of Delaware, with their principal places of business at 800 North Lindbergh Boulevard, St. Louis, Missouri 63167.

B172

Exhibit 17

2.    On information and belief, Defendant, Syngenta Seeds, Inc. ("Syngenta Seeds"), is a corporation organized and existing under the laws of the State of Delaware, with its offices at 7500 Olson Memorial Highway, Golden Valley, Minnesota 55427.

3.    On information and belief, Defendant, Syngenta Biotechnology, Inc. ("Syngenta Biotechnology"), is a corporation organized and existing under the laws of the State of Delaware, with offices located at 3054 Cornwallis Road, Research Triangle Park, North Carolina 27709-2257.

4.    On information and belief, Defendant Golden Harvest Seeds, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Bloomington, Illinois.

5.    On information and belief, Golden Harvest is an organization consisting of five (5) companies (the "Golden Harvest Companies") related through common ownership of, and financial interest in, Golden Harvest Seeds, Inc. The Golden Harvest Companies are identified in the following paragraphs 6-10.

6.    On information and belief, Defendant Garwood Seed Co., is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Stonington, Illinois.

7.    On information and belief, Defendant Golden Seed Company, L.L.C. is a limited liability company organized and existing under the laws of the State of Illinois, with its principal place of business in Cordova, Illinois.

8.    On information and belief, Defendant Sommer Bros. Seed Company is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Pekin, Illinois.

2

B173

9.     On information and belief, Defendant Thorp Seed Co. is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Clinton, Illinois.

10.     On information and belief, Defendant JC Robinson Seeds, Inc. is a corporation organized and existing under the laws of the State of Nebraska, with its principal place of business in Waterloo, Nebraska.

11.     On information and belief, the Golden Harvest Companies are 90% owned by Syngenta or a Syngenta affiliate.

## JURISDICTION AND VENUE

12.     This is an action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code § 1 et seq.  Subject matter jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338.

13.     Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b).

## BACKGROUND

14.     Plaintiff Monsanto is a leader in the development of crops that have been genetically engineered to express new traits of value to farmers, such as herbicide resistance.  Products developed by Monsanto include corn, soybeans and other crops containing genes that confer resistance to the herbicide glyphosate.  Glyphosate is a commercial herbicide that kills plants by binding to a critical enzyme in the plant called "EPSPS."  Monsanto's glyphosate herbicide is sold under the trademark Roundup® and the genetically engineered products made by Monsanto that have the glyphosate resistance trait are sold under the trademark Roundup Ready®.  Roundup Ready® products have been a recognized commercial success. Since the introduction of Roundup

Ready® crops in 1996, farmers have consistently increased the number of acres they plant in the United States with Roundup Ready® products.

15.    Recognizing the value of Monsanto's glyphosate resistance technology, Defendants have made, used, sold or offered to sell glyphosate resistant corn products under the name Agrisure GT Advantage and have conspired with others to make glyphosate resistant corn products in violation of Monsanto's patent rights.

## THE INFRINGEMENT

16.    Monsanto realleges and incorporates by reference each of paragraphs 1-15 above as set forth herein.

17.    Monsanto has been the owner of all right, title and interest to and under United States Patent No. 4,940,835 entitled "Glyphosate-Resistant Plants." U.S. Patent 4,940,835 ("the '835 Patent") was duly and legally issued to Monsanto on July 10, 1990. A copy of the patent is attached as Exhibit 1 to this Complaint.

18.    Defendants do not have any license or other right to practice the claims of U.S. Patent No. 4,940,835.

19.    Upon information and belief, Defendants have infringed and continue to infringe one or more claims of the '835 Patent by at least making, using, selling and/or offering for sale corn products exhibiting resistance to glyphosate herbicides, and will continue to do so unless enjoined by this Court.

20.    Upon information and belief, Defendants have infringed one or more of the claims of the '835 Patent by at least inducing others and contributing to the infringement by others.

4

21.    Defendants' acts of infringement of the '835 Patent, upon information and belief, have been carried out in deliberate and willful disregard of Monsanto's patent rights.

## JURY DEMAND

22.    Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiffs request a trial by jury.

## PRAYER FOR RELIEF

WHEREBY PLAINTIFFS PRAY FOR THE FOLLOWING RELIEF:

A.    A judgment that Defendants have infringed the '835 Patent;

B.    A judgment that Defendants have willfully and deliberately infringed the '835 Patent;

C.    A declaration by the Court that any making, using, selling or offering for sale by Defendants of any corn products that are within the scope of the '835 Patent would constitute an act of infringement of the '835 Patent;

D.    A preliminary and final injunction enjoining Defendants and all those in privity with it from infringing, from inducing infringement, and from contributing to the infringement of the '835 Patent by making, using, selling or offering for sale corn products that are within the scope of the '835 Patent;

E.    An award of compensatory and exemplary damages, but not less than a reasonable royalty, resulting from Defendants' infringement, including allowance of multiplied damages based on Defendants' willful and deliberate infringement;

F.    An award of interest, costs, and attorneys' fees; and

G.    Such other and further relief as this Court shall deem just and proper.

5

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: _____

Susan K. Knoll
Steven G. Spears
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive, #400
Houston, Texas 77057
Telephone (713) 787-1400

Dated: February 10, 2005

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000

Attorneys for Plaintiffs

668827

6

**B177**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C. A. No. 04-305 SLR |
| v. | ) | (Lead Case) |
| | ) | |
| SYNGENTA SEEDS, INC. | ) | |
| SYNGENTA BIOTECHNOLOGY, INC., et al., | ) | |
| | ) | **CONTAINS RESTRICTED** |
| Defendants. | ) | **CONFIDENTIAL** |
| | ) | **INFORMATION SUBJECT** |
| | ) | **TO PROTECTIVE ORDER** |
| | ) | |
| DEKALB GENETICS CORPORATION, | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SYNGENTA SEEDS, INC., | ) | |
| SYNGENTA BIOTECHNOLOGY, INC., ET AL. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO
SYNGENTA'S MOTION FOR SUMMARY JUDGMENT OF
NON-INFRINGEMENT OF THE LUNDQUIST PATENTS**

OF COUNSEL:

Susan K. Knoll
Thomas A. Miller
Melinda Patterson
Stephen E. Edwards
Steven G. Spears
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
(713) 787-1400

Dated: January 26, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys For Monsanto Company,
Monsanto Technology LLC, and
DEKALB Genetics Corporation*

**B178**

**Exhibit 18**

[Exh. 8, Stein Depo. Exh. 4; Exh. 9, Stein Tr. 79:17-87:5]

In mid-2004, Syngenta announced that it was acquiring Garst and Golden Harvest. [Exh. 10 and 11]

[Exh. 12, Klevorn Depo. Exh. 21 at 1

[Exh. 13, Hawkins Depo. Exh. 10; Exh. 14, Hawkins Tr. 52:25-53:10, 54:15-55:23, 57:11-15; Exh. 15, Parker 30(b)(6) Depo. Exh. 6]

[Exh. 16, Dunder Tr. 115:16-17; Exh. 30, Finer Decl. ¶¶ 15-20]

## V.    ARGUMENT

Summary judgment may be entered only when there is no genuine issue as to any material fact, and the movant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322, 106 S. Ct. 2548, 2552 (1986). As the movant, it was Syngenta's burden to come forward with evidence to establish the absence of genuine issues of material fact and entitlement to judgment as a matter of law. Fed. R. Civ. P. 56(c); *Cable Elec. Prods., Inc. v. Genmark, Inc.*, 770 F.2d 1015, 1022 (Fed. Cir. 1985). "The evidence of the non-movant is to be believed, and all justifiable inferences

7

REDACTED

Any attempt by Syngenta to distinguish this case from cases such as *DuPont* would effectively boil down to this: if Syngenta had contracted with a third party to make a transgenic event using the steps of the '880 and '863 patents, Syngenta could be liable for infringement of claims 4-9 of the '880 patent and claims 5-6 of the '863 patent under this Court's holding in *DuPont,* but because Syngenta misappropriated the GA21 trait instead and had no direct contractual relationship with DEKALB, Syngenta is not liable for infringement. Such an argument should be rejected out of hand. Syngenta cannot excuse its infringement by claiming that the party from whom it misappropriated the GA21 trait performed the steps recited in claim 1 of the patents. The above-recited facts demonstrate that Syngenta should be held liable as an infringer under § 271(a).

     **E.**    **The Asserted Claims Of The '880 Patent Are Infringed For The Additional Reason That They Are Directed To Methods Of Making Progeny Plants**

Yet another reason why Syngenta infringes claims 4-9 of the '880 patent is that those claims cover processes of obtaining progeny plants and seed using plants obtained by the process of claim 1, which is precisely what Syngenta is doing. Claims 4-9 do not merely add steps to the process of claim 1 like claims 5-6 of the '863 patent. Thus, Syngenta infringes claims 4-9 by making progeny plants and seed, as long as the original

24

REDACTED

matters of form not affecting the scope of the invention" [*id.* at A181] can somehow change the clear language of the claim. The unambiguous language of claim 4 (and claims 5-9 dependent thereon) covers Syngenta's accused activities. Syngenta is making progeny plants and seeds using corn that was produced by the process of claim 1. That is what claim 4 requires, nothing more.

## VI: CONCLUSION

In view of the foregoing, Syngenta's motion for summary judgment of non-infringement of the Lundquist '880 and '863 patents should be DENIED.

Respectfully submitted,

OF COUNSEL:                        POTTER ANDERSON & CORROON LLP

Susan K. Knoll
Thomas A. Miller                   By:  /s/ David E. Moore
Melinda Patterson                        Richard L. Horwitz (#2246)
Stephen E. Edwards                       David E. Moore (#3983)
Steven G. Spears                         Hercules Plaza, 6th Floor
HOWREY LLP                               1313 N. Market Street
1111 Louisiana, 25th Floor               Wilmington, DE 19801
Houston, Texas 77092                     Telephone (302) 984-6000
Telephone (713) 787-1400                 rhorwitz@potteranderson.com
                                         dmoore@potteranderson.com
Dated: January 26, 2005
                                   *Attorneys for Plaintiffs*
716855

27

**B181**

David A. Walters - September 20, 2005
Monsanto Company v. Syngenta Seeds, INC.,

Page 1

1        UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF DELAWARE

3    ------------------------------)

4    MONSANTO COMPANY and MONSANTO  )

5    TECHNOLOGY, LLC                )

6                                   )

7        Plaintiff,                 ) Civil Action No.

8                                   )

9         vs.                       ) 04-305-SLR

10                                  ) (lead case)

11   SYNGENTA SEEDS, INC., SYNGENTA )

12   BIOTECHNOLOGY, INC.,           )

13                                  )

14       Defendants.                )

15   ------------------------------)

16   VIDEOTAPED ORAL DEPOSITION OF: DAVID A. WALTERS

17            DATE: SEPTEMBER 20, 2005

18                 HELD AT:

19            HILTON MYSTIC

20         20 COOGAN BOULEVARD

21         MYSTIC, CONNECTICUT

22                - - -

23        DESIGNATED CONFIDENTIAL

24

25   Reporter: Sandra V. Semevolos, RMR, CRR, LSR #74

David A. Walters - September 20, 2005
Monsanto Company v. Syngenta Seeds, INC.,

Page 6

1    INDEX (Continued)
2
3    Exhibit No. 15 Marked ........................ 93
4    Document, Nos. DKLB 296279 through DKLB 296602
5
6    Exhibit No. 16 Marked ........................ 94
7    Document, Nos. DKLB 618170 through DKLB 618459
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1    MR. SUKDUANG: Sanya Sukdruang    09:05:05
2    representing Defendant Syngenta.    09:05:08
3    MR. JOHNSON: Jennifer Johnson also    09:05:11
4    representing Defendant Syngenta.    09:05:13
5    MR. MILLER: Before we begin, counsel, 09:05:16
6    I think we are going to be designating this transcript 09:05:18
7    restricted confidential under the protective order. 09:05:21
8    ·  MR. SUKDUANG: Sure.    09:05:24
9    DIRECT EXAMINATION BY MR. SUKDUANG:    09:05:26
10   Q.   Ready, Mr. Walters?    09:05:26
11   A.   Yes.    09:05:28
12   Q.   Could you please state your full name for 09:05:29
13   the record, please.    09:05:31
14   A.   Yes. David A. Walters, 189 Cossaduck,    09:05:31
15   C-o-s-s-a-d-u-c-k, Hill Road, North Stonington,    09:05:36
16   S-t-o-n-i-n-g-t-o-n, Connecticut, 06359.    09:05:43
17   Q.   Thank you. It's Mr. Walters?    09:05:51
18   A.   That's correct.    09:05:55
19   Q.   Mr. Walters, I know you've been deposed    09:05:55
20   before, but I'd just like to go over some    09:05:57
21   preliminaries. I'm going to be asking you a series of 09:05:59
22   questions, and it's important that you provide verbal 09:06:03
23   responses so the court reporter can mark down your    09:06:05
24   answers as opposed to nodding of the head or shaking 09:06:08
25   of the head.    09:06:11

Page 7

1    (Deposition commenced at 9:03 a.m.)    09:03:32
2    THE VIDEO OPERATOR: This is the    09:03:32
3    deposition of David Walters, taken on behalf of the    09:03:54
4    defendant in the matter of Monsanto Company and    09:03:57
5    Monsanto Technology, LLC, versus Syngenta Seeds,    09:04:01
6    Incorporated, et al. Case number 04-305-SLR. For the 09:04:06
7    court, the United States District Court of the    09:04:13
8    District of Delaware.    09:04:15
9    This deposition is being taken at the    09:04:18
10   Mystic Hilton, 20 Coogan Boulevard, Mystic,    09:04:19
11   Connecticut. The time approximately is 9:04 a.m. The 09:04:25
12   date is September 20th, 2005. The court reporter is 09:04:30
13   Sandra Semevolos with the firm of Brandon Smith    09:04:34
14   Reporting. I'm the video operator, Joe Castelot,    09:04:37
15   representing the firm of .    09:04:40
16   The reporter will now swear in the    09:04:45
17   witness.    09:04:46
18   DAVID A. WALTERS, of Monsanto    09:04:56
19   Company, 62 Maritime Drive, Mystic,    09:04:56
20   Connecticut 06355, being first duly sworn,    09:04:56
21   deposes and states as follows:    09:04:56
22   THE VIDEO OPERATOR: Will counsel    09:04:56
23   identify themselves and who they represent?    09:04:58
24   MR. MILLER: Tom Miller representing    09:05:01
25   the Plaintiffs Monsanto and DeKalb.    09:05:02

Page 9

1    If at any time you need a break, and we are 09:06:13
2    not in the middle of a question or an answer, please 09:06:16
3    let me know and we can take a break.    09:06:19
4    Also, if I ask you a question and you are    09:06:22
5    not sure or don't understand the question I'm asking, 09:06:23
6    please let me know and I'll try to present a new    09:06:27
7    question to you.    09:06:30
8    Are you okay with all of that?    09:06:32
9    A.   Yes, I am.    09:06:34
10   Q.   Now, are you on any medications that might 09:06:34
11   prevent you from providing true and accurate    09:06:36
12   statements today?    09:06:39
13   A.   No, I'm not.    09:06:40
14   Q.   And how do you feel?    09:06:41
15   A.   I feel fine.    09:06:42
16   Q.   Great. Mr. Walters, where do you currently 09:06:43
17   work?    09:06:46
18   A.   I work at Monsanto Company in Mystic,    09:06:47
19   Connecticut.    09:06:49
20   Q.   And what is your title at Monsanto Company? 09:06:52
21   A.   Vector quality control manager.    09:06:57
22   Q.   And when did you start at Monsanto?    09:07:01
23   A.   I worked for a company prior to Monsanto,    09:07:09
24   DeKalb, that was purchased by Monsanto. I believe    09:07:12
25   that was approximately 1999.    09:07:16

3 (Pages 6 to 9)

T. Michael Spencer - October 14, 2005
Monsanto Company v. Syngenta Seeds, Inc.

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------)

MONSANTO COMPANY and MONSANTO         )

TECHNOLOGY, LLC                       )

    Plaintiff,                        ) Civ. Action No.

                                      ) 04-305 SLR

         vs.                         )

                                      ) (lead case)

SYNGENTA SEEDS, INC., SYNGENTA        )

BIOTECHNOLOGY, INC., et al.,          )

    Defendants.                       )

---------------------------------)

DEKALB GENETICS CORPORATION,          )

    Plaintiff,                        ) Civ. Action No.

                                      ) 04-355 SLR

         vs.                         )

SYNGENTA SEEDS, INC.,                 )

SYNGENTA BIOTECHNOLOGY, INC., et al.,)

    Defendants.                       )

---------------------------------)

   VIDEOTAPED ORAL DEPOSITION OF:  T. MICHAEL SPENCER

Exhibit 20

T. Michael Spencer - October 14, 2005
Monsanto Company v. Syngenta Seeds, Inc.

| | Page 2 |
|---|---|
| 1 | DATE: OCTOBER 14, 2005 |
| 2 | HELD AT: |
| 3 | HILTON MYSTIC |
| 4 | 20 COOGAN BOULEVARD |
| 5 | MYSTIC, CONNECTICUT |
| 6 | - - - |
| 7 | RESTRICTED CONFIDENTIAL |
| 8 | |
| 9 | Reporter: Sandra V. Semevolos, RMR, CRR, LSR #74 |
| 10 | ACE FEDERAL REPORTERS |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | Page 4 |
|---|---|
| 1 | APPEARANCES (continued): |
| 2 | |
| 3 | Also Present: |
| 4 | Joseph Castelot |
| 5 | Video Operator |
| 6 | Ace Federal Reporters |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | Page 3 |
|---|---|
| 1 | APPEARANCES: |
| 2 | Representing the Plaintiff: |
| 3 | HOWREY, LLP |
| 4 | 1111 Louisiana, 25th Floor |
| 5 | Houston, Texas 77002 |
| 6 | 713.787.1400 |
| 7 | BY: MELINDA PATTERSON, ESQ. |
| 8 | E-Mail: pattersonm@howrey.com |
| 9 | |
| 10 | Representing the Defendants: |
| 11 | FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP |
| 12 | 901 New York Avenue |
| 13 | Washington, DC 20001-4413 |
| 14 | 202.408.4000 |
| 15 | BY: SANYA SUKDUANG, ESQ. |
| 16 | E-Mail: sanya.sukduang@finnegan.com |
| 17 | BY: JENNIFER A. JOHNSON, ESQ. |
| 18 | E-Mail: jennifer.johnson@finnegan.com |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | Page 5 |
|---|---|
| 1 | INDEX |
| 2 | EXAMINATION |
| 3 | Witness Name                        Page |
| 4 | T. Michael Spencer |
| 5 | |
| 6 | Direct By Mr. Sukduang ..................... 13 |
| 7 | Cross By Ms. Patterson ..................... 242 |
| 8 | Redirect By Mr. Sukduang .................... 256 |
| 9 | Recross By Ms. Patterson ..................... 260 |
| 10 | Further Redirect By Mr. Sukduang .......... 261 |
| 11 | |
| 12 | SPENCER DEPOSITION EXHIBITS (Marked for identification) |
| 13 | Page |
| 14 | Spencer Exhibit 1 Marked ......................... 14 |
| 15 | T. Michael Spencer CV |
| 16 | |
| 17 | Spencer Exhibit 2 Marked ......................... 24 |
| 18 | Transcript of a jury trial dated August 29th, |
| 19 | 2000, In The United States District Court For The |
| 20 | Middle District of North Carolina, between |
| 21 | Plaintiff Rhone-Poulenc Agro and Defendant |
| 22 | Monsanto Company and DeKalb Genetics Corporation |
| 23 | |
| 24 | |
| 25 | |

2. (Pages 2 to 5)

RESTRICTED CONFIDENTIAL

T. Michael Spencer - October 14, 2005
Monsanto Company v. Syngenta Seeds, Inc.

Page 10

INDEX (Continued)

1
2  Spencer Exhibit 22 Marked ........................ 196
3  Document, MGA 0006839 through MGA 0006841
4
5  Spencer Exhibit 23 Marked ........................ 199
6  Document, MGA 0002685 through MGA 0002700
7  Spencer Exhibit 24 Marked ........................ 200
8  U.S. Patent Number 5,500,318 issued August 27,
9  1996
10
11 (Original Exhibits attached to Original Transcript,
12 copies distributed to attorneys.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 11

STIPULATION

1
2      It is Stipulated that the witness reserves the
3  right to read and sign the deposition transcript.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 12

1       (Deposition commenced at 9:10 a.m.)        09:10:50
2       THE VIDEO OPERATOR: We are now on        09:10:50
3  record. This is the deposition of Michael Spencer taken 09:10:51
4  on behalf of the Defendant, Civil Action Number   09:10:54
5  04-305-SLR, for the United States District Court for the 09:10:58
6  District of Delaware.                        09:11:06
7       This deposition is taken at the Hilton   09:11:10
8  Mystic, 20 Coogan Boulevard, Mystic, Connecticut. The 09:11:11
9  time is approximately 9:10 a.m. The date is    09:11:14
10 October 14, 2005. The court reporter is Sandra  09:11:18
11 Semevolos with the firm of Ace Federal. I'm the video 09:11:22
12 operator, Joe Castelot, representing the firm of Ace 09:11:26
13 Federal Reporters, 1120 G Northwest, Washington, D.C. 09:11:30
14      The reporter will now swear in the       09:11:35
15 witness.                                     09:11:36
16      T. MICHAEL SPENCER of Monsanto Company, 09:11:46
17      62 Maritime Drive, Mystic, Connecticut 06355, 09:11:46
18      being first duly sworn, deposes and states as 09:11:46
19      follows:                                09:11:46
20      THE VIDEO OPERATOR: Will counsel please 09:11:46
21 identify yourselves for the record.          09:11:48
22      MS. PATTERSON: Melinda Patterson for    09:11:49
23 Monsanto and DeKalb.                         09:11:51
24      MR. SUKDUANG: Sanya Sukduang from the   09:11:54
25 law firm of Finnegan Henderson, representing Defendant 09:11:56

Page 13

1  Syngenta, et al.                            09:11:58
2       MS. JOHNSON: Jennifer Johnson also of  09:12:01
3  Finnegan Henderson representing Syngenta, et al. 09:12:03
4       DIRECT EXAMINATION BY MR. SUKDUANG:    09:12:06
5   Q.  Good morning, Mr. Spencer. How are you? 09:12:06
6   A.  Good morning.                          09:12:08
7   Q.  Could you please state your full name for the 09:12:09
8  court reporter?                             09:12:11
9   A.  Yes. My name is Thaddeus Michael Spencer. 09:12:12
10  Q.  And I know you've been —                09:12:15
11      MS. PATTERSON: I'm just trying to get  09:12:24
12 this thing to —                            09:12:23
13 BY MR. SUKDUANG:                            09:12:24
14  Q.  I know you've been deposed before,     09:12:24
15 Mr. Spencer, but I just want to go over some  09:12:24
16 preliminaries just to refresh your memory. If you have 09:12:26
17 any questions, please just let me know.      09:12:29
18      It's important that when providing your 09:12:32
19 testimony today that you give oral answers. Shaking 09:12:34
20 your head or nodding your head or kind of saying 09:12:37
21 "uh-huh" or "yeah" might be picked up by the video, but 09:12:40
22 the court reporter needs to record your verbal answers. 09:12:44
23      During the course of the day, if you need to 09:12:48
24 take a break, please let me know, and if we are not in 09:12:49
25 the middle of a question or an answer, then we will take 09:12:52

4 (Pages 10 to 13)

**EXHIBIT 8**

### PLAINTIFFS' LIST OF LIVE WITNESSES
### AND EXPERT STATEMENTS

I.    **PLAINTIFFS' LIST OF LIVE WITNESSES**

The following is a list of the names and addresses of witnesses Plaintiffs may call

to testify in person or by deposition:

Charles Armstrong
Monsanto Company
700 Chesterfield Parkway West
Chesterfield, MO 63017

Joe Bothe
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, MO  63167

Xavier Delannay
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, MO  63167

Robb Fraley
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, MO  63167

Michael Fromm
Director, UNL Center For Biotechnology
E207 Beadle Center
1901 Vine Street
Lincoln, NE 68588-0665

Charles S. Gasser
University of California-Davis
One Shields Avenue
Davis, California  95616

Delbert Harper
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, MO  63167

**B187**

**Exhibit 21**

Robert Horsch
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, MO  63167

Paul Julstrom
Monsanto Company
634 East Lincoln Way
Ames, IA 50010-6598

Ganesh Kishore
11966 Sackston Ridge Dr.
St. Louis, Missouri  63141

Marshall Kostiuk
Syngenta Plant Science
7500 Olson Memorial Highway
Golden Valley, MN  55427

Harry Klee
University of Florida-Gainesville
P. O. Box 110690
Gainesville, Florida 32611

Anthony Leisure
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, MO  63167

Ronald Lundquist
4901 Clear Springs Road
Minnetonka, MN  55345

Nancy Hoffman Mathis
616 Bull Valley Drive
St. Charles, MO  63304

Edward Resler
Syngenta Plant Science
7500 Olson Memorial Highway
Golden Valley, MN  55427

Ken Rinkenberger
Monsanto Company
800 N. Lindbergh Boulevard

DM_US\8343541 v1

**B188**

St. Louis, MO  63167

Rob Robinson
JC Robinson Seed Company
100 JC Robinson Boulevard
Waterloo, NE 68069

Stephen Rogers
86 Lafayette Park
Lynn MA 01902

Dilip Shah
Donald Danforth Plant Science Center
975 North Warson Road
St. Louis, Missouri 63132

Michael Spencer
Monsanto Company
62 Maritime Drive
Mystic, CT 06355-1958

David Walters
Monsanto Company
62 Maritime Drive
Mystic, CT 06355-1958

David Witherspoon
Garst Seed Company
2369 330th Street
Slater, IA  50244

## II.    PLAINTIFFS' BRIEF STATEMENT OF EXPERT WITNESSES' TESTIMONY

The following is a brief summary of the proposed opinion testimony from

Plaintiffs' expert witnesses who Plaintiffs may call to testify in person or by deposition:

### John Finer

Dr. Finer is a Professor in the Department of Horticulture and Crop Science at

The Ohio State University.  His qualifications are fully set forth in his curriculum vitae,

which is attached to his expert report.  Dr. Finer is expected to testify on the opinions and

statements in his expert report served in this action and those expressed in his deposition,

including how the GA21 event was created and how the Defendants' activities with GA21 meet the limitations of the asserted claims of the '880 and '863 patents. He may testify regarding his opinion that NK603 corn was made by the steps in the asserted claims of the '880 and '863 patents. Dr. Finer may also testify in response or rebuttal to any infringement or related issue raised by Defendants. As an expert in the transformation of corn and the regeneration of fertile transgenic corn plants, Dr. Finer may also provide tutorials on those subjects.

Michael Fromm

Dr. Fromm is a Professor of Agronomy and Horticulture at the University of Nebraska. His qualifications are fully set forth in his curriculum vitae, which is attached to his expert reports. Dr. Fromm is expected to testify on the opinions and statements in his expert reports served in this action and those expressed in his deposition, including Syngenta's failed attempts to develop their own glyphosate resistant corn products; that the '880 and '863 patents meet the written description and enablement requirements; that Klein et al.'s Grant Application does not anticipate the asserted claims of the '880 patent; that U.S. Patent No. 6,040,497 does not anticipate the asserted claims of the '863 patent; that Lundquist and Walters did not derive the subject matter of the asserted claims of the '880 patent from Klein and Sanford; that Klein was not the prior inventor of the subject matter of the '880 patent claims; that Michael Spencer was not the prior inventor of the subject matter of the '880 patent claims; that the work underlying the 1990 article by Fromm et al. was not a prior invention of the subject matter of the '880 patent claims; the level of ordinary skill in the art relevant to the '880 and '863 patents; the scope and content of the prior art relevant to the '880 and '863 patents; the differences between the

prior art and the claimed subject matter; objective evidence that the '880 and '863 patents are not obvious; and that the asserted claims of the '880 and '863 patents are not obvious. Dr. Fromm may also testify in rebuttal to any invalidity or related issue raised by Defendants. As an expert in transformation of corn and regeneration of fertile transgenic corn plants, Dr. Finer may also provide tutorials on those subjects.

Kenneth Keegstra

Dr. Keegstra is the Director of the Michigan State University Plant Research Laboratory. His qualifications are fully set forth in his curriculum vitae, which is attached to his expert report. Dr. Keegstra is expected to testify on the opinions and statements in his expert reports served in this action and those expressed in his deposition, including the level of ordinary skill in the art, what the '835 patent describes and teaches to one of ordinary skill in the art, the scope and content of the prior art, the filing date to which the '835 patent is entitled, and that U.S. Patent No. 5,728,925 does not anticipate the '835 patent. He may testify about Syngenta's activities with and sale of GA21 corn. Dr. Keegstra is expected to testify about how the genetic construct in GA21 corn meets the limitations of the asserted claims of the '835 patent. He may also testify about how the genetic construct in NK603 corn meets the limitations of the asserted claims of the '835 patent and about the genetic constructs in Syngenta's Ffybes events. In the event that the Court denies Plaintiffs' *Daubert* Motion with respect to certain testimony from Dr. Barry Bruce, he may also testify about the Lebrun Declaration and the data underlying it. Dr. Keegstra may also testify in rebuttal to any noninfringement, invalidity or related issue raised by Defendants. As an expert on protein transport into chloroplasts, Dr. Keegstra may provide a tutorial on that subject.

<u>Charles Gasser</u>

Dr. Gasser is a Professor in the Section of Molecular and Cellular Biology in the College of Biological Sciences at the University of California, Davis. His qualifications are fully set forth in his curriculum vitae, which is attached to his expert report. Dr. Gasser is expected to testify on the opinions and statements in his expert report served in this action and those expressed in his deposition including, what the '835 patent describes and teaches to one of ordinary skill in the art with respect to transforming corn and modes disclosed for practicing the invention. Dr. Gasser may also testify in rebuttal to any invalidity or related issue raised by Defendants.

<u>Richard Cahoon</u>

Dr. Cahoon is the Acting Executive Director of the Cornell Center for Technology, Enterprise & Commercialization and the Director of Cornell University's Office of Intellectual Property Management and Licensing. His qualifications are fully set forth in his curriculum vitae, which is attached to his expert report. Dr. Cahoon is expected to testify on the opinions and statements in his expert reports served in this action and those expressed in his deposition. This includes the appropriate calculation of a reasonable royalty due to Monsanto from Syngenta, assuming the asserted claims of the patents-in-suit are valid and infringed, and the commercial success of the patents-in-suit. Dr. Cahoon's assessment of a reasonable royalty will be based among other things upon the Georgia Pacific factors as well as the hypothetical negotiation between licensor and licensee. Dr. Cahoon may also testify in response or rebuttal to any damages or related issues raised by Syngenta.

<u>Christopher Spadea</u>

Mr. Spadea is a Vice President of CRA International, and his qualifications are fully set forth in his curriculum vitae, which is attached to his expert report. Mr. Spadea is expected to testify on the opinions and statements in his expert report served in this action and those expressed in his deposition including, calculation of the sales of GA21 products sold or licensed by Syngenta and Syngenta's expectations of value related to GA21. Mr. Spadea may also testify in response or rebuttal to any damages or related issues raised by Syngenta.

## III.   PLAINTIFFFS' LIST OF WITNESSES TO TESTIFY BY DEPOSITION

The following is a list of the names and addresses of witnesses Plaintiffs may call to testify by deposition:

Vahid Aidun
Jack Bernens
Jack Bernens 30(b)(6)
Dennis Bracht
Guy Della-Cioppa
Xavier Delannay
Erik Dunder
Alan Hawkins
Jeffrey Jorgensen
Thomas Klevorn
Marshall Kostiuk
Moez Meghji
Gregory Parker
Gregory Parker 30(b)(6)
Edward Resler 30(b)(6)
Raymond Riley
Raymond Riley 30(b)(6)
Rob Robinson
Dilip Shah
Jeffrey Stein
Kevin Tumblad 30(b)(6)
Rob Wilde
Rob Wilde 30(b)(6)
David Witherspoon

Raymond Wu
Ronald Wulkuhle

Plaintiffs reserve the right to designate testimony from the deposition transcript of any of Defendants' expert witnesses not called to testify live at trial.

APPEAL, LEAD, PATENT, PaperDocuments

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-00305-SLR**

Monsanto Company, et al v. Syngenta Seeds Inc., et al
Assigned to: Honorable Sue L. Robinson
Demand: $0
Lead case: 1:04-cv-00305-SLR    (View Member Cases)
Related Case: 1:05-cv-00535-SLR
Cause: 28:1338 Patent Infringement

Date Filed: 05/12/2004
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Monsanto Company**                                represented by    **Richard L. Horwitz**
                                                                      Potter Anderson & Corroon, LLP
                                                                      1313 N. Market St., Hercules Plaza,
                                                                      6th Flr.
                                                                      P.O. Box 951
                                                                      Wilmington, DE 19899-0951
                                                                      (302) 984-6000
                                                                      Email: rhorwitz@potteranderson.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **David Ellis Moore**
                                                                      Potter Anderson & Corroon, LLP
                                                                      1313 N. Market St., Hercules Plaza,
                                                                      6th Flr.
                                                                      P.O. Box 951
                                                                      Wilmington, DE 19899-0951
                                                                      (302) 984-6000
                                                                      Email: dmoore@potteranderson.com
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **John H. Bogart**
                                                                      Pro Hac Vice
                                                                      Email: Bogartj@howrey.com
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **John J. Rosenthal**
                                                                      Pro Hac Vice
                                                                      Email: rosenthalj@howrey.com

B195

**Exhibit 22**

| | | |
|---|---|---|
| | | on 1/11/06. (rld, ) (Entered: 01/11/2006) |
| 01/11/2006 | 199 | MOTION for Summary Judgment *That the '880 and '863 Patents Are Not Invalid Under 35 U.S.C. Sections 102 or 103 In View of the Work, Publications, or Disclosures of Klein, et al.* - filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Moore, David) (Entered: 01/11/2006) |
| 01/11/2006 | 200 | SEALED OPENING BRIEF in Support re 199 MOTION for Summary Judgment *That the '880 and '863 Patents Are Not Invalid Under 35 U.S.C. Sections 102 or 103 In View of the Work, Publications, or Disclosures of Klein, et al.* filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp.Answering Brief/Response due date per Local Rules is 1/26/2006. (Moore, David) (Entered: 01/11/2006) |
| 01/11/2006 | 201 | MOTION for Summary Judgment *That The Shah '835 Patent is Not Invalid Under 102(e) Over the '925 Patent* - filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Moore, David) (Entered: 01/11/2006) |
| 01/11/2006 | 202 | SEALED OPENING BRIEF in Support re 201 MOTION for Summary Judgment *That The Shah '835 Patent is Not Invalid Under 102(e) Over the '925 Patent* filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp.Answering Brief/Response due date per Local Rules is 1/26/2006. (Moore, David) (Entered: 01/11/2006) |
| 01/11/2006 | 203 | CLAIM CONSTRUCTION OPENING BRIEF filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Attachments: # 1 Exhibit 1-3# 2 Exhibit 4-9# 3 Exhibit 10# 4 Exhibit 11-15)(Moore, David) Additional attachment(s) added on 3/2/2006 (fmt, ). (Entered: 01/11/2006) |
| 01/11/2006 | 204 | Joint STATEMENT *re: Claim Construction (on behalf of all parties)* by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Moore, David) (Entered: 01/11/2006) |
| 01/11/2006 | 205 | MOTION to Exclude Testimony Related to Portions of the Expert Reports of Eric Ward, Barry Bruce, and Paul Christou - filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Moore, David) (Entered: 01/11/2006) |
| 01/11/2006 | 206 | SEALED OPENING BRIEF in Support re 205 MOTION to Exclude Testimony Related to Portions of the Expert Reports of Eric Ward, Barry Bruce, and Paul Christou filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp.Answering Brief/Response due date per Local Rules is 1/26/2006. (Moore, David) (Entered: 01/11/2006) |
| 01/11/2006 | 207 | NOTICE of Joint Submission of Patents in Suit by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp *(on behalf of all parties)* (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Moore, |

| | | |
|---|---|---|
| | | Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Shaw, John) (Entered: 01/11/2006) |
| 01/11/2006 | 214 | SEALED OPENING BRIEF in Support re 213 MOTION for Summary Judgment *of Non-Enablement of the Shah Patent*, filed by Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology.Answering Brief/Response due date per Local Rules is 1/26/2006. (Attachments: # 1 Appendix Appendix)(Shaw, John) Modified on 1/12/2006 (fmt, ). (Entered: 01/11/2006) |
| 01/11/2006 | 215 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *Syngenta's Opening Claim Construction Brief Regarding the Lundquist and Shah Patents* filed by Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Shaw, John) (Entered: 01/11/2006) |
| 01/11/2006 | 216 | SEALED APPENDIX re 215 Claim Construction Opening Brief, *Volume 1 Exhibits 1-24* by Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Shaw, John) Modified on 1/12/2006 (fmt, ). (Entered: 01/11/2006) |
| 01/11/2006 | 217 | Joint Patent History for Patent Number 4,538,880 by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Attachments: # 1 Part 7# 2 Part 8# 3 Part 9# 4 Part 10# 5 Part 11# 6 Part 12)(Moore, David) (Entered: 01/11/2006) |
| 01/11/2006 | 218 | SEALED APPENDIX re 216 Appendix,*Appendix Vol. 2 Exhibits 25-44* by Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Shaw, John) Modified on 1/12/2006 (fmt, ). (Entered: 01/11/2006) |
| 01/11/2006 | 219 | Joint Patent History for Patent Number 4,940,835 by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Attachments: # 1 Part |

| | | |
|---|---|---|
| | | Monsanto Technology LLC, Syngenta AG, Syngenta Participations AG. (Moore, David) (Entered: 02/02/2006) |
| 02/02/2006 | 270 | REDACTED VERSION of 253 Answering Brief in Opposition,, by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Attachments: # 1 Appendix 1# 2 Appendix 2# 3 Appendix 3# 4 Appendix 4# 5 Appendix 5# 6 Supplement Certificate of Service)(Shaw, John) (Entered: 02/02/2006) |
| 02/02/2006 | 271 | NOTICE OF SERVICE of Monsanto's First Supplemental Answers and Objections to Syngenta Seeds, Inc.'s First Set of Interrogatories (Antitrust); and Monsanto's Answers and Objections to Syngenta Seeds, Inc.'s Second Set of Interrogatories (Antitrust) by Monsanto Company, Monsanto Technology LLC.(Moore, David) (Entered: 02/02/2006) |
| 02/02/2006 | 272 | REPLY BRIEF re 208 MOTION for Summary Judgment *of Non-Infringement of the Lundquist Patents* filed by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Shaw, John) (Entered: 02/02/2006) |
| 02/02/2006 | 273 | SEALED REPLY BRIEF re 211 MOTION for Summary Judgment *of Non-Infringement of the Shah Patent* filed by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Attachments: # 1 Appendix Appendix)(Shaw, John) (Entered: 02/02/2006) |
| 02/02/2006 | 274 | SEALED REPLY BRIEF re 213 MOTION for Summary Judgment *of Non-Enablement of the Shah Patent* filed by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Attachments: # 1 Appendix Appendix)(Shaw, John) (Entered: 02/02/2006) |
| 02/02/2006 | 275 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 203 Claim Construction Opening Brief filed by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Attachments: # 1 Appendix appendix)(Shaw, John) (Entered: 02/02/2006) |

| 02/02/2006 | 276 | REPLY BRIEF re 205 MOTION to Exclude Testimony Related to Portions of the Expert Reports of Eric Ward, Barry Bruce, and Paul Christou filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Moore, David) (Entered: 02/02/2006) |
| --- | --- | --- |
| 02/02/2006 | 277 | SEALED REPLY BRIEF re 199 MOTION for Summary Judgment *That the '880 and '863 Patents Are Not Invalid Under 35 U.S. C. Sections 102 or 103 In View of the Work, Publications, or Disclosures of Klein, et al.* filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Moore, David) (Entered: 02/02/2006) |
| 02/02/2006 | 278 | SEALED REPLY BRIEF re 201 MOTION for Summary Judgment *That The Shah '835 Patent is Not Invalid Under 102(e) Over the '925 Patent* filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Moore, David) (Entered: 02/02/2006) |
| 02/02/2006 | 279 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 215 Claim Construction Opening Brief, filed by Monsanto Company, Monsanto Technology LLC, DeKalb Genetics Corp. (Moore, David) (Entered: 02/02/2006) |
| 02/02/2006 | 280 | SEALED REPLY BRIEF re 220 MOTION filed by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Attachments: # 1 Appendix appendix)(Shaw, John) (Entered: 02/02/2006) |
| 02/06/2006 | 282 | SEALED ANSWERING BRIEF in Opposition re 241 MOTION to Compel *Production of Documents* filed by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology.Reply Brief due date per Local Rules is 2/13/2006. (Shaw, John) (Entered: 02/06/2006) |
| 02/06/2006 | 283 | SEALED DECLARATION re 282 Answering Brief in Opposition, by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology. (Shaw, John) (Entered: 02/06/2006) |
| 02/06/2006 | 284 | SEALED DECLARATION re 282 Answering Brief in Opposition, *Charles M. Mattfeldt, Jr.* by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta |

| | | |
|---|---|---|
| | | Company and Monsanto Technology, LLC by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology (Shaw, John) (Entered: 03/13/2006) |
| 03/13/2006 | 304 | NOTICE to Take Deposition of Dan Lehmann on March 14, 2006 by Monsanto Company, Monsanto Technology LLC.(Moore, David) (Entered: 03/13/2006) |
| 03/13/2006 | 305 | NOTICE to Take Deposition of Dave Jessen on March 16, 2006 by Monsanto Company, Monsanto Technology LLC.(Moore, David) (Entered: 03/13/2006) |
| 03/13/2006 | 306 | NOTICE to Take Deposition of Eric Dunder on March 17, 2006 by Monsanto Company, Monsanto Technology LLC.(Moore, David) (Entered: 03/13/2006) |
| 03/14/2006 | 307 | NOTICE of Subpoena to Dr. Theodore Klein c/o Mr. Thomas Fleming, Esquire by Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology, Syngenta AG, Syngenta Corporation, Syngenta Participations AG, Syngenta Seeds Inc., Syngenta Biotechnology (Poff, Adam) (Entered: 03/14/2006) |
| 03/14/2006 | 308 | TRANSCRIPT of Oral Argument held on 3/9/06 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt, ) (Entered: 03/14/2006) |
| 03/20/2006 | 309 | CLAIM Construction Chart by Monsanto Company, Monsanto Technology LLC, Syngenta Seeds Inc., Syngenta Biotechnology, DeKalb Genetics Corp. (Moore, David) (Entered: 03/20/2006) |
| 03/21/2006 | | SO ORDERED, re 302 MOTION for Pro Hac Vice Appearance of Attorney Timothy T. Finley of Howrey LLP filed by Monsanto Company,, DeKalb Genetics Corp,, Monsanto Technology LLC, . Signed by Judge Sue L. Robinson on 3/20/06. (rld, ) (Entered: 03/21/2006) |
| 03/21/2006 | 310 | SEALED MOTION for Leave to File *Supplement to the Record Relating to Syngenta AG's Motion to Dismiss For Lack of Personal Jurisdiction* - filed by Monsanto Company, Monsanto Technology LLC. (Moore, David) (Entered: 03/21/2006) |
| 03/23/2006 | 311 | REDACTED VERSION of 303 Notice (Other), Notice (Other) *of Deposition of corporate designee(s) of Monsanto Company and Monsanta Technology, LLC* by Syngenta Seeds Inc., Syngenta Biotechnology, Advanta USA Inc, Syngenta Corporation, Garst Seed Company, Golden Harvest Seeds, Inc.. (Shaw, John) (Entered: 03/23/2006) |

John Finer - December 7, 2005
Monsanto Company v. Syngenta Seeds, Inc.,

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3    MONSANTO COMPANY and          )

4    MONSANTO TECHNOLOGY           )

5    LLC,                          )

6                                  )

7            Plaintiffs,           )

8                                  )        Civil Action

9                                  )    No. 04-305-SLR

10   v.                            )      (lead case)

11                                 )

12   SYNGENTA SEEDS, INC.,         )

13   SYNGENTA BIOTECHNOLOGY,       )

14   INC.,                         )

15                                 )

16           Defendants.           )

17   ****************************************************

18         VIDEOTAPED ORAL DEPOSITION OF

19                  JOHN FINER

20              December 7, 2005

21   ****************************************************

22         *** RESTRICTED - CONFIDENTIAL ***

23         *** SUBJECT TO PROTECTIVE ORDER ***

24

25   REPORTED BY:  SUSAN P. MILLER, RDR, CRR, CBC

Exhibit 23                    B201

John Finer - December 7, 2005
Monsanto Company v. Syngenta Seeds, Inc.,

**Page 2**

1  VIDEOTAPED ORAL DEPOSITION OF JOHN FINER,
2  produced as a witness at the instance of the
3  Defendants, and duly sworn, was taken in the above
4  styled and numbered cause on Wednesday, December 7,
5  2005, from 9:06 a.m. to 5:39 p.m., before Susan
6  Perry Miller, RDR, CRR, CBC, Notary Public in and
7  for the State of Texas, reported via Machine
8  Shorthand with Realtime Computer Translation and
9  reported at the offices of Howrey LLP, 1111
10  Louisiana, 25th Floor, Houston, Texas, pursuant to
11  notice, the Federal Rules of Civil Procedure, and/or
12  any provisions stated on the record.
13     APPEARANCES
14  FOR PLAINTIFFS:
15     HOWREY, LLP
16     1111 Louisiana
17     25th Floor
18     Houston, Texas  77002-5242
19     (T) 713.787.1592
20     (F) 713.787.1440
21     By: Mr. Donald H. Mahoney III
22     mahoneyt@howrey.com
23     Mr. Thomas A. Miller
24     MillerT@howrey.com
25

**Page 3**

1  APPEARENCE (CONTINUED):
2
3
4  FOR DEFENDANTS:
5     FINNEGAN HENDERSON FARABOW
6     GARRETT & DUNNER, LLP
7     901 New York Avenue, NW
8     Washington, DC  20001-4413
9     (T) 202.408.4000
10     (F) 202.408.4400
11     By: Mr. Michael J. Flibbert
12     michael.flibbert@finnegan.com
13     Mr. Jared S. Cohen
14     jared.cohen@finnegan.com
15
16
17
18  VIDEOGRAPHER:
19
20     Mr. Jerry Sorsdal
21
22
23     ***********************
24
25

**Page 4**

1     STIPULATIONS
2
3     VIDEOTAPED ORAL DEPOSITION OF JOHN
4  FINER, taken on December 7, 2005, pursuant to
5  notice, the Applicable Rules of Civil Procedure,
6  and/or any provisions stated on the record.
7
8     The Original Transcript or a
9  condensed copy thereof with the Original Signature
10  Page of this deposition will be sent to Mr. Donald
11  H. Mahoney III, Counsel for Plaintiffs Monsanto and
12  DeKalb, in order that the witness may read and sign
13  the deposition, pursuant to the Applicable Rules of
14  Civil Procedure.
15
16     ***************************
17
18
19
20
21
22
23
24
25

**Page 5**

1     INDEX
2  VIDEOTAPED ORAL DEPOSITION OF
3  JOHN FINER, TAKEN ON 12/07/2005
4
5  APPEARANCES                    2
6  STIPULATIONS                   4
7  PRELIMINARY PROCEEDINGS            8
8
9  EXAMINATION OF JOHN FINER:
10  BY MR. FLIBBERT:               9
11  BY MR. MAHONEY:              279
12  BY MR. FLIBBERT:             292
13
14  REPORTER'S CERTIFICATION         299
15
16
17     Index of Videotapes
18  Tape 1              8
19  Tape 2             89
20  Tape 3            171
21  Tape 4            240
22
23
24
25

2 (Pages 2 to 5)

John Finer - December 7, 2005
Monsanto Company v. Syngenta Seeds, Inc.,

Page 190

```
1
2
3
4                                         14:46:42
5
6
7
8
9                                         14:46:56
10
11
12
13
14                                        14:47:02
15
16
17
18
19
20                              14:47:22
21
22
23
24
25                                        14:47:33
```

Page 191

```
1
2
3
4
5                       14:47:49
6
7
8
9
10                              14:48:10
11
12
13
14
15                      14:48:23
16
17
18
19
20                              14:48:45
21
22
23
24
25                                        14:48:59
```

Page 192

```
1
2
3
4                                         14:49:17
5
6
7
8       Q.  And is it fair to say that Syngenta's
9    GA21 corn products must be beyond the R3 generation?
10      A.  Yes.                           14:49:36
11      Q.  Would you concede that if the Court
12   construes the term "progeny" and "further progeny,"
13   the terms "progeny" and "further progeny" in claims
14   4 through 9 of the '880 patent as being limited to
15   the R1 through R3 generations, there would be no   14:49:56
16   infringement by Syngenta?
17      A.  Look, the way that this is presented and
18   my impression of this is that, you know, I'm not
19   sure if that's ever gonna happen.  Progeny is
20   progeny is progeny.  Syngenta took this gene, took  14:50:12
21   the seed containing this gene and bred it into
22   subsequent generations.
23          If that would happen, maybe, I'd
24   have to reconsider my opinion.  But the bottom line
25   here is that progeny is progeny, and Syngenta       14:50:31
```

Page 193

```
1    infringes because they're using the progeny from
2    those plants.
3       Q.  And your opinion did not consider the
4    response that we looked at relating to the term
5    "progeny" and the term "further progeny."  Is that  14:50:47
6    correct?
7          MR. MAHONEY:  Objection, form.
8          THE WITNESS:  The -- you're
9    referencing the file history?
10      Q.  (BY MR. FLIBBERT)  Yes.          14:50:56
11      A.  Yes, I did not carefully evaluate the
12   file history.
13      Q.  Okay.  I'd like to discuss your opinions
14   relating to the term "herbicide" --
15      A.  Okay.                           14:51:08
16      Q.  -- in claim 1 of the '880 patent.  You
17   indicate at page 11 of your report that "'Herbicide'
18   means an agent having herbicidal activity when
19   applied to plant material."  Do you see that?
20      A.  Yes.                           14:51:26
21      Q.  Page 11?
22          What was the basis for your
23   definition?
24      A.  Basis for my definition is the knowledge
25   that I have of what an herbicide is; the effort     14:51:38
```

49 (Pages 190 to 193)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEKALB GENETICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA SEEDS, INC.,<br>SYNGENTA BIOTECHNOLOGY, INC.,<br>GOLDEN HARVEST SEEDS, INC.,<br>GARWOOD SEED CO.,<br>GOLDEN SEED COMPANY, L.L.C.,<br>SOMMER BROS. SEED COMPANY,<br>THORP SEED CO.,<br>JC ROBINSON SEEDS, INC. AND<br>GARST SEED COMPANY<br><br>Defendants. | Civil Action No.<br>4:06cv01191-ERW |

## DECLARATION OF JOAN E. PURK

1.     My name is Joan Purk.  I am a paralegal in the Legal Department of Monsanto Company ("Monsanto") in St. Louis Missouri.  In the course of my job responsibilities, I have a familiarity with the location of Monsanto's offices, the location of Monsanto's scientific and business records, and the location of Monsanto's employees.  I am also familiar with the locations of offices, records, and employees for Monsanto's subsidiary, DEKALB Genetics Corp.

2.     Monsanto's principal place of business is in St. Louis, Missouri, and the surrounding area.  Its corporate headquarters are in St. Louis, and its primary agricultural biotechnology research facilities are located in the St. Louis area.  Monsanto's primary facilities are located at 800 North Lindbergh Boulevard (which is approximately a 20 minute drive from the federal courthouse in St. Louis), and 700 N. Chesterfield Parkway (which is approximately a 40 minute

**B204**

**Exhibit 24**

drive from the federal courthouse in St. Louis). Monsanto's business and scientific documents related to its agricultural biotechnology research and resulting products are located primarily at these locations. Moreover, most of Monsanto's employees, including those involved in agricultural biotechnology research, product development, product marketing and regulatory matters are located at these locations.

3.    Although Monsanto is a Delaware corporation, Monsanto has no research facilities in Delaware. Monsanto also has no offices in Delaware related to its agricultural biotechnology business.

4.    In 1998, Monsanto completed the acquisition of DEKALB Genetics Corp. At the time of the acquisition, DEKALB was headquartered in Dekalb, Illinois. Starting in 2002 and continuing through June 2005, all business records from the Illinois facility were transferred to Monsanto's St. Louis facilities. In June 2005, the Illinois facility was closed. Some personnel from the Illinois facility relocated to Monsanto's St. Louis facilities. Others were released by the company, receiving severance packages in June 2005. DEKALB's current headquarters are at Monsanto's St. Louis facilities.

5.    I have reviewed Exhibit 13 to Syngenta's Motion to Transfer. The following individuals identified in that list are located in St. Louis:

> Chuck Armstrong
> Nancy Hoffman
> Anthony Leisure
> David Nothmann
> Ken Rinkenberger
> Dilip Shah

Joseph Bothe travels to St. Louis two days a week as part of his job responsibilities with Monsanto. Delbert Harper has retired from Monsanto but works as a consultant three day a week at the St. Louis location and stills resides in St. Louis. Robert Horsch is currently working at

DM_US\8403290.v1                                        2

**B205**

Monsanto in St. Louis, but will leave his employment in a month and relocate to Washington state. Michael Spencer is located in Mystic, Connecticut and regularly travels to St. Louis as part of his job responsibilities with Monsanto.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: __10/26/06__                    _____
                                        Joan E. Purk

**B206**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) | C. A. No. 04-305-SLR (Lead Case) |
| Plaintiffs, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | **PUBLIC VERSION** |
| SYNGENTA SEEDS, INC., and SYNGENTA BIOTECHNOLOGY, INC., et al. | ) ) ) ) | |
| Defendants. | ) ) | |

### ANSWER AND COUNTERCLAIMS OF MONSANTO COMPANY AND MONSANTO TECHNOLOGY LLC TO SYNGENTA SEEDS, INC.'S SECOND AMENDED ANTITRUST COMPLAINT

OF COUNSEL

Peter E. Moll
John DeQ. Briggs
Scott E. Flick
John Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 783-0800

John F. Lynch
Susan K. Knoll
Steven G. Spears
HOWREY LLP
750 Bering Drive
Houston, TX 77057
Telephone (713) 787-1400

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC 20004
(202) 942-5000

Dated: September 23, 2005
Public Version Dated: October 3, 2005

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Monsanto Company and Monsanto Technology LLC*

Exhibit 25

## JURY DEMAND

Monsanto demands a trial by jury on the Amended Complaint.

## PRAYER

THEREFORE, having fully answered plaintiff's complaint, defendant Monsanto

prays:

(1)  For dismissal of the Amended Complaint with prejudice;

(2)  For the award of Monsanto costs and attorneys' fees, as may be allowed by law; and

(3)  For such other relief as the Court deems just and appropriate.

## COUNTERCLAIMS

Counterclaimants Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), by their attorneys, complain against Counterdefendants Syngenta AG, Syngenta Participations AG, Syngenta Corp., Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Advanta USA, Inc., Garst Seed Company, and Golden Harvest Seeds, Inc. (collectively "Syngenta"), and for their causes of action allege and state as follows:

## NATURE OF THE CASE

These counterclaims are filed by Monsanto for injunctive relief and to recover damages for injuries to its business and property by virtue of the fact that Syngenta has wrongfully obtained Monsanto's GA21 trait and is marketing that trait under the Syngenta brand "Agrisure GT Advantage" ("Agrisure").

19

## JURISDICTION AND VENUE

1.    This action arises under 15 U.S.C. § 1125(a)(1) and Delaware statutory and common law.

2.    Jurisdiction over this action is conferred on this Court by 15 U.S.C. § 1121(a), 28 U.S.C. § 1331, and the principle of supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

3.    Counterdefendants reside or are otherwise found in this District. The unlawful acts alleged herein were performed or had effects within this District.

4.    Venue is proper under 28 U.S.C. §§ 1391(a) and 1391(c).

## PARTIES

### A.    The Counterclaimants

5.    Monsanto Technology LLC is a Delaware corporation with its principal place of business at 800 North Lindbergh Blvd., St. Louis, MO 63167. Monsanto Technology LLC is a leading provider of agricultural products and solutions, using innovation in plant biotechnology, genomics and breeding to improve productivity and to reduce the costs of farming.

6.    Monsanto Company is a Delaware corporation with its principal place of business at 800 North Lindbergh Blvd., St. Louis, MO 63167. It is a leading provider of agricultural products and solutions, using innovation in plant biotechnology, genomics and breeding to improve productivity and to reduce the costs of farming.

### B.    The Counterdefendants

7.    Syngenta AG is a Swiss corporation with its principal place of business at Schwarzwaldallee 215, CH-4058 Basel, Switzerland. It is engaged in the sale of commercial seeds, fungicides, insecticides and herbicides. In 2004, its sales were approximately $7.3 billion; its employees numbered approximately 19,000 people in over 90 countries, and it is listed on the Swiss and New York stock exchanges. Syngenta AG

20

has substantial ties to the United States through its own employees, agents and representatives, as well as through its wholly and partially owned subsidiaries Syngenta Seeds, Inc., Syngenta Corporation, Syngenta Biotechnology, Inc., Garst Seed Company, Golden Seed Company, LLC, Garwood Seed Company, J.C. Robinson Seeds, Inc., Sommer Bros. Seed Company and Thorp Seed Company, all of which Syngenta AG has at all pertinent times dominated and controlled.

8.     Syngenta Participations AG is a Swiss corporation with its principal place of business at Schwarzwaldallee 215, c/o Syngenta International AG, 4058 Basel, Switzerland. According to its entry in the Swiss business register, Syngenta Participations AG holds and manages ownership interests in foreign corporations engaged in the area of agrarian business and related sectors. Syngenta Participations AG is a wholly-owned subsidiary of counterdefendant Syngenta AG.

9.     Syngenta Seeds, Inc. is a Delaware corporation with its principal place of business at 7500 Olson Memorial Hwy., Golden Valley, MN 55427. It is engaged in the sale of commercial seeds, fungicides, insecticides and herbicides. Syngenta Seeds, Inc. is a wholly-owned subsidiary of counterdefendant Syngenta AG.

10.     Syngenta Biotechnology, Inc. is a Delaware corporation with its principal place of business at 3054 Cornwallis Road, Research Triangle Park, NC 27709. It conducts research in the areas of weed, insect and disease control for crops at the genetic level. Syngenta Biotechnology, Inc. is a wholly-owned subsidiary of counterdefendant Syngenta AG.

11.     Syngenta Corporation is a Delaware corporation with its principal place of business at 1800 Concord Pike, Wilmington, DE 19850. It is engaged in the sale of commercial seeds, fungicides, insecticides and herbicides. Syngenta Corporation is a wholly-owned subsidiary of counterdefendant Syngenta AG.

12.     Advanta USA, Inc. is a Delaware corporation with its principal place of business at 2369 330th Street, Slater, IA 50244. It is engaged in the sale of crop seeds,

21

including genetically modified corn seeds, which it sells under the Garst brand. Advanta USA, Inc. is wholly owned by Advanta B.V., in which Syngenta AG has a majority ownership.

13.    Garst Seed Company is a Delaware corporation with its principal place of business at 2369 330th Street, Slater, IA 50244. It is engaged in the sale of crop seeds, including genetically modified corn seeds. Garst Seed Company is wholly owned by Advanta USA, Inc., d/b/a Garst Seed Co., its ultimate parent being Syngenta AG.

14.    Golden Harvest Seeds, Inc. is a Delaware corporation with its principal place of business at 220 N. Eldorado Rd., Bloomington, IL 61704. It is engaged in the sale of crop seeds, including genetically modified corn seeds. Garwood Seed Co., Golden Seed Company, L.L.C., JC Robinson Seeds, Inc., Sommer Bros. Seed Company and Thorp Seed Co. are affiliated companies of Golden Harvest Seeds, Inc. (collectively the "Golden Harvest Companies"). Upon information and belief, Syngenta AG acquired ultimate majority ownership of each of the five affiliated companies that make up the Golden Harvest Companies.

15.    Under the banner of "Syngenta Crop Protection," or simply "Syngenta," the Swiss parent corporation of Syngenta's U.S. undertakings, Syngenta AG, actively directs and controls the U.S. business operations of counterdefendants Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., Garst Seed Company, Golden Seed Company, LLC, Garwood Seed Co., J.C. Robinson Seeds, Inc., Sommer Bros. Seeds Company, and Thorp Seed Company. For example, Syngenta AG lists as its "major brands" several foreign and U.S. corporations, among them Garst, Golden Harvest, and NK. (*See* "Syngenta Fact Sheet," available online at:

http://www.syngenta.com/en/downloads/Syngenta_Factsheet_09_02.pdf).

16.    Upon information and belief, all of the counterdefendant subsidiaries report to Syngenta AG's Executive Committee as part of Syngenta's coordinated global

22

**B211**

functions. The companies file a consolidated financial statement, which evidences Syngenta AG's direct ownership and control of its U.S. subsidiaries.

17. Syngenta AG also exerts apparent overall control over its U.S. subsidiaries' facilities. For example, in its 2004 Annual Report, Syngenta AG named Syngenta Biotechnology, Inc.'s North Carolina facility as Syngenta AG's "primary center for biotechnology research" and stated that Syngenta AG would transfer research from its Jealotts Hill facility in the UK to the North Carolina facility.

18. Syngenta AG routinely shares management employees between its Executive Committee and its U.S. subsidiaries. For example, Michael Mack, Chief Operating Officer of Syngenta Seeds, Inc., is also a member of the executive committee. Mr. Mack's predecessor, Jeffrey Beard, was also Chief Operating Officer of Syngenta Seeds, Inc. as well as a member of Syngenta AG's Executive Committee.

19. Finally, in response to Monsanto's patent infringement action filed against Syngenta Seeds, Inc., Syngenta Biotechnology, Inc., and the Golden Harvest Companies, for their commercialization of GA21 event, Syngenta AG appointed David Jones, its own Head of Business Development, as its spokesperson.

<div align="center">Facts</div>

20. Counterclaimant Monsanto is engaged in the development of traits and seeds that have been genetically engineered to express new traits. These traits represent agronomic qualities, such as herbicide or insect resistance.

21. Glyphosate is a highly effective, non-selective commercial herbicide that kills unwanted weeds as well as the crop plant itself. Monsanto's glyphosate herbicide is sold under the Roundup® trademark.

A.    Development of the GA21 and NK603 Events

22. DEKALB Genetics Corporation ("DEKALB") and Rhone-Poulenc Agro, S.A. ("RPA") collaborated to genetically alter corn to make it resistant to glyphosate. In

<div align="center">23</div>

late 1993, DEKALB succeeded in growing transformed GA21 event corn plants resistant to Roundup herbicide and developed a glyphosate-tolerant corn line containing this event, and named the plant, "GA21 corn line."

23.     Subsequently, Monsanto developed a second glyphosate-tolerant corn event designated as NK603. The NK603 and GA21 events had been the only two commercially available events in use for making glyphosate-resistant corn seed. Corn seed based on the NK603 and GA21 events cannot be produced without practicing United States patents that are owned by or assigned to Monsanto or one of its subsidiaries.

24.     Monsanto has and continues to sell and license its glyphosate-resistant corn trait/seed under the distinctive trademark Roundup Ready®. Beginning in 1998, Monsanto continuously used the trademark "Roundup Ready®" in the commercialization and marketing of GA21 event corn, which continues to the present as a recognized commercial success.

25.     In May of 1999, DEKALB and RPA (now Bayer CropScience) entered into an agreement whereby DEKALB would pay royalties to RPA for Monsanto's past and future sales of GA21 event corn containing the nucleic acid construct of claim 11 of U.S. Patent No. 5,510,471. Those royalties were assessed against DEKALB and guaranteed by Monsanto. That agreement was subsequently amended on three separate occasions, whereby RPA ultimately granted Monsanto and Monsanto's licensees the right to make, use, sell, import and export GA21 event corn seed containing the nucleic acid construct of claim 11 of U.S. Patent No. 5,510,471 only through the 2004 planting season, subject to the continuing royalty arrangement.

24

**B.    The Roundup Ready® Corn License and Seed Services Agreement with Garst Seed Company**

26.    In March 1998, Garst Seed Company and Monsanto entered into an agreement entitled "Roundup Ready® Corn License and Seed Services Agreement" (hereinafter "Garst GA21 Agreement"), which granted Garst a non-exclusive limited license to "develop, produce, have produced, and sell" Garst Brand corn hybrids produced through "crossing with Corn Line GA-21 or progeny." This agreement was subsequently modified to allow Garst to develop, produce, have produced, and sell corn hybrids under the brand names Garst, Agripro, Gutwien, PSA Genetics, and Interstate.

27.    Paragraph (b) of Section 3.02, entitled "Distribution of Licensed Corn Products," provides in part:

> Pursuant to Subsection 3.01(a) above, the Licensee may not give, sell or otherwise transfer Licensed Corn Product(s) except as commercial seed (1) to growers directly licensed by Monsanto for their sole use in producing a commercial grain crop, and/or (2) to retail dealers for retail sale to growers directly licensed by Monsanto for the growers' sole use in producing a commercial grain crop. Licensee may not sell the Licensed Corn Product(s) to a wholesale seller.

28.    Under the Garst GA21 Agreement, Garst was required to properly mark and display all packages containing licensed corn products. These strictures are found in Paragraph (a) of Section 3.03, entitled "Marking of Licensed Corn Products," which provides:

> In conjunction with the use of a Grower Agreement and subject to Subsection 3.11(b), Licensee shall conspicuously display directly on all packages containing Licensed Corn Products to be sold or transferred to permitted third-party growers or customers, the following notice, or a notice having the same meaning and effect, with the blanks appropriately filled in to the extent such notice is applicable in the respective area:
>
> These seeds are covered under United States patents (To Be Provided By Monsanto). No license and/or sublicense is conveyed to use these seeds solely by the (purchase/bailment/transfer) of such seeds. A license / sublicense under said patents must first be

25

**B214**

obtained from Monsanto Company before these seeds can be used in any way.

29.    Monsanto granted Garst a non-exclusive license to use the Roundup Ready trademark. Paragraph (a) of Section 3.04, entitled "Trademark Usage," states:

> The Roundup Ready trademark (or another trademark) owned by Monsanto shall be licensed to Licensee on a non-exclusive basis pursuant to the Roundup Ready® Trademark License Agreement, which shall be executed by the parties upon execution of this Agreement. Licensee shall conspicuously display said trademark, logos and taglines (e.g., "Herbicide Tolerant Corn") in full color directly on all seed packages of Licensed Corn Products, as well as all promotional and advertising material for Licensed Corn Products in the manner set forth in Appendix F and as Monsanto may, at its sole and reasonable discretion, notify Licensee from time to time. The placement of said trademark and logos shall be specified by Monsanto. Each occurrence of said trademark shall be accompanied by the following footnote:
>
> "Roundup Ready is a trademark of Monsanto Company."

30.    The Garst GA21 Agreement specified that Monsanto did not grant Garst any license not specified in the agreement. Under the title "No Other Licenses," Section 3.05 specifies:

> (a)    No license is granted by this Agreement, under Monsanto Patent Rights (or any other patent right), Monsanto Know-How, Biological Materials or Licensed Patent Rights by implication or otherwise to make, have made, use, sell, offer to sell, or import any DNA or genes or transgenic *Zea mays* cells, *Zea mays* plants or *Zea mays* seed other than that produced by Licensee through the use of Biological Material.
>
> (b)    No license is granted by this Agreement, under the Monsanto Patent Rights (or any other patent right), Biological Materials, Monsanto Know-How, or Licensed Patent Rights, by implication or otherwise, to make, have made, use, sell, offer to sell or import Licensed Corn Products produced from direct transformation of Biological Materials or their progeny without the prior express written authorization of Monsanto.
>
> ...
>
> (d)    Licensee shall not be entitled to (i) modify the Gene, (ii) modify or use any regulatory sequence contained in the Gene, or

26

**B215**

(iii) insert or cross into any Licensed Corn Product any Non-Monsanto Herbicide Resistance Gene which exhibits any *in-planta* activity without the prior written consent of Monsanto. Without prejudice to any other remedy available under terms of this Agreement, in the event that (i) the Gene or any regulatory sequence is modified, or (ii) any other gene (non-naturally occurring in Corn) sourced from a party other than Monsanto is inserted or crossed into any Licensed Corn Product, Licensee shall defend and indemnify against, and hold Monsanto and its employees, directors, officers and agents harmless from, any loss, cost, liability or expense (including court costs and reasonable fees of attorneys and other professionals) incurred from any claim arising or alleged to arise out of any licensed corn product containing such modified gene, modified regulatory sequence or non-naturally occurring gene.

31.     Under the Garst GA21 Agreement, Garst also agreed to cooperate with Monsanto to protect its intellectual property rights in the licensed material. Paragraph (c) of the "Patent Enforcement" Section 7.02 proscribed:

Licensee shall cooperate fully in efforts to control grower-saved seed and protect intellectual property right for all products for which Licensee has obtained, or obtains a license, including, but not limited to Licensed Corn Product(s). Such cooperation shall include, without limitation, providing information regarding whether a suspected infringer is a customer of Licensee for the subject licensed product and joining Monsanto in a suit against a grower believed to have saved seed, particularly where the Licensee has additional intellectual property that it can assert against such grower to assist in the abatement of such saved seed.

C.     **The Roundup Ready® Corn License and Seed Services Agreement with the Golden Harvest Companies**

32.     In May 1998, the Golden Harvest Companies entered into an agreement with Monsanto entitled "Roundup Ready® Corn License and Seed Services Agreement" (hereinafter "Golden Harvest GA21 Agreement"), which granted the Golden Harvest Companies a non-exclusive limited license to "develop, produce, have produced, and sell" Golden Harvest Brand corn hybrids produced through "crossing with Corn Line GA-21 or progeny."

27

33.    Section 3.02, entitled "Distribution of Licensed Corn Products," provides

in part:

(a)    With respect to the sales of Licensed Corn Products hereunder in the Territory, Licensee shall only be permitted to distribute and/or sell Licensed Corn Products branded solely under the following trademarks or trade name exclusively owned or used by Licensee: Golden Harvest. Licensee shall not use any trademark of any Third Party in connection with sales of Licensed Corn Products other than trademarks associated with non-genetically engineered traits present in Licensed Corn Products.

(b)    Pursuant to Subsection 3.01(a) above, the Licensee may not give, sell or otherwise transfer Licensed Corn Product(s) except as commercial seed (1) to growers directly licensed by Monsanto for their sole use in producing a commercial grain crop, and/or (2) to retail dealers for retail sale to growers directly licensed by Monsanto for the growers' sole use in producing a commercial grain crop. Licensee may not sell the Licensed Corn Product(s) to a wholesale seller.

34.    Under the Golden Harvest GA21 Agreement, the Golden Harvest

Companies were required to properly mark and display all packages containing licensed

corn products. These strictures are found in Paragraph (a) of Section 3.03, entitled

"Marking of Licensed Corn Products," which provides:

In conjunction with the use of a Grower Agreement and subject to Subsection 3.11(b), Licensee shall conspicuously display directly on all packages containing Licensed Corn Products to be sold or transferred to permitted third-party growers or customers, the following notice, or a notice having the same meaning and effect, with the blanks appropriately filled in to the extent such notice is applicable in the respective area:

These seeds are covered under United States patents (To Be Provided By Monsanto). No license and/or sublicense is conveyed to use these seeds solely by the (purchase/bailment/transfer) of such seeds. A license / sublicense under said patents must first be obtained from Monsanto Company before these seeds can be used in any way.

28

B217

35.    Monsanto granted the Golden Harvest Companies a non-exclusive license to use the Roundup Ready trademark. Paragraph (a) of Section 3.04, entitled "Trademark Usage," states:

> The Roundup Ready trademark (or another trademark) owned by Monsanto shall be licensed to Licensee on a non-exclusive basis pursuant to the Roundup Ready® Trademark License Agreement, which shall be executed by the parties upon execution of this Agreement. Licensee shall conspicuously display said trademark, logos and taglines (e.g., "Herbicide Tolerant Corn") in full color directly on all seed packages of Licensed Corn Products, as well as all promotional and advertising material for Licensed Corn Products in the manner set forth in Appendix F and as Monsanto may, at its sole and reasonable discretion, notify Licensee from time to time. The placement of said trademark and logos shall be specified by Monsanto. Each occurrence of said trademark shall be accompanied by the following footnote:
>
> "Roundup Ready is a trademark of Monsanto Company."

36.    The Golden Harvest GA21 Agreement specified that Monsanto did not grant the Golden Harvest Companies any licenses not specified in the agreement. Under the title "No Other Licenses," Section 3.05 specifies:

> (a)    No license is granted by this Agreement, under Monsanto Patent Rights (or any other patent right), Monsanto Know-How, Biological Materials or Licensed Patent Rights by implication or otherwise to make, have made, use, sell, offer to sell, or import any DNA or genes or transgenic *Zea mays* cells, *Zea mays* plants or *Zea mays* seed other than that produced by Licensee through the use of Biological Material.
>
> (b)    No license is granted by this Agreement, under the Monsanto Patent Rights (or any other patent right), Biological Materials, Monsanto Know-How, or Licensed Patent Rights, by implication or otherwise, to make, have made, use, sell, offer to sell or import Licensed Corn Products produced from direct transformation of Biological Materials or their progeny without the prior express written authorization of Monsanto.
>
> ...
>
> (d)    Licensee shall not be entitled to (i) modify the Gene, (ii) modify or use any regulatory sequence contained in the Gene, or

29

**B218**

(iii) insert or cross into any Licensed Corn Product any Non-Monsanto Herbicide Resistance Gene which exhibits any *in-planta* activity without the prior written consent of Monsanto. Without prejudice to any other remedy available under terms of this Agreement, in the event that (i) the Gene or any regulatory sequence is modified, or (ii) any other gene (non-naturally occurring in Corn) sourced from a party other than Monsanto is inserted or crossed into any Licensed Corn Product, Licensee shall defend and indemnify against, and hold Monsanto and its employees, directors, officers and agents harmless from, any loss, cost, liability or expense (including court costs and reasonable fees of attorneys and other professionals) incurred from any claim arising or alleged to arise out of any licensed corn product containing such modified gene, modified regulatory sequence or non-naturally occurring gene.

37.    Under the Golden Harvest GA21 Agreement, the Golden Harvest Companies also agreed to cooperate with Monsanto to protect its intellectual property rights in the licensed material. Paragraph (c) of the "Patent Enforcement" Section 7.02 proscribed:

Licensee shall cooperate fully in efforts to control grower-saved seed and protect intellectual property right for all products for which Licensee has obtained, or obtains a license, including, but not limited to Licensed Corn Product(s). Such cooperation shall include, without limitation, providing information regarding whether a suspected infringer is a customer of Licensee for the subject licensed product and joining Monsanto in a suit against a grower believed to have saved seed, particularly where the Licensee has additional intellectual property that it can assert against such grower to assist in the abatement of such saved seed.

38.    The Golden Harvest GA21 Agreement also states that "termination of this Agreement shall not relieve the parties of any obligation accruing prior to or upon such expiration or termination." (*See id*. at § 9.05(a))

39.    On August 11, 2004, Monsanto exercised its right to terminate the Golden Harvest Companies' GA21 and NK603 Agreements, in accordance with Article 11 of the license contract.

30

**B219**

D.    Termination of GA21 Use Rights

40.    Pursuant to Paragraph 3.12 of its GA21 Agreements, if during its term Monsanto offered its licensees a license to a new corn line that was resistant to glyphosate herbicide and notified its licensees of Monsanto's intent to withdraw GA21 corn, the licensees agreed to withdraw from the market all GA21 corn within five (5) years or less. In 2001, Monsanto notified its customers that production of corn containing the GA21 event would halt as of 2003, and offered them licenses to another glyphosate-resistant trait, called the NK603 event. Concomitantly with its offer of NK603 licenses to seed companies, Monsanto exercised its right under its agreements with various seed companies, including Garst and Golden Harvest, to require cessation of commercial activity in the GA21 event corn seed five years after notice; all GA21 corn would have to be sold by February 28, 2005.

41.    In early 2003, Monsanto sent an additional letter to all Roundup Ready® licensed seed companies reminding them that 2003 was the final production year for event GA21. Monsanto also extended the deadline to sell any remaining inventory of GA21 event Roundup Ready® corn so produced until June 28, 2005.

42.    By letter to its licensees dated March 17, 2004, Monsanto yet again informed them of this cut-off, saying that "[n]o production of Roundup Ready [sic] Corn (Event GA21) is allowed in 2004 or thereafter."

43.    In its Amended Antitrust Complaint, Syngenta admits express knowledge of Monsanto's contractual relationships with others under the GA21 Agreement. For example, at Paragraph 46, Syngenta alleges, "Monsanto's typical license with Seed Companies (the 'GA21 License') for its GA21 glyphosate-tolerant corn trait includes the following terms. ... Seed Companies must withdraw all GA21 corn seeds from the market after five years, i.e., 2005." (See Syngenta's Amended Complaint, D.I. 8 at ¶ 46)

31

**B220**

E.    **Syngenta AG's Strategy to Expand Its Presence in the United States**

44.    As part of Syngenta AG's aggressive plan to expand its presence rapidly in the United States, Syngenta AG purposely acquired several U.S. seed companies that occupied a strong position in transgenic and conventional corn seed.

45.    On May 12, 2004, Syngenta AG announced its plan to acquire Advanta, which trades under the Garst Seed Company brand. Regarding its acquisition of the Garst brand, Syngenta stated, "[t]hese acquisitions underscore our strategy to reinforce our leadership position, drive future growth and further enhance shareholder value." Syngenta AG completed its acquisition of Advanta in September 2004.

46.    Similarly, on June 25, 2004, Syngenta AG announced its intent to "complet[e] our strategy to develop critical mass in the US corn and soybean seeds market, complementing our leading position in crop protection." To that end, on August 2, 2004, Syngenta AG announced completion of its acquisition of Golden Harvest Seeds.

47.    At the time of their acquisition, both Garst and the Golden Harvest Companies were licensees of GA21 event Roundup Ready® corn. However, Syngenta never independently obtained a GA21 license from Monsanto and had no independent right to develop, market, sell or license any product containing the GA21 event.

48.    Upon information and belief, Garst and the Golden Harvest Companies' source of germplasm containing the GA21 event was Monsanto and neither Garst nor the Golden Harvest Companies have obtained any germplasm with the GA21 event from any other trait provider.

F.    **Syngenta's Wrongful Sale of Glyphosate-Resistant Corn Containing Monsanto's GA21**

49.    Syngenta AG, in concert with its subsidiaries, has sought to undermine and misappropriate Monsanto's GA21 technology and wrongfully market this GA21 event technology as its own.

32

50.

51.    On May 10, 2004, before Syngenta's acquisition of Advanta, Syngenta and Advanta USA, Inc. entered into a written agreement, pursuant to which Advanta agreed to transfer to Syngenta inbred corn lines containing Monsanto's GA21 event licensed to Garst in 1998. In so doing, Garst, through its parent corporation, and in concert and combination with Syngenta and others, violated its obligations under the Garst GA21 Agreement.

52.    In a news release dated May 12, 2004, Syngenta AG announced it had begun to offer for sale the "valuable [GA21] technology," which Syngenta claimed "further strengthens [its] already broad product portfolio of corn hybrids, traits and crop protection products ... in NK® brand hybrids and through licenses with other seed companies. ... [It] enables farmers to control weeds in corn with post emergence applications of the non-selective herbicide glyphosate."

53.    Syngenta is improperly marketing, selling and licensing corn seed containing Monsanto's GA21 event, wrongfully transferred to Syngenta by Garst, under the trademark "Agrisure GT Advantage." Syngenta Participations AG has a registration pending for the Agrisure Advantage trademark.

54.    The Golden Harvest Companies also are improperly marketing, selling and licensing corn seed containing Monsanto's GA21 event under the trademark "Agrisure GT Advantage."

55.    All glyphosate-tolerant corn-seed products sold by Syngenta, Golden Harvest, and others under the Agrisure trademark improperly and unlawfully incorporate Monsanto's GA21 technology.

33



60.    Syngenta and its subsidiaries have failed to indicate the true source or origin of the GA21 event trait contained in their Agrisure GT corn. To the contrary, its sales and marketing materials have purposely misled seed companies, retailers and growers to believe that the glyphosate tolerance trait, which it sells under the Agrisure GT trademark, is a Syngenta product, when it is in truth a Monsanto trait.

61.    Syngenta's "Agrisure GT Advantage Reference Guide" does not provide any reference to Monsanto, any of its trademarks or any other company that may have intellectual property rights in GA21 technology. It merely lists its own trademarks, including "Agrisure," as those belonging to "a Syngenta Group Company."

34

62. Syngenta's affiliate, the Golden Harvest Company, and its affiliates have also improperly and unlawfully sold corn containing sold Monsanto's GA21 event under misleading, different trademarks, in a manner that intentionally misrepresents that such products are Syngenta's intellectual property.

63. As recently as March 9, 2005, Golden Harvest, through its customer representatives, has communicated with present and potentially future customers with respect to its alleged ability to "provide *our own* glyphosate tolerant corn (Agrisure GT)" (emphasis added). In particular, Golden Harvest has stated:

    a. "Our partnership with Syngenta will allow us to provide our own glyphosate tolerant corn (Agrisure GT) …"

    b. "Syngenta will continue to provide you with all the Monsanto technology products … including Roundup Ready Soybeans, YieldGard corn borer and stacks with Roundup ready [*sic*], Yieldgard rootworm and YieldGard plus products including the triple stacks…"

Taken together, these statements further mislead consumers by falsely representing that Golden Harvest's alleged glyphosate tolerance event, sold under the Agrisure GT trademark, is different from Monsanto's GA21 glyphosate tolerance event.

### G.    Damage to Monsanto

64. As a direct and proximate result of the counterdefendants' illegal conduct, counterclaimant Monsanto has suffered financial and irreparable injury to its business, property and customer good will, and these injuries are continuing.

## COUNT I:

### REVERSE PASSING OFF UNDER THE LANHAM ACT

65. Counterclaimant incorporates and realleges the allegations of Paragraphs 1 through 64 of its Counterclaim as though fully set forth herein.

66. Upon information and belief, Syngenta and its subsidiaries and/or affiliates, including the Golden Harvest Companies, have obtained corn containing

35

Monsanto's branded GA21 product, stripped off or failed to display Monsanto's trademarks and instead placed their own trademark(s) on such product, and marketed and sold the same without indicating that the true source of the GA21 event is Monsanto.

67.    Syngenta's passing off of Monsanto's GA21 product as its own competing "Agrisure" or "Agrisure GT" brands of products is unauthorized by Monsanto and is likely to cause confusion, to cause mistake, or to deceive the relevant public, and further constitutes a false designation of origin and/or misleading description or representation of fact, all in violation of 15 U.S.C. § 1125(a)(1)(A).

68.    By reason of the foregoing, and by so designating falsely the origin of physical goods, the counterdefendants have committed the offense of reverse passing off under the Lanham Act, thereby causing Monsanto to suffer injury, and violating, and continuing to violate, 15 U.S.C. § 1125(a)(1)(A). Monsanto has been and will be irreparably harmed and damaged; its remedies at law are inadequate.

## COUNT II:

## VIOLATIONS OF THE DELAWARE DECEPTIVE TRADE PRACTICES ACT

69.    Counterclaimant incorporates and realleges the allegations of Paragraphs 1 through 68 of its Counterclaim as though fully set forth herein.

70.    By the above-identified actions, counterdefendants have violated the Delaware Consumer Protection Act, 6 Del. C. § 2531 *et seq.*, which prohibits deceptive business practices. These actions were undertaken in the conduct of trade and commerce, and have injured Monsanto in its business and property. Among other actions, Syngenta has violated 6 Del. C. § 2532(a)(1) by passing off the goods of Monsanto and its subsidiaries or affiliates as those of Syngenta or its subsidiaries or affiliates, has violated 6 Del. C. §§ 2532(a)(2) and (3) by causing likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, certification, affiliation, connection or association of Syngenta's glyphosate-resistant goods; has violated 6 Del. C. § 2532(a)(7) by falsely representing that its goods and services are of a particular

36

standard, quality, grade or model; and has violated 6 Del. C. § 2532(a)(12) by engaging in other conduct which similarly creates a likelihood of confusion or of misunderstanding.

71.    Monsanto has been and continues to be irreparably injured and has suffered economic damages as a result of Syngenta's deceptive business practices.

## COUNT III:

### FALSE ADVERTISING UNDER THE LANHAM ACT

72.    Counterclaimant incorporates and realleges the allegations of Paragraphs 1 through 71 of its Counterclaim as though fully set forth herein.

73.    Counterdefendants have made several statements of material fact in commercial advertising about the nature of the glyphosate-tolerant corn seed products and the glyphosate-tolerant genetic trait they are marketing and selling, including but not limited to statements:

      a)  stating that they acquired the right to practice the GA21 genetic event from Bayer CropScience;

      b)  stating that they have full rights in the GA21 genetic event;

      c)  stating that the GA21 event corn products they are selling were developed by them or by an entity or entities unaffiliated with Monsanto;

      d)  stating that they still have a license or other valid legal authority given by Monsanto to provide corn and other seed products containing Monsanto proprietary technology; and

      e)  implying that they are still authorized licensees of products under Monsanto's trademarks, but that Monsanto is requiring them to use other trademarks for such products.

74.    These statements are either expressly or impliedly false and constitute false or misleading descriptions or misrepresentations of fact about the nature, characteristics, or qualities of said products, all in violation of 15 U.S.C. § 1125(a)(1)(B).

75.    Monsanto being irreparably harmed, its remedies at law are inadequate.

37

B226

## COUNT IV:

## TORTIOUS INTERFERENCE WITH A CONTRACT BY SYNGENTA

76.    Counterclaimant incorporates and realleges the allegations of Paragraphs 1 through 75 of its Counterclaim as though fully set forth herein.

77.    Counterdefendant Syngenta was aware that Monsanto had a valid, binding contract with Garst Seed Company to license GA21 event corn products. That agreement prohibited Garst from giving, selling, or otherwise transferring the GA21 event inbred corn lines it received from Monsanto to a third party.

78.    Counterdefendant Syngenta intentionally interfered with Monsanto's GA21 event license agreement with Garst by contracting with Garst's immediate parent, Advanta USA, Inc., for the transfer of the GA21 event inbred corn lines that it had received from Monsanto. Syngenta thereby placed Garst in breach of its obligation to Monsanto regarding the marketing, licensing, sale, and use of the GA21 event.

79.    Counterdefendant Syngenta's conduct is without justification.

80.    Monsanto has been and continues to be irreparably injured and has suffered economic damages as a result of Syngenta's intentional interference with Monsanto's GA21 event license agreement with Garst.

### PRAYER FOR RELIEF

WHEREFORE, counterclaimant Monsanto requests all legal and equitable relief as may be recoverable for the foregoing offenses, including:

a.    damages for all injuries arising out of counterdefendants' unlawful conduct;

b.    an injunction prohibiting the counterdefendants from making, advertising, marketing, selling or making otherwise commercially available any corn seed containing any traits derived from Monsanto GA21 foundation seeds;

c.    an award of treble damages and attorneys' fees, pursuant to 15 U.S.C. § 1117(a);

d.    and all other relief as the Court deems just and proper.

38

**JURY DEMAND**

Pursuant to Rule 38(b), Fed. R. Civ. P., counterclaimant requests a trial by jury.


Respectfully Submitted,

OF COUNSEL:                              POTTER ANDERSON & CORROON LLP

Peter E. Moll
John DeQ. Briggs
Scott E. Flick                           By:  /s/ David E. Moore
John Rosenthal                                Richard L. Horwitz
HOWREY LLP                                    David E. Moore
1299 Pennsylvania Ave., N.W.                  Hercules Plaza, 6th Floor
Washington, DC  20004                         1313 N. Market Street
(202) 783-0800                                P.O. Box 951
                                              Wilmington, DE  19899-0951
John F. Lynch                                 Telephone (302) 984-6000
Susan K. Knoll                                rhorwitz@potteranderson.com
Steven G. Spears                              dmoore@potteranderson.com
HOWREY LLP
750 Bering Drive                         *Attorneys for Monsanto Company and*
Houston, TX  77057                       *Monsanto Technology LLC*
Telephone (713) 787-1400

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC  20004
(202) 942-5000

Dated:  September 23, 2005
Public Version Dated:  October 3, 2005


701796

39

B228

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 3, 2005, the attached

document was hand delivered on the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

John W. Shaw
Young Conaway Stargatt & Taylor, L.L.P.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

I hereby certify that on October 3, 2005, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Richard F. Schwed
Thomas A. McGrath III
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Michael J. Flibbert
Don O. Burley
Howard W. Levine
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 20001-4413

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

700765

B229

Ronald C. Lundquist - October 5, 2005
Dekalb Genetics Corporation v. Syngenta Seeds, Inc.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------x

DEKALB GENETICS CORPORATION,    : Civil Action No.

           Plaintiff,    : 05-355 (SLR)

    vs.    :

SYNGENTA SEED, INC.,    :

SYNGENTA BIOTECHNOLOGY, INC., :

ET AL.,    :

         Defendants.    :

------------------------------x

MONSANTO COMPANY and    : 04-305(SLR)

MONSANTO TECHNOLOGY LLC,    :

         Plaintiffs,    :

    vs.    :

SYNGENTA SEED, INC.,    :

SYNGENTA BIOTECHNOLOGY, INC., :

ET AL.,    :

         Defendants.    :

------------------------------x

    RESTRICTED CONFIDENTIAL VIDEO DEPOSITION OF

        RONALD C. LUNDQUIST, Ph.D.

            Minneapolis, MN

            Wednesday, October 5, 2005

REPORTED BY: BRANDI N. BIGALKE

e4745912-68b1-493a-b5ba-3bc4fb6a4774

Exhibit 26

Ronald C. Lundquist - October 5, 2005
Dekalb Genetics Corporation v. Syngenta Seeds, Inc.

Page 2

1    Deposition of Ronald C. Lundquist, Ph.D.,
2  called for examination pursuant to notice of
3  deposition, on Wednesday, October 5, 2005, in
4  Minneapolis, Minnesota, at the law offices of
5  Fish & Richardson, PC, PA, 3300Dain Rauscher
6  Plaza, 60 South Sixth Street, at 9:05 a.m.,
7  before BRANDI N. BIGALKE, a Notary Public within
8  and for the County of Hennepin, when were present
9  on behalf of the respective parties:
10
11  TODD Y. BRANDT, Ph.D.
12  Howrey, LLP
13  750 Bering Drive
14  Houston, Texas 77057-2198
15  713-787-1400
16  On behalf of Plaintiffs Monsanto
17
18  DON O. BURLEY
19  JENNIFER A. JOHNSON, Ph.D.
20  Finnegan Henderson Farabow Garrett & Dunner, LLP
21  901 New York Avenue, NW
22  Washington, DC 20001-4413
23  202-408-4000
24  On behalf of Sygneta Seeds
25

Page 3

1              INDEX PAGE
2  Examination by:              Page
3  Mr. Burley                    5
4  Mr. Brandt                   160
5
6
7  Exhibit No.                  Page
8  Lundquist 1                   33
9  Lundquist 2                   33
10  Lundquist 3                  39
11  Lundquist 4                  39
12  Lundquist 5                  51
13  Lundquist 6                  53
14  Lundquist 7                  62
15  Lundquist 8                  66
16  Lundquist 9                  75
17  Lundquist 10                 82
18  Lundquist 11                 94
19  Lundquist 12                101
20  Lundquist 13                131
21  Lundquist 14                135
22  Lundquist 15                155
23
24
25

Page 4

1              PROCEEDINGS
2  Whereupon, the deposition of RONALD C. LUNDQUIST,
3  Ph.D. was commenced at 9:05 a.m. as follows:
4      VIDEO OPERATOR: This is the video
5  operator speaking. My name is Jerry Vogt, and      09:03
6  I'm with Pat Carl and Associates. Today is
7  October 5th, 2005 and the time is 9:05 a.m.
8      We are at the offices of Fish and
9  Richardson, 60 South Sixth Street, Minneapolis,
10  Minnesota to take the videotaped deposition of     09:03
11  Ronald C. Lundquist in the matter of Monsanto
12  Company and Monsanto Technology, LLC, versus
13  Syngenta Seeds, Inc.
14      Will counsel please voice identify
15  yourselves.                                         09:03
16      MR. BURLEY: I'm Don Burley,
17  counsel for Syngenta.
18      MS. JOHNSON: Jennifer Johnson with
19  Finnegan Henderson, also for Syngenta.
20      MR. BRANDT: Todd Brandt with        09:04
21  Howrey for Plaintiff Monsanto.
22      VIDEO OPERATOR: Will the reporter
23  please swear in the witness.
24      RONALD C. LUNDQUIST, Ph.D.,
25  Called as a witness and having been first duly

Page 5

1  sworn, testifies as follows:
2              ***
3          EXAMINATION
4  BY MR. BURLEY:
5      Q.  Dr. Lundquist, my name is Don      09:04
6  Burley from Finnegan Henderson representing
7  Syngenta. I'm going to be asking you the
8  questions today.
9      The first thing is that I want to
10  make sure before you answer a question that you    09:04
11  understand what I'm asking. So if I'm unclear or
12  ambiguous in any way, please stop me and make
13  sure that there's clarification and you don't
14  answer a question before you understand it. Is
15  that understood?                                    09:04
16      A.  That's understood. I'll do my best
17  to do that.
18      Q.  We should also be taking a number
19  of breaks routinely. I don't know if we've
20  decided when and how. But if you need a break at   09:05
21  any particular time before we take a regular
22  break, just let me know.
23      A.  Sure. I will do.
24      Q.  The only thing I'd ask then is that
25  if I've got a question pending or if I'm in a      09:05

2  (Pages 2 to 5)

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on March 6, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on March 6, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Susan Knoll, Esquire
> Thomas A. Miller, Esquire
> Steven G. Spears, Esquire
> Howrey Simon Arnold & White, LLP
> 1111 Louisiana, 25th Floor
> Houston, TX 77002-5242

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> John W. Shaw (No. 3362)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> jshaw@ycst.com

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on March 13, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19899-0951

I further certify that on March 13, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Susan Knoll, Esquire
> Thomas A. Miller, Esquire
> Steven G. Spears, Esquire
> Howrey Simon Arnold & White, LLP
> 1111 Louisiana, 25th Floor
> Houston, TX 77002-5242

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com
kkeller@ycst.com

059155.1015