**THIS DOCUMENT WAS FILED UNDER SEAL**

Case 1:07-cv-00038-SLR    Document 19    Filed 04/18/2007    Page 1 of 1