IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNGENTA BIOTECHNOLOGY, INC., GARWOOD SEED CO., GOLDEN SEED COMPANY, L.L.C., and THORP SEED CO.,<br><br>        Plaintiffs,<br>v.<br><br>DEKALB GENETICS CORPORATION, and MONSANTO COMPANY,<br><br>        Defendants. | C.A. No. 07-38-SLR |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendants, subject to the approval of the Court, that the deadline for defendants to answer plaintiffs' amended declaratory judgment complaint shall be extended until two weeks after the Court's decision on defendants' motion to transfer (D.I. 7).

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, L.L.P.<br><br>By: _/s/ Karen E. Keller_<br>    John W. Shaw (#3362)<br>    Karen E. Keller (#4489)<br>    The Brandywine Building<br>    1000 West Street, 17th Floor<br>    Wilmington, DE 19801<br>    Tel : (302) 571-6600<br>    jshaw@ycst.com<br>    kkeller@ycst.com<br><br>*Attorneys for Plaintiffs* | POTTER ANDERSON & CORROON LLP<br><br>By: _/s/ David E. Moore_<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

792912 / 31144