IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SYNGENTA BIOTECHNOLOGY, INC. )
GARWOOD SEED CO., )
GOLDEN SEED COMPANY, L.L.C. and )
THORP SEED CO., )
)
    Plaintiffs, )
)
v. ) Civ. No. 07-038-SLR
)
DEKALB GENETICS CORPORATION )
and MONSANTO COMPANY, )
)
    Defendants. )

## O R D E R

At Wilmington this 22d day of October, 2007, plaintiff's having filed a notice of voluntary dismissal prior to this case formally being transferred to the Eastern District of Missouri; (D.I. 28)

IT IS ORDERED that this case is hereby closed and thus the Clerk of Court is directed to not transfer this action to the United States District Court for the Eastern District of Missouri.

                                                                     _____
                                                                     United States District Judge